ORIGINAL


$50 FEE PAID
# 1189001
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| ERIC HAMILTON, | * |
| Plaintiff | * |
| vs. | * Case No.: 02 CV2438 (MJG) |
| COMWEB TECHNOLOGY GROUP, INC., et al | * |
| Defendants | * |

**************

### MOTION FOR ADMISSION OF ROBERT E. LEVY *PRO HAC VICE*

I, Nomi Irene Lowy, Esq., am a member in good standing of the bar of this Court. My bar number is 05761. I am moving the admission of Robert E. Levy, Esq. to appear *pro hac vice* in this case as counsel for Comweb Technology Group, Inc.

We certify that:

1.   The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of New Jersey (Certificate of Good Standing attached) | December 9, 1976 |
| United States District Court for the District of New Jersey | December 9, 1976 |
| United States Court of Appeals Third Circuit | April 16, 1999 |
| Supreme Court of the United States | February 20, 1996 |

2.  During the twelve months immediately preceding this motion, the proposed admittee has never been admitted pro hac vice in this Court.

3.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  The undersigned movant is also a member of the bar of the Court in good standing, and will serve as co-counsel in these proceedings.

7.  The $50.00 fee for admission pro hac vice is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* 292805 |
| Signature | Signature |
| Nomi I. Lowy | Robert E. Levy |
| Printed Name | Printed Name |
| Scarinci & Hollenbeck, LLC | Scarinci & Hollenbeck, LLC |
| Firm | Firm |
| 1100 Valley Brook Avenue | 1100 Valley Brook Avenue |
| P.O. Box 790 | P.O. Box 790 |
| Lyndhurst, NJ 07071-0790 | Lyndhurst, NJ 07071-0790 |
| Address | Address |
| 201-392-8900 | 201-392-8900 |

{00086581.DOC}

Telephone Number

201-348-3877
Fax Number

Telephone Number

201-348-3877
Fax Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

☑ GRANTED     ☐ DENIED     **Felicia C. Cannon**

_10-10-02_
Dated

by: /s/ Lisa Stavrou

Clerk, United States District Court

{00086581.DOC}

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2002 a copy of Defendant's Motion to Admit Robert E. Levy, Esq. *Pro Hac Vice* was served via overnight mail, on:

>Joseph J. Zito, Esq.
>Zito tlp
>26005 Ridge Road
>Suite 203
>Damascus, Maryland 20872
>**Counsel for**: Plaintiff, Eric Hamilton
>
>Erik R. Puknys, Esq.
>FINNEGAN, HENDERSON,
>FARABOW,
>GARRETT & DUNNER, LLP
>Stanford Research Park
>700 Hansen Way
>Palo Alto, California 94304-1016
>Phone: 650-849-6640
>Facsimile: 650-849-6666
>**Counsel for**: Placeware, Inc.
>
>Russell L. Johnson, Esq.
>SKJERVEN MORRILL, LLP
>25 Metro Drive, Suite 700
>San Jose, CA 95110
>Phone: 408-453-9200
>Facsimile: 408-453-7979
>**Counsel for**: Webex Communications, Inc.
>
>J. Christopher Jaczko, Esq.
>COOLEY GODWARD LLP
>4401 Eastgate Mall
>San Diego, CA 92121-1909
>Phone: 858-550-6027
>Facsimile: 858-550-6420
>**Counsel for**: First Virtual Communications, Inc.
>
>Timothy J. Vezeau, Esq.
>KATTEN MUCHIN ZAVIS ROSENMAN
>1025 Thomas Jefferson Street N.W.
>Suite 700
>Washington, DC 20007-5201
>Phone: 202-625-3500
>Facsimile: 202-298-7570

{00086581.DOC}

**Counsel for**: Smart Technologies, Inc.

Jonathan E. Jove, Esq.
PILLSBURY WINTHROP
11682 El Camino Real, Suite 200
San Diego, CA 92130-2092
Phone: 858-509-4005
Facsimile: 858-509-4010
**Counsel for**: Teraglobal Communications Corp.

Mathew B. Lowie
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
Phone: 617-720-3500
Facsimile: 617-720-2441
**Counsel for**: Centra Software, Inc.

James D. Dati
BOND SCHOENECK & KING, P.A.
One Lincoln Center
Syracuse, NY 13202-1355
Phone: 315-422-0121
Facsimile: 315-422-3598
**Counsel for**: Webwisdom.Com, Inc.

NOMI I. LOWY (05761)
SCARINCI & HOLLENBECK, LLC
1100 Valley Brook Avenue
P.O. Box 790
Lyndhurst, NJ 07071-0790
Phone (201) 392-8900
Fax    (201) 348-3877
Attorneys for Comweb Technology
Group, Inc.

{00086581 DOC}

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ROBERT E LEVY** (No. **011501976**) was constituted and appointed an Attorney at Law of New Jersey on **December 09, 1976** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **27TH** day of **September**, 20 **02**.

Clerk of the Supreme Court

-453a-