ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC HAMILTON, <br>              Plaintiff, <br> vs. <br><br> COMWEB TECHNOLOGY GROUP, <br> INC., et al. <br>              Defendants. | * <br> * <br> * <br> *   Case No.: 02 CV 2438 (MJG) <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ADMISSION OF MARIA P. GERACE *PRO HAC VICE*

I, Erik C. Martini, Esq., am a member in good standing of the bar of this Court. My bar number is 25948. I am moving the admission of Maria P. Gerace, Esq. to appear *pro hac vice* in this case as counsel for Webwisdom.com, Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Supreme Court of the State of Illinois <br> (Certificate of Good Standing Attached) | November 9, 2000 |
| Supreme Court of the State of Wisconsin | October, 2000 |
| United States District Court for the <br> Northern District of Illinois | November, 2000 |
| United States District Court for the <br> Northern District of New York | October 11, 2002 |

2. During the twelve months immediately proceeding this motion, the proposed admittee has never been admitted *pro hac vice* in this Court.

3.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6.  The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.**

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| */s/ signature/* | */s/ signature/* |
| Signature | Signature |
| Erik C. Martini | Maria P. Gerace |
| Printed Name | Printed Name |
| McGuireWoods LLP | Bond, Schoeneck & King, PLLC |
| Firm | Firm |
| 7 Saint Paul Street, Suite 1000 | One Lincoln Center |
| Baltimore, Maryland 21202-1671 | Syracuse, New York 13202 |
| Address | Address |
| (410) 659-4400 | (315) 422-0121 |
| Telephone Number | Telephone Number |
| (410) 659-4599 | (315) 422-6825 |
| Fax Number | Fax Number |

2

834665.1

## **CERTIFICATE OF SERVICE**

 I hereby certify that on October 24, 2002 a copy of Defendant Webwisdom's Motion for Admission of Maria P. Gerace *Pro Hac Vice* was served via regular mail, on:

>Joseph J. Zito, Esq.
>Zito tlp
>26005 Ridge Road
>Suite 203
>Damascus, Maryland 20872
>*Attorneys for Plaintiff, Eric Hamilton*
>
>Erik R. Puknys, Esq.
>FINNEGAN, HENDERSON, FARABOW,
>GARRETT & DUNNER, LLP
>Stanford Research Park
>700 Hansen Way
>Palo Alto, California 94304-1016
>Telephone: (650) 849-6640
>Facsimile: (650) 849-6666
>*Attorneys for Placeware, Inc.*
>
>Russell L. Johnson, Esq.
>SKJERVEN MORRILL, LLP
>25 Metro Drive, Suite 700
>San Jose, California 95110
>Telephone: (408) 453-9200
>Facsimile: (408) 453-7979
>*Attorneys for Webex Communications, Inc.*
>
>J. Christopher Jaczko, Esq.
>COOLEY GODWARD LLP
>4401 Eastgate Mall
>San Diego, California 92121-1909
>Telephone: (858) 550-6027
>Facsimile: (858) 550-6420
>*Attorneys for First Virtual Communications, Inc.*
>
>Timothy J. Vezeau, Esq.
>KATTEN MUCHIN ZAVIS ROSENMAN
>1025 Thomas Jefferson Street N.W.
>Suite 700
>Washington, D.C. 20007-5201
>Telephone: (202) 625-3500
>Facsimile: (202) 298-7570
>*Attorneys for Smart Technologies, Inc.*

Jonathan E. Jove, Esq.
PILLSBURY WINTHROP
11682 El Camino Real, Suite 200
San Diego, California 92130-2092
Telephone: (858) 509-4005
Facsimile: (858) 509-4010
*Attorneys for Teraglobal Communications Corp.*

Mathew B. Lowie, Esq.
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
Telephone: (617) 720-3500
Facsimile: (617) 720-2441
*Attorneys for Centra Software, Inc.*

Nomi I. Lowy, Esq.
SCARINCI & HOLLENBECK, LLC
1100 Valley Brook Avenue
P.O. Box 790
Lyndhurst, New Jersey 07071-0790
Telephone: (201) 392-8900
Facsimile: (201) 348-3877
*Attorneys for Comweb Technology Group, Inc.*

                  MCGUIRE WOODS, LLP

                  *[signature]*
                  Erik C. Martini, Esq. (Bar No. 25948)
                  7 Saint Paul Street, Suite 1000
                  Baltimore, Maryland 21202
                  Telephone: (410) 659-4400
                  Facsimile: (410) 659-4599

                  BOND, SCHOENECK & KING, PLLC
                  Louis Orbach, Esq.
                  Maria Gerace, Esq.
                  (Applications for admission pro hac vice to be submitted)
                  One Lincoln Center
                  Syracuse, New York 13202-1355
                  Telephone: (315) 422-0121
                  Facsimile: (315) 422-6825

                  Attorneys for WEBWISDOM.COM, INC.



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive
Chicago 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

Hilton Offices
700 East Adams Street
Springfield 62701-1625
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Maria Gerace
202 Suburban Park Drive
Apartment 4
Manlius, NY 13104

Chicago
Friday, September 20, 2002

Re:   Maria Pape Gerace
      Attorney No. 6272271

To Whom It May Concern:

We have received a request for written verification of the status of Maria Pape Gerace for use by officials responsible for the review of the attorney's application for admission to the bar of another jurisdiction, or for a judicial position or for government employment. We have also received a Waiver and Authorization signed by the attorney. Pursuant to Commission policy, the following information is provided.

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Maria Pape Gerace was admitted to practice law in Illinois on 11/9/2000; is currently registered with this Commission and in good standing as an Illinois attorney; has never been disciplined or the subject of a disciplinary proceeding in this state; and is not the subject of any pending disciplinary investigations.

Very truly yours,
Mary Robinson
Administrator

By: _____
Darryl R. Evans
Deputy Registrar

DRE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC HAMILTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMWEB TECHNOLOGY GROUP, )<br>INC., et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 02-CV-2438 MJG |

## ORDER GRANTING MOTION FOR
## ADMISSION OF MARIA P. GERACE PRO HAC VICE

The Court hereby grants the Motion for Admission Pro Hac Vice of Maria P. Gerace.

Date: 10-30-02

Felicia C. Cannon

**Clerk, United States District Court**
For the District of Maryland

by: [signature]

\\COM\166092.1