


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC HAMILTON, | |
| Plaintiff, | |
| vs. | Case No.: 02 CV 2438 (MJG) |
| COMWEB TECHNOLOGY GROUP, INC., et al. | |
| Defendants. | |

****************

## MOTION FOR ADMISSION OF LOUIS ORBACH *PRO HAC VICE*

I, Erik C. Martini, Esq., am a member in good standing of the bar of this Court. My bar number is 25948. I am moving the admission of Louis Orbach, Esq. to appear *pro hac vice* in this case as counsel for Webwisdom.com, Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of New York (Certificate of Good Standing Attached) | January 25, 1994 |
| District of Columbia Court of Appeals (Certificate of Good Standing Attached) | October 24, 1994 |
| United States District Court for the Northern District of New York | August 7, 1995 |
| United States District Court for the Western District of New York | March 20, 1997 |
| United States District Court for the Southern District of New York | January 22, 2002 |
| United States Court of Appeals, Second Circuit | September 16, 1998 |

2. During the twelve months immediately proceeding this motion, the proposed admittee has never been admitted *pro hac vice* in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.**

Respectfully submitted,



| MOVANT | PROPOSED ADMITTEE |
|---|---|
| Signature | Signature |
| Erik C. Martini | Louis Orbach |
| Printed Name | Printed Name |
| McGuireWoods LLP | Bond, Schoeneck & King, PLLC |
| Firm | Firm    Prid 293766 |
| 7 Saint Paul Street, Suite 1000 | One Lincoln Center    Plid 118055 |
| Baltimore, Maryland 21202-1671 | Syracuse, New York 13202 |
| Address | Address |
| (410) 659-4400 | (315) 422-0121 |
| 410 659-4599 fax | 315 422-6825 fax |

834660.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2002 a copy of Defendant Webwisdom's Motion for Admission of Louis Orbach *Pro Hac* Vice was served via regular mail, on:

>Joseph J. Zito, Esq.
>Zito tlp
>26005 Ridge Road
>Suite 203
>Damascus, Maryland 20872
>*Attorneys for Plaintiff, Eric Hamilton*

>Erik R. Puknys, Esq.
>FINNEGAN, HENDERSON, FARABOW,
>GARRETT & DUNNER, LLP
>Stanford Research Park
>700 Hansen Way
>Palo Alto, California 94304-1016
>Telephone: (650) 849-6640
>Facsimile: (650) 849-6666
>*Attorneys for Placeware, Inc.*

>Russell L. Johnson, Esq.
>SKJERVEN MORRILL, LLP
>25 Metro Drive, Suite 700
>San Jose, California 95110
>Telephone: (408) 453-9200
>Facsimile: (408) 453-7979
>*Attorneys for Webex Communications, Inc.*

>J. Christopher Jaczko, Esq.
>COOLEY GODWARD LLP
>4401 Eastgate Mall
>San Diego, California 92121-1909
>Telephone: (858) 550-6027
>Facsimile: (858) 550-6420
>*Attorneys for First Virtual Communications, Inc.*

>Timothy J. Vezeau, Esq.
>KATTEN MUCHIN ZAVIS ROSENMAN
>1025 Thomas Jefferson Street N.W.
>Suite 700
>Washington, D.C. 20007-5201
>Telephone: (202) 625-3500
>Facsimile: (202) 298-7570
>*Attorneys for Smart Technologies, Inc.*

4

834660.1

Jonathan E. Jove, Esq.
PILLSBURY WINTHROP
11682 El Camino Real, Suite 200
San Diego, California 92130-2092
Telephone: (858) 509-4005
Facsimile: (858) 509-4010
*Attorneys for Teraglobal Communications Corp.*

Mathew B. Lowie, Esq.
WOLF GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
Telephone: (617) 720-3500
Facsimile: (617) 720-2441
*Attorneys for Centra Software, Inc.*

Nomi I. Lowy, Esq.
SCARINCI & HOLLENBECK, LLC
1100 Valley Brook Avenue
P.O. Box 790
Lyndhurst, New Jersey 07071-0790
Telephone: (201) 392-8900
Facsimile: (201) 348-3877
*Attorneys for Comweb Technology Group, Inc.*

MCGUIRE WOODS, LLP

Erik C. Martini, Esq. (Bar No. 25948)
7 Saint Paul Street, Suite 1000
Baltimore, Maryland 21202
Telephone: (410) 659-4400
Facsimile: (410) 659-4599

BOND, SCHOENECK & KING, PLLC
Louis Orbach, Esq.
Maria Gerace, Esq.
(Applications for admission pro hac vice to be submitted)
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 422-0121
Facsimile: (315) 422-6825

Attorneys for WEBWISDOM.COM, INC.

5                                                           834660.1



# State of New York
# Appellate Division of the Supreme Court
# Third Judicial Department

I, Michael J. Novack, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Louis Orbach

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the 25th day of January, 1994, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 21st day of October, 2002.



Michael J. Novack
Clerk



## District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202/879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____Louis Orbach_____

was on the __14th__ day of __October__, __1994__, duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C. this __18th__ day of __October__, __2002__.

GARLAND PINKSTON, JR., CLERK

By: _____
         Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC HAMILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 02-CV-2438 MJG |
| v. ) | |
| ) | |
| COMWEB TECHNOLOGY GROUP, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION FOR
## ADMISSION OF LOUIS ORBACH PRO HAC VICE

The Court hereby grants the Motion for Admission Pro Hac Vice of Louis Orbach.

Date: 10-30-02

Felicia C. Cannon

**Clerk, United States District Court**
For the District of Maryland

\\COM\166093.1