ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC HAMILTON, | Case No. MJG 02CV2438 |
| Plaintiff, | |
| v. | |
| COMWEB TECHNOLOGY GROUP, INC., ET AL., | |
| Defendants. | |

**MOTION FOR ADMISSION OF J. CHRISTOPHER JACZKO *PRO HAC VICE***

I, Aaron Velli, am a member in good standing of the bar of this Court. My bar number is ___23614___. I am moving the admission of J. Christopher Jaczko, Esq. to appear *pro hac vice* in this case as counsel for First Virtual Communications, Inc.

We certify that:

1.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| COURT | DATE OF ADMISSION |
|---|---|
| State of California | December 5, 1990 |
| United States District Court for the Southern District of California | December 5, 1990 |

358267 v1 SD
7_FV01!.DOC

| | |
|---|---|
| United States District Court for the Northern District of California | September 11, 1996 |
| United States District Court for the Central District of California | July 29, 1996 |
| United States Court of Appeal for the Federal Circuit | August, 1997 |

2. During the twelve (12) months immediately proceeding this motion, the proposed admittee has never been admitted *pro hac vice* in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is also a member of the bar of this Court in good standing and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission pro hac vice is enclosed.**

Respectfully submitted,

MOVANT
_____
Signature

Aaron Velli
Printed Name

COOLEY GODWARD LLP
Firm

One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, VA 20190-5656
Address

Tel: (703) 456-8000

PROPOSED ADMITTEE
_____
Signature

J. Christopher Jaczko
Printed Name

COOLEY GODWARD LLP
Firm

4401 Eastgate Mall
San Diego, CA 92121
Address

Tel: (858) 550-6000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC HAMILTON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COMWEB TECHNOLOGY GROUP, INC., ET AL.,<br><br>　　　　Defendants. | Case No.  MJG 02CV2438 |

## [PROPOSED] ORDER GRANTING ADMISSION OF

## J. CHRISTOPHER JACZKO *PRO HAC VICE*

The Court hereby grants the Motion for Admission *Pro Hac Vice* of J. Christopher Jaczko.

Dated: 11-5-02                    Felicia C. Cannon
                                  _____
                                  Clerk, United States District Court
                                  by: Lisa Stevenson

358299 v1/SD
7_GR01!.DOC