


**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC HAMILTON, | Case No. MJG 02CV2438 |
| Plaintiff, | |
| v. | |
| COMWEB TECHNOLOGY GROUP, INC., ET AL., | |
| Defendants. | |

**MOTION FOR ADMISSION OF**

**ANDREA S. HOFFMAN *PRO HAC VICE***

I, Aaron Velli, am a member in good standing of the bar of this Court. My bar number is __23614__. I am moving the admission of Andrea S. Hoffman, Esq. to appear *pro hac vice* in this case as counsel for First Virtual Communications, Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

/ / /

/ / /

358301 v1/SD
7_GT01!.DOC

| COURT | DATE OF ADMISSION |
|---|---|
| State of California | December 9, 1998 |
| United States District Court for the Southern District of California | December 9, 1998 |
| United States District Court for the Northern District of California | November 17, 2000 |
| United States District Court for the Central District of California | January 10, 2001 |
| United States District Court for the Eastern District of California | January 9, 2001 |
| United States Court of Appeal for the Ninth Circuit | March 12, 2002 |

2. During the twelve (12) months immediately proceeding this motion, the proposed admittee has never been admitted *pro hac vice* in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is also a member of the bar of this Court in good standing and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission pro hac vice is enclosed.**

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____<br>Signature | _____<br>Signature |
| Aaron Velli<br>Printed Name | Andrea S. Hoffman<br>Printed Name |
| COOLEY GODWARD LLP<br>Firm | COOLEY GODWARD LLP    Prid 295745<br>Firm                                    Plid 11/4/00 |
| One Freedom Square<br>Reston Town Center<br>11951 Freedom Drive<br>Reston, VA 20190-5656<br>Address | 4401 Eastgate Mall<br>San Diego, CA 92121<br>Address |
| Tel: (703) 456-8000 | Tel: (858) 550-6000 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC HAMILTON, | Case No. MJG 02CV2438 |
| Plaintiff, | |
| v. | |
| COMWEB TECHNOLOGY GROUP, INC., ET AL., | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING ADMISSION OF**

**ANDREA S. HOFFMAN *PRO HAC VICE***

The Court hereby grants the Motion for Admission *Pro Hac Vice* of Andrea S. Hoffman.

Dated: 11-5-02

Felicia C. Cannon

Clerk, United States District Court

by [signature]

358307 v1/SD
7_GZ01!.DOC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant First Virtual Communications, Inc.'s Motion for Admission of Andrea S. Hoffman *Pro Hac Vice* was served by First Class Mail, this 1st day of November, 2002 to:

Brian Fergusen
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096

Russell L. Johnson
Bryan K. Anderson
Elizabeth R. Potts
Skjerven Morrill LLP
25 Metro Drive, Suite 700
San Jose, CA 95110

Joseph J. Zito
A Technology Law Practice
26005 Ridge Road, Suite 203
Damascus, Maryland 20872

Jonathan Jobe
Pillsbury Winthrop LLP
101 W. Broadway #1800
San Diego, CA 92101-8219

James D. Dati
Bond Schoeneck & King, P.A.
The Promenade
26811 South Bay Drive, Suite 200
Bonita Springs, FL 34134

Larry O'Rourke
Finnegan Henderson Farabow Garrett & Dunner
1300 I Street, N.W.
Washington, DC 20005

Erik Puknys
Finnegan Henderson Farabow Garrett & Dunner
700 Hansen Way
Palo Alto, CA 94394

Jeffrey Berkowitz
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

Timothy Vezeau
Katten Muchin Zavis Rosenman
525 West Monroe Street, Suite 1600
Chicago, IL 60661

Richard Bauer
Dawn Hayes, Esq.
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, DC 20007

John M. Scagnelli
Scarinci & Hollenbeck LLC
500 Plaza Drive
P.O. Box 3189
Secaucus, NJ 07096

Randy J. Pritzker
Wolf, Greenfield & Sacks, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston MA 02210

*[signature: Dawn Roelofs]*