**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Eric Hamilton | * | |
| Plaintiff(s) | * | |
| vs. | * | Case No.: 02-CV-2438 |
| Comweb Technology, et al. | * | ___FILED ___ENTERED<br>___LOGGED ___RECEIVED |
| Defendant(s) | | |
| | ****** | NOV 1 2 2002<br>AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY _____ DEPUTY |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Scott R. Haiber__, am a member in good standing of the bar of this Court. My bar number is __25947__. I am moving the admission of __Jeffrey A. Berkowitz__ to appear *pro hac vice* in this case as counsel for __Placeware, Inc.__

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| New Jersey | 1988 |
| New York | 1989 |
| U.S. Court of Federal Claims | 1990 |
| District of Columbia | 1995 |
| U.S. District Court for the District of Colorado | 2002 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __-__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   ~~Either~~ the undersigned movant ~~or~~ _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _/s/ Scott R. Haiber_ | _/s/ Jeffrey A. Berkowitz_ |
| Signature | Signature |
| Scott R. Haiber | Jeffrey A. Berkowitz |
| Printed Name | Printed Name |
| Miles & Stockbridge P.C. | Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. |
| Firm | Firm |
| 10 Light Street Baltimore, Maryland 21202 | Two Freedom Square 11955 Freedom Drive Reston, VA 20190-5675 |
| Address | Address |
| 410-727-6464 | 571-203-2710 |
| Telephone Number | Telephone Number |
| 410-385-3700 | 202-408-4400 |
| Fax Number | Fax Number |

****************************************************************

## ORDER

☑ GRANTED      ☐ DENIED

_11-8-02_                                    Felicia C. Cannon

Date                                         Clerk, United States District Court

                                             By: _/s/_

## Certificate of Service

I HEREBY CERTIFY that on this 7th day of November 2002 a copy of Defendant's Motion For Admission *Pro Hac Vice* was served, via first class mail, postage prepaid to:

Joseph J. Zito
ZITO tlp
26005 Ridge Road, Suite 203
Damascus, MD 20872
*Counsel for Plaintiff*

**ComWeb Technology Group, Inc.**
c/o John M. Scagnelli
Robert E. Levy
Nomi I. Lowy
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue
P.O. Box 790
Lyndhurst, NJ 07071-0790

**WebEx Communications, Inc.**
c/o Russell I. Johnson
Bryan K. Anderson
Elizabeth R. Potts
Skjerven Morrill LLP
Suite 700, 25 Metro Drive
San Jose, California 95110

Brian E. Ferguson
Jack Q. Lever, Jr.
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096

**First Virtual Communications, Inc.**
c/o J. Christopher Jaczko
Cooley Godward LLP
4401 Eastgate Mall
San Diego, CA 92121-1909

**SMART Technologies, Inc.**
c/o Timothy J. Vezeau
Scott M. Gettleson
Katten Muchin Zavis Rosenman
525 West Monroe Street, Suite 1600
Chicago, IL 60661-3693

John M. G. Murphy
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street
Baltimore, MD 21202

**Teraglobal Communications Corp.**
c/o Jonathan E. Jobe, Jr.
Pillsbury Winthrop LLP
11682 El Camino Real Suite 200
San Diego, CA 92130-2092

Brian E. Ferguson
Jack Q. Lever, Jr.
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096

**Centra Software, Inc.**
c/o Matthew B. Lowrie
Laura E. Topper
Wolf, Greenfield & Sacks, PC
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2206

- and -

**WebWisdom.com, Inc.**
c/o Louis Orbach
Maria Gerace
Bond, Schoeneck & King, P.A.
One Lincoln Center
Syracuse, NY 13202-1355

Erik C. Martini
7 Saint Paul Street
Suite 1000
Baltimore, MD 21202

_____
Scott R. Haiber