IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC HAMILTON )<br>        Plaintiff )<br>v. )<br>)<br>COMWEB TECHNOLOGY GROUP, INC.; )<br>PLACEWARE, INC; )<br>WEBEX COMMUNICATIONS, INC.; )<br>FIRST VIRTUAL COMMUNICATIONS, INC.; )<br>SMART TECHNOLOGIES, INC.; )<br>TERAGLOBAL COMMUNICATIONS CORP.; )<br>CENTRA SOFTWARE, INC.; )<br>WEBWISDOM.COM, INC )<br>        Defendants )<br>) | Civil Action No.<br><br>MJG 02 CV 2438 |

**VOLUNTARY DISMISSAL OF CENTRA SOFTWARE**

Plaintiff, Eric Hamilton, pursuant to a settlement and intellectual property license agreement between Hamilton and Centra Software, Inc., does hereby voluntarily dismiss this action with prejudice against Defendant Centra Software, Inc., only.

Hamilton maintains all claims and causes of action against all other named Defendants.

Respectfully submitted,

November 7, 2002

_[signature]_
Joseph J. Zito, ZITO tlp
26005 Ridge Road, Suite 203
Damascus, Maryland 20872
Tel: (301) 601-5010
Fax: (301) 482-0779

ACKNOWLEDGED, ACCEPTED and so ORDERED, This 12th day of November, 2002.

_[signature]_
Marvin J. Garbis
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing VOLUNTARY DISMISSAL OF CENTRA SOFTWARE was served via first class mail to the counsel designated below, this 7th day of November 2002:

For: Comweb            John M Scagnelli
                       Robert E. Levy
                       Nomi I. Lowy
                       SCARINCI & HOLLENBECK, LLC
                       1100 Valley Brook Avenue
                       P.O. Box 790
                       Lyndhurst, NJ 07071-0790

For: Placeware         Jeffrey Berkowitz
                       Larry O'Rourke
                       Erik R. Puknys
                       FINNEGAN, HENDERSON,
                       FARABOW, GARRETT
                       & DUNNER, L.L.P
                       Stanford Research Park
                       700 Hansen Way
                       Palo Alto, California 94304-1016

For: Webex             Russell L. Johnson
                       Bryan K. Anderson
                       Elizabeth R. Potts
                       SKJERVEN MORRILL LLP
                       Suite 700, 25 Metro Drive
                       San Jose, California 95110

For: First Virtual     J. Christopher Jaczko
                       COOLEY GODWARD LLP
                       4401 Eastgate Mall
                       SanDiego, CA 92121-1909

For: Smart Technologies
                       Timothy J. Vezeau
                       Scott M. Gettleson
                       KMZ ROSENMAN
                       525 West Monroe Street, Suite 1600
                       Chicago, Illinois 60661-3693

| | |
|---|---|
| For: Teraglobal | Jonathan E. Jobe, Jr.<br>PILLSBURY WINTHROP<br>11682 El Camino Real Suite 200<br>San Diego, CA 92130-2092 |
| For: Centra | Matthew B. Lowrie<br>Laura E. Topper<br>WOLF GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210-2206 |
| For: Webwisdom | Louis Orbach, Esq.<br>Maria Gerace, Esq.<br>BOND SCHOENECK & KING, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202-1355 |

_____
Joseph J. Zito