**ORIGINAL**



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Eric Hamilton** | * | |
| Plaintiff | * | |
| | | Case No.: 02 CV 2438 (MJG) |
| vs. | * | |
| **Comweb Technology Group, Inc., et al.** | * | |
| Defendant(s) | | |

\* \* \* \* \* \*

## MOTION FOR ADMISSION OF BRYAN K. ANDERSON *PRO HAC VICE*

I, Brian E. Ferguson, am a member in good standing of the bar of this Court. My bar number is 10326. I am moving the admission of Bryan K. Anderson to appear *pro hac vice* in this case as counsel for WebEx Communications, Inc.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| State of Michigan | 1990 |
| State of California | June 6, 1994 |
| United States Federal Court for the Northern District of California | June 6, 1994 |
| United States Courts of Appeals for the Ninth Circuit | June 23, 1994 |
| United States Court of Appeals for the Federal Circuit | April 4, 1997 |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has not been admitted *pro hac vice* in this Court.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute admission to the bar of this Court.

6.   The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   The $50.00 fee for admission *pro hac vice* is enclosed.

Respectfully submitted,

MOVANT

_____
Signature

Brian E. Ferguson
Printed Name

McDermott, Will & Emery
Firm

600 13th Street, N.W.
Washington, D.C. 20005
Address

(202) 756-8000
Telephone Number

(202) 756-8087
Fax Number

PROPOSED ADMITTEE

_____
Signature

Bryan K. Anderson
Printed Name

Skjerven Morrill LLP
Firm

25 Metro Drive, Suite 700
San Jose, CA 95110
Address

(408) 453-9200
Telephone Number

(408) 453-7979
Fax Number

********************************************************************

## ORDER

☑ GRANTED        ☐ DENIED

_11-14-02_
Date

Felicia C. Cannon
Clerk, United States District Court

by _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **Motion for Admission of Bryan K. Anderson *Pro Hac Vice*** was served by First Class Mail, this 12th day of November, 2002 to:

Joseph J. Zito
A Technology Law Practice
26005 Ridge Road, Suite 203
Damascus, Maryland 20872

Christopher Jaczko
Cooley Godward LLP
4401 Eastgate Mall
San Diego, California 92121-1909

Jonathan Jobe
Pillsbury Winthrop LLP
101 W. Broadway #1800
San Diego, CA 92101-8219

James D. Dati
Bond, Schoeneck & King, P.A.
The Promenade
26811 South Bay Drive, Suite 200
Bonita Springs, Florida 34134

Larry O'Rourke
Finnegan Henderson Farabow Garrett & Dunner
1300 I St., N.W.
Washington, DC

Erik Puknys
Finnegan Henderson Farabow Garrett & Dunner
700 Hansen Way
Palo Alto, CA 94394

Jeffrey Berkowitz
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

Timothy Vezeau
Katten Muchin Zavis Rosenman
525 West Monroe Street, Suite 1600
Chicago, Illinois 60661

Richard Bauer
Dawn Hayes
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson St., N.W.
East Lobby, Suite 700
Washington, DC 20007

John M. Scagnelli
Scarinci & Hollenbeck LLC
500 Plaza Drive, P.O. Box 3189
Secaucus, NJ 07096

Randy J. Pritzker
Wolf, Greenfield & Sacks, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210

_____