IN [TH]E UNITED STATES DISTRICT C[OUR]T
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

| | |
|---|---|
| Eric Hamilton | * |
| Plaintiff(s) | * |
| | * Case No.: 02-CV-2438 |
| vs. | * |
| Comweb Technology, et al. | * |
| Defendant(s) | |
| ****** | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Scott R. Haiber__, am a member in good standing of the bar of this Court. My bar number is __25947__. I am moving the admission of __Erik R. Puknys__ to appear *pro hac vice* in this case as counsel for __Placeware, Inc.__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| California | 1997 |
| District of Columbia | 1998 |
| All U.S. District Courts for California | 1998 |
| U.S. Court of Appeal for Federal Circuit | 1998 |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __0__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice

Page 1 of 2

admission to practice law in / jurisdiction, then he/she must submit a st .nent fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _[signature]_ | _[signature]_ |
| Signature | Signature |
| Scott R. Haiber | Erik R. Puknys |
| Printed Name | Printed Name |
| Miles & Stockbridge P.C. | Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. |
| Firm | Firm |
| 10 Light Street Baltimore, Maryland 21202 | 700 Hansen Way Palo Alto, CA 94304 |
| Address | Address |
| 410-727-6464 | 650-849-6644   Prid 294159 |
| Telephone Number | Telephone Number   Plid 118,200 |
| 410-385-3700 | 650-849-6666 |
| Fax Number | Fax Number |

*********************************************************************

## ORDER

☒ GRANTED    ☐ DENIED

_11/18/02_                              Felicia C. Cannon

Date                                   Clerk, United States District Court

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice       _[signature]_       Page 2 of 2