ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| ERIC HAMILTON, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. MJG 02-CV-2438 |
| COMWEB TECHNOLOGIES GROUP, *et al.*, | * | Judge Marvin J. Garbis |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1(b) of this Court, John M.G. Murphy, a member in good standing of the bar of this Court, respectfully moves this honorable Court to admit Timothy J. Vezeau, Esq., to appear *pro hac vice* in the above-captioned proceeding as counsel for defendant/counterplaintiff SMART Technologies, Inc.

Movant and the proposed admittee respectfully certify as follows:

1.   Mr. Vezeau is a member in good standing of the bar of the State of Illinois.

2.   Mr. Vezeau is admitted to practice in the United States District Court for the Northern District of Illinois.

3.   Mr. Vezeau appeared as of counsel to the Movant on behalf of Grass Valley Group in *Simon Systems, Inc., v. Grass Valley Group* (Civil Action No. AMD 02 CV 427) (settled and dismissed before admission *pro hac vice*) but has not otherwise been admitted *pro hac vice* in this Court during the twelve (12) months immediately preceding the filing of this Motion.

1

4.  Mr. Vezeau has never been disbarred, suspended, or denied admission to practice. There are no disciplinary proceedings pending against Mr. Vezeau as a member of the bar in any jurisdiction.

5.  Mr. Vezeau is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

6.  Co-counsel for the proposed admittee in this proceeding will be the undersigned, a member of the bar of this Court.

7.  It is understood that admission *pro hac vice* does not constitute a formal admission to the bar of this Court.

WHEREFORE, the Movant respectfully requests that this Court enter an Order authorizing the admission *pro hac vice* of Timothy J. Vezeau, Esq.

Respectfully submitted,

Movant:

_____
John M.G. Murphy
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street, 8th Floor
Baltimore, MD 21202-1643
(410) 685-1120

Proposed Admittee:

_____
Timothy J. Vezeau
Katten Muchin Zavis Rosenman
525 W. Monroe Street, Suite 1600
Chicago, IL 60661-3693
(312) 902-5200

2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 18 day of November, 2002, a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE was mailed postage pre-paid to:

        Joseph J. Zito
        ZITO tlp
        26005 Ridge Road, #203
        Damascus, MD 20872
        Tel.: 301.601.5010
        Fax: 301.482.0779

and was served the same day upon the following counsel for the Co-Defendants by first-class mail, postage prepaid:

First Virtual:
    Christopher Jaczko
    Cooley Godward LLP
    4401 Eastgate Mall
    San Diego, CA 92121-1909
    Tel.: 858.550.6420
    Fax: 858.550.6420

TeraGlobal:
    Jonathan E. Jobe, Jr.
    Pillsbury Winthrop LLP
    11682 El Camino Real, #200
    San Diego, CA 92130
    Tel.: 619.234.5000
    Fax: 858.509.4010

WebEx:
    Russell L. Johnson
    Skjerven Morrill LLP
    25 Metro Drive, #700
    San Jose, CA 95110
    Tel.: 408.453.9200
    Fax: 408.453.7979

WebWisdom:
    Louis Orbach
    Bond, Schoeneck & King, PLLC
    One Lincoln Center
    Syracuse, NY 13202-1355
    Tel.: 315.422.0121

Fax: 315.422.3598

PlaceWare:
Jeffrey A. Berkowitz
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
Tel.: 571.203.2710
Fax: 571.203.2777

ComWeb:
John M. Scagnelli
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue
P.O. Box 790
Lyndhurst, NJ 07071-0790
Tel.: 201.392.8900
Fax: 201.348.3877

_____
John M.G. Murphy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| ERIC HAMILTON, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. MJG 02-CV-2438 |
| COMWEB TECHNOLOGIES GROUP, *et al.*, | * | Judge Marvin J. Garbis |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

Having considered the Motion For Admission of Timothy J. Vezeau *pro hac vice* to represent defendant/counterplaintiff SMART Technologies, Inc. in the above-captioned litigation, it is hereby ORDERED that the Motion for Admission Pro Hac Vice is GRANTED.

_11-22-02_
Date

Felicia C. Cannon
Clerk, United States District Court
by [signature]

Copies to:

Joseph J. Zito
ZITO tlp
26005 Ridge Road, #203
Damascus, MD 20872

John M.G. Murphy
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street, 8th Floor
Baltimore, MD 21202-1643

1

Timothy J. Vezeau
Katten Muchin Zavis Rosenman
525 W. Monroe Street, Suite 1600
Chicago, IL 60661-3693

Christopher Jaczko
Cooley Godward LLP
4401 Eastgate Mall
San Diego, CA 92121-1909

Jonathan E. Jobe, Jr.
Pillsbury Winthrop LLP
11682 El Camino Real, #200
San Diego, CA 92130

Russell L. Johnson
Skjerven Morrill LLP
25 Metro Drive, #700
San Jose, CA 95110

Louis Orbach
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202-1355

Jeffrey A. Berkowitz
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

John M. Scagnelli
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue
P.O. Box 790
Lyndhurst, NJ 07071-0790