12/24/02 TUE 10:02 FAX 4103853700     MILES&STOCKBRIDGE     ☒002

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 DEC 27 P 3:28
CLERK'S OFFICE
AT BALTIMORE
————————— DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **ERIC HAMILTON,** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. MJG 02 CV 2438 |
| **COMWEB TECHNOLOGY GROUP, INC., et al.,** | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CONFIRMATION OF STIPULATED DISMISSAL
### OF CLAIMS AND COUNTERCLAIMS

The Plaintiff and Defendant Placeware, Inc. ("Placeware") by their undersigned counsel, hereby file this confirmation of the dismissal of both Plaintiffs' claims against Placeware and, concomitantly, Placeware's dismissal of its counterclaims against Plaintiff. Although Placeware did not join in the "Voluntary Dismissal" previously filed by Plaintiff, Placeware and Plaintiff do voluntarily dismiss all claims raised by each party against the other party, as reflected in the Court's order of December 19, 2002.

Respectfully,

_____      _____
Joseph J. Zito, Bar #05640                    Scott R. Haiber, Bar #25947
ZITO tlp                                              MILES & STOCKBRIDGE P.C.
26005 Ridge Road, Suite 203            10 Light Street
Damascus, Maryland 20872              Baltimore, Maryland 21202
(301) 601-5010                                (410) 727-6464

DEC 27 2002

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of December 2002 a copy of the foregoing Confirmation of Stipulated Dismissal of Claims and Counterclaims was served, via first class mail, postage prepaid to:

**WebEx Communications, Inc.**
c/o Russell I. Johnson
Bryan K. Anderson
Elizabeth R. Potts
Skjerven Morrill LLP
Suite 700, 25 Metro Drive
San Jose, California 95110

Brian E. Ferguson
Jack Q. Lever, Jr.
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096

**First Virtual Communications, Inc.**
c/o J. Christopher Jaczko
Andrea S. Hoffman
Cooley Godward LLP
4401 Eastgate Mall
San Diego, CA 92121-1909

**SMART Technologies, Inc.**
John M. G. Murphy
Ober, Kaler, Grimes & Shriver
120 E. Baltimore Street
Baltimore, MD 21202

**Teraglobal Communications Corp.**
c/o Jonathan E. Jobe, Jr.
Pillsbury Winthrop LLP
11682 El Camino Real Suite 200
San Diego, CA 92130-2092

Brian E. Ferguson
Jack Q. Lever, Jr.
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096

**WebWisdom.com, Inc.**
c/o Louis Orbach
Maria Gerace
Bond, Schoeneck & King, P.A.
One Lincoln Center
Syracuse, NY 13202-1355

Erik C. Martini
7 Saint Paul Street
Suite 1000
Baltimore, MD 21202

*Scott Haiber/MJD for*
Scott R. Haiber