IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| ERIC HAMILTON,<br><br>      Plaintiff,<br><br>  v.<br><br>COMWEB TECHNOLOGY GROUP, INC.,<br>PLACEWARE, INC.,<br>WEBEX COMMUNICATIONS, INC.,<br>FIRST VIRTUAL COMMUNICATIONS, INC.,<br>SMART TECHNOLOGIES, INC.,<br>TERAGLOBAL COMMUNICATIONS CORP.,<br>CENTRA SOFTWARE, INC.,<br>WEBWISDOM.COM, INC.,<br><br>      Defendants. | Civil Action No. 02-CV-2438 (MJG) |

### NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit A, which is an attachment to Surreply Memorandum of Law in Support of WebWisdom's Motion to Dismiss, exists only in CD-Rom format and if downloaded and scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in CD-Rom format.

I certify that within 24 hours of the filing of this Notice, I will file and serve CD-Rom copies of the document identified above.

Dated: March 4, 2003

                     /s/
               Maria P. Gerace, Esq.
               Bond, Schoeneck & King PLLC
               One Lincoln Center
               Syracuse, New York 13202
               Telephone: (315) 218-8000
               Facsimile: (315) 218-8100

_____/s/_____
Patrick R. Buckler, Esq.
(signed by Maria P. Gerace with permission of Patrick R. Buckler)
Bar No. 25943
McGuireWoods LLP
7 St. Paul Street, Suite 1000
Baltimore, Maryland 21202
Telephone: (410) 659-4425
Facsimile: (410) 659-4599

Attorneys for Defendant,
WebWisdom.Com, Inc.

868151.1 3/3/2003