# EXHIBIT C

4_aide_html_access_categorized.xls

**Accesses to http://ret.webwisdom.com:81/aide.html private web page since the day the page was made available (7/22/02)**

**137 accesses via a browser, 24 accesses by search engine robots**

Categorized accesses: 44 unique IP addresses, 137 accesses by browser total over 7 months

**Accesses by authorized users/partners**

| Date | Time | IP address | # | URL | DNS name | Location |
|---|---|---|---|---|---|---|
| 8/22/2002 | 21:05:40 | 138.27.150.223 | 1 | /aide.html | pc150-223.hua.army.mil | Army Intel Ft. Huachuca, Arizona |
| 8/26/2002 | 19:35:17 | 128.155.200.27 | 1 | /aide.html | cst-thor.larc.nasa.gov | NASA LARC, Hampton, Virginia |
| 9/11/2002 | 21:10:47 | 128.155.33.135 | 1 | /aide.html | marypc.larc.nasa.gov | NASA LARC, Hampton, Virginia |
| 9/18/2002 | 18:55:31 | 214.3.74.114 | 1 | /aide.html | - | Ft. Belvoir, Virginia |
| 10/1/2002 | 16:18:45 | 128.155.36.229 | 43 | /aide.html | cst-wildcat.larc.nasa.gov | NASA LARC, Hampton, Virginia |
| 10/4/2002 | 1:32:57 | 203.124.2.55 | 1 | /aide.html | fmoon.singnet.com.sg | CA (CW partner), Singapore |
| 10/5/2002 | 13:20:42 | 203.125.74.220 | 1 | /aide.html | bb-203-125-74-220.singnet.com.sg | CA (CW partner), Singapore |
| 10/8/2002 | 19:17:51 | 128.227.42.12 | 1 | /aide.html | ufl.edu | Univ. of Florida, Florida |
| 10/9/2002 | 18:09:58 | 128.155.20.243 | 1 | /aide.html | cst-jaguar.larc.nasa.gov | NASA LARC, Hampton, Virginia |
| 10/10/2002 | 16:53:04 | 128.155.20.74 | 4 | /aide.html | zebra.larc.nasa.gov | NASA LARC, Hampton, Virginia |
| 10/18/2002 | 1:32:20 | 216.54.40.117 | 1 | /aide.html | lara-117.larc.nasa.gov | NASA LARC, Hampton, Virginia |
| 11/1/2002 | 18:15:22 | 128.155.33.132 | 3 | /aide.html | uva-tigger.larc.nasa.gov | NASA LARC, Hampton, Virginia |
| 11/5/2002 | 11:26:32 | 155.35.248.112 | 1 | /aide.html | - | CA (CW partner) Sydney, Australia |
| 11/8/2002 | 20:02:39 | 128.230.38.112 | 1 | /aide.html | syru38-112.syr.edu | Syracuse University, Syracuse NY |
| 11/14/2002 | 15:02:30 | 128.210.160.160 | 1 | /aide.html | dopey.e-enterprise.purdue.edu | Purdue University, Indiana |
| 12/6/2002 | 18:37:21 | 141.202.248.12 | 1 | /aide.html | usilis02.ca.com | CA (CW partner), Islandia, NY |
| 12/17/2002 | 21:20:47 | 128.155.2.112 | 6 | /aide.html | elepc.larc.nasa.gov | NASA LARC, Hampton, Virginia |
| 1/15/2003 | 14:53:56 | 128.155.10.159 | 2 | /aide.html | cheetah.larc.nasa.gov | NASA LARC, Hampton, Virginia |
| 1/15/2003 | 14:21:22 | 128.155.20.135 | 18 | /aide.html | noor.larc.nasa.gov | NASA LARC, Hampton, Virginia |
| 1/15/2003 | 16:57:30 | 128.227.58.76 | 1 | /aide.html | n128-227-58-76.xlate.ufl.edu | Univ. of Florida, Florida |
| 1/16/2003 | 14:56:34 | 128.174.133.219 | 2 | /aide.html | aae219.aae.uiuc.edu | UIUC, Urbana, Illinois |
| 1/16/2003 | 15:03:27 | 128.82.215.87 | 9 | /aide.html | h215087.engr.odu.edu | Old Dominion University, Hampton, Virginia |
| 1/16/2003 | 15:36:39 | 141.142.105.100 | 5 | /aide.html | klsg.ncsa.uiuc.edu | NCSA UIUC, Urbana, Illinois |
| 1/16/2003 | 15:28:07 | 141.142.105.95 | 1 | /aide.html | wads.ncsa.uiuc.edu | NCSA UIUC, Urbana, Illinois |
| 2/6/2003 | 20:57:47 | 128.155.20.50 | 1 | /aide.html | leo.larc.nasa.gov | NASA LARC, Hampton, Virginia |
| 2/6/2003 | 16:46:51 | 128.230.238.175 | 1 | /aide.html | syru238-175.syr.edu | Syracuse University, Syracuse NY |
| 2/6/2003 | 10:04:27 | 203.125.36.17 | 1 | /aide.html | bb-203-125-36-17.singnet.com.sg | CA (CW partner), Singapore |

