# EXHIBIT D

5_client_software downloads.xls

**Downloads by unaffiliated**

| Date | Time | IP Address | DNS name | Location | Version |
|---|---|---|---|---|---|
| 9/28/2002 | 00:18:07 | 66.144.11.17 | ??? | Cleveland, OH | ti-client-2_1_124_4-win.exe |
| 11/6/2002 | 10:49:45 | 209.237.238.161 | crawl11-public.alexa.com | search engine SF | ti-client-2_1_124_4-win.exe |
| 11/7/2002 | 19:37:03 | 209.237.238.162 | crawl12-public.alexa.com | search engine SF | ti-client-2_1_124_4-win.exe |
| 11/20/2002 | 03:11:00 | 209.249.67.107 | an-zyborg7.looksmart.com | search engine SF | ti-client-2_1_124_4-win.exe |
| 2/12/2003 | 18:49:55 | 66.167.36.177 | h-66-167-36-177.MCLNVA23.covad.net | Plaintiff, VA | ti-client-2_1_124_8-win.exe |
| 2/14/2003 | 21:07:57 | 208.27.202.123 | rch4.gtwy.uscourts.gov | US Court | ti-client-2_1_124_8-win.exe |

**Unique downloads by CW personnel on road, CW affiliates, CW partners/distributors, and members of the HLN project**

| Date | Time | IP Address | DNS name/Organization | Location | Version |
|---|---|---|---|---|---|
| 7/26/2002 | 15:31:25 | 12.44.63.83 | CW employee | New Jersey | ti-client-2_1_124_2-win.exe |
| 9/11/2002 | 19:26:51 | 128.155.2.112 | NASA LARC | Hampton, Virginia | ti-client-2_1_124_4-win.exe |
| 9/3/2002 | 15:38:42 | 128.155.20.135 | NASA LARC | Hampton, Virginia | ti-client-2_1_124_4-win.exe |
| 11/1/2002 | 17:55:15 | 128.155.33.132 | NASA LARC | Hampton, Virginia | ti-client-2_1_124_4-win.exe |
| 8/30/2002 | 18:07:08 | 128.155.36.229 | NASA LARC | Hampton, Virginia | ti-client-2_1_124_4-win.exe |
| 1/16/2003 | 15:11:04 | 128.174.133.219 | UIUC | Urbana, Illinois | ti-client-2_1_124_8-win.exe |
| 10/8/2002 | 19:19:40 | 128.227.42.12 | Universty of Florida | Florida | ti-client-2_1_124_4-win.exe |
| 1/15/2003 | 15:19:04 | 128.82.215.87 | Old Dominion University | Hampton, Virginia | ti-client-2_1_124_6-win.exe |
| 1/16/2003 | 15:37:24 | 141.142.105.100 | NCSA UIUC | Urbana, Illinois | ti-client-2_1_124_8-win.exe |
| 1/9/2003 | 1:24:18 | 150.180.36.74 | Army Intel Ft. Huachuca | Arizona | ti-client-2_1_124_3-win.exe |
| 8/22/2002 | 17:52:47 | 150.180.36.75 | Army Intel Ft. Huachuca | Arizona | ti-client-2_1_124_4-win.exe |
| 2/6/2003 | 10:16:59 | 203.125.36.17 | CA, distributor/partner | Singapore | ti-client-2_1_124_8-win.exe |
| 7/24/2002 | 16:22:25 | 209.76.214.200 | Stryker, prospective partner | SF,CA | ti-client-2_1_124_2-win.exe |
| 1/16/2003 | 8:20:28 | 212.58.185.19 | qn-212-58-185-19.quicknet.nl, potential distrbtr | Holland | ti-client-2_1_124_8-win.exe |
| 1/18/2003 | 14:43:59 | 213.73.211.121 | qn-213-73-211-121.quicknet.nl, potential distrbtr | Holland | ti-client-2_1_124_8-win.exe |
| 1/16/2003 | 7:29:43 | 213.93.67.162 | e67162.upc-e.chello.nl, potential distrbtr | Holland | ti-client-2_1_124_8-win.exe |
| 10/18/2002 | 1:33:15 | 216.54.40.117 | NASA LARC | Hampton, Virginia | ti-client-2_1_124_4-win.exe |
| 12/11/2002 | 18:48:24 | 217.39.221.36 | CW distributor | United Kingdom | ti-client-2_1_124_3-win.exe |
| 12/11/2002 | 17:43:24 | 217.40.61.193 | CW distributor | United Kingdom | ti-client-2_1_124_3-win.exe |
| 1/17/2003 | 7:10:23 | 24.132.243.149 | node1f395.a2000.nl, potential distrbtr | Holland | ti-client-2_1_124_8-win.exe |
| 12/31/2002 | 2:34:49 | 24.189.70.27 | CW associate | New York City | ti-client-2_1_124_3-win.exe |
| 8/9/2002 | 14:59:03 | 24.203.220.230 | CW associate | New York | ti-client-2_1_124_3-win.exe |
| 11/12/2002 | 19:50:57 | 24.61.253.111 | CW associate | New York City | ti-client-2_1_124_3-win.exe |
| 11/14/2002 | 6:25:03 | 24.69.255.204 | CW associate | New York City | ti-client-2_1_124_3-win.exe |
| 1/16/2003 | 8:20:51 | 62.163.168.99 | a168099.upc-a.chello.nl, potential distrbtr | Holland | ti-client-2_1_124_8-win.exe |
| 10/29/2002 | 15:39:07 | 64.167.136.34 | CW associate | SF, California | ti-client-2_1_124_3-win.exe |
| 7/24/2002 | 15:33:21 | 66.134.111.10 | h-66-134-111-10.SNDACAGL.covad.net | San Diego, CA | ti-client-2_1_124_2-win.exe |
| 8/22/2002 | 20:11:41 | 67.96.67.22 | AERA Corp, prospective partner | Virginia | ti-client-2_1_124_3-win.exe |
| 7/31/2002 | 00:01:25 | 68.45.61.208 | CW associate | New Jersey | ti-client-2_1_124_2-win.exe |