# EXHIBIT E

6_AIDE_logins_external.xls

**Portal logins from by authorized individuals (only 1st login is listed)**

| Date | Time | IP address | Organization/DNS name | Location | URL |
|---|---|---|---|---|---|
| 7/26/2002 | 16:07:02 | 12.44.63.83 | CW employee | New Jersey | /CWportal/login.asp |
| 9/12/2002 | 14:16:46 | 128.155.2.112 | NASA LARC | Hampton, Virginia | /AIDEportal/login.asp |
| 1/14/2003 | 20:51:50 | 128.155.20.135 | NASA LARC | Hampton, Virginia | /AIDEportal/login.asp |
| 10/11/2002 | 18:50:55 | 128.155.36.229 | NASA LARC | Hampton, Virginia | /AIDEportal/login.asp |
| 10/8/2002 | 19:30:44 | 128.227.42.12 | University of Florida | Florida | /CWportal/login.asp |
| 1/15/2003 | 15:37:30 | 128.82.215.87 | Old Dominion University | Hampton, Virginia | /AIDEportal/login.asp |
| 8/22/2002 | 21:38:22 | 138.27.150.223 | Army Intel Ft. Huachuca | Arizona | /AIDEportal/login.asp |
| 1/16/2003 | 15:46:03 | 141.142.105.100 | NCSA UIUC | Urbana, Illinois | /AIDEportal/login.asp |
| 12/6/2002 | 18:38:06 | 141.202.248.12 | CW employee on the road | Islandia, NYC | /AIDEportal/login.asp |
| 2/5/2003 | 16:53:48 | 150.180.35.241 | Army Intel Ft. Huachuca | Arizona | /CWportal/login.asp |
| 2/4/2003 | 20:49:13 | 150.180.36.239 | Army Intel Ft. Huachuca | Arizona | /AIDEportal/login.asp |
| 1/13/2003 | 21:57:50 | 150.180.36.74 | Army Intel Ft. Huachuca | Arizona | /AIDEportal/login.asp |
| 8/22/2002 | 0:59:08 | 150.180.36.75 | Army Intel Ft. Huachuca | Arizona | /AIDEportal/login.asp |
| 11/18/2002 | 21:16:16 | 208.57.109.70 | CW associate | SF, California | /CWportal/login.asp |
| 1/15/2003 | 19:20:31 | 209.105.177.5 | CW partner (PEC) | Syracuse, NY | /CWportal/login.asp |
| 7/24/2002 | 14:53:35 | 209.105.177.66 | CW partner (PEC) | Syracuse, NY | /CWportal/login.asp |
| 7/24/2002 | 16:48:00 | 209.76.214.200 | Stryker, prospective partner | SF, CA | /CWPortal/login.asp |
| 8/13/2002 | 3:40:15 | 24.169.69.244 | CW associate | Syracuse, NY | /CWportal/login.asp |
| 10/2/2002 | 17:33:40 | 24.46.160.100 | CW Associate | NYC, NY | /CWportal/login.asp |
| 10/4/2002 | 16:46:47 | 24.61.253.111 | CW associate | MA | /CWportal/login.asp |
| 8/9/2002 | 20:05:35 | 24.92.229.114 | CW associate | Syracuse, NY | /CWportal/login.asp |
| 8/14/2002 | 16:16:57 | 24.95.162.201 | CW associate | Syracuse, NY | /CWportal/login.asp |
| 10/29/2002 | 16:59:30 | 64.167.136.34 | CW associate | SF, California | /CWportal/login.asp |
| 7/24/2002 | 17:02:24 | 66.134.111.10 | Prospective partner | San Diego, CA | /AIDEPortal/login.asp |
| 8/3/2002 | 5:42:07 | 66.66.25.84 | CW associate | Syracuse, NY | /AIDEportal/login.asp |
| 8/18/2002 | 20:36:40 | 66.67.113.66 | CW associate | Syracuse, NY | /CWportal/login.asp |
| 10/3/2002 | 22:28:51 | 66.67.113.96 | CW associate | Syracuse, NY | /CWportal/login.asp |
| 2/7/2003 | 3:43:31 | 66.67.124.130 | CW associate | Syracuse, NY | /CWportal/login.asp |
| 1/10/2003 | 6:14:02 | 66.67.67.240 | CW associate | Syracuse, NY | /CWportal/login.asp |
| 1/15/2003 | 6:01:29 | 66.67.70.123 | CW associate | Syracuse, NY | /CWportal/login.asp |
| 7/22/2002 | 3:11:08 | 66.67.75.235 | CW associate | Syracuse, NY | /CWportal/login.asp |
| 8/22/2002 | 20:31:40 | 67.96.67.22 | AERA Corp, prospective partner | Virginia | /CWportal/login.asp |
| 7/30/2002 | 23:59:49 | 68.45.61.208 | CW associate | New Jersey | /CWportal/login.asp |
| 1/19/2003 | 22:31:43 | 69.3.144.17 | Prospective partner | San Jose, CA | /CWportal/login.asp |

**Portal logins and login attempts from outside of the company network by unauthorized or unidentified individuals**

| Date | Time | IP address | Organization/DNS name | Location | URL | Succeeded? | SW download? |
|---|---|---|---|---|---|---|---|
| 2/13/2003 | 22:30:43 | 66.167.36.177 | h-66-167-36-177.MCLNVA23.covad.net | plaintiff, McLean, Virginia | /CWportal/login.asp | Yes | Yes |
| 11/25/2002 | 7:25:58 | 208.59.106.166 | 208-59-106-166.c3-0.slvr-ubr1.lnh-slvr.md.cable.rcn.com | RCN Corp., Lanham, Maryland | /AIDEportal/login.asp | No | No |
| 2/14/2003 | 2:18:50 | 172.148.192.249 | AC94C0F9.ipt.aol.com | location unknown | /CWportal/login.asp | Yes | No |
| 8/10/2002 | 4:14:21 | 68.53.240.37 | pcp63611pcs.pinval01.in.comcast.net | Indiana | /CWportal/login.asp | No | No |

Page 1 of 1