# EXHIBIT F

7_MD_attempted_portal_access.txt                                                                                          2/24/2003

```
2002-11-25 07:22:47 208.59.106.166 GET /AIDEportal/help/aide/help.css - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:22:47 208.59.106.166 GET /AIDEportal/help/aide/help.html - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:22:47 208.59.106.166 GET /AIDEportal/help/aide/pz_chromeless_2.1.js - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:22:47 208.59.106.166 GET /AIDEportal/layouts/aide/images/background_mono.gif - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:23:22 208.59.106.166 GET /AIDEportal/help/aide/clock.gif - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:23:22 208.59.106.166 GET /AIDEportal/help/aide/close_a.gif - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:23:22 208.59.106.166 GET /AIDEportal/help/aide/close_d.gif - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:23:22 208.59.106.166 GET /AIDEportal/help/aide/close_o.gif - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:23:22 208.59.106.166 GET /AIDEportal/help/aide/none.gif - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:23:24 208.59.106.166 GET /AIDEportal/help/aide/images/AIDE-032_collab.jpg - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:23:38 208.59.106.166 GET /AIDEportal/help/aide/close_a.gif - 304 Mozilla/4.0+(compatible;)
2002-11-25 07:23:38 208.59.106.166 GET /AIDEportal/help/aide/close_d.gif - 304 Mozilla/4.0+(compatible;)
2002-11-25 07:23:38 208.59.106.166 GET /AIDEportal/help/aide/close_o.gif - 304 Mozilla/4.0+(compatible;)
2002-11-25 07:25:20 208.59.106.166 GET /AIDEportal1 - 404 Mozilla/4.0+(compatible;)
2002-11-25 07:25:23 208.59.106.166 GET /AIDEportal/help/aide/help.css - 304 Mozilla/4.0+(compatible;)
2002-11-25 07:25:23 208.59.106.166 GET /AIDEportal/help/aide/help.html - 304 Mozilla/4.0+(compatible;)
2002-11-25 07:25:23 208.59.106.166 GET /AIDEportal/help/aide/pz_chromeless_2.1.js - 304 Mozilla/4.0+(compatible;)
2002-11-25 07:25:23 208.59.106.166 GET /AIDEportal/layouts/aide/images/background_mono.gif - 304 Mozilla/4.0+(compatible;)
2002-11-25 07:25:26 208.59.106.166 GET /AIDEportal/ - 302 Mozilla/4.0+(compatible;)
2002-11-25 07:25:26 208.59.106.166 GET /AIDEportal/Default.asp - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:25:26 208.59.106.166 GET /AIDEportal/layouts/aide/images/background.gif - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:25:26 208.59.106.166 GET /AIDEportal/login.asp - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:25:26 208.59.106.166 GET /AIDEportal/themes/default/default.css - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:25:27 208.59.106.166 GET /AIDEportal/layouts/aide/images/bannerLogo.jpg - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:25:39 208.59.106.166 GET /AIDEportal/Default.asp - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:25:39 208.59.106.166 GET /AIDEportal/layouts/aide/images/background.gif - 304 Mozilla/4.0+(compatible;)
2002-11-25 07:25:39 208.59.106.166 GET /AIDEportal/layouts/aide/images/bannerLogo.jpg - 304 Mozilla/4.0+(compatible;)
2002-11-25 07:25:39 208.59.106.166 GET /AIDEportal/login.asp - 200 Mozilla/4.0+(compatible;)
2002-11-25 07:25:39 208.59.106.166 GET /AIDEportal/themes/default/default.css - 304 Mozilla/4.0+(compatible;)
2002-11-25 07:25:58 208.59.106.166 GET /AIDEportal/layouts/aide/images/background.gif - 304 Mozilla/4.0+(compatible;)
2002-11-25 07:25:58 208.59.106.166 GET /AIDEportal/layouts/aide/images/bannerLogo.jpg - 304 Mozilla/4.0+(compatible;)
2002-11-25 07:25:58 208.59.106.166 GET /AIDEportal/themes/default/default.css - 304 Mozilla/4.0+(compatible;)
2002-11-25 07:25:58 208.59.106.166 POST /AIDEportal/login.asp - 200 Mozilla/4.0+(compatible;)
```

Comment: Last line is an attempt to login, probably with wrong password. No further access has been granted

1