# EXHIBIT I

10_all_guest_account_meetings_lines.jpg

| | | CREATORID | MEETINGDATE | DURATION | CREATIONDATE | TOPIC | TYPE |
|---|---|---|---|---|---|---|---|
| | | 908 | June 27, 2002 10:00:05 AM | 375 | June 27, 2002 10:00:05 AM | Boston expo - ref-tcp | 0 |
| | | 908 | June 27, 2002 11:54:30 AM | 15 | June 27, 2002 11:54:30 AM | AFTERNOON MEETING... | 0 |
| 27 | 289 | 908 | July 8, 2002 12:23:08 PM | 40 | July 8, 2002 12:23:08 PM | now - ref-tcp | 0 |
| 170 | 246 | 986 | August 30, 2002 6:40:36 PM | 25 | August 30, 2002 6:40:36 PM | test - ref-tcp | 0 |
| 169 | 246 | 986 | August 30, 2002 5:02:49 PM | 45 | August 30, 2002 5:02:49 PM | test - ref-tcp | 0 |
| 286 | 246 | 986 | February 13, 2003 4:08:23 PM | 20 | February 13, 2003 4:08:23 PM | Court Demo 2 - ref-tcp | 0 |
| 167 | 246 | 986 | August 30, 2002 2:28:37 PM | 15 | August 30, 2002 2:28:38 PM | Test - ref-tcp | 0 |
| 287 | 246 | 986 | February 13, 2003 4:21:18 PM | 15 | February 13, 2003 4:21:18 PM | court Demo - ref-tcp | 0 |
| 289 | 529 | 986 | February 13, 2003 5:51:15 PM | 15 | February 13, 2003 5:51:15 PM | Court Demo - ref-tcp | 0 |
| 288 | 246 | 986 | February 13, 2003 5:31:35 PM | 15 | February 13, 2003 5:31:35 PM | Court Demo - ref-tcp | 0 |
| 284 | 246 | 986 | February 13, 2003 3:31:42 PM | 15 | February 13, 2003 3:31:42 PM | test - ref-tcp | 0 |
| 285 | 246 | 986 | February 13, 2003 3:54:06 PM | 20 | February 13, 2003 3:54:06 PM | Court Demo - ref-tcp | 0 |
| 290 | 529 | 986 | February 13, 2003 9:21:03 PM | 15 | February 13, 2003 9:21:03 PM | Court Demo - ref-tcp | 0 |
| 168 | 246 | 986 | August 30, 2002 2:43:54 PM | 85 | August 30, 2002 2:43:54 PM | test - ref-tcp | 0 |
| 112 | 369 | 1128 | July 30, 2002 3:15:42 PM | 15 | July 30, 2002 3:15:42 PM | test 3 - ref-tcp | 0 |
| 113 | 369 | 1128 | July 30, 2002 4:21:07 PM | 70 | July 30, 2002 4:21:07 PM | test - ref-tcp | 0 |
| 110 | 369 | 1128 | July 30, 2002 3:15:18 PM | 15 | July 30, 2002 3:15:18 PM | test with ret rmi - ref-tcp | 0 |
| 10 | 289 | 1128 | June 25, 2002 4:56:15 PM | 15 | June 25, 2002 4:56:15 PM | Afternoon meeting - ref-t... | 0 |
| [illegible] | 289 | 1132 | [illegible] | [illegible] | [illegible] | [illegible] | 0 |

