# EXHIBIT J

```
11_2002-Aug-30_VM_creation.txt

2002-08-30  18:28:37  128.155.36.229  POST  /AIDEportal/components/vm/schedulingConfirmation.asp  -  200
2002-08-30  18:43:53  128.155.36.229  POST  /AIDEportal/components/vm/schedulingConfirmation.asp  -  200
2002-08-30  21:02:49  128.155.36.229  POST  /AIDEportal/components/vm/schedulingConfirmation.asp  -  200
2002-08-30  22:40:36  128.155.36.229  POST  /AIDEportal/components/vm/schedulingConfirmation.asp  -  200
```

All shown accesses are from machine with DNS name cst-wildcat.larc.nasa.gov (IP 128.155.36.229). The machine is located at NASA Langley Research Center in Hampton, VA.

The event listed corresponds to creation of a Virtual Meeting, a step necessary to access real-time collaborative functionality of the AIDE.

NOTA BENE: MS IIS server logs server access using military time format and GMT time zone. All times in the log are hence four/five hours ahead of EST/EDT, the time zone used to log events in the database.

This access to real-time collaboration capabilities is the only one using "guest" account that occurred since the site was open to outside academic and NASA users on July 22, 2002, except for the access by the plaintiff. All other accesses were by authorized users, either CollabWorx or CollabWorx partners personnel, or by the members of HLN project.