IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| ERIC HAMILTON,<br><br>    Plaintiff,<br><br>v.<br><br>COMWEB TECHNOLOGY GROUP, INC.,<br>PLACEWARE, INC.,<br>WEBEX COMMUNICATIONS, INC.,<br>FIRST VIRTUAL COMMUNICATIONS, INC.,<br>SMART TECHNOLOGIES, INC.,<br>TERAGLOBAL COMMUNICATIONS CORP.,<br>CENTRA SOFTWARE, INC.,<br>WEBWISDOM.COM, INC.,<br><br>    Defendants. | Civil Action No. 02-CV-2438 (MJG) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2003 a copy of Surreply Memorandum of Law in Support of WebWisdom's Motion to Dismiss, Surreply Declaration of Marek Podgorny, Ph.D., Notice of Filing of Lengthy Exhibit, and Exhibits B-J, which were electronically filed in this case on March 4, 2003, were mailed via first class mail, postage prepaid, to:

  Joseph J. Zito, Esq.
  Zito tlp
  26005 Ridge Road, Suite 203
  Damascus, Maryland 20872
  *Attorneys for Plaintiff, Eric Hamilton*

  Russell L. Johnson, Esq.
  SKJERVEN MORRILL, LLP
  25 Metro Drive, Suite 700
  San Jose, California 95110
  Telephone: (408) 453-9200
  Facsimile: (408) 453-7979
  *Attorneys for Webex Communications, Inc.*

Jonathan E. Jove, Esq.
PILLSBURY WINTHROP
11682 El Camino Real, Suite 200
San Diego, California 92130-2092
Telephone: (858) 509-4005
Facsimile: (858) 509-4010
*Attorneys for Teraglobal Communications Corp.*

Dated: March 4, 2003

                /s/
Maria P. Gerace, Esq.
Bond, Schoeneck & King PLLC
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Facsimile: (315) 218-8100


                /s/
Patrick R. Buckler, Esq.
(signed by Maria P. Gerace with permission of Patrick R. Buckler)
Bar No. 25943
McGuireWoods LLP
7 St. Paul Street, Suite 1000
Baltimore, Maryland 21202
Telephone: (410) 659-4425
Facsimile: (410) 659-4599

Attorneys for Defendant,
WebWisdom.Com, Inc.

868221.1 3/4/2003