# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| ERIC HAMILTON     Plaintiff,    vs.  COMWEB TECHNOLOGY GROUP, INC., et al.,     Defendant. | )  Civil Action No.  MJG 02 CV 2438 ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF CHANGE OF ADDRESS

TO THE UNITED STATES DISTRICT COURT FOR DISTRICT OF MARYLAND AND ALL PARTIES AND COUNSEL OF RECORD,

PLEASE TAKE NOTICE THAT counsel for WebEx Communications, Inc. ("WebEx"), Russell Johnson, Bryan Anderson, and Elizabeth Potts, are now with the firm Sidley Austin Brown & Wood LLP, located at 555 California Avenue, Suite 5000, San Francisco, California 94104-1715, telephone 415.772.1200, facsimile 415.397.4621.

Dated: MARCH 7, 2003

MCDERMOTT, WILL & EMERY

By: _____
Brian E. Ferguson (Bar No. 10326)
600 13th Street, N.W.
Washington, D.C. 20005-3096
Tel 202/756-8000
Fax 202/756-8087

Attorneys for Defendant
WebEx Communications, Inc.

Co-counsel:
Russell L. Johnson (Cal. Bar No. 53833)
Bryan K. Anderson (Cal. Bar No. 170666)
Elizabeth R. Potts (Cal. Bar No. 211192)
SIDLEY AUSTIN BROWN & WOOD
555 California Street, Suite 5000
San Francisco, CA 94104-1715
Tel 415.772.1200
Fax 415.397.4621

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of Notice of Change of Address was served by First Class Mail, this 7th day of March, 2003 to:

>Joseph J. Zito
>A Technology Law Practice
>26005 Ridge Road, Suite 203
>Damascus, Maryland 20872
>
>Christopher Jaczko
>Cooley Godward LLP
>4401 Eastgate Mall
>San Diego, California 92121-1909
>
>Jonathan Jobe
>Pillsbury Winthrop LLP
>101 W. Broadway #1800
>San Diego, CA 92101-8219
>
>Louis Orbach
>Bond, Schoeneck & King, P.A.
>1 Lincoln Center, 15th Floor
>Syracuse, NY  13202-13554
>
>Larry O'Rourke
>Finnegan Henderson Farabow Garrett & Dunner
>1300 I St., N.W.
>Washington, DC
>
>Erik Puknys
>Finnegan Henderson Farabow Garrett & Dunner
>700 Hansen Way
>Palo Alto, CA 94394
>
>Jeffrey Berkowitz
>Finnegan Henderson Farabow Garrett & Dunner
>Two Freedom Square
>11955 Freedom Drive
>Reston, VA 20190

Timothy Vezeau
Katten Muchin Zavis Rosenman
525 West Monroe Street, Suite 1600
Chicago, Illinois 60661

Richard Bauer
Dawn Hayes
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson St., N.W.
East Lobby, Suite 700
Washington, DC 20007

John M. Scagnelli
Scarinci & Hollenbeck LLC
500 Plaza Drive, P.O. Box 3189
Secaucus, NJ 07096

Randy J. Pritzker
Wolf, Greenfield & Sacks, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210