IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ERIC HAMILTON,<br><br>    Plaintiff,<br><br>vs.<br><br>COMWEB TECHNOLOGY GROUP, INC., et al.,<br><br>    Defendant. | Civil Action No. MJG 02 CV 2438 |

**DEFENDANTS WEBEX COMMUNICATIONS, INC., WAVE THREE SOFTWARE AND TERAGLOBAL COMMUNICATIONS CORP.'S JOINT PROPOSED CLAIM CONSTRUCTION STATEMENT**

Pursuant to section C(4) of the Court's December 12, 2002 Scheduling Order, WebEx Communications, Inc. ("WebEx"), Wave Three Software ("Wave Three") and TeraGlobal Communications Corp. ("TeraGlobal") hereby submit the attached Defendants' Joint Claim Construction Statement for the asserted claims of U.S. Patent No. 5,176,520. A true and correct copy of the specification, prosecution history, and dictionaries cited in the Statement are attached herein as Exhibit A.

The parties have not yet engaged in deposition or expert discovery, and plaintiff and defendants have not yet met and conferred with respect to the claim construction statements. As such, WebEx, Wave Three and TeraGlobal reserve their right to supplement this Statement pending the discovery of additional extrinsic evidence and pending the forthcoming meet and conferral process.

MCDERMOTT, WILL & EMERY

Dated: MARCH 7, 2003       By: _____
                                Brian E. Ferguson (Bar No. 10326)
                                600 13th Street, N.W.
                                Washington, D.C. 20005-3096
                                Tel 202/756-8000
                                Fax 202/756-8087

Attorneys for Defendant
WebEx Communications, Inc.

Co-counsel, Attorneys for Defendant
WebEx Communications, Inc.:
Russell L. Johnson (Cal. Bar No. 53833)
Bryan K. Anderson (Cal. Bar No. 170666)
Elizabeth R. Potts (Cal. Bar No. 211192)
SIDLEY AUSTIN BROWN & WOOD
555 California Street, Suite 5000
San Francisco, CA 94104-1715
Tel 415-772-1200
Fax 415-397-4621

Co-counsel, Attorneys for Defendant
Wave Three Software, and
TeraGlobal Communications Corp.
Jonathan E. Jobe, Jr.
Kimberly A. McDonnell
PILLSBURY WINTHROP LLP
10682 El Camino Real, Suite 200
San Diego, CA 92130
Tel 619-234-5000
Fax 858-509-4010

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendants WebEx Communications, Inc., Wave Three Software and TeraGlobal Communications Corp.'s Joint Proposed Claim Construction Statement was served by First Class Mail, this 7th day of March, 2003 to:

Joseph J. Zito
A Technology Law Practice
26005 Ridge Road, Suite 203
Damascus, Maryland 20872

Christopher Jaczko
Cooley Godward LLP
4401 Eastgate Mall
San Diego, California 92121-1909

Jonathan Jobe
Pillsbury Winthrop LLP
101 W. Broadway #1800
San Diego, CA 92101-8219

Louis Orbach
Bond, Schoeneck & King, P.A.
1 Lincoln Center, 15th Floor
Syracuse, NY 13202-13554

Larry O'Rourke
Finnegan Henderson Farabow Garrett & Dunner
1300 I St., N.W.
Washington, DC

Erik Puknys
Finnegan Henderson Farabow Garrett & Dunner
700 Hansen Way
Palo Alto, CA 94394

Jeffrey Berkowitz
Finnegan Henderson Farabow Garrett & Dunner
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190

Timothy Vezeau
Katten Muchin Zavis Rosenman
525 West Monroe Street, Suite 1600
Chicago, Illinois 60661

Richard Bauer
Dawn Hayes
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson St., N.W.
East Lobby, Suite 700
Washington, DC 20007

John M. Scagnelli
Scarinci & Hollenbeck LLC
500 Plaza Drive, P.O. Box 3189
Secaucus, NJ 07096

Randy J. Pritzker
Wolf, Greenfield & Sacks, P.C.
Federal Reserve Plaza
600 Atlantic Avenue
Boston, Massachusetts 02210

*[signature]*

2