# EXHIBIT A

DEFENDANTS WEBEX COMMUNICATIONS, INC., WAVE THREE SOFTWARE AND TERAGLOBAL COMMUNICATIONS CORP.'S
JOINT PROPOSED CLAIM CONSTRUCTION STATEMENT
FOR ASSERTED CLAIMS OF U.S. PATENT NO. 5,176,520

| | CLAIMS | CONSTRUCTION | SUPPORT |
|---|---|---|---|
| 1a. | A computer assisted electronic educational information communication system, comprising: | "educational" means of or relating to providing with knowledge or training through formal schooling in a classroom setting having a defined teacher or instructor and at least one defined student. | American Heritage Dictionary at 439 (2$^{ed}$ ed. 1985).<br><br>Col. 2, lns. 25 through col. 3, ln. 63; col. 5, lns. 1-3; Fig. 1.<br><br>Amendment A dated August 5, 1991, at 17. |
| | | "information" means knowledge that was not previously known to its receiver. Information can be derived from data only to the extent that the data are accurate. | Examiner's Amendment appearing in Notice of Allowability of August 24, 1992, at 2-12.<br><br>Computer Dictionary & Handbook at 239 (3rd ed. 1980). |
| | | "communication" means the exchange of thoughts, messages, or information, as by speech, signals, or writing | American Heritage Dictionary at 299 (2$^{ed}$ ed. 1985). |
| 1b. | at least two stations; | "station" means a specialized desk for housing software and computer hardware for either an instructor or student. | Col. 5, lns. 3-42 (but esp. lns. 3-5, and lns. 33-39); col. 6, lns. 26-30; col. 7, lns. 15-19; Figs. 1, 2A-2C.<br><br>Amendment A dated August 5, 1991, at 17. |
| 1c. | at least two monitor means, one associated with each of said stations, for displaying electronic educational information in visual form; | "monitor means" is in means-plus-function format, and should be interpreted under 35 USC 112, paragraph 6. The function is "for displaying electronic educational information in visual form." In the specification, the corresponding structure | Col. 2, ln. 35 through col. 3, ln. 55; col. 5, lns. 5-9 and 43-50; col. 6, ln. 66; Abstract; Figs. 1, 2A-2C. |

-1-

| CLAIMS | CONSTRUCTION | SUPPORT |
|---|---|---|
| | for "monitor means" is a monitor 102 or 203 built into a desk and having a display which is flush against the surface of the desk.<br><br>"station" – see above<br><br>"educational" – see above<br><br>"information" – see above | |
| 1d. at least two input means, one associated with each of said stations, for simultaneously and concurrently entering said information in handwritten freehand form from each of said stations and to display on at least its associated monitor means; and | "input means" is in means-plus-function format, and should be interpreted under 35 USC 112, paragraph 6. The function is "for simultaneously and concurrently entering said information in handwritten freehand form from each of said stations and to display on at least its associated monitor means." In the specification, the corresponding structure for "input means" is some unspecified combination of the following: (1) a handwriting system consisting of a corded or cordless light pen which translates video signal and is integrated with an interface card to send coordinates of the pen's position on the screen to a computer's central process unit; (2) a monitor constructed so as to allow the interception of coordinates as a pen-like object moves across its surface, as done by touch-screens; (3) a pen-like object and glass plate or glass-like plate positioned directly above a monitor's surface, which are interfaced with the hardware in such a way that as the stylus moves across the surface of the plate, coordinate positions are relayed to a computer; and | Col. 5, lns. 43-66; Col. 6, ln. 18-24; Col. 6, ln. 64 through col. 7, ln. 3. Figs. 1, 2A-2C.<br><br>Amendment B After Final Rejection, dated May 20, 1992, at 21. |

-2-

| CLAIMS | CONSTRUCTION | SUPPORT |
|---|---|---|
|  | (4) a pen and stylus, a sensor that rests above the monitor, and an interface system that translates pen strokes on the sensor into event codes and coordinate positions for transmission via a data bus back to a peripheral interface system. A mouse device is specifically precluded from being any part of an "input means." |  |
|  | "station" – see above |  |
|  | "simultaneously" means happening, existing, or done at the same time. | American Heritage Dictionary at 1142 (2ed ed. 1985). |
|  | "concurrently" refers to various methods in electronic data processing in which multiple instructions or operations of different instructions are executed simultaneously. | Computer Dictionary & Handbook at 105 (3rd ed. 1980) (as in "concurrent working" or "concurrent operation"). |
|  | "simultaneously and concurrently" (without qualification) means the execution of multiple instructions or operations of different instructions actually happening at two locations or devices at the same time | Amendment B After Final Rejection dated May 20, 1992, at 23-26. Examiner's Amendment of August 24, 1992, at 2-12. |
|  | "handwritten" means written by hand | American Heritage Dictionary at 592 (2ed ed. 1985). |
|  | "freehand" means drawn by hand without the aid of tracing or drafting devices | American Heritage Dictionary at 532 (2ed ed. 1985). Amendment B After Final Rejection dated May 20, 1992, at 26. |
|  | "handwritten freehand form" means a form which is written by hand and drawn without the aid of tracing or drafting devices. | Amendment of May 1992, at 21. |

