```
07/510,141    04/17.          HAMILTON                    E    303950841
                                                UNITED STATES DEPARTMENT OF COMMERCE
                                                Patent and Trademark Office
                                                Address: COMMISSIONER OF PATENTS AND TRADEMARKS
                                                         Washington, CHENG  8/24/92
07/510,141
WELSH & KATZ FILING DATE          FIRST NAMED APPLICANT       ATTORNEY DOCKET NO.
135 SOUTH LA SALLE, SUITE 1625
CHICAGO, IL 60603                                             3302
                                                         EXA 08/24/92

                                                         ART UNIT    PAPER NUMBER
                                                                     18/C

                                                         DATE MAILED:
```

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☑ This communication is responsive to *The Amendment filed on May 20, 1992*.
2. ☑ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☑ The allowed claims are *1-5, 7-25 and 27-41*.
4. ☑ The drawings filed on *May 20, 1992* are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. _____, filed on _____.
6. ☑ Note the attached Examiner's Amendment.
7. ☑ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☑ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☑ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☑ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
    a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.
    b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
    c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
    d. ☐ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**
✓ Examiner's Amendment
✓ Examiner Interview Summary Record, PTOL-413
✓ Reasons for Allowance
✓ Notice of References Cited, PTO-892
✓ Information Disclosure Citation, PTO-1449

_ Notice of Informal Application, PTO-152
_ Notice re Patent Drawings, PTO-948
_ Listing of Bonded Draftsmen
  Other

PTOL-37 (REV. 11-88)                                            USCOMM-DC 89-3615

Serial No. 07/510,141                    -2-

Art Unit   3302


1. An Examiner's Amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 C.F.R. § 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the Issue Fee.

In the specification:

Change the Title to "COMPUTER ASSISTED INSTRUCTIONAL DELIVERY SYSTEM AND METHOD".

Page 40, line 13, after "simultaneously" insert --and concurrently--.

In the claims:

Rewrite claim 1 as following:

--1.(Amended)  A computer assisted electronic <u>educational</u> information communication system, comprising:

at least two stations;

at least two monitor means, one associated with each of said [two] stations, for displaying electronic <u>educational</u> information in visual form;

at least two input means, one associated with each of said [two] stations, for <u>simultaneously and concurrently</u> entering said [electronic] information in handwritten freehand form <u>from each of said stations and</u> to display on at least its associated monitor means; and

communication means for virtually simultaneously <u>and concurrently</u> transmitting said [electronic] information being entered simultaneously <u>and concurrently</u> at either of said [two]

Serial No. 07/510,141                                              -3-
Art Unit   3302

input means from either station to other station, and for enabling the virtually simultaneous <u>and concurrent</u> display of said transmitted information on both of said monitor means associated with both of said stations such that [electronic] <u>said</u> information being entered at a first input means <u>simultaneously and concurrently</u> appears on [both] <u>all</u> of said monitor means [at substantially the same time] while under the independent control of said first input means.

Claim 2, line 2, change "one or more" to --the other--.
Rewrite claims 4 and 8-11 as following:

--4.(Amended)   The system of claim 2, wherein said communication means selectively affords said instructor's station to selectively view said [electronic] information displayed at [any of] said monitor means [at] <u>on</u> any of said student's stations virtually simultaneously <u>and concurrently</u> to the time <u>said information is being handwritten at said student's stations.</u>

--8.(Amended)   A computer assisted electronic <u>educational</u> information communication system, comprising:
    at least two stations, each of said stations having:
        at least one monitor having a display surface on which an image appears;
        input means for inputting electronic <u>educational</u> information in graphic form into said monitor by a user drawing or written directly on said display surface;

Serial No. 07/510,141                                           -4-

Art Unit   3302

peripheral interface means for <u>simultaneously and concurrently</u> accepting said [electronic] information from said input means and for <u>simultaneously and concurrently</u> providing image information to said monitor; <u>and</u>

central processing unit means for controlling said peripheral interface means; and

[said electronic information communication system further comprising:]

communication network means for <u>simultaneously and concurrently</u> communicating <u>said</u> information in real time between the peripheral interface means of each of said [two] stations in order to virtually simultaneously <u>and concurrently</u> display the [electronic] <u>information</u> being input independently and simultaneously <u>and concurrently</u> by said input means at either of said [two] stations such that [substantially the same] <u>said</u> image <u>information</u> is <u>simultaneously and concurrently</u> displayed on the monitors of [both] <u>all of said</u> stations [at virtually the same time] and such that each user has independent control of that portion of the image <u>information</u> drawn or written by that user.

