BOX AF

№. 203 -MP 33?

– PATENT –
– Atty. Dkt. 0867/50841 –

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:  Eric R. Hamilton    )
            )
Title:      COMPUTER ASSISTED    )
            INSTRUCTIONAL        )
            DELIVERY SYSTEM      )
            )
Serial No.: 07/510,141          )
            )
Filed:      April 17, 1990      )
            )
Examiner:   D. Crosby           )
            )
Art Unit:   3302                )

I hereby certify that this paper is being deposited with the United States Postal Service as Express Mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on this date.

Date _Robert Smith_
MAY 20, 1992

Express Mail Label No.
TB0861225754S

## AMENDMENT B
## AFTER FINAL REJECTION

Hon. Commissioner of Patents and Trademarks
Washington, D.C. 20231

Dear Sir:

This communication is responsive to the Office Action dated February 20, 1992, concerning the above-referenced application.

Please amend the application as follows:

In the Specification:

Please refer to the Substitute Specification (without claims) enclosed with this Amendment. In addition to those changes listed in Amendment A, mailed August 5, 1991, the following changes have already been incorporated into the Substitute Specification (page and line numbers corresponding to original Specification):

Page 6, line 9, change "Fig. 1" to --Figure 1--;

060 MC 05/28/92 07510141              1 203    80.00 CK

–1–

BS20199  06/11/92  07510141      23.0920  020  203    10.00CH

Atty. Dkt. 0867/50841

Page 6, line 11, change "Fig. 2 is an overall" to
--Figures 2A-2C represent an overall--;

Page 6, line 16, change "Fig. 3A" to --Figure 3A--;

Page 6, line 23, change "Figures 5A and 5B" to
--Figures 5A-5C--;

Page 6, line 26, change "Figure 6 depicts" to
--Figures 6A-6B depict--;

Page 6, line 32, change "Figure 8 depicts" to
--Figures 8A-8B depict--;

Page 8, line 2, change "Fig. 1" to --Figure 1--;

Page 9, line 11, change "Figure 2," to
--Figures 2A-2C,--;

Page 9, line 11, change "provides" to --provide--;

Page 9, line 26, change "Figure 2)" to
--Figure 2A)--;

Page 11, line 1, after "(104)" insert --)--;

Page 11, line 5, change "Fig. 2 more fully depicts" to
--Figures 2A-2C more fully depict--;

Page 11, line 6, change "Figure 2," to
--Figures 2A-2C,--;

Page 13, line 3, change "Figure 2 depicts" to
--Figures 2A-2C depict--;

Page 14, line 5, insert a comma after "Inc."

Page 15, line 16, change "(Fig. 7" to --(Figure 7--;

Page 15, line 28, change "Fig. 5 depicts" to
--Figures 5A-5C--depict--;

-2-

Atty. Dkt. 0867/50841

Page 16, line 4, change "311" to --311B--;

Page 16, line 11, change "328" to --328C--;

Page 16, line 11, change "327" to --327C--;

Page 16, line 13, change "395" to --395D--;

Page 16, line 13, change "396" to --396D--;

Page 16, line 18, change "Figure 6)" to
    --Figures 6A-6B),--;

Page 17, line 3, change "Figure 6 notes," to
    --Figures 6A-6B note,--;

Page 17, line 11, change "308" to --308A--;

Page 17, line 11, change "323" to --323A--;

Page 17, line 11, change "325" to --325A--;

Page 17, line 11, change "350" to --350A--;

Page 17, line 13, change "300" to --300A--;

Page 17, line 17, change "326" to --326B--;

Page 17, line 17, change "330" to --330B--;

Page 17, line 18, change "324" to --324B--;

Page 17, line 18, change "331" to --331B--;

Page 17, line 18, change "In" to --in--;

Page 17, line 19, change "329" to --329B--;

Page 17, line 22, change "checknet" to --check_net--;

Page 17, line 22, change "Figure 5)" to
    --Figures 5A-5C)--;

Page 17, line 29, change "397-399" to --397-398--;

Page 18, line 6, change "Figure 2," to --Figure 2A,--;

Page 18, line 10, change "simply" to --simplify--;

-3-

Atty. Dkt. 0867/50841

Page 19, line 10, change "443" to --443A--;

Page 19, line 11, change "400" to --400A--;

Page 19, line 19, change "Figure 2)." to
    --Figure 2A).--;

Page 20, line 13, change "bottom" to --button--;

Page 21, line 3, delete new paragraph indent before
    "(Figures";

Page 21, line 3, change "(Figures" to --Figures--;

Page 21, line 5, change "469" to --469C--;

Page 21, line 5, change "444" to --444C--;

Page 21, line 6, change "442" to --442D--;

Page 21, line 6, change "441" to --441D--;

Page 21, line 15, change "Figure 6)," to
    --Figures 6A-6B),--;

Page 21, line 18, change "checknet" to --check_net--;

Page 21, line 19, change "Figures 5A and 5B," to
    --Figures 5A-5C,--;

Page 21, line 26, change "446 through 468" to
    --445 through 446, 448 through 449, 451 through
    468--;

Page 21, line 27, change "Figures 5A and 5B" to
    --Figures 5A-5C--;

Page 21, line 28, change "checknet" to --check_net--;

Page 21, line 29, change "Checknet" to
    --The check_net function--;

Page 22, line 6, change "checknet" to --check_net--;

-4-

Atty. Dkt. 0867/50841

Page 22, line 8, change "Checknet" to

--The check_net function--;

Page 22, line 22, change "Checknet" to

--The check_net function--;

Page 23, line 10, change "(532A" to --(Path 532A--;

Page 23, line 11, change "(562)" to

--(515B) where the exit path continues to off-page
connector 539B in Figure 5C, leading to a return
(562).--;

Page 23, line 12, change "(515 in Figure 5A and 539 in
Figure 5B.)" to

--515B in Figure 5B and 539B in Figure 5C--;

Page 23, line 12, after "Figure 5B.)" insert --)--;

Page 23, line 15, change "Figures 5A and 5B" to

--Figures 5A-5C--;

Page 23, line 25, change "checknet" to --check_net--;

Page 24, line 9, change "539" to

--513, leading to connector 515B, where the exit
path continues to connector 539B in Figure 5C,
leading to a return (562).--;

Page 24, line 15, change "onto to" to --onto--;

Page 25, line 1, change "teacher" to --teacher's--;

Page 25, line 17, change "Figure 6" to --Figure 6A--;

Page 25, line 18, change "(554 in" to --554C in--;

Page 25, line 19, change "Figure 5A and 555 in Figure
5B)" to --Figure 5B and 555C in Figure 5C--;

-5-

Atty. Dkt. 0867/50841

Page 28, line 1, change "Figures 5A and 5B," to
    --Figures 5A-5C,--;

Page 28, line 4, change "530 through 553" to
    --530 through 538, 540 through 553--;

Page 28, line 5, begin a new paragraph before
    "Figure 6";

Page 28, line 5, change "Figure 6 diagrams" to
    --Figures 6A-6B diagram--;

Page 29, line 4, change "checknet" to --check_net--;

Page 29, line 4, change "Figure 5)" to
    --Figures 5A-5C)--;

Page 29, line 14, change "checknet" to --check_net--;

Page 29, line 15, change "Figure 5B" to --Figure 5C--;

Page 29, line 20, change "checknet" to --check_net--;

Page 30, line 3, change "checknet" to --check_net--;

Page 30, line 16, change "checknet" to --check_net--;

Page 30, line 20, change "651 through 668" to
    --651 through 663B, 665A, 665B, 667A, and 667B--;

Page 30, line 24, begin a new paragraph before
    "Figure 7";

Page 30, line 26, change "(p." to --(page--;

Page 32, line 4, change "i.e." to --i.e.,--;

Page 32, line 18, change "Figure 8 diagrams" to
    --Figures 8A-8B diagram--;

Page 33, lines 16-17, change "On-page connector
    A (823)" to --Off-page connector 823A--;

-6-

Atty. Dkt. 0867/50841

Page 33, line 28, change "Figure 8" to

--Figures 8A-8B--.


In the Claims:

Please amend the claims as follows:

Atty. Dkt. 0867/50841

1    Claim 1.   (Twice Amended)    A computer assisted

2    [instructional] electronic information [delivery] communication

3    system comprising:

4          at least two stations;

5          at least two monitor means, one associated with

6    each of said two stations, for displaying [instructional]

7    electronic information in visual form;

8          at least two input means, one associated with each

9    of said two stations, for entering said electronic [handwritten

10    instructional] information in handwritten freehand form to

11    display on at least its associated monitor means; and

12          communication means for virtually simultaneously

13    transmitting [instructional] said electronic information being

14    entered simultaneously at either of said two input means from

15    either station to the other station, and for enabling the

16    virtually [simultaneously displaying] simultaneous display of

17    said transmitted [instructional] information on both of said

18    monitor means associated with both of said stations such that

19    electronic information being entered at a first input means

20    appears on both of said monitor means at substantially the same

21    time while under the independent control of said first input

22    means.

Atty. Dkt. 0867/50841

Claim 2.  (Once Amended)  The system of Claim 1, wherein one
of said stations is <u>adapted</u> for an instructor and ~~one or more~~ of *the other*
said stations are <u>adapted</u> for students.

Claim 4.  (Twice Amended)   The system of Claim 2, wherein
said communication means selectively affords said instructor's
station to selectively view [instructional] <u>said electronic</u>
information displayed at any of said monitor means at any of said
students' stations virtually simultaneously to the time said
information is being handwritten at said students' stations.

-9-

Atty. Dkt. 0867/50841

Claim 8.   (Twice Amended)    A computer assisted [instructional] electronic information [delivery] communication system, comprising:

at least two stations, each of said stations having:

at least one monitor having a display surface on which an image appears;

input means for inputting [instructional] electronic information in graphical form into said monitor by a user drawing or writing directly on said display surface;

peripheral interface means for accepting [the instructional] said electronic information from said input means and for providing [instructional] image information to said monitor;

central processing unit means for controlling said peripheral interface means; and

said electronic information communication system further comprising:

communication network means for communicating information in real time between the peripheral interface means of each of said two stations in order to virtually simultaneously display the [instructional] electronic information being input independently and simultaneously [on said monitors] by said input means at either of said two stations such that substantially the same image is displayed on the monitors of both stations at virtually the same time and such that each user has independent control of that portion of the image drawn or written by that user.

-10-

Atty. Dkt. 0867/50841

1   Claim 9.  (Twice Amended)   The system of Claim 8, wherein
2   said system is comprised of more than two stations, and wherein
3   the same image [instructional information] is virtually
4   simultaneously displayed on said monitors [at each of said] of
5   more than two stations as it is being [simultaneously] input at
6   [each] any of said [two] stations.

1   Claim 10.  (Twice Amended)   The system of Claim 8, wherein
2   one of said two stations is adapted for an instructor and one of
3   said two stations is adapted for one or more students.

1   Claim 11.  (Twice Amended)   The system of Claim 10, wherein
2   said instructor's station selectively controls the display of the
3   [instructional] electronic information on said monitors of said
4   students' station.

1   Claim 12.  (Twice Amended)   The system of Claim 8, wherein
2   said input means is comprised of a user controlled hand-held
3   stylus, stylus sensor, and stylus interface means for
4   communicating handwritten [instructional] or hand-drawn
5   information from said stylus sensor to said peripheral interface
6   means.

-11-

Atty. Dkt. 0867/50841



Claim 15. (Twice Amended)   The system of Claim 12, wherein said handwritten [instructional] or hand-drawn information inputted via said input means is selectively and simultaneously displayed on said monitors of more than two of said stations.

-12-

Atty. Dkt. 0867/50841

1    Claim 16. (Twice Amended)   An instructional information
2  system for use in an educational classroom, said system
3  comprising:
4           at least two remotely-located user stations in
5  which one station is an instructor station and one or more
6  stations are student stations, said instructor station including
7  means for controlling said instructional information system;
8           interactive monitor means, located in each of said
9  user stations, for visually displaying instructional information
10  to the user of that station and for accepting freehand inputted
11  instructional information from the user of that station; and
12           network communication means, connected to each
13  user station, for communicating said inputted and displayed
14  instructional information between said interactive monitor means
15  of all user stations, said network communication means controlled
16  by said instructor station controlling means to selectively and
17  simultaneously display instructional information input and
18  displayed at said instructor's station on said interactive
19  monitor means of any of said student stations at virtually the
20  same time as and without interfering with the control of inputted
21  instructional information [is] being accepted from the user of
22  that student station.

-13-

Atty. Dkt. 0867/50841

Claim 22. (Once amended)  The system of Claim 21, wherein said system includes more than two remotely-located stations, and wherein said [communication means] system further includes more than two input means for entering handwritten [instructional] information in freehand form from more than two stations at substantially the same time.

Claim 23. (Once amended)  The system of Claim 2, wherein said communications means selectively affords said instructor's station to *virtually simultaneously and concurrently transmit* said [~~virtually simultaneously transmit~~] [instructional] [~~educational~~] information being handwritten at said instructor's station to all of said monitor means at all of said students' stations.

Claim 26. (Once amended)  The system of Claim 10, wherein said instructor's station selectively controls the input means [of the instructional information on said monitors] of said students' station.

-14-

Atty. Dkt. 0867/50841

Claim 27. (Once amended)  A method for providing
[instructional] educational information from a first station to a
second remotely-located station of a computer assisted
[instructional delivery] communication system, each of said first
and second stations having an input device for directly inputting
hand-drawn graphical information from a user of that station, and
having a display monitor for displaying an image of said
graphical information to the user of that station, the [delivery]
communication system including a computer network for
transferring said graphical information between said first and
second stations at virtually the same time as it is being input,
the method comprising the steps of:

inputting primary hand-drawn graphical information into
said system by a user at said first station;

displaying an image of said primary information to the
user of said first station at virtually the same time as it is
being input by the user of said first station;

transferring said primary information from said first
station to said second station over said computer network;

displaying an image of said primary information to the
user of said second station at virtually the same time as it is
being input by the user of said first station;

inputting secondary hand-drawn graphical information
into said system by a user at said second station [, said
secondary information based upon said primary information] at the

-15-

Atty. Dkt. 0867/50841

26   same time as primary hand-drawn graphical information is being

27   input into said system by the user at said first station;

28          transferring said secondary information from said

29   second station to said first station over said computer network;

30   and

31          displaying an image of said secondary information to

32   the user of said first station along with said displayed image of

33   said primary information at virtually the same time as said

34   secondary information is being input by the user of said second

35   station and with independent control of that portion of the

36   primary or secondary information being input.

1     Claim 28. (Once amended)  The method according to Claim 27,

2   wherein said computer assisted [delivery] communication system

3   includes a third station, and wherein the method further

4   comprises the step of displaying an image of said primary

5   information to the user of said third station at virtually the

6   same time as it is being input by the user of said first station.

Please add the following new dependent claims:

-16-

Atty. Dkt. 0867/50841

Claim 34. The system of Claim 1, wherein said communication means includes means for transmitting one pixel of said ~~electronic~~ information being entered simultaneously and concurrently at either of said ~~two~~ input means from either station to the other station on a pixel-by-pixel basis from alternating stations.

Claim 35. The system of Claim 1, wherein said communication means includes means for enabling the display of one pixel of said ~~electronic~~ information being entered simultaneously and concurrently at either of said ~~two~~ input means from either station to the other station on a pixel-by-pixel basis from alternating stations.