Subtotal 110

4_aide_html_access_categorized.xls

**Un-affiliated (public) accesses**

| Date | Time | IP | Hostname | Count | Path | Location |
|---|---|---|---|---|---|---|
| 8/28/2002 | 12:08:50 | 213.175.2.50 | proxy.rupa.it | 1 | /aide.html | Rome, Italy |
| 9/28/2002 | 0:16:52 | 66.144.11.17 | - | 1 | /aide.html | Cleveland, Ohio |
| 10/4/2002 | 22:56:08 | 151.200.54.178 | pool-151-200-54-178.res.east.verizon.net | 1 | /aide.html | East Coast ISP |
| 10/30/2002 | 20:57:50 | 155.178.180.5 | igate.tc.faa.gov | 1 | /aide.html | FAA, Washington DC |
| 11/19/2002 | 6:04:40 | 209.249.67.107 | an-zyborg7.looksmart.com | 1 | /aide.html | search engine company, SF, CA |
| 11/25/2002 | 17:18:14 | 141.2.14.24 | orion.tm.informatik.uni-frankfurt.de | 1 | /aide.html | Frankfurt University, Frankfurt, Germany |
| 12/5/2002 | 23:24:09 | 68.38.111.57 | bgp533710bgs.ebrnsw01.nj.comcast.net | 1 | /aide.html | ISP, New Jersey |
| 12/14/2002 | 19:22:22 | 196.40.52.159 | puntarenas-a30.racsa.co.cr | 1 | /aide.html | San Jose, Costa Rica |
| 12/17/2002 | 8:42:40 | 217.82.85.169 | pD95255A9.dip.t-dialin.net | 1 | /aide.html | German ISP |
| 12/31/2002 | 9:11:22 | 66.196.72.22 | j3112.inktomisearch.com | 1 | /aide.html | search engine, Bay Area, CA |
| 2/7/2003 | 12:13:24 | 219.101.141.180 | proxy01.itg.hitachi.co.jp | 1 | /aide.html | Hitachi, Japan |
| 2/8/2003 | 7:52:40 | 217.219.82.220 | - | 1 | /aide.html | Iran |
| 2/14/2003 | 2:16:37 | 172.148.192.249 | AC94C0F9.ipt.aol.com | 1 | /aide.html | AOL network, |
| | | | Subtotal | 13 | | |

**Access related to Mr. Hamilton's lawsuit**

| Date | Time | IP | Hostname | Count | Path | Location |
|---|---|---|---|---|---|---|
| 2/13/2003 | 20:22:53 | 66.167.36.177 | h-66-167-36-177.MCLNVA23.covad.net | 12 | /aide.html | plaintiff, McLean, Virginia |
| 2/14/2003 | 21:07:19 | 208.27.202.123 | rch4.gtwy.uscourts.gov | 1 | /aide.html | US Court |
| 2/14/2003 | 23:03:07 | 207.127.164.2 | BSK, | 1 | /aide.html | WebWisdom counsel, Syracuse, NY |
| | | | Subtotal | 14 | | |

Total 137