| CLAIMS | CONSTRUCTION | SUPPORT |
|---|---|---|
| | "simultaneously and concurrently entering said information in handwritten freehand form from each of said stations and to display on at least its associated monitor means" means that an instructor and one or more students are entering information by writing by hand without the aid of tracing/drafting devices at a respective specialized desks at the same time and the execution or operation of instructions are executed so that the information is displayed on all of the respective monitor means at the same time. | |
| 1e. | communication means for virtually simultaneously and concurrently transmitting said information being entered simultaneously and concurrently at either of said input means from either station to other station, and for enabling the virtually simultaneous and concurrent display of said transmitted information on both of said monitor means associated with both of said stations such that said information being entered at a first input means simultaneously and concurrently appears on all of said monitor means while under the independent control of said first input means. | "communication means" is in means-plus-function format, and should be interpreted under 35 USC 112, paragraph 6. The functions are "for virtually simultaneously and concurrently transmitting said information being entered simultaneously and concurrently at either of said input means from either station to other station," and "for enabling the virtually simultaneous and concurrent display of said transmitted information on both of said monitor means associated with both of said stations such that said information being entered at a first input means simultaneously and concurrently appears on all of said monitor means while under the independent control of said first input means." The specification does not disclose sufficient structure for "communication means." To the extent that the specification discloses any structure at all, it is believed that the corresponding structure is some unspecified | Col. 5, lns. 11-21; col. 6, lns. 40-42; col. 6, ln. 64 through col. 7, ln. 14; col. 7, lns. 22-31; col. 7, ln. 51 through col. 9, ln. 27; col. 15, lns. 12-65; Figs. 1, 2A-2C, 3A, and 7.<br><br>Amendment B After Final Rejection, dated May 20, 1992, at 25. |

-4-

| CLAIMS | CONSTRUCTION | SUPPORT |
|---|---|---|
| | combination of a network bus 112 which is implemented as serial communication or network protocol, a network interface 208, a data bus (218), serial cabling, or network cabling 273, 274, three concurrently operating communication systems 301, 332, 333 at a single user station (either teacher or student), and a queue. | |
| | "virtually" means apparently, as contrasted with actually or absolutely | Computer Dictionary & Handbook at 105 (3rd ed. 1980) |
| | "simultaneously and concurrently" (without qualification) –see above | |
| | "information" – see above | |
| | "station" – see above | |
| | "independent" means free from the influence, guidance, or control of another or others | American Heritage Dictionary at 654 (2ed ed. 1985). |
| | "virtually simultaneously and concurrently transmitting said information being entered simultaneously and concurrently at either of said input means from either station to other station, and for enabling the virtually simultaneous and concurrent display of said transmitted information on both of said monitor means associated with both of said stations such that said information being entered at a first input means simultaneously and concurrently appears on all of said monitor means" means that the various information entered | |

| CLAIMS | CONSTRUCTION | SUPPORT |
|---|---|---|
| | by an instructor and one or more students at the same time is transmitted from the respective specialized desks to other desks apparently at the same, with execution or operation of instructions for the transmissions being executed at the same time, and the transmitted information is displayed on the monitor means of both specialized desks at the same time such that the information entered at a first input means appears on all monitor means at the same time. | |
| 2. The system of claim 1, wherein one of said stations is adapted for an instructor and the other of said stations are adapted for students. | "adapted" means adjusted to a specified use or situation | American Heritage Dictionary at 78 (2$^{ed}$ ed. 1985). |
| | "instructor" means one who instructs; a teacher | American Heritage Dictionary at 666 (2$^{ed}$ ed. 1985) |
| | | Col. 2, ln. 25 through col. 3, ln. 64. |
| | "student" means one who attends a school, college, or university | American Heritage Dictionary at 1208 (2$^{ed}$ ed. 1985) |
| | "adapted for an instructor" means adjusted to the specified use by a teacher | Col. 2, ln. 25 through col. 3, ln. 64. |
| | "adapted for students" means adjusted to the specified use by ones who attend a school, college, or university | |
| 4. The system of claim 2, wherein said communication means selectively affords said instructor's station to selectively view said | "affords" means to provide | American Heritage Dictionary at 85 (2$^{ed}$ ed. 1985). |
| | "station" – see above | |
| | "virtually simultaneously and concurrently" – see | |