--14-- (Amended)  The system of claim 13, wherein said [system is] <u>stations are</u> comprised of more than two stations, and wherein the same image <u>information</u> is virtually simultaneously <u>and concurrently</u> displayed on said monitors of [more than two] <u>said</u> stations as it is being <u>simultaneously and concurrently</u> input at

Serial No. 07/510,141                                              -5-
Art Unit   3302

any of said stations.

--~~16~~ 15. (Amended) The system of claim ~~6~~ 13, wherein one of said [two] stations is adapted for an instructor and [one] <u>the other</u> of said [two] stations is adapted for [one or more] students.

--~~17~~ 16. (Amended) The system of claim ~~10~~ 15, wherein said instructor's station selectively<u>, simultaneously and concurrently</u> controls the display of the [electronic] information on said monitors of said student's station.

Rewrite claims 15 and 16 as following:

--~~18~~ 17. (Amended) The system of claim ~~12~~ 7, wherein said handwritten or hand-drawn information inputted via said input means is selectively<u>, simultaneously and concurrently</u> [and simultaneously] displayed on said monitors of [more than two] <u>any</u> of said stations.

~~26~~ 24. (Amended) An instructional information system for use in an educational classroom, said system comprising:

at least two remotely-located user stations in which one [station] <u>of said stations</u> is an instructor station and [one or more] <u>the other of said</u> stations are student stations, said instructor station including means for controlling said instructional information system;

interactive monitor means, located in each of said [user] stations, for <u>simultaneously and concurrently</u> [visually] displaying instructional information to the user of that station

Serial No. 07/510,141                                    -6-

Art Unit   3302

and for <u>simultaneously and concurrently</u> accepting <u>handwritten</u> [freehand inputted] instructional information <u>inputted</u> from the user of that station; and

network communication means, connected to each [user station] <u>of said stations</u>, for <u>simultaneously and concurrently</u> communicating said inputted and displayed instructional information between said interactive monitor means of all [user] <u>of said</u> stations, said network communication means controlled by said instructor station controlling means to selectively and simultaneously <u>and concurrently</u> display instructional information input and displayed at said instructor's station on said interactive monitor means of any of said student stations [at] virtually <u>simultaneously and concurrently</u> [the same time as] and without interfering with the control of inputted instructional information being accepted from the user of that student station.

Claim 18, line 3, after "storing" insert --said instructional--.

Rewrite claims 19, 20 and 22 as following:

--19. (Amended) The system of claim 16, wherein said instructor station controlling means may selectively and simultaneously <u>and concurrently</u> control the display of <u>said</u> instructional information input at said instructor station on said interactive monitor means of any [number] of said student stations.

Serial No. 07/510,141                                                      -7-
Art Unit   3302

--25. (Amended) The system of claim 24, wherein said simultaneous and concurrent visual display of and input acceptance of said instructional information by said interactive monitor means simulates an electronic sheet of paper which [may be] is simultaneously and concurrently communicated and interactively shared in real time between the user at said instructor station and student stations.

--22. (Amended) The system of claim 21, wherein said [system includes] stations include more than two remotely-located stations, and wherein said [system further includes] input means include more than two input means for simultaneously and concurrently entering said handwritten information in freehand form from said more than two stations [at substantially the same time].

Claim 23, line 3, change "virtually simultaneously transmit" to --virtually simultaneously and concurrently transmit said--;
    line 4, delete "educational".

Cancel claim 26.