Claim 36. The system of Claim 1, wherein said communication means includes means for queuing said ~~electronic~~ information being transmitted simultaneously and concurrently from either station to the other station.

Claim 37. The system of Claim 23, wherein said communication network means includes means for communicating simultaneously and concurrently one pixel of said information in real time between the peripheral interface means of ~~two~~ said stations on an alternating-station pixel-by-pixel basis during the time the information is being entered simultaneously and concurrently at all ~~at both of~~ said stations.

-17-

Atty. Dkt. 0867/50841

Claim ~~28~~ 29. The system of Claim ~~16~~ 24, wherein said network

communication means includes means for communicating said

inputted and displayed instructional information between said

interactive monitor means of all user stations in a pixel-by-

pixel format, and for queuing each pixel of ~~said~~ instructional

~~said instructional~~ information at each station during the time information is being

simultaneously ~~entered at each station.~~ and concurrently transmitted from either station to the other.

Claim ~~39~~ 24. The method according to Claim 27, wherein the

method further comprises ~~the step of~~ storing said primary

information from said first station in said second station at

virtually the same time that secondary hand-drawn graphical

information is being input into said system by a user at said

second station.

Claim ~~40~~ 39. The method according to Claim ~~27~~ 30, wherein said

primary and secondary information inputting, displaying, and

transferring steps are performed on a pixel-by-pixel basis.

Claim ~~41~~ 35. The method according to Claim ~~31~~ 34, wherein said

primary and secondary information inputting, displaying, and

transferring steps are performed on a pixel-by-pixel basis.

-18-

Atty. Dkt. 0867/50841

<u>REMARKS</u>

Applicant respectfully requests favorable reconsideration of the present application in light of the above amendments and in view of the reasons which follow. Upon review of the preceding Office Action, it is believed that the amended claims are now in proper condition for allowance.

After entry of the above amendments, claims 1-5 and 7-41 are pending in this application.

Applicant sincerely thanks Examiner Crosby for his time and helpful suggestions in amending the claims of this application during the telephone interviews of March 18 and 25, 1992.

Applicant assumes that Applicant's Proposed Amendment B, which was transmitted via facsimile to Examiner Crosby on March 19, 1992, has <u>not</u> been entered. Accordingly, Applicant includes herewith substantially the same amendments to the claims as previously set forth. The above changes to claims 1-33 are exactly the same as those set forth in Applicant's Proposed Amendment B, except for the following changes (which have been indicated above using double underlining):

Claim 1, line 14, "simultaneously" has been added after "entered" to further clarify that the present invention has the capability to process information from both input stations while both users are writing at exactly the same time;

-19-

Atty. Dkt. 0867/50841

Claim 8, line 23, "and simultaneously" has been added after "independently" for the same reason;

Claim 27, lines 25-27, "at the same time as primary hand-drawn graphical information is being input into said system by the user at said first station" has been added for the same reason; and

Claim 27, lines 35-36 were changed as discussed with Examiner Crosby on March 25.

New dependent Claims 34-41 have been added to further define specific features of the invention.

In response to the Examiner's objection to the specification, Applicant has included with this response a Substitute Specification (without claims) which includes all the changes set forth in Applicant's Amendment A, dated August 5, 1991, as well as those amendments to the specifications set forth above. No other changes to the specification have been made. All amendments to the specification are of a minor formal or technical nature. No new matter has been added to the specification.

Regarding the drawings, Applicant has included new formal drawings with this Amendment.

In the previous Office Action, the Examiner has rejected claims 1-33 under 35 U.S.C. § 103 as being unpatentable over Abrahamson et al. (U.S. Patent No. 5,002,491) in view of

-20-

Atty. Dkt. 0867/50841

Shapiro (U.S. Patent No. 4,785,472). Applicant respectfully traverses this rejection.

The teachings of these references were discussed during the telephone interviews with Examiner Crosby, and it was agreed that any combination of these references could not perform the functions of Applicant's invention, and that Applicant's claims should be amended to clarify these distinctions. Accordingly, the claims were amended in Proposed Amendment B to more particularly point out and distinctly claim the subject matter of the invention. Applicant believes that the claims, as amended, properly distinguish over the prior art of record.

More specifically, Abrahamson does not provide for the ability to input handwritten or freehand or graphical information into the system, as required by Applicant's claims. Although Shapiro teaches the use of a graphics tablet at the teacher's station, there is no teaching or suggestion to provide one at the student's station in accordance with Applicant's claims. Moreover, the use of a graphics tablet (or mouse) requires a substantially different kind of hand-eye coordination than the use of a pen or stylus for writing on the surface on which an image appears, as required by claim 8 and other claims. Therefore, the combination of Abrahamson and Shapiro cannot simulate two users writing on the same sheet of "electronic paper" from different workstations.

Even if the proposed combination of Abrahamson and Shapiro were modified to provide for the ability to input

-21-

Atty. Dkt. 0867/50841

handwritten information at both the teacher and student stations, the proposed combination would not include any communication means for virtually simultaneously transmitting the electronic information being simultaneously entered at either station to the other station, and for enabling the virtually simultaneous display of the transmitted information at both of the stations such that electronic information being entered at a first station appears at both stations at substantially the same time while under the independent control of the first station. In other words, the proposed combination could not provide real-time, simultaneous, two-way communication of handwritten information between the interactive monitors of two or more stations.

Applicant respectfully traverses the Examiner's rejection of claims 1-2, 4-27, and 31-33 under 35 U.S.C. § 103 based upon the combination of a remote controlling program such as Carbon Copy, PC Anywhere, or EasyLan with a painting or drawing program such as PC paint, Dr. Halo, or AutoCad. Applicant submits that these programs, even if they were found to be prior art, cannot virtually simultaneously transfer graphical information generated at one PC station in freehand form, e.g., using a stylus or a mouse, to the display screen of another PC station, and vice-versa, with independent control of the single image appearing on each display, i.e., one mouse would fight with the other mouse for control of the cursor. Hence, the electronic information entered by one user of the proposed system would not be under the independent control of that user and, thus, could

-22-

Atty. Dkt. 0867/50841

not simulate two users writing on the same sheet of "electronic paper" from different workstations.

Applicant has recently been made aware of U.S. Patent No. 5,073,926, (Suzuki et al.), of which a copy is enclosed and listed on the Supplemental Information Disclosure Statement, also enclosed. A Petition and Certification under 37 C.F.R. § 1.97(e) is also enclosed, along with a check for the $130.00 Petition Fee. The Examiner is requested to consider the Suzuki reference and make it of record in the subject application.

Suzuki et al., U.S. Patent No. 5,073,926, describes a two-way picture communication system having a telephone, a video camera, and video display monitor at each terminal to provide both digital video and audio communications. Suzuki also describes a line drawing apparatus, including a writing tablet using a liquid crystal display, for generating line drawings to be transmitted with the video signals. However, Suzuki's use of "relative coordinate areas" (regions of proximate stylus inputs accumulated prior to transmission to the remote station) severely limits the simultaneity and accuracy of a line drawing appearing on the remote station -- particularly in the event that more than one station is simultaneously receiving stylus input. Hence, as explained below, Suzuki does not teach or suggest Applicant's claimed method and means for virtually simultaneously transmitting information being entered simultaneously at either station to the other station, and for enabling the virtually simultaneous display of the transmitted information at both

-23-

Atty. Dkt. 0867/50841

stations such that it appears on both monitors at substantially the same time while under the independent control of each user. In other words, like the combination of the other art discussed above, Suzuki cannot simulate two users writing simultaneously and independently on the same sheet of "electronic paper" from different workstations.

More specifically, the teachings of Suzuki provide inadequate means to manage the more complex requirements for simultaneously displaying electronic information which is being simultaneously input at each station, since the electronic information entered by one user of the Suzuki system would not be under the independent control of that user. Using the "relative coordinate area" scheme (which Suzuki describes in Figures 9-12 and at column 10, lines 44-45, et seq.), if a set of line drawing data (consisting of possibly twelve to fifteen or more pixel identifiers connected by a single straight line, e.g., Figure 12) arrives from the remote station to be displayed at the local station while the local stylus is in use, that remote station input data cannot be displayed until the local stylus has been moved out of a relative coordinate area (i.e., while LOOP1 of Figure 9 is iterating). Under numerous common circumstances of freehand writing (such as when the pen tip is indefinitely or momentarily at rest on the surface, or when it is slowing to a stop, or when it is making a small mark like dotting an "i", or when it is moving in a continuous lateral motion), the LOOP1 iteration continues indefinitely (such as in the example Suzuki

-24-

Atty. Dkt. 0867/50841

describes at column 11, lines 10-16) and thus any input from the remote station is blocked (column 12, lines 22-28). Accordingly, the display at the local station is not under the independent control of the user at the remote station until such time as the local stylus actually moves out of its relative coordinate area. This prevents the simultaneous display of electronic information input from the remote station while the local station information is being processed. Moreover, the Suzuki technique produces an even more undesirable effect in that subsequent remote input (i.e., input arriving from the remote station while a set of line drawing data is already waiting) could be lost when both styluses are in simultaneous use. Thus, Suzuki places severe limits on the practicability of the system when both users are drawing at the same time.

The present invention, however, is adapted to handle more complex traffic management requirements for the unimpeded displaying of both inputs -- even while both styluses are in simultaneous use. As depicted in Applicant's Figure 3A (and described at page 12, line 10 et seq.), three communication sub-systems are concurrently operating, whereby line drawing data is displayed every time the stylus crosses a new pixel. (See page 13, line 17- page 14, line 9; page 14, line 19; page 15, line 1; and page 19, lines 3-17.) This pixel-by-pixel basis of transmitting and displaying information produces a much truer "simultaneity of display" than the prior art technique of accumulating pixels in relative coordinate areas prior to

transmission. Furthermore, in the present invention, pixel-by-pixel data is queued for immediate and independent display at each station -- even when the stylus at both stations are simultaneously in use. (See page 14, lines 14-21 which references the queuing system, and page 25, line 31- page 27, line 6 which discusses the queuing system of Figure 7.)

In review, the prior art does not teach or suggest the unimpeded real-time simultaneous two-way communication of handwritten electronic information while both styluses are in simultaneous use. Accordingly, the prior art systems could not realistically simulate two users writing at the same time on the same sheet of "electronic paper" from different workstations. Hence, the present invention uniquely provides real-time, simultaneous, two-way communication of handwritten instructional information between the interactive monitors of two or more stations.

Applicant believes that the present application is now in condition for allowance. Favorable consideration of the amended claims is respectfully requested.

The Examiner is invited to contact the undersigned by telephone if it is felt that a telephone interview would advance the prosecution of the present application.

The Commissioner is hereby authorized to charge any additional fees which may be required to this application under 37 C.F.R. §§ 1.16-1.17, or credit any overpayment, to Deposit Account No. 23-0920. Should no proper payment be enclosed

-26-

Atty. Dkt. 0867/50841

herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 23-0920. A duplicate copy of this sheet is enclosed.

Respectfully submitted,

WELSH & KATZ, LTD.

Date: 5/20/92          By _Douglas A. Boehm_
                          Douglas A. Boehm
                          Attorney for Applicant
                          Registration No. 32,014

WELSH & KATZ, LTD.
Suite 1625
135 South LaSalle Street
Chicago, Illinois  60603
312/781-9470

cc: Dr. Eric Hamilton
    Joseph R. Marcus, Esq.

-27-



-SUBSTITUTE SPECIFICATION-
Attorney Docket No. 0867/50841

1  **COMPUTER ASSISTED INSTRUCTIONAL DELIVERY SYSTEM**
2  Inventor:  Eric R. Hamilton, Ph.D.

3           As part of the specification hereto is a
4  Microfilm Appendix as Computer-Output-Microfilm output
5  affixed to 26 paper cards.
6           This invention relates to a computer-mediated
7  communication system, the primary application of which is
8  intended to be classrooms or other training or learning
9  environments. More particularly, this invention relates to
10 a configuration of computer hardware and software which
11 enables two or more users (typically an instructor and
12 student) at different stations to share what will be called
13 electronic sheets of paper.

14            **Background of the Invention**
15           A genre of training software that simulates
16 simultaneous two-way communication has emerged in recent
17 years. Such software typically involves an operator at one
18 terminal taking control of an application at another
19 station. Although control of the application reverts back
20 and forth between operators at different stations, three
21 critical differences distinguish such systems from the
22 present invention.  First, such prior systems always
23 require a basic platform application, such as a word
24 processor or spreadsheet.  The present invention does not
25 require such a platform application.  Second, the present
26 invention does not involve one operator taking control of
27 an application.  Two users may simultaneously control the
28 application.  Third, such applications do not contemplate
29 free-hand writing or drawing to simulate paper and pencil
30 writing and drawing as the principal means of effecting the
31 shared communication.

-1-

Although some video instructional systems enable teachers to transmit images created by one student to appear at the stations of a full classroom in a single manner similar to this invention, these prior systems do not entail simultaneous and interactive communication between the teacher and student, either on a one to one or one to a selective group.

Prior instruction systems, such as that shown in U.S. Patent No. 3,401,469 to Shaver and U.S. Patent No. 4,486,180 to Riley are severely limited in their flexibility and interaction capabilities. In Shaver, the interaction between student and a control center is over different channels in which the instructional material is prepared in advance, unlike the present invention in which the instructional material is constructed extemporaneously. The invention disclosed in Shaver is not interactive, in that the present invention affords the ability for the material being presented to the student to change on the basis of a teacher's response to the student's input. In Riley, no simultaneous and interactive communication is contemplated, because the system is intended for standardized tests. The present invention provides a medium of simultaneously written interactions between teacher and student.

Other known systems involve the use of predefined still video information such as U.S. Patent No. 4,052,798 to Tomita, et al. The present invention disseminates information interactively by the teacher as the student works. There is no need to predefine information, and it is not "still" in that the video image seen by the student is always subject to change by the teacher.

Many prior systems are not applicable to written textual communication which is the most effective manner to teach grammar or mathematics, etc. U.S. Patent No. 3,233,346 to Cornberg involves the use of a telephone system for the student to communicate to the teacher while

-2-

1  the student views a video display of the teacher.  The
2  invention disclosed in Cornberg is severely limiting in
3  that it does not allow one of the most fundamental means of
4  communication, that being the writing mode, in which
5  student and instructor can communicate.

6       Even currently known software products such as
7  "Carbon Copy" made by Meridien Technology, a subsidiary of
8  Microcom, Inc., do not allow interaction based on
9  extemporaneous freehand input and rely on the use of pre-
10 existing application software rather than the application-
11 free context that the present invention provides.  Of all
12 known computer assisted instructional systems, none provide
13 interactive freehand input in an application-free context.

14      Numerous other advantages and features of the
15 invention will become readily apparent from the detailed
16 description of the preferred embodiment of the invention,
17 from the claims, and from the accompanying drawings, in
18 which like numerals are employed to designate like parts
19 throughout the same.

20                    Summary of the Invention
21      The invention in its simplest form is a computer
22 assisted instruction system for a classroom which allows a
23 teacher to share an electronic sheet of paper with one or
24 more students in the classroom, enabling both teacher and
25 student to write on the same "sheet" virtually
26 simultaneously from different parts of the room.  At her
27 choice and at her pace, the teacher can switch among
28 students, observing and sharing their work space as their
29 needs require.