-6-

| CLAIMS | CONSTRUCTION | SUPPORT |
|---|---|---|
| information displayed at said monitor means on any of said student's stations virtually simultaneously and concurrently to the time said information is being handwritten at said student's stations. | above<br><br>"handwritten" – see above<br><br>"said communication means selectively affords said instructor's station to selectively view said information displayed at said monitor means on any of said student's stations virtually simultaneously and concurrently to the time said information is being handwritten at said student's stations" means the communication means can discriminatingly provide an instructor's station to discriminatingly view the information displayed at the monitor means on any of said student's stations practically happening at the same time and without interfering (i.e., in conjunction) with each other. | |
| 5. The system of claim 4, wherein said instructor's station's monitor means is selectively controlled by the user implementing icons on said monitor. | "station"—see above<br><br>"selectively" – see above<br><br>"implementing" means putting into practical effect<br><br>"icon" means a small graphic symbol which, when referenced by the user, provides the user with access to the information or processes that the symbol represents<br><br>"selectively controlled by the user implementing icons" means discriminatingly controlled by putting into practical effect small graphic symbols | American Heritage Dictionary at 646 (2$^{ed}$ ed. 1985).<br><br>Col. 6, lns. 13-15. |

-7-

| CLAIMS | CONSTRUCTION | SUPPORT |
|---|---|---|
| | which, when referenced by a user, provides the user with access to the information or processes that the symbol represents | |
| 6. The system of claim 2, wherein said communication means selectively affords said instructor's station to virtually simultaneously and concurrently transmit said information being handwritten at said instructor's station to all of said monitor means at all of said students' stations. | "selectively" – see above<br><br>"affords" – see above<br><br>"virtually simultaneously and concurrently" – see above<br><br>"handwritten" – see above<br><br>"communication means selectively affords said instructor's station to virtually simultaneously and concurrently transmit said information being handwritten at said instructor's station to all of said monitor means at all of said students' stations" means that the communication means can discriminatingly provide an instructor's station to transmit the information being written by hand at the instructor's station to the monitor means at all of said student's stations practically at the same time and without interfering (i.e., in conjunction) with each other. | |
| 7. The system of claim 1, wherein said communication means includes a communication network, and further includes a central processing unit and bus interface, located at each of said | "communication" – see above<br><br>"communication network" means a network for communication<br><br>"central processing unit" or CPU means the unit of | Computer Dictionary & Handbook at 63 (3rd ed. 1980) |

-8-

| CLAIMS | CONSTRUCTION | SUPPORT |
|---|---|---|
| stations, which is in data communication with said communication network. | a computing system that contains the circuits that control and perform the execution of instructions | IBM Dictionary of Computing at 51 (8th ed. 1987). |
| | "bus" means one or more conductors used for transmitting signals or power | IBM Dictionary of Computing at 233 (8th ed. 1987). |
| | "interface" means a shared boundary between two functional untis, defined by funcational characteristics, common physical interconnection characteristics, signal characteristics, and other characteristics as appropriate | |
| | "data" means any or all facts, numbers, letters and symbols that refer to or describe an object, idea, condition, situation, or other information which can be processed or produced by a computer. | Computer Dictionary & Handbook at 126 (3rd ed. 1980) |
| 8. The system of claim 1, wherein at least one of said input means includes a hand-held stylus for inputing free-style handwritten text and drawings. | "hand-held" means capable of being held in a hand | |
| | "free-style" means "freehand" or drawn by hand without the aid of tracing or drafting devices | |
| | "stylus" means a sharp, pointed instrument used for writing, marking, or engraving | American Heritage Dictionary at 1210 (2ed ed. 1985) |
| | "handwritten" – see above | |
| 9. The system of claim 8, wherein said stations include more than two remotely-located stations, and wherein said input means include more than two input means for | "station" – see above | |
| | "simultaneously and concurrently" – see above | |
| | "handwritten" – see above | |