Rewrite claims 27-29 as following:

--30. (Amended) A method for providing educational information from a first station to a second remotely-located station of a computer assisted communication system, each of said first and second stations having an input device for directly inputting hand-drawn graphical educational information from a

Serial No. 07/510,141                                      -8-
Art Unit   3302

user of that station, and having a display monitor for displaying an image of said graphical <u>educational</u> information to the user of that station, the communication system including a computer network for <u>virtually simultaneously and concurrently</u> transferring said graphical <u>educational</u> information between said first and second stations [at virtually the same time] as it is being input, the method comprising the steps of:

inputting primary hand-drawn graphical <u>educational</u> information into said system by a user at said first station;

<u>simultaneously and concurrently</u> displaying an image of said primary information to the user of said first station [at virtually the same time] as it is being input by the user of said first station;

<u>simultaneously and concurrently</u> transferring said primary information from said first station to said second station over said computer network;

<u>simultaneously and concurrently</u> displaying an image of said primary information to the user of said second station at virtually the same time as it is being input by the user of said first station;

<u>simultaneously and concurrently</u> inputting secondary hand-drawn graphical information into said system by a user at said second station [at the same time] as <u>said</u> primary [hand-drawn graphical] information is being input into said system by

Serial No. 07/510,141                                              -9-
Art Unit    3302

the user of said first station;

<u>simultaneously and concurrently</u> transferring said secondary information from said second station to said first station over said computer network; and

<u>simultaneously and concurrently</u> displaying an image of said secondary information to the user of said first station along with said displayed image of said primary information [at virtually the same time] as said secondary information is being input by the user of said second station and with independent control of that portion of the primary or secondary information being input.

3̶.̶ 30. (Amended) The method according to claim 27, wherein said computer assisted communication system <u>further</u> includes a third <u>remotely-located</u> station, and wherein the method further comprises the step of <u>simultaneously and concurrently</u> displaying [an] <u>said</u> image of said primary information to the user of said third station [at virtually the same time] as it is being input by the user of said <u>first station</u>.

3̶0̶.̶ 31. (Amended) The method according to claim 28, further comprising the step of <u>simultaneously and concurrently</u> selecting between said first<u>, second</u> and third stations before transferring said primary information.

Claim 32, line 4, before "sharing" insert --and concurrently--.

Serial No. 07/510,141                                          -10-

Art Unit    3302

    Claim 33, line 2, delete "image".

    Claim 34, line 3, delete "electronic" and before "at" insert --and concurrently--;

    line 4, delete "two".

    Claim 35, line 3, delete "electronic" and before "at" insert --and concurrently--;

    line 4, delete "two".

    Claim 36, line 2, delete "electronic";

    line 3, after "being" insert --simultaneously and concurrently--.

    Claim 37, line 2, after "for" insert --simultaneously and concurrently-- and after "of" insert --said--;

    line 4, change "two" to --said--;

    line 6, change "at both" to --and concurrently at all--.

    Claim 38, line 5, after "of" insert --said--;

    line 6, before "information" insert --said instructional--;

    line 7, change "entered at each" to --and concurrently transmitted from either station to the other--.

    Rewrite claim 39 as following:

    --38. (Amended) The method according to claim 30, wherein the method further comprises the step of <u>simultaneously and concurrently</u> storing said primary information from said first

Serial No. 07/510,141                                    -11-

Art Unit   3302

station in said second station [at virtually the same time that] when said secondary [hand-drawn graphical] information is being input into said system by [a] said user at said second station.

2. Authorization for this Examiner's Amendment was given in a telephone interview with Mr. Douglas Boehm (applicant's attorney) on August 13, 1992.

3. The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

    Sullivan et al. (U.S. Pat. No. 4,659,876) - note Fig. 1 and column 1, lines 42-48 and column 4, lines 19-42;

    "The Scribophone: a graphic telecommunication system" by L. Kool, Philips Telecommunication Review, Vol. 38, No. 1, Pg. 7-10, January 1980 - note Fig. 1;

    "Audiographic Terminal" by M. Laube, Electrical Communication, Vol. 60, No. 1, Pg. 45-50, November 1, 1986 - note the telewriting terminal on Pg. 45 and Fig. 2.