30      The inventive concept consists in the preferred
31 embodiment of the following.  Each student's desk is
32 equipped with a 14" monitor (i.e. "screen" or "display").
33 The monitor surface lies flat on the desk, flush with the
34 desk's surface, and it is equipped with an attached stylus
35 that looks much like a fiber-tipped pen, but with a hard

                              -3-

tip.  The teacher's station is equipped with a monitor as well (and may also be connected to a bank of small monitors).  All of the student computers are linked to the teacher's station.  As a student physically writes on the surface of his monitor with the stylus, the image that is written not only appears on that student's display, but is also transmitted simultaneously to the teacher's station.  The teacher can passively observe the student's work, or actually interact with the student by writing on her own station at the front of the class, with the image moving back to the student on their display.  In effect, the teacher and the student are sharing an electronic sheet of paper.  Both can actually work with several electronic sheets of paper, and can "shuffle them" as one might shuffle loose pages taken from a notebook.  The teacher can transmit the image from one student, to the whole class, or to a subset of the entire class.  With a scanner, the teacher can send images from problem sheets, practice sheets, or even tests to all of the students, virtually copying them directly off of paper and onto the students' displays.  Students can, when appropriate, get actual printed copies of their work, or save their work from class to the next.  The desk housing the student monitor will include a sliding cover, to protect the monitor when not in use.

        If the teacher's station is equipped with a single monitor, she would be able to select which student's work to view just by touching an image (or "icon") on her monitor from the front.  Because all student activity is transmitted to the teacher's station as that activity occurs, the image of the newly selected student's work will immediately appear at the teacher's display.

        In a mathematics classroom, for example, a teacher and a student may work together on the same problem from different locations within a classroom.  The teacher, more particularly, can watch a student work, and jot down

-4-

suggestions or comments on the student's sheet.   The
student may similarly pose questions to the teacher.

The teacher may also elect to transmit back to
all students simultaneously.   For example, if the teacher
poses a geometry problem that she transmits to all of the
students, she can wait for a few minutes, observing them
and helping them as they work, and then send all of them
some further information to help in the next step of the
problem.

When equipped with a monitor of sufficient
resolution, split screen capability, or when equipped with
more than one monitor, the teacher may view the work of and
communicate with several students simultaneously.

It is an object of this invention to enable a
student and a teacher to share an electronic sheet of paper
from remote locations, where the term "share" means that
both teacher and student may write or draw on that
electronic sheet of paper simultaneously from remote
locations with the image produced by one appearing on
screen of the other or both.

It is further an object of this invention to
enable a student and a teacher to share an electronic sheet
of paper from remote locations, where the term "share" also
means that both teacher and student may type on that paper
simultaneously from remote locations with the text produced
by one appearing on screen of the other.

It is further an object of the invention that a
teacher may monitor the written work of students by
electronically selecting which student's paper will appear
at the teacher's station.   For example, by activating an
icon (appearing in the teacher's monitor) corresponding to
a particular student, the current image for that student
then appears on the teachers monitor, and the teacher and
the student may continue to work on the image together.

It is further the object of this invention that
the teacher may transmit to a group of two or more
individuals the same image, and the teacher would be able
to write on his/her screen, with the result appearing

-5-

1   simultaneously at all of the stations sharing that image.
2   In fact, an entire group may work on the same electronic
3   sheet simultaneously.
4       It is yet another object of the invention that
5   students may discretely communicate with teachers by
6   signaling to the teacher in a means that only the teacher
7   and student can see that the student would like to pose a
8   question.   The student may jot down questions to the
9   teacher on their display and the teacher's display without
10  the rest of the class being privy to that communication.
11      The attainment of the foregoing and related
12  objects, advantages, and features of the invention should
13  be more readily apparent to those skilled in the art after
14  review of the following more detailed description of the
15  invention.

### Brief Description of the Drawings

16      Figure 1 is an external perspective view of a
17  classroom system in accordance with the present invention.
18      Figures 2A-2C represent an overall schematic
19  diagram identifying the hardware components and connections
20  of the present invention.
21      Figures 3A and 3B provide flow diagrams
22  identifying the general operation of the present invention
23  in which Figure 3A emphasizes the three communication
24  systems (from the pen, from the network, and to the
25  network), and Figure 3B depicts the background operation,
26  primarily of the graphical user interface (GUI).
27      Figures 4A and 4B depict in flow chart form the
28  specific flow of operations of the first communication
29  system (from the pen).
30      Figures 5A-5C depict in flow chart form the
31  actual content of the second and third communication
32  systems (to and from the network).
33      Figures 6A-6B depict in diagram form the
34  principal routine that integrates the first communication
35  system with the second and third communication systems.

-6-

1    Figure 7 depicts in diagram form how the
2 implementation of the present invention manages network
3 transmissions as they are requested in rapid succession.
4    Figures 8A-8B depict in diagram form the source
5 file SLATE.C, which includes the start-up main function,
6 and the initialization of the system until the program is
7 taken over by the graphical user interface (GUI).

8                    Brief Description of the Tables
9    Tables 1 and 2 each list the source code routines
10 and .C files of the present invention, identifying in both
11 Tables the page number in the Microfilm Appendix of each
12 routine or file. Table 1 lists the routines and files in
13 order of page number, and Table 2 lists the routines and
14 files in alphabetical order.
15    Table 3 identifies key routines as they
16 correspond to the processes depicted in Figures 3A and 3B.
17    The Microfilm Appendix includes two documents.
18 The first, pages H1-H20, provides the actual list for the
19 project (.PRJ) file and header (.H) files in the current
20 implementation of the invention. The second part of the
21 Appendix, pages C1-C133, provides the actual source code
22 listing, arranged in alphabetical order by .C file name,
23 and referenced in Tables 1 through 3.
24    With the Microfilm Appendix, Version 2.0 of the
25 Turbo C Professional by Borland International of Scotts
26 Valley, CA, with the LITECOMM standard terminal software
27 package referenced on page C25 of the Microfilm Appendix,
28 and with the screen writing system identified in the next
29 section, this implementation may be readily reconstructed
30 and utilized in performing the novel features of the
31 invention.

32             Detailed Description of the Preferred
33                   Embodiment of the Invention

34    While the invention is susceptible of embodiment
35 in many different forms, there is shown in the drawings,
36 tables, Microfilm Appendix, and will be described herein in

-7-

detail, a preferred embodiment of the invention. It should be understood, however, that the present disclosure is to be considered an exemplification of the principles of the invention and is not intended to limit the spirit and scope of the invention and/or claims of the embodiments illustrated.

Turning now to the drawings, more particularly to Figure 1, there is depicted a facsimile of a classroom with the present invention implemented therein. A representative desk (101) houses the software and computer hardware for either teacher or pupil. A computer (100) is connected to a monitor (102) whose display (e.g., Cathode Ray Tube (CRT) or Liquid Crystal Display Type (LCD)) is flush against the surface of the desk. In the Figure, 102 illustrates the surface of the monitor. An optional keyboard (103) may also be connected to the computer (100). A conventional network bus (112) connects all of the individual desks (101, 106 and 151 through 161). Such a network bus 112 may be effectuated by what is known as serial communication, but more typically will be effective using network protocols that operate at higher speeds (greater than 1.0 megabits per second) than typically available under serial protocols. Commonly used standard protocols for such networks are produced by Novell, Inc. (e.g., "Netware") and by International Business Machines (IBM) (e.g., "NetBIOS"). These conventional networks provide the means for computers to communicate with one another. The software component of the invention may be stored in a disk drive or in "read-only memory" at each station (i.e., inside the computer depicted in 100) or at the central teacher station (106). In the preferred embodiment, the software is stored in a disk drive (not shown) at the teacher station. When the pupil at a student station uses the software, a copy of it is sent over the network bus (112) and stored in the "random access memory" (or "RAM") of the user's computer (101), and is run by that computer.

-8-

1   It is possible, in an alternative embodiment,
2   that the student stations (101 and 151-161) do not actually
3   house computers with "central processing units," but
4   instead derive not only their disk storage from the
5   teacher's station (106) but also derive their RAM storage
6   and computing power from the computer at the teacher
7   stations.    In this case, each student station would
8   function as a so-called "terminal," and would not include
9   a computer (100). Figures 2A-2C, discussed below, provide
10  a schematic of the network bus 112 connections.
11  Also connected to the computer is a free-style
12  handwriting system (104) to simulate to the user the
13  ability to "write," either on the monitor or on a glass or
14  glass-like sensor plate (105) resting above the monitor,
15  just as one would "write" on a piece of paper with a pen or
16  pencil.    Thus, the display from the monitor (102) is
17  directly beneath and is seen through the glass sensor
18  (105).    Figure 1 depicts one possible writing
19  configuration, namely the appearance of the same image on
20  all desks if the teacher transmits the same image to all
21  students.  The handwriting system may consist of a corded
22  or cordless light pen, in which the pen translates video
23  signals and is so integrated with an interface card (207 of
24  Figure 2A) to send coordinates of the pen's position on the
25  screen to the computer's central processing unit.
26  Alternatively, the monitor itself may be so constructed as
27  to allow the interception of coordinates as a pen-like
28  object moves across its surface, as done by so-called touch
29  screens.    Finally, the system may also consist of a
30  pen-like object and glass plate or glass-like plate,
31  positioned directly above the monitor's surface, which are
32  interfaced with the hardware in such a way that as the
33  stylus moves across the surface of the plate, coordinate
34  positions are relayed to the computer.
35  The preferred embodiment implementation, however,
36  does not involve a light pen or touch screen.  Instead, as
37  mentioned, a sensor plate (105) is mounted above the
38  monitor (102), and it is the combination of the sensor

-9-

1    plate and stylus, rather than monitor and light pen, that
2    produces the signals.
3              The housing and computer for the teacher's
4    station (106) may be physically identical to that of any
5    individual student station, although it is likely that a
6    teacher's station may have an optional printer attachment
7    (110). Any student station may also have such an optional
8    printer attachment.
9              The teacher's display may also, at the teacher's
10   option, include "icons" (111) appearing within the display.
11   An "icon" is a small graphic symbol which, when referenced
12   by the user, provides the user with access to the
13   information or processes that the symbol represents. Under
14   this implementation, each student at stations 101 and 151
15   through 161 are represented by a separate icon. When the
16   teacher touches the screen where an icon for a student
17   appears, the teacher and that student can begin hand-
18   written screen-sharing communication. That is, both may
19   write (using the pen system (104)) at his or her own
20   station, and the image created by the writing of each user
21   appears not only at that user's station, but at the other
22   user's station as well.
23             Figures 2A-2C more fully depict the physical
24   components of the system. In Figures 2A-2C, three separate
25   and identical user or student/teacher stations are depicted
26   (270, 271, 272). Only one of these stations 270 will be
27   described herein, it being understood that the other two
28   stations are identical (except as noted). The central
29   processing unit with bus interface (213) is connected via
30   a data bus (214) to the computer's remaining systems (209),
31   including storage (212), (i.e., primary storage, or "RAM";
32   secondary storage, such as disk drive; or "read-only
33   memory" ("ROM")), peripheral interface (217) (e.g., serial
34   and parallel ports), auxiliary chips (210) (such as the
35   standard "8259" interrupt controller, which prioritizes
36   external interrupts (such as issued by a serial interface)
37   to a central processing unit, and the network interface
38   (208), which provides the computer with the physical means

-10-

1  to communicate with other stations over the network bus.
2  The central processing unit with bus interface (213) and
3  communication lines to other components (212, 217, 210,
4  208), and internal communications (215 and 216) comprise
5  the computer system (100) of Figure 1.

6      Under the preferred embodiment implementation,
7  the computer (comprised of blocks 260 and 209) may involve
8  an IBM-compatible system with a conventional Intel 80386
9  processor (included as part of 213), with a standard
10  interrupt controller (included in 217), serial port
11  (included in 210), and "Invisible Network" Novell NetBIOS-
12  compatible network system (with interface card depicted as
13  208) from Invisible Software, Inc., Foster City, CA.   In
14  the preferred embodiment, the central processing unit (253)
15  at the teacher's station is significantly enhanced by the
16  processing power of at least an 80386 chip with the
17  capacity to access large blocks of random-access memory
18  (greater than 640 kilobytes) as well as the capacity to use
19  large blocks of RAM as a high speed substitute for
20  secondary (e.g., disk) storage, although a less
21  sophisticated chip (e.g., 8088) may be used at student
22  stations.

23      The handwriting system is shown here as 204,
24  consisting of the pen or stylus (206), (104 of Figure 1),
25  a sensor (205) that rests above the monitor (203), and the
26  interface system (207) (out of view in Figure 1, but housed
27  in the desk (101)) that translates the pen strokes on the
28  sensor into event codes and coordinate positions for
29  transmission via a data bus (218) back to the peripheral
30  interface system.   Under the preferred embodiment
31  implementation, this transmission occurs via serial
32  cabling.   Such a handwriting system (204) is available as
33  the Screenwriter™ system, from Microtouch Systems, Inc., 55
34  Jonspin Road, Wilmington, MA 01887. When a system such as
35  the Screenwriter is the input medium for the three-
36  communication system depicted in 301, 332, and 333 of
37  Figure 3A and the graphical user interface depicted in
38  Figure 3B, the shared screen writing of this invention is

-11-

effected.    The individual stations are connected to one another via the network cabling (273, 274).

Figures 2A-2C depict two student stations (270 and 271) and one teacher station (272).    Student station 271 and teacher station 272 include the same components (except for the aforementioned central processor unit 253 at the teacher's station.)   Thus, identifiers 221 through 238 correspond identically with identifiers 201 through 218, as do identifiers 241 through 258.

Figure 3A identifies the three concurrently operating communication systems at a single user's station (either teacher or student) under this implementation of the invention, shown as enclosures within the three dotted boxes (301, 332, 333) in Figure 3A.   The first (301) involves the free-hand pen input, from a user.   The second (332) involves transmissions sent over the network to the user from other stations.   The third (333) involves transmissions sent from this station over the network to other stations.

Table 3 identifies the key functions in the source code for each process in both Figures 3A and 3B, with a page number reference to the Microfilm Appendix. (Figures 4-7 diagram the most important of these functions with respect to the critical simultaneous communication systems that effect a shared writing surface.)

Figure 3B identifies the "background" system, including the graphical user interface (GUI), that displays to the user the user's input or the input from other stations in the network.

The implementation begins execution with initialization of all of the communication systems, the GUI management system, and other features of the execution environment (312).   (The GUI system in this implementation was developed by Richard Tom of TEGL Systems, Inc., Vancouver, BC, as a graphical toolbox.   Source code for the TEGL portion of the implementation, as it has been adapted for use here, appears between pages C74 and C133 of the Microfilm Appendix.)