-9-

| CLAIMS | CONSTRUCTION | SUPPORT |
|---|---|---|
| simultaneously and concurrently entering said handwritten information in freehand form from said more than two stations. | "freehand" – see above | |
| 10. The system of claim 1, wherein said communication means includes means for transmitting one pixel of said information being entered simultaneously and concurrently at either of said input means from either station to the other station on a pixel-by-pixel basis from alternating stations. | "means for transmitting" is in means-plus-function format, and should be interpreted under 35 USC 112, paragraph 6. The function is "transmitting one pixel of said information being entered simultaneously and concurrently at either of said input means from either station to the other station on a pixel-by-pixel basis from alternating stations." The specification does not disclose sufficient structure for "means for transmitting." To the extent that the specification discloses any structure at all, it is believed that the corresponding structure is some unspecified combination of the following: a data bus (218), serial cabling, or network cabling 273, 274, three concurrently operating communication systems 301, 332, 333 at a single user station (either teacher or student), and a queue. | Col. 6, ln. 64 through col. 7, ln. 14; col. 7, lns. 22-31; col. 7, ln. 51 through col. 9, ln. 27; col. 15, lns. 12-65 Figs. 1, 2A-2C, 3A, and 7.<br><br>Amendment B After Final Rejection, dated May 20, 1992, at 25. |
| | "pixel" means a picture element; the smallest possible addressable "dot" displayed on a monitor | Prentice Hall's Illustrated Dictionary of Computing at 527 (3d ed. 1998). |
| | "simultaneously and concurrently" – see above | |
| | "pixel-by-pixel basis" means an exact, one-to-one correspondence between the pixels at two different monitors; line drawing data is provided every time | Amendment B After Final Rejection, dated May 20, 1992, at 25-26. |

-10-

| CLAIMS | CONSTRUCTION | SUPPORT |
|---|---|---|
| | a stylus crosses a new pixel | |
| | "transmitting one pixel of said information being entered simultaneously and concurrently at either of said input means from either station to the other station on a pixel-by-pixel basis from alternating stations" means that each and every pixel which is part of the information entered at one of the stations by the movement of a stylus across the pixel is transmitted to the other station (i.e., an exact, one-to-one correspondence). | |
| 11. The system of claim 1, wherein said communication means includes means for enabling the display of one pixel of said information being entered simultaneously and concurrently at either of said input means from either station to the other station on a pixel-by-pixel basis from alternating stations. | "means for enabling" is in means-plus-function format, and should be interpreted under 35 USC 112, paragraph 6. The function is "for enabling the display of one pixel of said information being entered simultaneously and concurrently at either of said input means from either station to the other station on a pixel-by-pixel basis from alternating stations." The specification does not disclose sufficient structure for "means for enabling." To the extent that the specification discloses any structure at all, it is believed that the corresponding structure is some unspecified combination of a data bus (218), serial cabling, or network cabling 273, 274, three concurrently operating communication systems 301, 332, 333 at a single user station (either teacher or student), and a queue. | Col. 7, lns. 22-31; col. 7, ln. 51 through col. 9, ln. 27; col. 15, lns. 12-65; Figs. 3A and 7.<br><br>Amendment B After Final Rejection, dated May 20, 1992, at 25. |

-11-

| CLAIMS | CONSTRUCTION | SUPPORT |
|---|---|---|
|  | "pixel" – see above<br><br>"pixel-by-pixel basis" – see above<br><br>"enabling the display of one pixel of said information being entered simultaneously and concurrently at either of said input means from either station to the other station on a pixel-by-pixel basis from alternating stations" means that each and every pixel which is part of the information entered at one of the stations by the movement of a stylus across the pixel is enabled to be displayed to the other station (i.e., an exact, one-to-one correspondence). |  |
| 12. The system of claim 1, wherein said communication means includes means for queuing said information being simultaneously and concurrently transmitted from either station to the other station. | "means for queuing" is in means-plus-function format, and should be interpreted under 35 USC 112, paragraph 6. The function is "for queuing said information being simultaneously and concurrently transmitted from either station to the other station." The specification does not disclose sufficient structure for "means for queuing." To the extent that the specification discloses any structure at all, it is believed that the corresponding structure is a queue.<br><br>"queuing" means placing data into a structure in which items are removed in a first in, first out (FIFO) manner.<br><br>"simultaneously and concurrently" – see above | Col. 8, lns. 38-41; col. 15, lns. 12-65; Fig. 7<br><br>Amendment B After Final Rejection, dated May 20, 1992, at 26.<br><br>Prentice Hall's Illustrated Dictionary of Computing at 552 (3d ed. 1998). |

-12-

| CLAIMS | CONSTRUCTION | SUPPORT |
|---|---|---|
|  | "station" – see above |  |

-13-