4. The following is an Examiner's Statement of Reasons for Allowance:

    None of the prior art of record shows the apparatus and method for providing education information between at least two stations of a computer assisted communication system having simultaneously and concurrently inputting and displaying the handwritten educational information and simultaneously and

Serial No. 07/510,141                                    -12-

Art Unit    3302


concurrently communicating from either station to the other station with independent control of the portion of the education information being input.

   Any comments considered necessary by applicant must be submitted no later than the payment of the Issue Fee and, to avoid processing delays, should preferably accompany the Issue Fee.  Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."


5.   Any inquiry concerning this communication should be directed to Joe Cheng at telephone number (703) 308-0858.

/JOE H. CHENG/
EXAMINER
ART UNIT 3302

Joe Cheng
August 13, 1992

RICHARD J. APLEY
SPE
ART UNIT 332

TO SEPARATE: HOLD TOP AND BOTTOM EDGES, SNAP-APART AND DISCARD CARBON

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 07/510,141 | GROUP ART UNIT 3302 | ATTACHMENT TO PAPER NUMBER 18 |
|---|---|---|---|---|
| NOTICE OF REFERENCES CITED | | APPLICANT(S) HAMILTON | | |

## U.S. PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| *A | 4659876 | 4-1987 | Sullivan et al. | 379 | 96 | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| F | | | | | | |
| G | | | | | | |
| H | | | | | | |
| I | | | | | | |
| J | | | | | | |
| K | | | | | | |

## FOREIGN PATENT DOCUMENTS

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG / PP. SPEC. |
|---|---|---|---|---|---|---|---|
| L | | | | | | | |
| M | | | | | | | |
| N | | | | | | | |
| O | | | | | | | |
| P | | | | | | | |
| Q | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

R. "The Scribophone: a graphic telecommunication system" by L. Kool, Philips Telecommunication Review, Vol. 38, No 1, Pg. 7-10, Jan. 1980.

S. "Audiographic Terminal" by M. Laube, Electrical Communication, Vol. 60, No. 1, Pg. 45-50, 1986.

T.

U.

| EXAMINER | DATE |
|---|---|
| [signature] | 8/13/92 |

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

WELSH & KATZ, LTD.,
135 SOUTH LA SALLE, SUITE 1625
CHICAGO, IL 60603

**NOTICE OF ALLOWANCE AND ISSUE FEE DUE**

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/510,141 | 04/17/90 | 039 | CHENG, J | 3302 | 08/24/92 |

Applicant: HAMILTON, ERIC R.

TITLE OF INVENTION: COMPUTER ASSISTED INSTRUCTIONAL DELIVERY SYSTEM AND METHOD (AS AMENDED)

| | ATTY DOCKET NO. | CLASS SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 3 | 303950841 | 434-350.000 | F63 | UTILITY | YES | $565.00 | 11/24/92 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.**

THE ISSUE FEE MUST BE PAID WITHIN <u>THREE MONTHS</u> FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY Status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:
A. If the Status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
B. If the Status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:
A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by a charge to deposit account, Part B should be completed and returned. If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees.

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV 12-88)(OMB Clearance is pending)

#18



- PATENT -
- Atty. Dkt. 0867/50841 -

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant: Eric R. Hamilton )
Title: COMPUTER ASSISTED )
INSTRUCTIONAL )
DELIVERY SYSTEM )
AND METHOD )
(as amended) )
Serial No.: 07/510,141 )
Filed: April 17, 1990 )
Examiner: J. Cheng )
Art Unit: 3302 )
Batch No.: F63 )

**CERTIFICATE OF EXPRESS MAILING**
I hereby certify that this correspondence is being deposited with the United States Postal Service's "Express Mail Post Office To Addressee" service under 37 C.F.R. § 1.10 on the date indicated below and is addressed to: Honorable Commissioner of Patents and Trademarks, Box ISSUE FEE, Washington, D.C. 20231.