-12-

1    The software application itself then proceeds as
2   a continuous interaction of four systems: the three
3   communication systems (from the pen to the software
4   application (301), from the software application out to
5   other stations in the network (333), and to the software
6   application from other stations in the network (332)) and
7   the GUI management system (Figure 3B).
8    At the beginning of the program, the pen is
9   assumed to be off of the input surface (303). The user
10  holding the pen (302) can keep the pen off the surface,
11  touch the pen on the surface (305), or move the pen over
12  the surface in a writing or drawing fashion (306). From
13  either a touch down or a moving position, the user may lift
14  the pen off of the surface (304). An interrupt is issued
15  whenever the pen's status changes (353, 357 and 355 lead to
16  interrupt 354; 352, 358, and 356 lead to interrupt 397; 359
17  and 361 lead to interrupt 360). The interrupt handler
18  receives the interrupt and begins processing five bytes of
19  information from it: the command field, and two coordinates
20  for each of the x- and y- coordinates identifying the
21  location of the pen on the sensor when the interrupt
22  occurred. The principal routine to perform the interrupt
23  handling is int_getxy, diagrammed in Figures 4A and 4B, and
24  beginning on line 72 of page C35 of the Microfilm Appendix.
25    The lower right dotted rectangle (333) of Figure
26  3A depicts the second of the three concurrent communication
27  systems. As coordinates are processed by the int_getxy
28  routine, an evaluation of whether the input is to be
29  transmitted is made at lines 88 through 94 of page C36 of
30  the Microfilm Appendix, corresponding to 334 of Figure 3A.
31  If the data is to be transmitted, it is sent to the sending
32  queue for transmission to appropriate other stations via
33  the send_que routine (line 70 of page C31 of the Microfilm
34  Appendix). This communication system involves transmission
35  of a data packet which includes the coordinate and event
36  information. (Figure 7 diagrams the send_que routine.)
37    The lower left dotted rectangle (332) of Figure
38  3A depicts the third communication system, namely incoming

-13-

transmissions. Because transmission speeds over a network (e.g., over Ethernet) are typically faster than the signals from an input device (e.g., under serial protocols), it is actually possible that of two or more individuals sharing the same screen, a "remote" writer's input may appear on the screen more quickly than the "local" writer. The software application processes incoming coordinates from the pen or from remote sites on an interrupt-management basis, and gives to users the appearance of simultaneity. (Figures 5A-5C depict the network communication process in greater detail.)

A remote station sends a network transmission with a packet containing coordinate and event information (311, 365) to the user's station. When the packet arrives at the local station, a network interrupt is issued (311B), which, when serviced, places the packet onto a receiving queue (rec_int, on line 8 of page C31 of the Microfilm Appendix).

The data is copied out of the queue (310) and the coordinate values are computed (309) for use as if they were derived from the input device. Thus on-page connector C (328C) leads to on-page connector C (327C) for processing by the GUI (Figure 3B) on the same path (off-page connectors D (395D in Figure 3A and 396D in Figure 3B) as the pen input (372 and 367). Once coordinates are available from either a network transmission or from an interrupt from the pen, different GUI functions, especially including drawmouse (page C69 in the Microfilm Appendix and more fully diagrammed in Figures 6A-6B), process the coordinates to update to user's viewing area. Thus, if the pen (at either the local or remote station) is depressed (315), the location of the depressed area must be evaluated. If the (local) user is attempting to access a "drop-down" menu or is trying to access an option by touching a "button" on the screen (316) (for example, to change the pen from writing mode to erasing mode), the choice is processed (320-321). If the (local or remote) user is instead continuously depressing the pen in a

writing area (317), a line is drawn to connect the location of that depression with the most previous one (318). (These "lines" are extremely short, and give the appearance of smooth, continuous drawing or writing.)    As the drawmouse diagram of Figures 6A-6B note, this "connecting the dots" activity may constitute erasing parts of the screen if the user is in the erasure mode.    If the depression of the pen (317) is actually a "touch down" rather than a "continued draw," the coordinates are stored for subsequent connection.  The drawing routine then checks to determine whether the (local or remote) user is continuing to write or has lifted the pen off of the surface of the screen.

Off-page connectors A (308A, 323A, 325A, and 350A in Figure 3B) represent a flow of control back to off-page connector A in Figure 3A (300A), to the routines that evaluate the status of the pen.  However, this flow of control only occurs if pen activity has produced an interrupt of the GUI to indicate that the pen status or pen position has changed.  Off-page connectors B (326B, 330B, 324B, and 331B in Figure 3B) represent a similar flow of control to off-page connector B in Figure 3A (329B) to determine whether network transmissions are available, although the GUI checks in a systematic fashion (with the check_net function of Figures 5A-5C) to determine whether network interrupts have left any coordinate data from a remote user available in the network "queue."

In Figures 3A and 3B, a number of marked connections identify the sequence of the aforementioned operations and evaluation of command field.  These marked connections include 351 - 353, 355 - 359, 361 - 364, 366 - 367, 370 - 382, 384 - 387, 389 - 394, and 397 - 398.  All of these connections represent standard flow of control pathways.

Figures 4A and 4B diagram the function int_getxy (beginning on line 61 of page C35 of the Microfilm Appendix), which processes interrupts issued by the pen interface (207 of Figure 2A, and 354, 360, 397 of Figure

3A). Significant portions of this routine are written as in-line assembler (lines 74-95 of page C35, lines 99-102 of page C36, and lines 1-7 of page C37 of the Microfilm Appendix) to simplify the view of the register-level activity of this function. The function (401) begins by enabling the type of maskable interrupt issued by the interface (402). The communications register that identifies whether serial data has arrived and is waiting to be latched from an input port is tested (403) for the availability of a incoming data. If not (453A), the transmit register is tested (404). If not empty, the function begins to exit by jumping (454B) to the lines which will clear the interrupt flag and exit the function. If the transmit register is empty, (454A), another test is required for this implementation for whether an XON must be issued prior to exit (406A). If not (456), the function jumps (457) to the exit lines, as it does after issuing an XON (406B) if one is necessary (455). The purpose of the int_getxy function, is to process a positive result from the (403) test for incoming data. If data is available (453B), it is read from the input port (405) and examined.

If the byte falls within a specified range, it is the first incoming byte (or header byte (407)) of a sequence of five bytes from the pen interface which identify one of three pen events (lift up, touch down, or continue draw) and the coordinate position of the reported event. If the byte is a header (439B), the reported event is recorded and a counter for the remaining four bytes is initialized (409). The communications register to signal that another byte of data has arrived and is ready to be latched is tested (408). If the result is positive (499A), flow of control returns to the code which reads the data (405), shown in the diagram by on-page connector A (443A) to on-page connector A (400A). A negative result to 408 begins the process of exiting the function (499B).

With the counter initialized, the subsequent four bytes are evaluated and processed at 410 through 413. Each time one of the four bytes is processed, the counter is

-16-

incremented and the byte is stored for translation to
screen-mappable x- and y-coordinates (414 - 417).  The pen
interface under this implementation identifies a point on
a 1024 x 1024 point grid on the sensor (205 of Figure 2A).
The screen resolution may be 640 x 480.  The first two
bytes (410 and 411) report the horizontal position, and the
second two bytes (412 and 413) report the vertical
position.  Thus, after the second byte is processed, the
x-coordinate for the screen can be computed (418), and the
y-coordinate for the screen can be computed (419) after the
fourth byte.  An XON is also issued at 419 to signify that
the full five byte expected transmission has been received.

    Once the header and the coordinates have been
latched and initially processed, they are further processed
so that the GUI can update the display.  This involves
testing the header byte for the three possible events
(lift-off, touch down, or continued draw) (420, 438, and
438B).

    The GUI is an adaptation of "mouse" routines, and
the mouse terminology of those routines is retained in this
source code.  A mouse is a hand-held device connected to a
computer to provide a user with a flexible means of
changing the location of the "currently active" portion of
a screen, or to choose to carry out commands available by
pressing or "clicking" the buttons on the mouse.  A "mouse
routine" is one which translates activity with the mouse,
such as moving it, clicking a button, or releasing a
button, into the action intended to follow as a result of
that activity.  Thus, a lift-off corresponds to a mouse
button release (421) whereas a touch down or a continued
draw correspond to depressing a mouse button (434 and 435).
Once the "release" or "depress" flags are set, the
"release" or "depress" variables are updated with the new
coordinates (422, 436, and 437), before an evaluation of
whether the pen event involves a draw (423) or an erasure
(425).

    In either event, the coordinates are recorded for
possible transmission to other stations in the network (424

-17-

and 426), to which they are sent via the send_que function (432, 431, 430), diagrammed in Figure 7.  Figure 4B diagrams the testing of the flags to indicate whether a transmission of the header and coordinates should be issued to the teacher, to all of the stations, or to a student station (427-429).  Figures 4A and 4B, which together diagram the int_getxy function, are joined by the two off-page connectors C (469C in Figure 4A and 444C in Figure 4B) and by the two off-page connectors D (442D in Figure 4A and 441D in Figure 4B.

Once the new coordinates have thus been processed, and the available data register shows no new data, the function is exited.  When the GUI detects that the interrupt from the pen to its background activity has produced a flag showing that a "mouse" button is depressed (i.e., that the pen is pressed against the surface of the sensor above the monitor), the GUI calls the "drawmouse" function (page C66 of the Microfilm Appendix that is diagrammed in Figures 6A-6B), and the coordinates of the drawing are placed on the screen.  It is during the drawmouse function that the check_net function (page 60 of the Microfilm Appendix), diagrammed in Figures 5A-5C, is called to see if any network interrupts from a remote station have placed coordinate drawing data from that station to also be included in the drawing on the screen.

The lines in Figures 4A and 4B depict the flow of control from one process or test within the function to the next.  These lines are referenced by identifiers 439A, 439B, 445 through 446, 448 through 449, 451 through 468, and 470 through 499.

Figures 5A-5C together diagram the flow of control for the check_net function, on pages C69-C70 of the Microfilm Appendix.  The check_net function is the communication handler that translates network communications between stations into information that the GUI can use to produce the shared screen effect of the invention.  This function runs in the GUI background (Figure 3B) and is also called at various points when

-18-

1  update values are expected from network interrupts.  In
2  particular, check_net is called by the drawmouse function
3  as shown in Figure 7.
4      The check_net function begins by reading the
5  network queue (502) via the read_que function (page C31 of
6  the Microfilm Appendix) to determine if any transmissions
7  await processing.  A transmission, except when involving a
8  full screen of graphical data, occurs in increments of
9  PACKETs, defined on line 50 of page H10 of the Microfilm
10 Appendix.  When presented in upper case letters, PACKET
11 refers to a specific variable to be transmitted over the
12 network.  A packet includes a one byte command field, a
13 name field to transmit a student's name, a table entry
14 field to identify a student by code, a character field when
15 passing typed characters (or the eraser radius during
16 erasures), a font identifier, and the x and y coordinates
17 identifying the location of the event being shared by the
18 screens.
19     The check_net function is the conversation
20 between stations.  The "first word" of every communication
21 between stations is the command field, and it identifies
22 how the receiving station should interpret the "rest of the
23 conversation."  The current implementation at the source
24 level allows these command fields: ACK_CALL, ASK_HELP,
25 ON_LIST, BEING_HELPED, NOT_ALLOW, CALL_TEACHER, DROP_NAME,
26 SEND_COPY, STOP_SEND, SCREEN_COPY, KBRD_INPUT, ABS (for
27 touch down of the pen at remote station), REL (to signify
28 continued writing after a touch down), and ERASER.
29     The polling (503) to determine whether an
30 interrupt was previously issued resulting a PACKET being
31 stored on the queue is effected by returning a zero if
32 there was none (532A) (which simply produces a return to
33 the calling function) or a non-zero (i.e., "true" or "yes"
34 condition) pointer to a copy of the PACKET (532B), at which
35 point a case statement evaluates the command field of the
36 PACKET.  (Path 532A leads to an exit diagrammed in Figure
37 5B (515B) where the exit path continues to off-page
38 connector 539B in Figure 5C, leading to a return (562).

-19-

The exit path in the diagram leads through off-page connectors B (515B in Figure 5B and 539B in Figure 5C.)) The flow-of-control arrows 533B, 534B, 535B, 542, 543B, 544B, 545B, 578, 579A, 580A, 581A, 582A, 583A, and 584A of Figures 5A-5C all signify that the test to identify the command in the PACKET has not yet succeeded. Only student stations under this implementation will receive the ACK_CALL command (504, line 51 of page C69 of the Microfilm Appendix), signifying that the teacher has acknowledged that the student has logged onto the system and has returned an identifier for an internal table at the teacher station for that student. The student station then stores the identifier (508) and the routine then exits (i.e., flow of control returns to the instruction immediately after the one that called the check_net function.) Only teacher stations will receive requests for help commands (505, line 55 of page C69 of the Microfilm Appendix) which are followed by examining whether questions are being allowed (509). If not (536A), a transmission is sent back to the student with the command field set to DISALLOW. Otherwise, the command field is set (511) to tell the student s/he is on the list for help (line 61 of page C69 of the Microfilm Appendix) or to remind the student s/he is already being helped (line 69 of page C69), and that command is sent back to the student (513) prior to exit (541). Thus, these newly set command fields (to signify "no help allowed," "already being helped," or "on list to be helped") are transmitted back to the student (512 or 513, leading to connector 517B, where the exit path continues to connector 539B in Figure 5C, leading to a return (562)). If the student station receives one of these responses (506), the appropriate message is displayed (510), and the function exits (536).

When a new station physically logs onto the network at the time it is booted, an identifier is issued by the network software. When a student first logs onto this software implementation, it issues a call to the teacher for an identifier. This is the identifier the

student stores (508) when it receives an acknowledgement (504) of this call to the teacher. The call itself (517, line 91 of page C69 of the Microfilm Appendix) is received by the teacher's station, which looks up the student's identifier issued by the network (520), and returns it to the student (525) with the command field of the outgoing PACKET set to ACK_CALL (523). Next, the GUI displays the name on the teacher's screen before restoring the screen to its appearance before the name display (526). Control then returns to the calling function (552).

A DROP_NAME command field (518, line 2 of page C70 of the Microfilm Appendix) will result when the student logs off the system; when the teacher's station receives a PACKET with this command field, the student's name is dropped (521) from the table position it took when the teacher's station received the first PACKET from the student, containing the CALL_TEACHER command (517). Once the name is dropped, control returns to the calling function (547).

If the command field requests a copy of the screen 519, (line 5 of page C70 of the Microfilm Appendix), a large transmission of a window takes place (522) from student to teacher (in contrast to the small transmission of a PACKET). Under this implementation, only teachers can request screens, and, if transmission of the screen (522) is successful (524), a flag at the student's station is turned on (527) to signify that all subsequent events are to be transmitted. This flag is evaluated by the drawmouse function, diagrammed in Figure 6A (604).

Continuing from off-page connectors C (554C in Figure 5B and 555C in Figure 5C), if either a student or teacher receives a full copy of a remote screen, a PACKET is sent with the SCREEN_COPY value in the command field (556, line 12 of page C70 of the Microfilm Appendix). The receiving station must have screen space available (563). If such space is not available, an empty screen is created (577) and the screen can be received (576) before the function is exited.

-21-

If the teacher terminates communication with a student, the teacher's station will send a STOP_SEND PACKET to the student 557, (line 9 of page C70 of the Microfilm Appendix) which will turn off the "send to teacher flag" (564) prior to exiting (597).

Under this implementation, with an optional keyboard, users can type on one another's screen simultaneously. If the PACKET specifies keyboard input (KBRD_INPUT) (558, line 18 of page C70 of the Microfilm Appendix) and an available drawing area (565), a temporary font value is recorded (575) from the PACKET (implying that two different fonts, one for each person sharing the drawing or typing area may be used simultaneously). The PACKET includes a character value for transmission in keyboard mode, which is then displayed by the GUI (574), which will also restore any drop-down menu information that is sharing the same space as the keystroke from the remote station (also 574). (If necessary, a drawing area is established to receive the input (566)).