Express Mail Label No. RB665117684US

ROBERT SMITH
(Printed Name)

_Robert Smith_
(Signature)

9/16/92
(Date of Deposit)

## ISSUE FEE TRANSMITTAL

Box ISSUE FEE
Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

Dear Sir:

Enclosed herewith please find Issue Fee Transmittal Forms PTOL-85 - parts (B) and (C), along with a check in the amount of $565.00 for payment of the Issue Fee for the above-captioned patent application.

The Commissioner is hereby authorized to charge any additional fees which may be required to this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 23-0920. Should no proper payment be enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 23-0920. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

WELSH & KATZ, LTD.

Date  9/14/92                    By  _Douglas A. Boehm_
WELSH & KATZ, LTD.                   Douglas A. Boehm
135 South LaSalle Street             Attorney for Applicant
Suite 1625                           Registration No. 32,014
Chicago, Illinois 60603
(312) 781-9470

PART B - ISSUE FEE TRANSMITTAL                565. -242

**MAILING INSTRUCTIONS:** This form should be us___ .or transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advanced orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing.

1. CORRESPONDENCE ADDRESS

    MAIL ROOM
    SEP 16 1992
    PAT. & T.M.

    WELSH & KATZ, LTD.,
    135 SOUTH LA SALLE, SUITE 1625
    CHICAGO, IL 60603

2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change)
   INVENTOR'S NAME
   Street Address
   City, State and ZIP Code
   CO-INVENTOR'S NAME
   Street Address
   City, State and ZIP Code
   ☐ Check if additional changes are on reverse side

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 07/510,141 | 04/17/90 | 039 | CHENG, J  3302 | 09/24/92 |

FIRST NAMED
APPLICANT: HAMILTON,  L.S.   ERIC R.

TITLE OF
INVENTION: COMPUTER ASSISTED INSTRUCTIONAL DELIVERY SYSTEM AND METHOD
(AS AMENDED)

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 30-7950041 | 434-350.000 | F63 | UTILITY | YES | $565.00 | 11/24/92 |

    P 30410 10/06/92 07510141           23-0920 030 561    73-00CH

3. Further correspondence to be mailed to the following:

    WELSH & KATZ, LTD.
    135 South LaSalle Street, Suite 1625
    Chicago, Illinois  60603

4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

   1  WELSH & KATZ, LTD.
   2  _____
   3  _____

DO NOT USE THIS SPACE

070 AA 10/05/92 07510141          1 242    565.00 CK

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)
   (1) NAME OF ASSIGNEE:
   (2) ADDRESS: (City & State or Country)
   (3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION

   A. ☒ This application is NOT assigned.
   ☐ Assignment previously submitted to the Patent and Trademark Office.
   ☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.
   PLEASE NOTE: Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
    ☒ Issue Fee  ☐ Advanced Order - # of Copies ___
                                              (Minimum of 10)
6b. The following fees should be charged to:
    DEPOSIT ACCOUNT NUMBER ___23-0920___
    (Enclose Part C)
    ☐ Issue Fee  ☒ Advanced Order - # of Copies  25
    ☒ Any Deficiencies in Enclosed Fees       (Minimum of 10)

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.
(Signature of party in interest of record)               (Date)

    Douglas A. Boehm                            9/14/92

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE**

PTOL-85B (REV 12-88)(OMB Clearance is pending)

### Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as ~~first class~~ mail in an envelope addressed to: EXPRESS MAIL

Box ISSUE FEE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

on __SEPTEMBER 16, 1992__
　　　　(Date)

__Robert Smith__
(Name of person making deposit)

__Robert Smith__
(Signature)

~~9/15/92~~  9/16/92 RS
(Date)

EXPRESS MAIL LABEL # R6665 117 684 445

Note: If this certificate of mailing is used, it can only be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawings, must have its own certificate of mailing.

This form is estimated to take 20 minutes to complete. Time will vary depending upon the needs of the individual applicant. Any comments on the amount of time you require to complete this form should be sent to the Office of Management and Organization, Patent and Trademark Office, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

REVERSE PTOL-85B (REV 12-88)(OMB Clearance is pending)