Of the aforementioned commands, only SEND_COPY, SCREEN_COPY, and KBRD_INPUT produce changes in the user's writing area. The next two command fields, ABS and REL, produce the actual shared drawing on a screen. When an ABS is received (559, line 35 of page C70 of the Microfilm Appendix), the user at the sending station has just pressed the pen to the sensor (305 of Figure 3A), and the absolute coordinates of the touch down are recorded (573) so that, unless the pen is immediately lifted, a connection can be made between the point at these absolute coordinates and the point at the coordinates where the next interrupt is issued by the pen's serial interface at the remote station. At that next interrupt, a new PACKET is sent by the remote station, with the command field set to REL (560, line 40 of page C70 of the Microfilm Appendix), and the relative position from the last touch down or drawing interrupt (whichever is more recent) is included in the PACKET. A line is drawn (572) from the point at the last pair of coordinates to the point at this new set of coordinates.

-22-

1   The value of the coordinates is then saved for use when a
2   subsequent PACKET arrives with the command field set to
3   REL. Control then returns to the calling function (593).
4         The final communication mode that occurs under
5   this implementation is the ERASER mode.  If the command
6   specifies that the remote sharing user is using an eraser
7   (561, line 63 of page C70 of the Microfilm Appendix), a
8   white "fillbar" (i.e., a small rectangle of blank space
9   that can be positioned anywhere on a screen to "white out"
10   or "erase" anything that is at that position) is set up by
11   the GUI, which also determines whether the eraser, perhaps
12   being at the edge of the drawing area, must be truncated
13   (508) (and so it prepares to restore information that
14   overlaps with the eraser (570)).  The white bar (i.e.,
15   eraser) is then moved across the drawing area by the GUI
16   (571).  The size of the white bar is passed in the PACKET
17   through the character field, which is otherwise used for
18   transmitting keystrokes in keyboard mode (574).  The center
19   of the eraser is given by the x and y coordinates passed by
20   the PACKET.  After the GUI places the eraser with a white
21   fillbar over the desired area, and restores any menu areas
22   with which it overlapped, control passes back to the
23   calling function (594).
24         In Figures 5A-5C, the lines identify the sequence
25   of the aforementioned operations and evaluation of command
26   field.  These marked connections include all of connections
27   from 530 through 538, 540 through 553, and 578 through 597.
28         Figures 6A-6B diagram the drawmouse function, as
29   it appears beginning on line 65 of page C66 of the
30   Microfilm Appendix.  The function (601) begins with GUI
31   calls (lines 72 through 77 on page C66 of the Microfilm
32   Appendix) which set up the active drawing area.  The
33   current active point is set to the x- and y- coordinates
34   (603, line 78 of page C66 of the Microfilm Appendix)
35   originally assigned in the int_getxy function which
36   processes interrupts from the pen interface.  Thus, the x-
37   and y- coordinates that are critical to this drawmouse
38   routine are those assigned in the int_getxy function on

-23-

1    lines 53-54, 62-63, and 70-71 on page C36 of the Microfilm
2    Appendix), and these are the same coordinates within this
3    function on the aforementioned line 78 of page C66 of the
4    Microfilm Appendix.  If a mouse rather than a pen is the
5    input device and if the coordinates are to be sent to the
6    teacher (604) or to the entire class (605), a call to the
7    function send_pt is issued with either the TEACHER or
8    ALL_STUDENTS as a destination parameter.  send_pt is a
9    short function (line 3 on page C32 of the Microfilm
10   Appendix) which prepares the data for transmission through
11   the network via the send_que function which it calls
12   (Figure 7).

13           The evaluation of whether the pen is depressed
14   within the "frame" or "drawing area" leads to, on positive
15   result, the execution of a loop beginning its iteration at
16   656A and ending its iteration at 659.  The loop stops
17   executing once the pen is no longer being depressed within
18   the frame.  The most important points in the loop are the
19   check_net calls (609 and 612, diagrammed in Figures 5A-5C)
20   to determine whether a transmission should be processed,
21   and the draw line (or erasure) instructions at 614.

22           One of the most important features of this
23   invention involves effecting simultaneous shared drawing.
24   The draw line instruction within this loop (614) connects
25   points whose coordinates were produced after the pen
26   interface interrupts the application with pen signals.
27   This draw line instruction appears on line 29 of page C67
28   of the Microfilm Appendix.  Within the same loop, the
29   check_net function is given two opportunities (609 and 612)
30   to draw on the screen, corresponding to 572 of Figure 5C
31   and to line 62 of page C70.  Within a high speed loop which
32   captures incoming coordinate data generated by both the
33   serial (local) or network (remote) interrupts, points can
34   be displayed to effect the simultaneous and shared drawing.

35           After the initial check_net call (609) to process
36   simultaneous remote activity, the local user's mode is
37   evaluated as either keyboard input (610) or drawing or
38   erasure (611) mode.  If the user is in keyboard mode, the

-24-

1    function waits for the pen to be lifted from the sensor
2    (613).   When the pen is being depressed, the user is
3    identifying the location on the sensor where typed input
4    should appear.   Thus, once the pen is released (and the
5    "mouse_buttons" flag (line 99 of page C66) of the
6    mouse-based GUI is set to zero) the keystroke may be
7    displayed (615) and the iteration of the main loop of this
8    Figure 7 function may start again, following another
9    check_net call (612) to determine if any remote activity
10   needs to be reported on the local screen.

11          Similarly, if the user is in a drawing or erasure
12   mode (611), the line is drawn or erasure effected (with a
13   white fillbar) (614).   An evaluation of whether the
14   communication is being shared with the teacher (616) (if
15   this is a student station) or with other students (618) (if
16   this is a teacher station) results in those coordinates
17   with destination being sent (if a mouse rather than a pen
18   is used) to the aforementioned sent_pt function (617 and
19   619), which prepares them for transmission to the
20   appropriate destination via the send_que function
21   diagrammed in Figure 7.   Whether or not the local user is
22   sending data at the time that keyboard, writing, or erasing
23   activity occurs locally, a check_net call is issued (612)
24   to determine if any remote activity needs to be updated on
25   the local screen, before the iteration begins again (606).

26          All of identifiers 651 through 663B, 665A, 665B,
27   667A, and 667B refer to lines that depict the flow of
28   control in the drawmouse function.   The function is exited
29   (620) when there is no further local or remote mouse
30   activity within the frame or drawing area.

31          Figure 7 diagrams the send_que function, as it
32   appears beginning on line 69 of page C31 of the Microfilm
33   Appendix.   The send_que issues the Net_Send_Datagram call
34   (page C29 of the Microfilm Appendix) that transfers packet
35   information into a network control block ("ncb") before
36   issuing the NetBIOS(ncb) call (line 11 of page C23 of the
37   Microfilm Appendix) that physically transfers the ncb to a
38   remote station.

-25-

1    The send_que thus manages the traffic of outgoing
2    messages to the network.  An evaluation of whether the most
3    previous send was completed (703) is followed, upon
4    positive result, with an evaluation of whether the sending
5    queue is now empty.  If not (754A), the packet that
6    accompanied the call to the function is prepared for
7    transmission.  The packet is copied into a transmission
8    packet that the aforementioned Net_Send_Datagram receives
9    when it is called to prepare a network control block for
10   transmission via a NetBIOS call (705).  The
11   Net_Send_Datagram call also updates the network for the
12   next transmission (706) before the function terminated.

13   If the evaluation of the most recent transmission
14   (703) shows that it is still in progress, the current
15   packet cannot go out immediately (753A), at which point its
16   identifier is recorded in a queue table (707), the packet
17   is copied into the head of the queue (708) (which, in the
18   terminology of the source code here implies that it will be
19   the "last" out), and the appropriate queue pointer is
20   updated (709).

21   If the most recent transmission is completed but
22   the queue is not empty (754A), the new packet will still
23   have to enter the queue rather than get sent out right
24   away.  The same instructions are followed in this case,
25   with one noted exception: the packet identifier is stored
26   in a queue table (712) and then the packet itself is copied
27   into position (713), as when the packet goes into a queue
28   while another packet is still in transmission (707 and
29   708).  In this case, however, because the most recent
30   transmission is completed, the packet at the "tail" of the
31   queue (i.e., first in line to go out) is transmitted (714)
32   and the network is reset for the next send (715).  Thus,
33   transmissions occur if requested when either there is an
34   empty queue (754B) or when a subsequent request occurs
35   (714).

36   The lines in Figure 7 depict the flow of control
37   from one process or test within the send_que to the next.
38   These lines are referenced by identifiers 751 through 763.

-26-

The implementation of this application may be reconstructed
using the 29 source or object files identified in the
SLATE.PRJ file on page H1 of the Microfilm Appendix.  As
SLATE.PRJ indicates, the flow of control begins with
instructions in the SLATE.C file, which appears beginning
on line 100 of page C49 of the Microfilm Appendix.

Figures 8A-8B diagram the activity within SLATE.C
to begin the implementation.  The main program appears at
line 86 on page C71 of the Microfilm Appendix, and it
completes the initialization (802), followed by a
determination of whether the input device is a mouse or pen
(803).  Thus, the implementation may be reconstructed using
a mouse instead of a pen.  When the pen is used (853B), the
mouse is disabled (821).  Next, the environment for the
application is setup by activities 804 through 809.  This
application requires extensive video paging which can be
implemented in primary storage (804).  Other initialization
activities include clearing the screen (805), getting the
working directory (806), setting up the serial handshake
for communication with the pen or mouse (807, on line 8 of
page C72 of the Microfilm Appendix), creating the menu that
appears at both teacher and student stations (lines 15-26
on page C72 of the Microfilm Appendix), and creating the
student-teacher interaction drop-down menus (809) that
appear at both teacher and student stations (line 28 of the
same page).  Next, menu options that are specific to the
teacher (822) or student (811) are defined after evaluation
of the flag indicates whether the user is a teacher (810).
This application anticipates the implementation of a set of
auxiliary drawing tools, not unlike commonly available
computer graphic paint programs, but also including other
features such as a calculator that may be called up into
the display.  The SLATE.C program creates the common tools
menu and defines the available options in (812).  Off-page
connector 823A continues by repeating the process for the
general menu, namely creating teacher-specific (824) or
student-specific options depending on the type of user
(815).  The title bar for the menus is created (816) as is

-27-

1   a trash can icon (817). The "click areas" that define what
2   events occur when a given spot on the screen is touched by
3   the pen (or mouse, when a button is depressed) are then
4   initialized (818). Finally, the icons appearing in Figure
5   1 (111) that correspond to student desks, are displayed
6   (825) at the teacher's station after the program determines
7   that the user is a teacher (819).
8           The lines in Figures 8A-8B depict the flow of
9   control from one process or test within the SLATE.C modules
10  to the next. These lines are referenced by identifiers 851
11  through 871.
12          After the foregoing initialization of GUI, the
13  program then transfers control to the GUI manager, called
14  the "teglsupervisor." The GUI manager effectively updates
15  the screen through the activities diagrammed in Figure 3B,
16  as the screen is modified by the three concurrent and
17  interrupt-driven communication systems of Figure 3A.
18          The foregoing specification describes only the
19  preferred embodiment of the invention as shown.  Other
20  embodiments besides the one described above may be
21  articulated as well.  The terms and expressions therefore
22  serve only to describe the invention by example only and
23  not to limit the invention.  It is expected that others
24  will perceive differences which while differing from the
25  foregoing, do not depart from the spirit and scope of the
26  invention herein described and claimed.

**TABLE 1**
**C routines and Source File Names (in CAPS)**
**Referenced to and Ordered By Microfilm Page Number**

| | |
|---|---|
| DEBUGUNT.C . . . . . . . . . . . . . . . . 1 | setmouseminmax . . . . . . . . . . . . . . . 15 |
| showcoordinates . . . . . . . . . . . . . . . 1 | frozenmouse . . . . . . . . . . . . . . . . . 15 |
| RotateStackImage . . . . . . . . . . . . . 1 | switch_t . . . . . . . . . . . . . . . . . . . 15 |
| showbuttonstatus . . . . . . . . . . . . . 1 | ega_overlap . . . . . . . . . . . . . . . . . 15 |
| EGAGRAPH.C . . . . . . . . . . . . . . . 2 | overlaps . . . . . . . . . . . . . . . . . . . . 16 |
| xorcornerbox . . . . . . . . . . . . . . . . 3 | freezemouse . . . . . . . . . . . . . . . . . 16 |
| xorbox . . . . . . . . . . . . . . . . . . . . 3 | unfreezemouse . . . . . . . . . . . . . . . 16 |
| setapage . . . . . . . . . . . . . . . . . . . 3 | init_egamouse . . . . . . . . . . . . . . . 16 |
| setvpage . . . . . . . . . . . . . . . . . . . 3 | EMS.C . . . . . . . . . . . . . . . . . . . . 16 |
| videopage . . . . . . . . . . . . . . . . . . 3 | EMSPagesAvailable . . . . . . . . . . . . 17 |
| flippage . . . . . . . . . . . . . . . . . . . 3 | AllocateExpandedMemoryPages . . . . . 17 |
| flipvpage . . . . . . . . . . . . . . . . . . 3 | MapExpandedMemoryPages . . . . . . . 17 |
| abort_msg . . . . . . . . . . . . . . . . . . 4 | GetPageFrameBaseAddress . . . . . . . . 17 |
| setgraphicmode . . . . . . . . . . . . . . . 4 | DeallocateExpandedMemoryPages . . . 17 |
| vga640x480x16 . . . . . . . . . . . . . . . 4 | GetVersionNumber . . . . . . . . . . . . . 17 |
| ega640x350x16 . . . . . . . . . . . . . . . 4 | GetHandleCountUsed . . . . . . . . . . . 17 |
| egagraph_terminateexit . . . . . . . . . . 4 | GetPagesOwnedByHandle . . . . . . . . . 18 |
| init_egagraph . . . . . . . . . . . . . . . . 4 | EMSDRIVE.C . . . . . . . . . . . . . . . . 18 |
| EGAMOUSE.C . . . . . . . . . . . . . . . 4 | emsseek . . . . . . . . . . . . . . . . . . . . 18 |
| key . . . . . . . . . . . . . . . . . . . . . . 7 | emsblockwrite . . . . . . . . . . . . . . . . 19 |
| setshiftkeys . . . . . . . . . . . . . . . . . 7 | emsblockread . . . . . . . . . . . . . . . . 19 |
| deletecapturekey . . . . . . . . . . . . . . 7 | emsclose . . . . . . . . . . . . . . . . . . . 20 |
| addcapturekey . . . . . . . . . . . . . . . 7 | FONTTEST.C . . . . . . . . . . . . . . . . 20 |
| teglreadkey . . . . . . . . . . . . . . . . . 7 | closefontwindow . . . . . . . . . . . . . . . 20 |
| teglkeypressed . . . . . . . . . . . . . . . 8 | fontname . . . . . . . . . . . . . . . . . . . 20 |
| setmousehotspot . . . . . . . . . . . . . . 8 | selectfont . . . . . . . . . . . . . . . . . . . 20 |
| getmousesensitivity . . . . . . . . . . . . 8 | createfontwindow . . . . . . . . . . . . . . 21 |
| setmousesensitivity . . . . . . . . . . . . 8 | showonefont . . . . . . . . . . . . . . . . . 22 |
| hidemouse . . . . . . . . . . . . . . . . . . 8 | showfonts . . . . . . . . . . . . . . . . . . . 22 |
| setmouseposition . . . . . . . . . . . . . . 8 | HEAPMEM.C . . . . . . . . . . . . . . . . 22 |
| cursorshape . . . . . . . . . . . . . . . . . 8 | initheap . . . . . . . . . . . . . . . . . . . . 22 |
| showmouse . . . . . . . . . . . . . . . . . 9 | cgetmem . . . . . . . . . . . . . . . . . . . 22 |
| mouseposition . . . . . . . . . . . . . . . . 9 | cmaxavail . . . . . . . . . . . . . . . . . . . 23 |
| kbmouse . . . . . . . . . . . . . . . . . . . 9 | showfreelist . . . . . . . . . . . . . . . . . . 23 |
| getbuttonpressinfo . . . . . . . . . . . . . 12 | fgetmem . . . . . . . . . . . . . . . . . . . 24 |
| getbuttonreleaseinfo . . . . . . . . . . . . 12 | cfreemem . . . . . . . . . . . . . . . . . . . 24 |
| clearbuttoninfo . . . . . . . . . . . . . . . 12 | LCCIO.C . . . . . . . . . . . . . . . . . . . 25 |
| setmousecolor . . . . . . . . . . . . . . . . 13 | LCFLSH.C . . . . . . . . . . . . . . . . . . 25 |
| controlbreakhandler . . . . . . . . . . . . 13 | LCSETUP.C . . . . . . . . . . . . . . . . . 25 |
| timerhandler . . . . . . . . . . . . . . . . . 13 | NETBIOS.C . . . . . . . . . . . . . . . . . 25 |
| egamouse_terminateexit . . . . . . . . . . 13 | check_phys . . . . . . . . . . . . . . . . . . 25 |
| checkparameters . . . . . . . . . . . . . . 13 | adjust_name . . . . . . . . . . . . . . . . . 25 |
| timerswitch . . . . . . . . . . . . . . . . . 14 | fill_str . . . . . . . . . . . . . . . . . . . . . 25 |
| swaptimerout . . . . . . . . . . . . . . . . 14 | Net_Reset . . . . . . . . . . . . . . . . . . 25 |
| swaptimerin . . . . . . . . . . . . . . . . . 14 | Net_Cancel . . . . . . . . . . . . . . . . . . 25 |
| swapegamouseoff . . . . . . . . . . . . . . 14 | Net_Adapter_Status . . . . . . . . . . . . 26 |
| swapegamouseon . . . . . . . . . . . . . . 14 | Net_Identify . . . . . . . . . . . . . . . . . 26 |
| settimerstart . . . . . . . . . . . . . . . . . 14 | Net_Trace . . . . . . . . . . . . . . . . . . 26 |
| droptimercount . . . . . . . . . . . . . . . 14 | Net_Presence_Test . . . . . . . . . . . . . 26 |
| resettimerflag . . . . . . . . . . . . . . . . 15 | Net_Add_Name . . . . . . . . . . . . . . . 26 |
| setkeyboardmouse . . . . . . . . . . . . . 15 | Net_Add_Group_Name . . . . . . . . . . 26 |
| setkbsteps . . . . . . . . . . . . . . . . . . 15 | Net_Del_Name . . . . . . . . . . . . . . . 26 |
| getkbsteps . . . . . . . . . . . . . . . . . . 15 | Net_Find_Name . . . . . . . . . . . . . . . 27 |

**TABLE 1**
**C routines and Source File Names (in CAPS)**
**Referenced to and Ordered By Microfilm Page Number**

| | | | |
|---|---|---|---|
| Net_Call | 27 | editstring | 41 |
| Net_Listen | 27 | listfilenames | 43 |
| Net_Hang_Up | 27 | showdirectorylist | 44 |
| Net_Send | 27 | updir | 44 |
| Net_Chain_Send | 28 | SENSEMS.C | 47 |
| Net_Incomplete_Send | 28 | setmousesense | 48 |
| Net_Receive | 28 | SLATE.C | 49 |
| Net_Chain_Receive | 28 | editchar | 50 |
| Net_Receive_Any | 28 | debug_info | 53 |
| Net_Status | 28 | beep | 53 |
| Net_Send_Datagram | 29 | add_to_queue | 53 |
| Net_Low_Overhead_Datagram | 29 | drop_from_queue | 54 |
| Net_Send_Broadcast_Datagram | 29 | clear_queue | 54 |
| Net_Receive_Datagram | 29 | find_entry | 54 |
| Net_Receive_Broadcast_Datagrm | 29 | find_in_queue | 54 |
| NETSTUFF.C | 30 | print_name | 54 |
| addto_sessionlist | 30 | update_name | 55 |
| listen_int | 30 | drop_name | 55 |
| rec_int | 31 | trunc_eraser | 55 |
| interrupt send_int | 31 | within | 55 |
| read_que | 31 | fontnum | 56 |
| send_que | 32 | askforhelp | 57 |
| send_pt | 32 | viewoptiontoggle | 57 |
| send_key | 32 | toggle_copy | 57 |
| send_erase | 32 | trashevent | 57 |
| send_screen | 32 | fileselectionoption | 58 |
| receive_screen | 32 | definelongbutton | 58 |
| click_student | 33 | new_drawing | 58 |
| close_all_sessions | 33 | display | 59 |
| init_net | 33 | read_screen | 59 |
| close_net | 34 | sgetc | 60 |
| PEN_ROUT.C | 35 | sgetw | 60 |
| int_getxy | 35 | save_screen | 60 |
| setup_pen_int | 37 | restore_screen | 61 |
| close_pen_int | 37 | save_drawing | 62 |
| init_table | 37 | load_drawing | 63 |
| comm_gets | 37 | distrib_stud | 63 |
| comm_puts | 38 | distrib_every | 63 |
| lc_getwait | 38 | deskoption | 63 |
| pen_speed | 38 | remove_menu | 64 |
| set_pen | 38 | font_select | 64 |
| wait_ok | 38 | eraser_size | 65 |
| calibrate_left | 38 | set_eraser | 65 |
| calibrate_right | 39 | set_keyboard | 65 |
| swapcommon | 39 | calibrate | 66 |
| swapcommoff | 39 | drawmouse | 66 |
| SELECTFL.C | 39 | drop_fromlist | 67 |
| insert | 40 | select_icon | 67 |
| addlistentry | 40 | add_to_drawlist | 67 |
| getnumberoflogicaldrives | 40 | store_drawing | 68 |
| getfilelist | 40 | close_drawing | 68 |
| freefilelist | 41 | clear_pad | 68 |
| barline | 41 | exitoption | 68 |

TABLE 1
C routines and Source File Names (in CAPS)
Referenced to and Ordered By Microfilm Page Number

| | |
|---|---|
| infooption . . . . . . . . . . . . . . . . . . . 68 | setoptionmenubordercolor . . . . . . . . . 102 |
| checknet . . . . . . . . . . . . . . . . . . . 69 | setoptionmenucolors . . . . . . . . . . . . 102 |
| list_students . . . . . . . . . . . . . . . . 70 | baroptionmenu . . . . . . . . . . . . . . . 102 |
| initialize . . . . . . . . . . . . . . . . . . 71 | resetoptionmenuevents . . . . . . . . . . . 103 |
| main . . . . . . . . . . . . . . . . . . . . 71 | defineoptionclickarea . . . . . . . . . . . 103 |
| TEGLC . . . . . . . . . . . . . . . . . . . 74 | createbarmenu . . . . . . . . . . . . . . . 104 |
| clockupdate1 . . . . . . . . . . . . . . . . 74 | outbaroption . . . . . . . . . . . . . . . . 104 |
| clockupdate2 . . . . . . . . . . . . . . . . 74 | setbarmenucolor . . . . . . . . . . . . . . 104 |
| viewoptiontoggle . . . . . . . . . . . . . . 75 | setbartextcolor . . . . . . . . . . . . . . . 104 |
| creditbox . . . . . . . . . . . . . . . . . . 75 | setbarbordercolor . . . . . . . . . . . . . 104 |
| fileselectionoption . . . . . . . . . . . . . 75 | setbarborderoff . . . . . . . . . . . . . . 104 |
| menumouseposition . . . . . . . . . . . . . 76 | setbarfillstyle . . . . . . . . . . . . . . . 104 |
| askmousesense . . . . . . . . . . . . . . . 76 | setbarshadowtext . . . . . . . . . . . . . 105 |
| calldosexec . . . . . . . . . . . . . . . . . 76 | TEGLUNIT.C . . . . . . . . . . . . . . . . 105 |
| creditoption . . . . . . . . . . . . . . . . . 76 | keybrdnextclick . . . . . . . . . . . . . . 105 |
| trashevent . . . . . . . . . . . . . . . . . 77 | crclickpress . . . . . . . . . . . . . . . . 106 |
| trashoption . . . . . . . . . . . . . . . . . 77 | crclickrelease . . . . . . . . . . . . . . . 106 |
| exitoption . . . . . . . . . . . . . . . . . . 78 | pageoutstatus . . . . . . . . . . . . . . . 107 |
| infooption . . . . . . . . . . . . . . . . . . 78 | pageoutfs . . . . . . . . . . . . . . . . . 107 |
| main . . . . . . . . . . . . . . . . . . . . 78 | pageoutimagestack . . . . . . . . . . . . . 107 |
| TEGLGRPH.C . . . . . . . . . . . . . . . . 80 | pageinfs . . . . . . . . . . . . . . . . . . 108 |
| drawlongbutton . . . . . . . . . . . . . . 80 | useimage . . . . . . . . . . . . . . . . . . 108 |
| setshadowcolor . . . . . . . . . . . . . . 81 | unuseimage . . . . . . . . . . . . . . . . 108 |
| setshadowbordercolor . . . . . . . . . . . 81 | unlockimage . . . . . . . . . . . . . . . . 108 |
| setshadowfillpattern . . . . . . . . . . . . 81 | setimagecoordinates . . . . . . . . . . . . 108 |
| setshadowfillstyle . . . . . . . . . . . . . 81 | putpartialimage . . . . . . . . . . . . . . 108 |
| shadowbox . . . . . . . . . . . . . . . . . 81 | getpartialimage . . . . . . . . . . . . . . 108 |
| setshadowtexttype . . . . . . . . . . . . . 81 | linkfs . . . . . . . . . . . . . . . . . . . 109 |
| setshadowtextshadow . . . . . . . . . . . 81 | linkunderfs . . . . . . . . . . . . . . . . 109 |
| setshadowtexthighlight . . . . . . . . . . 81 | unlinkfs . . . . . . . . . . . . . . . . . . 109 |
| shadowtexthighlightoff . . . . . . . . . . 81 | switcht . . . . . . . . . . . . . . . . . . . 109 |
| shadowtext . . . . . . . . . . . . . . . . 81 | overlap . . . . . . . . . . . . . . . . . . . 109 |
| shadowboxtext . . . . . . . . . . . . . . . 82 | overlaparea . . . . . . . . . . . . . . . . 110 |
| setteglbordershow . . . . . . . . . . . . . 82 | insertnewoverlap . . . . . . . . . . . . . 110 |
| setteglbackcolor . . . . . . . . . . . . . . 82 | mergepartialimage . . . . . . . . . . . . . 112 |
| setteglbordercolor . . . . . . . . . . . . . 82 | preparepartialimage . . . . . . . . . . . . 112 |
| setteglfillpattern . . . . . . . . . . . . . 82 | pushimage . . . . . . . . . . . . . . . . . 112 |
| setteglfillstyle . . . . . . . . . . . . . . . 82 | popimage . . . . . . . . . . . . . . . . . 112 |
| clearteglscreen . . . . . . . . . . . . . . . 82 | prepareforpartialupdate . . . . . . . . . . 113 |
| movebox . . . . . . . . . . . . . . . . . . 83 | prepareforupdate . . . . . . . . . . . . . 113 |
| transformbox . . . . . . . . . . . . . . . 83 | prepareupdatemsclick . . . . . . . . . . . 113 |
| ziptobox . . . . . . . . . . . . . . . . . . 84 | commitupdate . . . . . . . . . . . . . . . 113 |
| zipfrombox . . . . . . . . . . . . . . . . . 84 | commitimageupdate . . . . . . . . . . . . 113 |
| TEGLICON.C . . . . . . . . . . . . . . . . 84 | hideimage . . . . . . . . . . . . . . . . . 113 |
| TEGLMENU.C . . . . . . . . . . . . . . . . 97 | showimage . . . . . . . . . . . . . . . . . 114 |
| positionmenu . . . . . . . . . . . . . . . 97 | rotatestackimage . . . . . . . . . . . . . 114 |
| togglecheckmark . . . . . . . . . . . . . . 97 | rotateunderstackimage . . . . . . . . . . . 114 |
| toggleentrystatus . . . . . . . . . . . . . 97 | moveframe . . . . . . . . . . . . . . . . . 115 |
| createoptionmenu . . . . . . . . . . . . . 98 | setmoverestrictions . . . . . . . . . . . . 116 |
| defineoptions . . . . . . . . . . . . . . . 98 | setframemobility . . . . . . . . . . . . . 116 |
| resizeoptionmenu . . . . . . . . . . . . . 98 | setmoveframecallproc . . . . . . . . . . . 116 |
| replaceoptiontext . . . . . . . . . . . . . 99 | movestackimage . . . . . . . . . . . . . . 116 |
| listoptionmenu . . . . . . . . . . . . . . . 99 | dropstackimage . . . . . . . . . . . . . . 116 |

-31-

**TABLE 1**
**C routines and Source File Names (in CAPS)**
**Referenced to and Ordered By Microfilm Page Number**



createimagebuffer . . . . . . . . . . . . . . .  116
freeimagebuffer  . . . . . . . . . . . . . . . .  117
dropimagebuffer . . . . . . . . . . . . . . . .  117
commitimageupdate . . . . . . . . . . . . . . .  117
getfrontimage . . . . . . . . . . . . . . . . . .  118
getfsimage . . . . . . . . . . . . . . . . . . . .  118
clearkeyboardbuf  . . . . . . . . . . . . . . .  118
resetmouseclicks  . . . . . . . . . . . . . . .  118
resetmsclicksense  . . . . . . . . . . . . . .  119
resetmsclickcallproc . . . . . . . . . . . . .  119
resetmsclickactive . . . . . . . . . . . . . . .  119
definemouseclickarea . . . . . . . . . . . . .  119
defineglobalkeyclickarea . . . . . . . . . .  119
definelocalkeyclickarea . . . . . . . . . . .  120
dropkeyclick . . . . . . . . . . . . . . . . . . .  120
resetkeyclickcallproc . . . . . . . . . . . . .  121
cursorblock  . . . . . . . . . . . . . . . . . . .  121
toggleoptionbar . . . . . . . . . . . . . . . . .  121
pressbutton  . . . . . . . . . . . . . . . . . . .  121
visualbuttonpress . . . . . . . . . . . . . . .  122
checkctrlbreak  . . . . . . . . . . . . . . . . .  123
selectmenu . . . . . . . . . . . . . . . . . . . .  123
teglsupervisor . . . . . . . . . . . . . . . . . .  124
setctrlbreakfs . . . . . . . . . . . . . . . . . .  124
settimertick . . . . . . . . . . . . . . . . . . . .  124
droptimertick . . . . . . . . . . . . . . . . . . .  124
memoryerrormessage . . . . . . . . . . . . .  124
abortdiskerror  . . . . . . . . . . . . . . . . .  125
init_teglunit . . . . . . . . . . . . . . . . . . .  125
TEGLWRT.C . . . . . . . . . . . . . . . . . .  125
setproportional  . . . . . . . . . . . . . . . . .  125
delete  . . . . . . . . . . . . . . . . . . . . . . .  125
tegltextwidth . . . . . . . . . . . . . . . . . . .  126
outtegltextxy  . . . . . . . . . . . . . . . . . .  126
VIRTDSK.C  . . . . . . . . . . . . . . . . . .  127
vdskshowfreelist . . . . . . . . . . . . . . . .  127
checksum . . . . . . . . . . . . . . . . . . . . .  127
vdskseek  . . . . . . . . . . . . . . . . . . . . .  127
vdskblockread  . . . . . . . . . . . . . . . . .  127
vdskblockwrite . . . . . . . . . . . . . . . . .  128
vdskgetmem . . . . . . . . . . . . . . . . . . .  128
vdskfreemem  . . . . . . . . . . . . . . . . . .  129
vdskreadheapdata . . . . . . . . . . . . . . .  129
vdskwriteheapdata  . . . . . . . . . . . . . .  130
vdskcloseheapfile . . . . . . . . . . . . . . .  130
VIRTMEM.C  . . . . . . . . . . . . . . . . .  132
freevirtual  . . . . . . . . . . . . . . . . . . . .  132
movefromvirtual . . . . . . . . . . . . . . . .  132
disksize  . . . . . . . . . . . . . . . . . . . . . .  132
movetovirtual . . . . . . . . . . . . . . . . . .  133

**TABLE 2**
**Alphabetized C routines and Source File Names (in CAPS)**
**Referenced to Microfilm Page Number**

| | |
|---|---|
| abortdiskerror | 125 |
| abort_msg | 4 |
| addcapturekey | 7 |
| addlistentry | 40 |
| addto_sessionlist | 30 |
| add_to_drawlist | 67 |
| add_to_queue | 53 |
| adjust_name | 25 |
| AllocateExpandedMemoryPages | 17 |
| askforhelp | 57 |
| askmousesense | 76 |
| barline | 41 |
| baroptionmenu | 102 |
| beep | 53 |
| calibrate | 66 |
| calibrate_left | 38 |
| calibrate_right | 39 |
| calldosexec | 76 |
| cfreemem | 24 |
| cgetmem | 22 |
| checkctrlbreak | 123 |
| checknet | 69 |
| checkparameters | 13 |
| checksum | 127 |
| check_phys | 25 |
| clearbuttoninfo | 12 |
| clearkeyboardbuf | 118 |
| cleareglscreen | 82 |
| clear_pad | 68 |
| clear_queue | 54 |
| click_student | 33 |
| clockupdate1 | 74 |
| clockupdate2 | 74 |
| closefontwindow | 20 |
| close_all_sessions | 33 |
| close_drawing | 68 |
| close_net | 34 |
| close_pen_int | 37 |
| cmaxavail | 23 |
| commitimageupdate | 113 |
| commitimageupdate | 117 |
| commitupdate | 113 |
| comm_gets | 37 |
| comm_puts | 38 |
| controlbreakhandler | 13 |
| crclickpress | 106 |
| crclickrelease | 106 |
| createbarmenu | 104 |
| createfontwindow | 21 |
| createimagebuffer | 116 |
| createoptionmenu | 98 |
| creditbox | 75 |
| creditoption | 76 |

| | |
|---|---|
| cursorblock | 121 |
| cursorshape | 8 |
| DeallocateExpandedMemoryPages | 17 |
| DEBUGUNT.C | 1 |
| debug_info | 53 |
| defineglobalkeyclickarea | 119 |
| definelocalkeyclickarea | 120 |
| definelongbutton | 58 |
| definemouseclickarea | 119 |
| defineoptionclickarea | 103 |
| defineoptions | 98 |
| delete | 125 |
| deletecapturekey | 7 |
| deskoption | 63 |
| disksize | 132 |
| display | 59 |
| distrib_every | 63 |
| distrib_stud | 63 |
| drawlongbutton | 80 |
| drawmouse | 66 |
| dropimagebuffer | 117 |
| dropkeyclick | 120 |
| dropstackimage | 116 |
| droptimercount | 14 |
| droptimertick | 124 |
| drop_fromlist | 67 |
| drop_from_queue | 54 |
| drop_name | 55 |
| editchar | 50 |
| editstring | 41 |
| ega640x350x16 | 4 |
| EGAGRAPH.C | 2 |
| egagraph_terminateexit | 4 |
| EGAMOUSE.C | 4 |
| egamouse_terminateexit | 13 |
| ega_overlap | 15 |
| EMS.C | 16 |
| emsblockread | 19 |
| emsblockwrite | 19 |
| emsclose | 20 |
| EMSDRIVE.C | 18 |
| EMSPagesAvailable | 17 |
| emsseek | 18 |
| eraser_size | 65 |
| exitoption | 68 |
| extoption | 78 |
| fgetmem | 24 |
| fileselectionoption | 58 |
| fileselectionoption | 75 |
| fill_str | 25 |
| find_entry | 54 |
| find_in_queue | 54 |
| flipapage | 3 |



**TABLE 2**
**Alphabetized C routines and Source File Names (in CAPS)**
**Referenced to Microfilm Page Number**

flipvpage ................... 3
fontname ................... 20
fontnum ................... 56
FONTTEST.C ................ 20
font_select ................ 64
freefilelist ................ 41
freeimagebuffer ............. 117
freevirtual ................ 16
freezemouse ............... 132
frozenmouse ............... 15
getbuttonpressinfo .......... 12
getbuttonreleaseinfo ........ 12
getfilelist ................ 40
getfrontimage .............. 118
getfsimage ................ 118
GetHandleCountUsed ........ 17
getkbsteps ................ 15
getmousesensitivity ......... 8
getnumberoflogicaldrives ..... 40
GetPageFrameBaseAddress ..... 17
GetPagesOwnedByHandle ...... 18
getpartialimage ............ 108
GetVersionNumber .......... 17
HEAPMEM.C ............... 22
hideimage ................ 113
hidemouse ................ 8
infooption ................ 68
infooption ................ 78
initheap ................. 22
initialize ................ 71
init_egagraph ............. 4
init_egamouse ............ 16
init_net ................. 33
init_table ............... 37
init_teglunit ............. 125
insert .................. 40
insertnewoverlap ........... 110
interrupt send_int .......... 31
int_getxy ............... 35
kbmouse ................ 9
key ................... 7
keybrdnextclick ........... 105
LCCIO.C ................ 25
LCFLSH.C ............... 25
LCSETUP.C .............. 25
lc_getwait .............. 38
linkfs .................. 109
linkunderfs .............. 109
listen_int .............. 30
listfilenames ............. 43
listoptionmenu ............ 99
list_students ............. 70
load_drawing ............. 63

main ................... 71
main ................... 78
MapExpandedMemoryPages ..... 17
memoryerrormessage ........ 124
menumouseposition ......... 76
mergepartialimage ......... 112
mouseposition ............ 9
movebox ................ 83
moveframe .............. 115
movefromvirtual ........... 132
movestackimage ........... 116
movetovirtual ............ 133
NETBIOS.C .............. 25
NETSTUFF.C ............. 30
Net_Adapter_Status ........ 26
Net_Add_Group_Name ....... 26
Net_Add_Name ........... 26
Net_Call ............... 27
Net_Cancel ............. 25
Net_Chain_Receive ........ 28
Net_Chain_Send .......... 28
Net_Del_Name ........... 26
Net_Find_Name .......... 27
Net_Hang_Up ........... 27
Net_Identify ............ 26
Net_Incomplete_Send ...... 28
Net_Listen ............. 27
Net_Low_Overhead_Datagram ... 29
Net_Presence_Test ......... 26
Net_Receive ............ 28
Net_Receive_Any ......... 28
Net_Receive_Broadcast_Datagrm ... 29
Net_Receive_Datagram ...... 29
Net_Reset ............. 25
Net_Send .............. 27
Net_Send_Broadcast_Datagram ... 29
Net_Send_Datagram ....... 29
Net_Status ............. 28
Net_Trace ............. 26
new_drawing ........... 58
outbaroption ........... 104
outtegltextxy .......... 126
overlap ............... 109
overlaparea ........... 110
overlaps ............. 16
pageinfs ............. 108
pageoutfs ............ 107
pageoutimagestack ....... 107
pageoutstatus .......... 107
PEN_ROUT.C ........... 35
pen_speed ............ 38
popimage ............ 112
positionmenu .......... 97

-34-

**TABLE 2**
**Alphabetized C routines and Source File Names (in CAPS)**
**Referenced to Microfilm Page Number**

| | |
|---|---|
| prepareforpartialupdate | 113 |
| prepareforupdate | 113 |
| preparepartialimage | 112 |
| prepareupdatemsclick | 113 |
| pressbutton | 121 |
| print_name | 54 |
| pushimage | 112 |
| putpartialimage | 108 |
| read_que | 31 |
| read_screen | 59 |
| receive_screen | 32 |
| rec_int | 31 |
| remove_menu | 64 |
| replaceoptiontext | 99 |
| resetkeyclickcallproc | 121 |
| resetmouseclicks | 118 |
| resetmsclickactive | 119 |
| resetmsclickcallproc | 119 |
| resetmsclicksense | 119 |
| resetoptionmenuevents | 103 |
| resettimerflag | 15 |
| resizeoptionmenu | 98 |
| restore_screen | 61 |
| RotateStackImage | 1 |
| rotatestackimage | 114 |
| rotateunderstackimage | 114 |
| save_drawing | 62 |
| save_screen | 60 |
| SELECTFL.C | 39 |
| selectfont | 20 |
| selectmenu | 123 |
| select_icon | 67 |
| send_erase | 32 |
| send_key | 32 |
| send_pt | 32 |
| send_que | 31 |
| send_screen | 32 |
| SENSEMS.C | 47 |
| setapage | 3 |
| setbarbordercolor | 104 |
| setbarborderoff | 104 |
| setbarfillstyle | 104 |
| setbarmenucolor | 104 |
| setbarshadowtext | 105 |
| setbartextcolor | 104 |
| setctrlbreakfs | 124 |
| setframemobility | 116 |
| setgraphicmode | 4 |
| setimagecoordinates | 108 |
| setkbsteps | 15 |
| setkeyboardmouse | 15 |
| setmousecolor | 13 |
| setmousehotspot | 8 |

| | |
|---|---|
| setmouseminmax | 15 |
| setmouseposition | 8 |
| setmousesense | 48 |
| setmousesensitivity | 8 |
| setmoveframecallproc | 116 |
| setmoverestrictions | 116 |
| setoptionmenubordercolor | 102 |
| setoptionmenucolors | 102 |
| setproportional | 125 |
| setshadowbordercolor | 81 |
| setshadowcolor | 81 |
| setshadowfillpattern | 81 |
| setshadowfillstyle | 81 |
| setshadowtexthighlight | 81 |
| setshadowtextshadow | 81 |
| setshadowtexttype | 81 |
| setshiftkeys | 7 |
| setteglbackcolor | 82 |
| setteglbordercolor | 82 |
| setteglbordershow | 82 |
| setteglfillpattern | 82 |
| setteglfillstyle | 82 |
| settimerstart | 14 |
| settimertick | 124 |
| setup_pen_int | 37 |
| setvpage | 3 |
| set_eraser | 65 |
| set_keyboard | 65 |
| set_pen | 38 |
| sgetc | 60 |
| sgetw | 60 |
| shadowbox | 81 |
| shadowboxtext | 82 |
| shadowtext | 81 |
| shadowtexthighlightoff | 81 |
| showbuttonstatus | 1 |
| showcoordinates | 1 |
| showdirectorylist | 44 |
| showfonts | 22 |
| showfreelist | 23 |
| showimage | 114 |
| showmouse | 9 |
| showonefont | 22 |
| SLATE.C | 49 |
| store_drawing | 68 |
| swapcommoff | 39 |
| swapcommon | 39 |
| swapegamouseoff | 14 |
| swapegamouseon | 14 |
| swaptimerin | 14 |
| swaptimerout | 14 |
| switcht | 109 |
| switch_t | 15 |



**TABLE 2**
**Alphabetized C routines and Source File Names (in CAPS)**
**Referenced to Microfilm Page Number**

| | |
|---|---|
| TEGL.C | 74 |
| TEGLGRPH.C | 80 |
| TEGLICON.C | 84 |
| teglkeypressed | 8 |
| TEGLMENU.C | 97 |
| teglreadkey | 7 |
| teglsupervisor | 124 |
| tegltextwidth | 126 |
| TEGLUNIT.C | 105 |
| TEGLWRT.C | 125 |
| timerhandler | 13 |
| timerswitch | 14 |
| togglecheckmark | 97 |
| toggleentrystatus | 97 |
| toggleoptionbar | 121 |
| toggle_copy | 57 |
| transformbox | 83 |
| trashevent | 57 |
| trashevent | 77 |
| trashoption | 77 |
| trunc_eraser | 55 |
| unfreezemouse | 16 |
| unlinkfs | 109 |
| unlockimage | 108 |
| unuseimage | 108 |
| update_name | 55 |
| updir | 44 |
| useimage | 108 |
| vdskblockread | 127 |
| vdskblockwrite | 128 |
| vdskcloseheapfile | 130 |
| vdskfreemem | 129 |
| vdskgetmem | 128 |
| vdskreadheapdata | 129 |
| vdskseek | 127 |
| vdskshowfreelist | 127 |
| vdskwriteheapdata | 130 |
| vga640x480x16 | 4 |
| videopage | 3 |
| viewoptiontoggle | 57 |
| viewoptiontoggle | 75 |
| VIRTDSK.C | 127 |
| VIRTMEM.C | 132 |
| visualbuttonpress | 122 |
| wait_ok | 38 |
| within | 55 |
| xorbox | 3 |
| xorcornerbox | 3 |
| zipfrombox | 84 |
| ziptobox | 84 |

**TABLE 3**
**C routines Referenced to Identifiers in Figures 3A and 3B**
**(Where GUI refers to Graphical User Interface System)**
**Referenced to Microfilm Page Number**

| | | |
|---|---|---|
| 302 | set_pen | 38 |
| 302 | wait_ok | 38 |
| 307 | comm_gets | 37 |
| 307 | comm_puts | 38 |
| 307 | lc_getwait | 38 |
| 307 | pen_speed | 38 |
| 307 | setup_pen_int | 37 |
| 308 | int_getxy | 35 |
| 310 | adjust_name | 25 |
| 310 | check_phys | 25 |
| 311 | addto_sessionlist | 30 |
| 311 | interrupt_send_int | 31 |
| 311 | Net_Chain_Receive | 28 |
| 311 | Net_Chain_Send | 28 |
| 311 | Net_Low_Overhead_Datagram | 29 |
| 311 | Net_Receive | 28 |
| 311 | Net_Receive_Any | 28 |
| 311 | Net_Receive_Broadcast_Datagrm | 29 |
| 311 | Net_Receive_Datagram | 29 |
| 311 | Net_Send | 27 |
| 311 | Net_Send_Broadcast_Datagram | 29 |
| 311 | Net_Send_Datagram | 29 |
| 311 | read_que | 31 |
| 311 | receive_screen | 32 |
| 311 | rec_int | 31 |
| 313 | baroptionmenu | 102 |
| 313 | calibrate | 66 |
| 313 | calibrate_left | 38 |
| 313 | calibrate_right | 39 |
| 313 | createbarmenu | 104 |
| 313 | createoptionmenu | 98 |
| 313 | defineglobalkeyclickarea | 119 |
| 313 | definelocalkeyclickarea | 120 |
| 313 | definemouseclickarea | 119 |
| 313 | defineoptionclickarea | 103 |
| 313 | defineoptions | 98 |
| 313 | ega640x350x16 | 4 |
| 313 | getmousesensitivity | 8 |
| 313 | initialize | 71 |
| 313 | init_egagraph | 4 |
| 313 | init_egamouse | 16 |
| 313 | init_teglunit | 125 |
| 313 | kbmouse | 9 |
| 313 | outbaroption | 104 |
| 313 | positionmenu | 97 |
| 313 | resizeoptionmenu | 98 |
| 313 | setapage | 3 |
| 313 | setbarbordercolor | 104 |
| 313 | setbarborderoff | 104 |
| 313 | setbarfillstyle | 104 |
| 313 | setbarmenucolor | 104 |
| 313 | setbarshadowtext | 105 |
| 313 | setbartextcolor | 104 |
| 313 | setgraphicmode | 4 |
| 313 | setmousesensitivity | 8 |
| 313 | setoptionmenubordercolor | 102 |
| 313 | setoptionmenucolors | 102 |
| 313 | setvpage | 3 |
| 313 | swapcommoff | 39 |
| 313 | swapcommon | 39 |
| 313 | togglecheckmark | 97 |
| 313 | toggleoptionbar | 121 |
| 313 | vga640x480x16 | 4 |
| 314 | teglsupervisor | 124 |
| 316 | clearbuttoninfo | 12 |
| 316 | crclickpress | 106 |
| 316 | crclickrelease | 106 |
| 316 | getbuttonpressinfo | 12 |
| 316 | getbuttonreleaseinfo | 12 |
| 316 | keybrdnextclick | 105 |
| 316 | showbuttonstatus | 1 |
| 318 | drawmouse | 66 |
| 318 | editchar | 50 |
| 318 | xorbox | 3 |
| 318 | xorcornerbox | 3 |
| 321 | viewoptiontoggle | 57 |
| 322 | clear_pad | 68 |
| 322 | click_student | 33 |
| 322 | close_drawing | 68 |
| 322 | display | 59 |
| 322 | eraser_size | 65 |
| 322 | list_students | 70 |
| 322 | load_drawing | 63 |
| 322 | movebox | 83 |
| 322 | Net_Add_Group_Name | 26 |
| 322 | Net_Add_Name | 26 |
| 322 | Net_Del_Name | 26 |
| 322 | Net_Find_Name | 27 |
| 322 | Net_Hang_Up | 27 |
| 322 | new_drawing | 58 |
| 322 | restore_screen | 61 |
| 322 | RotateStackImage | 1 |
| 322 | save_drawing | 62 |
| 322 | save_screen | 60 |
| 322 | set_eraser | 65 |
| 322 | set_keyboard | 65 |
| 322 | store_drawing | 68 |
| 322 | toggleentrystatus | 97 |
| 322 | transformbox | 83 |
| 322 | zipfrombox | 84 |
| 322 | ziptobox | 84 |
| 332 | add_to_drawlist | 67 |
| 332 | add_to_queue | 53 |
| 332 | askforhelp | 57 |

-37-

TABLE 3
C routines Referenced to Identifiers in Figures 3A and 3B
(Where GUI refers to Graphical User Interface System)
Referenced to Microfilm Page Number

| | | |
|---|---|---|
| 332 | drop_fromlist | 67 |
| 332 | drop_from_queue | 54 |
| 332 | drop_name | 55 |
| 332 | listen_int | 30 |
| 332 | Net_Listen | 27 |
| 332 | update_name | 55 |
| 333 | listen_int | 30 |
| 333 | Net_Listen | 27 |
| 335 | send_erase | 32 |
| 335 | send_key | 32 |
| 335 | send_pt | 32 |
| 335 | send_que | 31 |
| 335 | send_screen | 32 |
| 336 | interrupt send_int | 31 |
| 337 | distrib_every | 63 |
| 337 | distrib_stud | 63 |
| 337 | fill_str | 25 |
| 337 | Net_Chain_Receive | 28 |
| 337 | Net_Chain_Send | 28 |
| 337 | Net_Incomplete_Send | 28 |
| 337 | Net_Low_Overhead_Datagram | 29 |
| 337 | Net_Receive | 28 |
| 337 | Net_Receive_Broadcast_Datagram | 29 |
| 337 | Net_Receive_Datagram | 29 |
| 337 | Net_Reset | 25 |
| 337 | Net_Send | 27 |
| 337 | Net_Send_Broadcast_Datagram | 29 |
| 337 | Net_Send_Datagram | 29 |
| 337 | receive_screen | 32 |
| 337 | rec_int | 31 |
| GUI | abortdiskerror | 125 |
| GUI | addcapturekey | 7 |
| GUI | AllocateExpandedMemoryPages | 17 |
| GUI | askmousesense | 76 |
| GUI | calldosexec | 76 |
| GUI | cfreemem | 24 |
| GUI | cgetmem | 22 |
| GUI | checkctrlbreak | 123 |
| GUI | checkparameters | 13 |
| GUI | checksum | 127 |
| GUI | clearkeyboardbuf | 118 |
| GUI | cleartglscreen | 82 |
| GUI | clockupdate1 | 74 |
| GUI | clockupdate2 | 74 |
| GUI | closefontwindow | 20 |
| GUI | cmaxavail | 23 |
| GUI | commitimageupdate | 113 |
| GUI | commitimageupdate | 117 |
| GUI | commitupdate | 113 |
| GUI | controlbreakhandler | 13 |
| GUI | createfontwindow | 21 |
| GUI | createimagebuffer | 116 |
| GUI | creditbox | 75 |
| GUI | creditoption | 76 |
| GUI | cursorblock | 121 |
| GUI | cursorshape | 8 |
| GUI | DeallocateExpandedMemoryPages | 17 |
| GUI | delete | 125 |
| GUI | deletecapturekey | 7 |
| GUI | disksize | 132 |
| GUI | drawlongbutton | 80 |
| GUI | dropimagebuffer | 117 |
| GUI | dropkeyclick | 120 |
| GUI | dropstackimage | 116 |
| GUI | droptimercount | 14 |
| GUI | droptimertick | 124 |
| GUI | egamouse_terminatexit | 13 |
| GUI | ega_overlap | 15 |
| GUI | emsblockread | 19 |
| GUI | emsblockwrite | 19 |
| GUI | emsclose | 20 |
| GUI | EMSPagesAvailable | 17 |
| GUI | emsseek | 18 |
| GUI | eplacaoptiontext | 99 |
| GUI | ettcglbordershow | 82 |
| GUI | exitoption | 78 |
| GUI | fgetmem | 24 |
| GUI | fileselectionoption | 75 |
| GUI | fontname | 20 |
| GUI | freeimagebuffer | 117 |
| GUI | freevirtual | 132 |
| GUI | freezemouse | 16 |
| GUI | frozenmouse | 15 |
| GUI | getfrontimage | 118 |
| GUI | getfsimage | 118 |
| GUI | GetHandleCountUsed | 17 |
| GUI | getkbsteps | 15 |
| GUI | GetPageFrameBaseAddress | 17 |
| GUI | GetPagesOwnedByHandle | 18 |
| GUI | getpartialimage | 108 |
| GUI | GetVersionNumber | 17 |
| GUI | hideimage | 113 |
| GUI | hidemouse | 8 |
| GUI | infooption | 78 |
| GUI | initheap | 22 |
| GUI | insertnewoverlap | 110 |
| GUI | linkfs | 109 |
| GUI | linkunderfs | 109 |
| GUI | listoptionmenu | 99 |
| GUI | main | 78 |
| GUI | MapExpandedMemoryPages | 17 |
| GUI | memoryerrormessage | 124 |
| GUI | menumouseposition | 76 |
| GUI | mergepartialimage | 112 |



TABLE 3
C routines Referenced to Identifiers in Figures 3A and 3B
(Where GUI refers to Graphical User Interface System)
Referenced to Microfilm Page Number

GUI mouseposition ............ 9
GUI moveframe ............... 115
GUI movefromvirtual ......... 132
GUI movestackimage .......... 116
GUI movetovirtual ........... 133
GUI outtegltextxy ............. 126
GUI overlap ................. 109
GUI overlaparea .............. 110
GUI overlaps ................. 16
GUI pageinfo ................ 108
GUI pageoutfs ............... 107
GUI pageoutimagestack ........ 07
GUI pageoutstatus ........... 107
GUI popimage ............... 112
GUI prepareforpartialupdate ... 113
GUI prepareforupdate ........ 113
GUI preparepartialimage ...... 112
GUI prepareupdatemsclick ..... 113
GUI pressbutton ............. 121
GUI pushimage .............. 112
GUI putpartialimage .......... 108
GUI resetkeyclickcallproc ..... 121
GUI resetmouseclicks ......... 118
GUI resetmsclickactive ....... 119
GUI resetmsclickcallproc ..... 119
GUI resetmsclicksense ....... 119
GUI resetoptionmenuevents ... 103
GUI resettimerflag .......... 15
GUI rotatestackimage ........ 114
GUI rotateunderstackimage .... 114
GUI selectfont ............. 20
GUI selectmenu ............. 123
GUI setctrlbreakfs .......... 124
GUI setframemobility ........ 116
GUI setimagecoordinates ...... 108
GUI setkbsteps ............. 15
GUI setkeyboardmouse ........ 15
GUI setmousecolor .......... 13
GUI setmousehotspot ......... 8
GUI setmouseminmax ........ 15
GUI setmouseposition ........ 8
GUI setmoveframecallproc ..... 116
GUI setmoverestrictions ...... 116
GUI setproportional ......... 125
GUI setshadowbordercolor ..... 81
GUI setshadowcolor ......... 81
GUI setshadowfillpattern ..... 81
GUI setshadowfillstyle ....... 81
GUI setshadowtextshadow ..... 81
GUI setshadowtexttype ....... 81
GUI setshiftkeys ............ 7
GUI seteglbackcolor ......... 82

GUI seteglbordercolor ........ 82
GUI seteglfillpattern ......... 82
GUI seteglfillstyle .......... 82
GUI settimerstart ........... 14
GUI settimertick ........... 124
GUI shadowbox ............. 81
GUI shadowboxtext ......... 82
GUI shadowtext ............ 81
GUI shadowtexthighlight ...... 81
GUI shadowtexthighlightoff .... 81
GUI showfonts ............. 22
GUI showfreelist ........... 23
GUI showimage ............ 114
GUI showmouse ............ 9
GUI showonefont ........... 22
GUI swapegamousecoff ....... 14
GUI swapegamouseon ........ 14
GUI swaptimerin ........... 14
GUI swaptimerout .......... 14
GUI switchf ............... 109
GUI switch_t .............. 15
GUI teglkeypressed ......... 8
GUI teglreadkey ............ 7
GUI tegltextwidth .......... 126
GUI timerhandler .......... 13
GUI timerswitch ........... 14
GUI trashevent ............ 77
GUI trashoption ........... 77
GUI unfreezemouse ......... 16
GUI unlinkfs ............. 109
GUI unlockimage .......... 108
GUI unuseimage ........... 108
GUI useimage ............. 108
GUI vdskblockread ......... 127
GUI vdskblockwrite ........ 128
GUI vdskcloseheapfile ....... 130
GUI vdskfreemem .......... 129
GUI vdskgetmem .......... 128
GUI vdskreadheapdata ...... 129
GUI vdskseek ............. 127
GUI vdskshowfreelist ....... 127
GUI vdskwriteheapdata ...... 130
GUI viewoptiontoggle ....... 75
GUI visualbuttonpress ...... 122

-39-

1
2                         **ABSTRACT**
3          A computer assisted instructional information
4   delivery system having at least two stations.  One station
5   for an instructor and one or more stations for students.
6   An interactive monitor is positioned in each station.  Each
7   interactive monitor displays instructional information in
8   visual form as inputted by a stylus or light pen on the
9   interactive monitor.    A network communication system
10  operated by a central processing unit and corresponding
11  software, communicates the instructional information from
12  the stylus as inputted on one of the interactive monitors
13  and selectively displays the instructional information
14  simultaneously *and concurrently* onto any or all of the interactive monitors
    of the stations.

DAB:A:50841.008   May 20, 1992

-40-

BOX AF

- PATENT APPLICATION -
- Atty. Dkt. No. 0867/50841 -

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant:    Eric R. Hamilton                    )
                                                  )         I hereby certify that this paper is being
Title:        COMPUTER ASSISTED                   )         deposited with the United States Postal
              INSTRUCTIONAL DELIVERY              )         Service as Express Mail in an envelope
              SYSTEM                              )         addressed to: Commissioner of Patents
                                                  )         and Trademarks, Washington, D.C. 20231,
Serial No.:   07/510,141                          )         on this date.
                                                  )
Filed:        April 17, 1990                      )         _____ _____
                                                  )         Date
rt Unit:      3302                                )         MAY 20, 1992
                                                  )         Express Mail Label No.
Examiner:     D. Crosby                           )         TB086/22575GS

AMENDMENT TRANSMITTAL

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

          Transmitted herewith in the above-identified application is:

(X)       Amendment B After Final Rejection.

( )       No additional fee is required.

### Fee Calculation for Claims as Amended

|  | As Amended | Previously Paid for | Extra Present | Rate | Additional Fee |
|---|---|---|---|---|---|
| Total Claims | 40 | 32 | = 8 | x $ 20.00 = | $   160.00 |
| Independent Claims | 4 | 4 | = 0 | x $ 60.00 = | $     0.00 |
| Multiple Dependent Fee |  |  |  | x $200.00 = | $     0.00 |
|  |  |  | Total Additional Fee |  | $   160.00 |
|  |  |  |  |  | $    80.00 |

(X)       Small Entity (reduce fee by half)

(X)       A check in the amount of $ 80.00 to cover the additional fee.

( )       Charge $_____ to Deposit Account No. 23-0920.

(X)       The Commissioner is hereby authorized to charge any additional fees which may be required to this application under
          37 CFR §§1.16-1.17, or credit any overpayment, to Deposit Account No. 23-0920. Should no proper payment be
          enclosed herewith, as by a check being in the wrong amount, unsigned, post-dated, otherwise improper or informal or
          even entirely missing, the Commissioner is authorized to charge the unpaid amount to Deposit Account No. 23-0920.
          A duplicate copy of this sheet is enclosed.

                                                  WELSH & KATZ, LTD.

Date:   5/20/92

Suite 1625                                        _____
135 South LaSalle Street                          Douglas A. Boehm
Chicago, Illinois  60603                          Registration No. 32,014
(312) 781-9470