

*Second College Edition*

# THE AMERICAN HERITAGE DICTIONARY


addax


adder[2]


detail of fertile spike
adder's-tongue


adenoid

**Ad·am's apple** (ăd'əmz) *n.* The projection of the largest laryngeal cartilage at the front of the throat, esp. in men. [Trans. of Heb. *tappûaḥ hāādām*.]
**Adam's needle** *n.* The Spanish bayonet (sense 2). [From the spines on its leaves.]
**a·dapt** (ə-dăpt') *v.* **a·dapt·ed, a·dapt·ing, a·dapts.** —*tr.* To adjust to a specified use or situation. —*intr.* To become adapted. [Lat. *adaptare* : *ad-*, to + *aptare*, to fit < *aptus*, fitting.]
**a·dapt·a·ble** (ə-dăp'tə-bəl) *adj.* Capable of adapting or of being adapted. —**a·dapt'a·bil'i·ty, a·dapt'a·ble·ness** *n.*
**ad·ap·ta·tion** (ăd'ăp-tā'shən) *n.* **1. a.** The state of being adapted. **b.** The act or process of adapting. **2.** Something that is changed or changes so as to become suitable to a new or special use or situation. **3.** An alteration or adjustment, often hereditary, by which a species or individual improves its condition in relationship to its environment. **4.** The responsive alteration of a sense organ to repeated stimuli. **5.** Change in behavior of an individual or group in adjustment to new or modified cultural surroundings. —**ad·ap·ta'tion·al** *adj.* —**ad'ap·ta'tion·al·ly** *adv.*
**a·dapt·er** *also* **a·dap·tor** (ə-dăp'tər) *n.* **1.** One that adapts. **2.** A device used to effect operative compatibility between different parts of one or more pieces of apparatus.
**a·dap·tion** (ə-dăp'shən) *n.* Adaptation.
**a·dap·tive** (ə-dăp'tĭv) *adj.* Tending toward, fit for, or having a capacity for adaptation. —**a·dap'tive·ly** *adv.* —**a·dap'tive·ness** *n.*
**adaptive radiation** *n.* The evolution of a relatively unspecialized species into several related species characterized by different specializations that fit them for life in various environments.
**A·dar** (ä-där') *n.* The sixth month of the year in the Hebrew calendar. See table at **calendar.** [ME < Heb. *Adhār* < Akkadian *adaru* < *adāru*, to be dark.]
**Adar She·ni** (shä-nē') *n.* Veadar. [Heb. *Adhār shēnī*, second Adar.]
**ad·ax·i·al** (ăd-ăk'sē-əl) *adj.* Of, relating to, or being on the side toward the stem or axis.
**add** (ăd) *v.* **add·ed, add·ing, adds.** —*tr.* **1.** To join or unite so as to increase in size, quantity, or scope. **2.** To combine (a column of figures, for example) to form a sum. **3.** To say or write further. —*intr.* **1.** To create or constitute an addition: *an exploit that will add to her reputation.* **2.** To find a sum in arithmetic. —*phrasal verbs.* **add up.** *Informal.* To be reasonable, plausible, or consistent; make sense. **add up to.** *Informal.* To mean; indicate. [ME *adden* < Lat. *addere* : *ad-*, to + *dare*, to give.] —**add'a·ble, add'i·ble** *adj.*
**ad·dax** (ăd'ăks') *n.* An antelope, *Addax nasomaculatus*, of northern Africa having long, spirally twisted horns. [Lat., of African orig.]
**add·ed-val·ue tax** (ăd'ĭd-văl'yōō) *n.* Value-added tax.
**ad·dend** (ăd'ĕnd', ə-dĕnd') *n.* Any of a set of numbers to be added. [Short for ADDENDUM.]
**ad·den·dum** (ə-dĕn'dəm) *n., pl.* **-da** (-də). Something added or to be added, esp. a supplement to a book. [Lat. < *addere*, to add.]
**add·er**[1] (ăd'ər) *n.* One that adds, esp. a computer device that performs arithmetic addition.
**ad·der**[2] (ăd'ər) *n.* **1.** Any of various venomous Old World snakes of the family Viperidae, esp. the common viper, *Vipera berus*, of Eurasia. **2.** Any of several nonvenomous snakes popularly believed to be harmful. [ME < *an addre*, alteration of *a naddre* : *a*, a + *naddre*, snake < OE *nædre*.]
**ad·der's-mouth** (ăd'ərz-mouth') *n.* Any of various orchids of the genus *Malaxis*, having clusters of small, usually greenish flowers. [From the resemblance of its flowers to the open mouths of snakes.]
**ad·der's-tongue** (ăd'ərz-tŭng') *n.* **1.** Any of several ferns of the genus *Ophioglossum*, having a single sterile, leaflike frond, and a spore-bearing stalk. **2.** The dogtooth violet. [From the resemblance of the spike at the base of the frond to a snake's tongue.]
**ad·dict** (ə-dĭkt') *tr.v.* **-dict·ed, -dict·ing, -dicts.** To devote or give (oneself) habitually or compulsively: *addicted to alcohol.* —*n.* (ăd'ĭkt). **1.** One who is addicted, esp. to narcotics. **2.** A devoted fan: *a soap opera addict.* [< Lat. *addictus*, bondsman, p.part of *addicere*, to sentence : *ad-*, to + *dicere*, to adjudge.] —**ad·dic'tion** *n.* —**ad·dic'tive** *adj.*
**Ad·di·son's disease** (ăd'ĭ-sənz) *n.* A disease caused by failure of the adrenal cortex to function, marked by a bronze-like skin pigmentation, anemia, and prostration. [After Thomas *Addison* (1793–1860), its discoverer.]
**ad·di·tion** (ə-dĭsh'ən) *n.* **1.** The act or process of adding. **2.** Something added, esp. a room or section added to a building. **3.** The process of computing with sets of numbers so as to find their sum. —*idioms.* **in addition.** Also; as well as. **in addition to.** Over and above; besides. [ME < OFr. < Lat. *additio* < *additus*, p.part. of *addere*, to add.] —**ad·di'tion·al** *adj.* —**ad·di'tion·al·ly** *adv.*
**ad·di·tive** (ăd'ĭ-tĭv) *adj.* Marked by, produced by, or involving addition. —*n.* A substance added in small amounts to something else to improve, strengthen, or otherwise alter it.
**additive identity** *n.* An identity element that in a given mathematical system leaves unchanged any element to which it is added.

**additive identity element** *n.* Zero.
**additive inverse** *n.* Inverse (sense 2.b.).
**ad·dle** (ăd'l) *v.* **-dled, -dling, -dles.** —*tr.* To muddle; confuse: *"My brain is a bit addled by whiskey"* (O'Neill). —*intr.* **1.** To become rotten; spoil. **2.** To become confused. —*adj.* **1.** Mixed up; confused: *addle-brained.* **2.** Spoiled or rotten. [< ME *adel*, muddled < OE, filth.]
**ad·dress** (ə-drĕs') *tr.v.* **-dressed, -dress·ing, -dress·es.** **1.** To speak to. **2.** To make a formal speech to. **3.** To direct (a spoken or written message) to the attention of: *address a protest to the Council.* **4.** To mark with a destination: *address a letter.* **5. a.** To direct (oneself) in speech to. **b.** To direct the efforts or attention of (oneself): *address oneself to a task.* **6.** To dispatch or consign (a ship, for example) to an agent or factor. **7.** To adjust and aim the club at (a golf ball) in preparing for a stroke. —*n.* (ə-drĕs'). **1.** A formal spoken or written communication: *polite forms of address.* **2.** A formal speech. **3.** (*also* ăd'rĕs'). The written or printed indication on mail or other deliverable items indicating destination. **4.** (*also* ăd'rĕs').The location at which a particular organization or person may be found or reached. **5.** Often **addresses.** Courteous attentions; wooing. **6.** The manner or bearing of a person, esp. in conversation. **7.** Skillfulness or tact in handling a situation. **8.** The act of dispatching or consigning a ship, as to an agent or factor. **9.** *Computer Sci.* A number used in information storage or retrieval that is assigned to a specific memory location. [ME *adressen* < OFr. *adresser* : *a-*, to (< Lat. *ad-*) + *dresser*, to arrange. —see DRESS.]
**ad·dress·a·ble** (ə-drĕs'ə-bəl) *adj.* Accessible through an address, as in computer memory.
**ad·dress·ee** (ăd'rĕ-sē', ə-drĕs'ē') *n.* One to whom something is addressed.
**ad·dress·er** *also* **ad·dres·sor** (ə-drĕs'ər) *n.* A person who or a machine that addresses.
**ad·duce** (ə-dōōs', ə-dyōōs') *tr.v.* **-duced, -duc·ing, -duc·es.** To cite as an example or means of proof in an argument; bring forward for consideration. [Lat. *adducere*, to bring to : *ad-*, to + *ducere*, to lead.] —**ad·duce'a·ble, ad·duc'i·ble** *adj.*
**ad·duct** (ə-dŭkt', ă-) *tr.v.* **-duct·ed, -duct·ing, -ducts.** *Physiol.* To pull or draw toward the main axis. Used of muscles. [Back-formation from ADDUCTOR.] —**ad·duc'tion** *n.* —**ad·duc'tive** *adj.*
**ad·duc·tor** (ə-dŭk'tər) *n.* A muscle that adducts. [NLat. < Lat. *adducere*, to bring to. —see ADDUCE.]
**-ade** *suff.* A sweetened beverage of: *limeade.* [Fr., ult. < Lat. *-ata*, fem. of *-atus*, -ate.]
**A·dé·lie penguin** (ə-dā'lē) *n.* A common Antarctic penguin, *Pygoscelis adeliae*, of medium size, that has white underparts and a black back and head, and that lives and breeds in large exposed rookeries. [After the *Adélie* Coast, Antarctica.]
**-adelphous** *suff.* Having one or more groups of stamens: *diadelphous.* [NLat. *-adelphus* < Gk. *adelphos*, brother.]
**a·demp·tion** (ə-dĕmp'shən) *n. Law.* The disposal by a testator of specific property bequeathed in his will so as to invalidate the bequest. [Lat. *ademptio*, a taking away < *adimere*, to take away : *ad-*, to + *emere*, to take.]
**aden–** *pref.* Variant of adeno-.
**ad·e·nec·to·my** (ăd'n-ĕk'tə-mē) *n.* Surgical excision of a gland.
**ad·e·nine** (ăd'n-ēn') *n.* A purine derivative, $C_5H_5N_5$, that is a constituent of nucleic acid in organs, as the pancreas and spleen.
**ad·e·ni·tis** (ăd'n-ī'tĭs) *n.* Inflammation of a lymph node or gland.
**adeno–** or **aden–** *pref.* Gland: *adenectomy.* [< Gk. *adēn.*]
**ad·e·no·car·ci·no·ma** (ăd'n-ō-kär'sə-nō'mə) *n.* A malignant tumor originating in glandular tissue. —**ad'e·no·car'ci·nom'a·tous** (-nŏm'ə-təs, -nō'mə-təs) *adj.*
**ad·e·no·hy·poph·y·sis** (ăd'n-ō-hī-pŏf'ĭ-sĭs) *n.* The anterior and intermediate glandular lobes of the pituitary gland. —**ad'e·no·hy·poph'y·se'al, ad'e·no·hy·poph'y·si·al** *adj.*
**ad·e·noid** (ăd'n-oid') *n.* Lymphoid tissue growth in the nose above the throat that when swollen may obstruct nasal breathing, induce postnasal discharge, and make speech difficult.
**ad·e·noi·dal** (ăd'n-oid'l) *adj.* **1.** Glandlike; glandular. **2.** Of or pertaining to the adenoids. **3 a.** Having a nasal or constricted tone: *an adenoidal singer.* **b.** Mouth-breathing or gaping.
**ad·e·no·ma** (ăd'n-ō'mə) *n.* An epithelial tumor of glandular origin and structure that is usually benign or of low-grade malignancy. —**ad'e·nom'a·tous** (-ŏm'ə-təs) *adj.*
**a·den·o·sine** (ə-dĕn'ə-sēn') *n.* An organic compound, $C_{10}H_{13}N_5O_4$, that is a structural component of nucleic acids. [Blend of ADENINE and RIBOSE.]
**adenosine di·phos·phate** (dī-fŏs'fāt') *n.* ADP.
**adenosine mon·o·phos·phate** (mŏn'ō-fŏs'fāt') *n.* **1.** Cyclic AMP. **2.** AMP.
**adenosine triphosphate** *n.* ATP.
**ad·e·no·vi·rus** (ăd'n-ō-vī'rəs) *n.* Any of various animal viruses that cause respiratory diseases, as catarrh, in humans. —**ad'e·no·vi'ral** *adj.*
**a·den·yl·ate cy·clase** (ə-dĕn'l-ĭt sī'klās, ăd'n-ĭl'ĭt) or **ad·e·nyl cyclase** (ăd'n-ĭl) *n.* The enzyme that catalyzes forma-

---

ă pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier /
j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ŏŏ took / ōō boot /

goods; wealth; riches. 2. A plentiful supply; abundance. 3. A flowing toward.

**af·flu·en·cy** (ăf′lōō′ən-sē, ə-flōō′-) *n.* Affluence.

**af·flu·ent** (ăf′lōō-ənt) *adj.* 1. Rich; wealthy: *an affluent society.* 2. Copious; abundant. 3. Flowing freely. —*n.* A stream or river that flows into another or other body of water; tributary. [ME, abundant < OFr. < Lat. *affluens,* pr.part. of *affluere,* to abound in : *ad-,* to + *fluere,* to flow.] —**af′flu·ent·ly** *adv.*

**af·flux** (ăf′lŭks′) *n.* A flowing to or toward a particular area: *an afflux of blood to the head.* [Lat. *affluxus,* p.part. of *affluere,* to flow to. —SEE AFFLUENT.]

**af·ford** (ə-fôrd′, ə-fōrd′) *tr.v.* **-ford·ed, -ford·ing, -fords.** 1. To have the financial means for; be able to meet the expense of. 2. To be able to spare or give up: *could afford an hour for lunch.* 3. To be able to do or perform (something) without incurring harm or criticism, or with harmful to oneself: *can afford to be tolerant.* 4. To provide: *a sport affording good exercise.* [ME *aforthen* < OE *geforðian,* to carry out < *forðian,* to further < *forð,* forward.] —**af·ford′a·ble** *adj.*

**af·for·est** (ə-fôr′ĭst, ə-fŏr′-) *tr.v.* **-est·ed, -est·ing, -ests.** To convert (open land) into forest. [Med. Lat. *afforestare* : *ad-,* to + *forestare < foresta,* forest.] —**af·for·es·ta′tion** (ə-fôr′ĭ-stā′shən, ə-fŏr′-) *n.*

**af·fran·chise** (ə-frăn′chīz′) *tr.v.* **-chised, -chis·ing, -chis·es.** To free from servitude; liberate from obligation or liabilities. [ME < OFr. *afranchir, afranchiss-* : *a-,* to (< Lat. *ad-*) + *franchir,* to free < *franc,* free. —SEE FRANK.]

**af·fray** (ə-frā′) *n.* A noisy quarrel or brawl. —*tr.v.* **-frayed, -fray·ing, -frays.** *Archaic.* To frighten. [ME < OFr. *esfrei* < *esfreer,* to disturb.]

**af·fri·cate** (ăf′rĭ-kĭt) *n.* A speech sound produced when the breath stream is completely stopped and then released at articulation, the *t* plus *sh* sound in *clutch* or the *j* sound in *judge.* [Lat. *affricare, affricat-,* to rub against : *ad-,* to + *fricare,* to rub.]

**af·tric·a·tive** (ə-frĭk′ə-tĭv) *adj.* Of, pertaining to, or forming an affricate. —*n.* An affricate.

**af·fright** (ə-frīt′) *Archaic.* —*tr.v.* **-fright·ed, -fright·ing, -frights.** To arouse fear in; terrify. —*n.* 1. Terror. 2. A cause of terror. 3. The act of frightening. [ME *afrighten* < OE *afyrhtan.*] —**af·fright′ment** *n.*

**af·front** (ə-frŭnt′) *tr.v.* **-front·ed, -front·ing, -fronts.** 1. To insult intentionally, esp. openly. 2. To meet face to face defiantly; confront. —*n.* 1. An open or intentional offense, slight, or insult. 2. *Obs.* An encounter or meeting. [ME *afrounten* < OFr. *afronter* : Lat. *ad-,* to + Lat. *frons,* face.]

**af·fu·sion** (ə-fyōō′zhən) *n.* A pouring on of liquid, as in baptism. [LLat. *adfusio,* < *affundere,* to pour on : *ad-,* to + *fundere,* to pour.]

**Af·ghan** (ăf′găn′, -gən) *n.* 1. A native of Afghanistan. 2. Pashto. 3. **afghan.** A coverlet of wool, knitted or crocheted in colorful geometric designs. 4. An Afghan hound. —*adj.* Of or pertaining to Afghanistan, its people, or their language. [Pashto *afghāni.*]

**Afghan hound** *n.* A large, slender dog of an ancient breed, having long, thick hair, a pointed muzzle, and drooping ears.

**af·ghan·i** (ăf-găn′ē, -gän′ē) *n.* See table at **currency.** [Pashto.]

**a·fi·cio·na·do** (ə-fĭsh′ē-ə-nä′dō, ə-fĭs′ē-, ə-fē′sē-) *n., pl.* **-dos.** An enthusiastic admirer or follower; devotee; fan. [Sp. < p.part. of *aficionar,* to induce a liking for < *afición,* liking < Lat. *affectio,* affection.]

**a·field** (ə-fēld′) *adv.* 1. Off the usual or desired track. 2. Away from one's home or usual environment. 3. To or on a field.

**a·fire** (ə-fīr′) *adj. & adv.* 1. On fire; burning. 2. Intensely interested and involved.

**a·flame** (ə-flām′) *adj. & adv.* 1. On fire; flaming. 2. Keenly excited and interested.

**a·float** (ə-flōt′) *adj. & adv.* 1. Floating. 2. On a boat or ship away from the shore; at sea. 3. In circulation; prevailing. 4. Awash; flooded. 5. Drifting about; moving without guidance. 6. Free or out of difficulty, esp. financial difficulty: *couldn't keep the business afloat.*

**a·flut·ter** (ə-flŭt′ər) *adj.* In a flutter; nervous and excited.

**a·foot** (ə-fŏŏt′) *adj. & adv.* 1. Walking; on foot. 2. In the process of being carried out; astir.

**a·fore** (ə-fôr′, ə-fōr′) *adv., prep., & conj. Archaic.* Before. [ME < OE *onforan* : *on,* at + *for,* fore.]

**a·fore·men·tioned** (ə-fôr′měn′shənd, ə-fōr′-) *adj.* Mentioned previously or before.

**a·fore·said** (ə-fôr′sĕd′, ə-fōr′-) *adj.* Spoken of earlier.

**a·fore·thought** (ə-fôr′thôt′, ə-fōr′-) *adj.* Planned or intended beforehand; premeditated: *malice aforethought.*

**a·fore·time** (ə-fôr′tīm′, ə-fōr′-) *Archaic.* —*adv.* At a former or past time; previously. —*adj.* Earlier; former.

**a for·ti·o·ri** (ä fôr′tē-ôr′ē, ā fôr′tē-ō′rī′) *adv.* For a stronger reason; all the more. Used of a conclusion arrived at with greater logical necessity than another. [Lat.]

**a·foul of** (ə-foul′) *prep.* In or into a condition of collision, entanglement, or conflict. —*idiom.* **run (or fall) afoul of.** To become entangled or in conflict with.

**a·fraid** (ə-frād′) *adj.* 1. Filled with fear. 2. Reluctant; averse: *not afraid of work.* 3. Filled with regret: *I'm afraid you're*

wrong. [ME *affraied,* p.part. of *affraien,* to frighten < OFr. *esfreer,* to disturb.]

**A-frame** (ā′frām) *n.* A structure, as a house, with steeply angled sides and a roof that reaches to the ground. [From its being shaped like a capital *A.*]

**af·reet** also **af·rit** (ăf′rēt′, ə-frēt′) *n. Arabic Myth.* A powerful evil spirit or gigantic and monstrous demon. [Ar. *'ifrīt.*]

**a·fresh** (ə-frĕsh′) *adv.* Once more; anew; again.

**Af·ri·can** (ăf′rĭ-kən) *adj.* Of or pertaining to Africa or any of its peoples or languages. —*n.* 1. A person born or living in Africa. 2. A member of one of the indigenous peoples of Africa.

**African lily** *n.* A plant, *Agapanthus africanus,* native to southern Africa, having rounded clusters of blue, violet, or white flowers.

**African mahogany** *n.* 1. **a.** Any of several African trees of the genus *Khaya,* esp. *K. ivorensis,* having wood similar to that of true mahogany. **b.** The wood of this tree, used for furniture, musical instruments, and boat interiors. 2. Any of various other African woods resembling true mahogany.

**African marigold** *n.* A widely cultivated plant, *Tagetes erecta,* native to Mexico, having finely divided foliage and showy, rounded orange or yellow flowers.

**African sleeping sickness** *n.* Sleeping sickness.

**African violet** *n.* Any of several plants of the genus *Saintpaulia,* native to tropical Africa and widely cultivated as house plants, esp. *S. ionantha,* having violet, white, or pink flowers.

**Af·ri·kaans** (ăf′rĭ-käns′, -känz′) *n.* A language that developed from 17th-century Dutch and is an official language of the Republic of South Africa. [Afr. < Du. *Afrikaansch,* African.]

**Af·ri·ka·ner** (ăf′rĭ-kä′nər) *n.* An Afrikaans-speaking descendant of the Dutch settlers of South Africa. [Afr., African < Lat. *Africanus.*]

**af·rit** (ăf′rēt′, ə-frēt′) *n.* Variant of **afreet.**

**Af·ro** (ăf′rō) *n., pl.* **-ros.** A rounded, bushy hair style. —*adj.* 1. Of or for an Afro: *an Afro comb.* 2. Directly or indirectly African in style. [Perh. short for AFRO-AMERICAN.]

**Afro-** *pref.* African: *Afro-Asiatic.* [< Lat. *Afer,* an African.]

**Af·ro-A·mer·i·can** (ăf′rō-ə-měr′ĭ-kən) *adj.* Of or pertaining to American blacks of African ancestry, their history, or their culture. —*n.* An American black of African ancestry.

**Af·ro-A·si·at·ic** (ăf′rō-ā′zhē-ăt′ĭk, -zē-) *n.* A family of languages of southwestern Asia and northern Africa. —**Af·ro-A′si·at′ic** *adj.*

**aft** (ăft) *adv. & adj. Naut.* At, in, toward, or close to the stern of a vessel. [Prob. shortening of ABAFT.]

**af·ter** (ăf′tər) *prep.* 1. Behind in place or order. 2. In quest or pursuit of: *seek after fame.* 3. Concerning: *asked after you.* 4. Subsequent in time to; at a later time than: *come after dinner.* 5. Subsequent to and because of or regardless of: *friends after all their differences.* 6. Following continually: *year after year.* 7. Next to or lower than in order or importance. 8. In the style of; in imitation of: *satires after Horace.* 9. With the same or close to the same name as; in honor or commemoration of: *named after her mother.* 10. According to the nature or desires of; in conformity to: *a man after my own heart.* 11. Past the hour of: *five minutes after three.* —*adv.* 1. Behind; in the rear. 2. At a later or subsequent time; afterward. —*adj.* 1. Subsequent in time or place; later; following: *in after years.* 2. *Naut.* Nearer the stern of a vessel; farther aft. —*conj.* Following or subsequent to the time that: *I saw her after I arrived.* —*idiom.* **after all.** 1. When everything is considered. 2. Eventually; ultimately. [ME < OE *æfter.*]

**af·ter·birth** (ăf′tər-bûrth′) *n.* The placenta and fetal membranes expelled from the uterus after childbirth.

**af·ter·burn·er** (ăf′tər-bûr′nər) *n.* 1. A device for augmenting the thrust of a jet engine by burning additional fuel with the uncombined oxygen in the hot exhaust gases. 2. A device for burning or chemically altering unburned or partially burned carbon compounds in exhaust gases.

**af·ter·care** (ăf′tər-kâr′) *n.* Treatment or special care given to convalescent patients, esp. after undergoing surgery.

**af·ter·clap** (ăf′tər-klăp′) *n.* An unexpected, often unpleasant sequel to a matter that had been considered closed.

**af·ter·damp** (ăf′tər-dămp′) *n.* An asphyxiating mixture of gases, primarily nitrogen and carbon dioxide, left in a mine after a fire or explosion.

**af·ter·deck** (ăf′tər-dĕk′) *n. Naut.* The part of a ship's deck past amidships toward the stern.

**af·ter·ef·fect** (ăf′tər-ĭ-fĕkt′) *n.* An effect following its cause after some delay, esp. a delayed or prolonged physiological or psychological response to a stimulus.

**af·ter·glow** (ăf′tər-glō′) *n.* 1. The light emitted or remaining after removal of a source of illumination, esp.: **a.** The atmospheric glow after sunset. **b.** The glow of an incandescent metal as it cools. **c.** Emission from a phosphor after removal of excitation. 2. The comfortable feeling following a pleasant experience. 3. A lingering impression of past brilliance.

**af·ter·hours** (ăf′tər-ourz′) *adj.* 1. Occurring after closing time: *after-hours drinking.* 2. Open after a legal or established closing time: *an after-hours club.*



African violet

---

P pop / r roar / s sauce / sh ship, dish / t tight / th thin, path / th this, bathe / ŭ cut / ûr urge / v valve / w with / y yes / z zebra, size / zh vision / ə about, item, edible, gallop, circus / œ *Fr.* feu, *Ger.* schön / ü *Fr.* tu, *Ger.* über / KH *Ger.* ich, *Scot.* loch / N *Fr.* bon.

**com·mon·place** (kŏm′ən-plās′) *adj.* Not remarkable; ordinary. —*n.* **1. a.** A trite or obvious remark; platitude. **b.** Something that is ordinary or common. **2.** *Archaic.* A passage marked for reference or entered in a commonplace book. [Transl. of Lat. *locus communis,* generally applicable theme, transl. of Gk. *koinos topos.*]
**commonplace book** *n.* A personal journal in which quotable passages, literary excerpts, and comments are written.
**common pleas** *n.* A court of common pleas (sense 1).
**common salt** *n.* **1.** Salt. **2.** Sodium chloride. **3.** Table salt (sense 1).
**common school** *n.* A public elementary school.
**common sense** *n.* Native good judgment. [Transl. of Lat. *sensus communis,* common feelings of humanity.]
**common stock** *n.* Ordinary capital shares of a corporation that have exclusive residual claim on the net assets and net income of the corporation after all prior claims have been paid.
**common time** *n. Mus.* A meter with four quarter notes to the measure.
**com·mon·weal** (kŏm′ən-wēl′) *n.* **1.** The public good or welfare. **2.** *Archaic.* A commonwealth.
**com·mon·wealth** (kŏm′ən-wĕlth′) *n.* **1.** The people of a nation or state; body politic. **2.** A nation or state governed by the people; republic. **3. Commonwealth. a.** The official title of some U.S. states, including Kentucky, Virginia, Massachusetts, and Pennsylvania. **b.** The official title of Puerto Rico, indicating its special status as a self-governing, autonomous political unit voluntarily associated with the United States. **4.** *Archaic.* Commonweal (sense 1). [ME *commune welthe : commune,* common + *welthe,* well-being. —see WEALTH.]
**com·mo·tion** (kə-mō′shən) *n.* **1.** A condition of turbulent motion. **2.** Civil disturbance or insurrection; disorder. **3.** An agitated disturbance; hubbub: *heard a commotion in the hall.* [ME *commocioun* < Lat. *commotio* < *commovēre,* to disturb : *com-* (intensive) + *movēre,* to move.] —**com·mo′tion·al** *adj.*
**com·move** (kə-mōōv′) *tr.v.* **-moved, -mov·ing, -moves.** To agitate; disturb. [ME *commeven* < OFr. *commovoir* < Lat. *commovere.* —see COMMOTION.]
**com·mu·nal** (kə-myōō′nəl, kŏm′yə-) *adj.* **1.** Of or pertaining to a commune. **2.** Of or pertaining to a community. **3. a.** Of or belonging to the people of a community; public. **b.** Marked by collective ownership and control of goods and property. [Fr. < LLat. *communalis* < Lat. *communis,* common.] —**com′mu·nal′i·ty** (kŏm′yə-năl′ĭ-tē) *n.* —**com·mu′nal·ly** *adv.*
**com·mu·nal·ism** (kə-myōō′nə-lĭz′əm, kŏm′yə-nə-) *n.* **1.** A theory or system of government in which virtually autonomous local communities are loosely bound in a federation. **2.** Belief in or practice of communal ownership, as of goods and property. **3.** Strong devotion to the interests of one's own ethnic group rather than those of society as a whole. —**com·mu′nal·ist** *n.* —**com·mu′nal·is′tic** *adj.*
**com·mu·nal·ize** (kə-myōō′nə-līz′, kŏm′yə-nə-) *tr.v.* **-ized, -iz·ing, -iz·es.** To convert into communal property.
**Com·mu·nard** (kŏm′yə-närd′) *n.* **1.** A member or advocate of the Commune of Paris of 1871. **2. communard.** One that lives in a commune. [Fr. < *commune,* division. —see COMMUNE².]
**com·mune¹** (kə-myōōn′) *intr.v.* **-muned, -mun·ing, -munes. 1. a.** To converse intimately; exchange thoughts and feelings. **b.** To be in accord: *communing with nature.* **2.** To receive the Eucharist. [ME *communen* < OFr. *communier* < *commune,* common.]
**com·mune²** (kŏm′yōōn′, kə-myōōn′) *n.* **1.** The smallest local political division of various European countries, governed by a mayor and municipal council. **2. a.** A local community organized with a government for promoting local interests. **b.** A municipal corporation in the Middle Ages. **3. a.** A small, often rural community whose members have common interests and in which property is shared or owned jointly. **b.** The people of a commune. [Fr. < Med. Lat. *communia,* community < Lat. *communis,* common.]
**com·mu·ni·ca·ble** (kə-myōō′nĭ-kə-bəl) *adj.* **1.** Capable of being communicated or transmitted: *communicable diseases.* **2.** Talkative. —**com·mu′ni·ca·bil′i·ty, com·mu′ni·ca·ble·ness** *n.* —**com·mu′ni·ca·bly** *adv.*
**com·mu·ni·cant** (kə-myōō′nĭ-kənt) *n.* **1.** A person who receives or is entitled to receive Communion. **2.** A person who communicates. —*adj.* Communicating.
**com·mu·ni·cate** (kə-myōō′nĭ-kāt′) *v.* **-cat·ed, -cat·ing, -cates.** —*tr.* **1. a.** To make known; impart: *communicate information.* **b.** To display; manifest. **2.** To spread to others; transmit (a disease, for example): *a carrier who communicated typhus.* —*intr.* **1.** To have an interchange, as of ideas. **2.** To express oneself in such a way that one is readily and clearly understood. **3.** To receive Communion. **4.** To be connected: *apartments that communicate.* [Lat. *communicare, communicat-* < *communis,* common.] —**com·mu′ni·ca′tor** *n.*
   **Usage:** The newer intransitive sense denoting effective self-expression is now well established. Thus: *A fund of knowledge is secondary to a teacher's ability to communicate.* This example is acceptable to a majority of the Usage Panel.
**com·mu·ni·ca·tion** (kə-myōō′nĭ-kā′shən) *n.* **1.** The act of communicating; transmission. **2.** The exchange of thoughts, messages, or information, as by speech, signals, or writing. **3.** Something communicated; message. **4. communications.** A means of communicating, esp.: **a.** A system for sending and receiving messages, such as mail, telephone, or television. **b.** A network of routes for sending messages and transporting troops and supplies. **5. communications.** The art and technology of communicating. —**com·mu′ni·ca′tion·al** *adj.*
**communications satellite** *n.* An artificial satellite used to aid communications, as by reflecting or relaying a radio signal.
**com·mu·ni·ca·tive** (kə-myōō′nĭ-kā′tĭv, -kə-tĭv) *adj.* **1.** Inclined to communicate readily; talkative. **2.** Of or pertaining to communication. —**com·mu′ni·ca′tive·ly** *adv.* —**com·mu′ni·ca′tive·ness** *n.*
**com·mun·ion** (kə-myōōn′yən) *n.* **1.** An act or instance of sharing, as of thoughts or feelings. **2.** A religious or spiritual fellowship. **3.** A body of Christians with a common religious faith who practice the same rites; denomination. **4. Communion. a.** The Christian sacrament in which consecrated bread and wine are partaken of in celebration of Christ's Last Supper. **b.** The consecrated elements of this sacrament. **c.** The part of the Mass or a liturgy in which this sacrament is received. [ME *communioun,* Christian fellowship, Eucharist < LLat. *communio,* Eucharist < Lat., mutual participation < *communis,* common.]
**com·mu·ni·qué** (kə-myōō′nĭ-kā′, -myōō′nĭ-kā′) *n.* An official announcement. [Fr. < *commiquer,* to announce < Lat. *communicare,* to communicate.]
**com·mu·nism** (kŏm′yə-nĭz′əm) *n.* **1.** A social system characterized by the common ownership of the means of production and subsistence and by the organization of labor for the common advantage of all members. **2. a.** A system of government in which the state controls the means of production and a single, often authoritarian party holds power with the intention of establishing a higher social order in which all goods are equally shared by the people. **b.** The Marxist-Leninist version of Communist doctrine that is the basis for the system of government in the Soviet Union. [Fr. *communisme* < *commun,* common < OFr. *commune.*]
**Com·mu·nist** (kŏm′yə-nĭst) *n.* **1. a.** A member of a Marxist-Leninist party. **b.** A supporter of such a party or movement. **2. communist.** A communalist. **3.** A Communard. **4.** Often **communist.** A radical viewed as a subversive or revolutionary. —*adj.* Also **communist.** Pertaining to, characteristic of, or resembling communism or Communists.
**com·mu·nis·tic** (kŏm′yə-nĭs′tĭk) *adj.* Of, characteristic of, or inclined to communism. —**com′mu·nis′ti·cal·ly** *adv.*
**Communist Party** *n.* A Marxist-Leninist party, usually one originally belonging to the Third International.
**com·mu·ni·tar·i·an** (kə-myōō′nĭ-târ′ē-ən) *n.* A member or supporter of a communistic community.
**com·mu·ni·ty** (kə-myōō′nĭ-tē) *n., pl.* **-ties. 1. a.** A group of people living in the same locality and under the same government. **b.** The district or locality in which such a group lives: *a small rural community.* **2.** A group or class having common interests: *the scientific community.* **3.** Similarity or identity: *a community of interests.* **4.** Society as a whole; the public. **5.** *Ecol.* **a.** A group of plants and animals living in a specific region under relatively similar conditions. **b.** The region in which they live. **6.** Common possession or participation. [ME *communite,* citizenry < OFr. *communite* < Lat. *communitas,* fellowship < *communis,* common.]
**community antenna television** *n.* Cable television.
**community center** *n.* A meeting place used by members of a community for social, cultural, or recreational purposes.
**community chest** *n.* A welfare fund financed by private contributions for aiding various charitable organizations.
**community college** *n.* A junior college without residential facilities that is often government-funded.
**community property** *n.* Property owned jointly by a husband and wife.
**com·mu·nize** (kŏm′yə-nīz′) *tr.v.* **-nized, -niz·ing, -niz·es. 1.** To subject to public ownership or control. **2.** To convert to Communist principles or control. [< Lat. *communis,* common.] —**com′mu·ni·za′tion** *n.*
**com·mut·a·ble** (kə-myōō′tə-bəl) *adj.* Capable of being commuted; interchangeable. —**com·mut′a·bil′i·ty** *n.*
**com·mu·tate** (kŏm′yə-tāt′) *tr.v.* **-tat·ed, -tat·ing, -tates.** To reverse the direction of (an alternating electric current) each half-cycle to produce a unidirectional current. [Back-formation < COMMUTATION.]
**com·mu·ta·tion** (kŏm′yə-tā′shən) *n.* **1.** A substitution, exchange, or interchange. **2. a.** The substitution of one kind of payment for another. **b.** The payment substituted. **3.** The travel of a commuter. **4.** *Elect.* **a.** The conversion of alternating to unidirectional current. **b.** The reversing of current direction. **5.** *Law.* A reduction of a penalty to a less severe one. [ME *communtacioun* < Lat. *commutatio* < *commutare,* to commute.]
**commutation ticket** *n.* A ticket issued at a reduced rate by a railroad, bus, or other transportation company for passage over a given route for a specified number of trips.
**com·mu·ta·tive** (kŏm′yə-tā′tĭv, kə-myōō′tə-tĭv) *adj.* **1.** Pertaining to, involving, or characterized by substitution, interchange, or exchange. **2.** Independent of order. Used of a

*orum edition of Keats.* **b.** One closely similar to an original; version: *The boy was a smaller edition of his father.* **3.** All the copies of a single press run of a newspaper: *the morning edition.* [OFr. < Lat. *editio,* publication < *edere,* to publish : *ex-,* out + *dare,* to give.]

**ed·i·tor** (ĕd′ĭ-tər) *n.* **1.** A person who edits, esp. as an occupation. **2.** One who writes editorials. **3.** A device for editing film, consisting basically of a splicer and viewer. **4.** *Computer Sci.* A routine that performs editing functions. [LLat., *publisher* < Lat. *edere,* to publish. —see EDITION.]

**ed·i·to·ri·al** (ĕd′ĭ-tôr′ē-əl, -tōr′-) *n.* **1.** An article in a publication expressing the opinion of its editors or publishers. **2.** A commentary on radio or television expressing the opinion of the station or network. —*adj.* **1.** Of, concerning, or relating to an editor. **2.** Of the nature of an editorial. —**ed′i·to′ri·al·ly** *adv.*

**ed·i·to·ri·al·ize** (ĕd′ĭ-tôr′ē-ə-līz′, -tōr′-) *intr.v.* -**ized**, -**iz·ing**, -**iz·es.** **1.** To express an opinion in or as if in an editorial. **2.** To present an opinion in the guise of an objective report. —**ed′i·to′ri·al·i·za′tion** *n.* —**ed′i·to′ri·al·iz′er** *n.*

**editor in chief** *n., pl.* **editors in chief.** The editor having final responsibility for the operations and policies of a publication.

**ed·i·tor·ship** (ĕd′ĭ-tər-shĭp′) *n.* The position, functions, or guidance of an editor.

**E·dom·ite** (ē′də-mīt′) *n.* A member of a Semitic people inhabiting an area southeast of the Dead Sea in ancient times. [After *Edom,* a region of ancient Palestine.] —**E′dom·it′ish** *adj.*

**EDTA** (ē′dē-tē-ā′) *n.* A crystalline acid, $C_{10}H_{16}N_2O_8$, used as a chelating agent. [Abbr. of *ethylenediaminetetraacetic acid.*]

**ed·u·ca·ble** (ĕj′ə-kə-bəl) *adj.* Capable of being educated. [EDUC(ATE) + -ABLE.]

**ed·u·cate** (ĕj′ə-kāt′) *v.* -**cat·ed**, -**cat·ing**, -**cates.** —*tr.* **1.** To provide with knowledge or training, esp. through formal schooling; teach. **2.** To provide with training for some particular purpose: *educated him for the priesthood.* **3.** To provide with information; inform. **4.** To stimulate or develop the mental or moral growth of. —*intr.* To teach or instruct a person or group. [ME *educaten* < Lat. *educare.*]

**ed·u·cat·ed** (ĕj′ə-kā′tĭd) *adj.* **1.** Having an education, esp. one above the average. **2. a.** Showing evidence of schooling or instruction. **b.** Cultivated; cultured. **3.** Based on experience and some factual knowledge: *an educated guess.*

**ed·u·ca·tion** (ĕj′ə-kā′shən) *n.* **1.** The act or process of educating or being educated. **2.** The knowledge or skill obtained or developed by a learning process. **3.** The field of study that is concerned with teaching and learning pedagogy.

**ed·u·ca·tion·al** (ĕj′ə-kā′shən-əl) *adj.* **1.** Of or relating to education. **2.** Serving to educate; instructive: *an educational film.* —**ed′u·ca′tion·al·ly** *adv.*

**educational television** *n.* **1.** Public television. **2.** A video system that provides instructional material.

**ed·u·ca·tive** (ĕj′ə-kā′tĭv) *adj.* Educational.

**ed·u·ca·tor** (ĕj′ə-kā′tər) *n.* **1.** One trained in teaching; teacher. **2.** A specialist in the theory and practice of education.

**e·duce** (ĭ-dōōs′, ĭ-dyōōs′) *tr.v.* **e·duced**, **e·duc·ing**, **e·duc·es.** **1.** To draw or bring out; elicit. **2.** To assume or work out from given facts; deduce. [Lat. *educere* : *ex-,* out + *ducere,* to lead.] —**e·duc′i·ble** *adj.* —**e·duc′tion** (ĭ-dŭk′shən) *n.*

**Ed·ward·i·an** (ĕd-wôr′dē-ən, -wär′-) *adj.* Of, relating to, or characteristic of the reign of Edward VII of England, during whose reign the styles and views were opulent, elegant, ornate, and refined.

**-ee[1]** *suff.* **1. a.** One that receives or benefits from a specified action: *addressee.* **b.** One that possesses a specified thing: *mortgagee.* **2.** One that performs a specified action: *absentee.* [ME *-e* < OFr. < Lat. *-atus,* -ate.]

**Usage:** The suffix *-ee* has generally been used to indicate a person to whom something has been done or upon whom some right has been conferred: *appointee, grantee.* It has come to be used also with reference to a person in a specified condition (*absentee, refugee, amputee*) or even a person performing some action (*escapee, standee*). The Usage Panel accepts the use of *standee* and *escapee* in speech and is about evenly divided on their acceptability in writing. Less well established coinages, such as *returnee,* are best avoided.

**-ee[2]** *suff.* **1. a.** One resembling: *goatee.* **b.** A particular kind of: *bootee.* Used often as a diminutive. **2.** One connected with: *bargee.* [Alteration of -Y[1].]

**eel** (ēl) *n., pl.* **eel** or **eels.** **1.** Any of various long, snakelike marine or freshwater fishes of the order Anguilliformes or Apodes, esp. *Anguilla rostrata,* of eastern North America, or *A. anguilla,* of Europe, characteristically migrating from fresh water to the Sargasso Sea to spawn. **2.** Any of several fishes similar or related to the eel. [ME *ele* < OE *ǣl.*]

**eel·grass** (ēl′grăs′) *n.* **1.** Any of several submerged aquatic plants of the genus *Zostera,* growing along the North Atlantic coast and having narrow, grasslike leaves. **2.** Any of several similar or related plants, such as tape grass.

**eel·pout** (ēl′pout′) *n., pl.* **eelpout** or **-pouts.** Any of various marine fishes of the family Zoarcidae, having an elongated body and a large head. [ME *elepout* < OE *ǣle-puta.*]

**eel-worm** (ēl′wûrm′) *n.* Any of various, often parasitic nematode worms, such as the vinegar eel.

**e'en[1]** (ēn) *n.* Evening.

**e'en[2]** (ēn) *adv.* Even.

**-eer** *suff.* One associated with, concerned with, or engaged in: *balladeer.* [OFr. *-ier* < Lat. *-arius,* -ary.]

**e'er** (âr) *adv.* Ever.

**ee·rie** or **ee·ry** (îr′ē) *adj.* -**ri·er**, -**ri·est.** **1. a.** Inspiring fear or dread; weird. **b.** Supernatural in aspect or character; mysterious. **2.** *Scot.* Frightened or intimidated by superstition. [ME *eri,* fearful < OE *earg,* cowardly.] —**ee′ri·ness** *n.*

**ef** (ĕf) *n.* The letter *f.*

**ef·face** (ĭ-fās′) *tr.v.* -**faced**, -**fac·ing**, -**fac·es.** **1.** To erase or make indistinct by or as if by rubbing; wipe out. **2.** To conduct (oneself) inconspicuously. [Fr. *effacer* < OFr. : Lat. *ex-,* out + Lat. *facies,* face.] —**ef·face′a·ble** *adj.* —**ef·face′ment** *n.* —**ef·fac′er** *n.*

**ef·fect** (ĭ-fĕkt′) *n.* **1.** Something brought about by a cause or agent; result. **2.** The way in which something acts upon or influences an object: *the effect of a drug on the nervous system.* **3.** The power or capacity to achieve the desired result; influence. **4.** The condition of being in full force or execution: *goes into effect tomorrow.* **5. a.** Something that produces a specific impression or supports a general design or intention: *sound effects.* **b.** A particular impression: *an effect of spaciousness.* **c.** The production of a particular impression: *She cries just for effect.* **6. a.** The basic meaning. **b.** Intention; purport. **7. effects.** Movable goods; property. —*tr.v.* -**fect·ed**, -**fect·ing**, -**fects.** **1.** To produce as a result; bring into existence. **2.** To bring about. —*idioms.* **in effect. 1.** In fact; actually. **2.** In essence; virtually. **3.** In active force; in operation. **take effect.** To become operative. —See Usage note at affect[1]. [ME < OFr. < Lat. *effectus,* p.part. of *efficere,* to accomplish : *ex-,* out + *facere,* to make.] —**ef·fect′er** *n.* —**ef·fect′i·ble** *adj.*

**Synonyms:** effect, consequence, result, outcome, upshot, sequel, consummation. These nouns denote occurrences, situations, or conditions that are traceable to something antecedent. An *effect* is that which is produced by the action of an agent or cause and follows it in time, either immediately or shortly. A *consequence* also follows the action of an agent and is traceable to it, but the relationship between them is less sharply definable and less immediate than that between a cause and its effect. A *result* is an effect, or the last in a series of effects, that follows a cause and that is viewed as the end product of the operation of the cause. An *outcome* is a result that has clear definition; the term is even stronger than *result* in implying finality, and may suggest operation of a cause over a relatively long period. An *upshot* is a decisive result, often arrived at abruptly or in the nature of a climax. A *sequel* is a logical but relatively long-range consequence of an antecedent action. *Consummation* refers to the final, decisive stage of an action directed toward achievement of a specific end.

**ef·fec·tive** (ĭ-fĕk′tĭv) *adj.* **1.** Having an intended or expected effect. **2.** Producing or designed to produce the desired impression or response: *an effective speech.* **3.** Operative; in effect: *The law is effective immediately.* **4.** Existing in fact; actual: *a decline in the effective demand.* **5.** Prepared for use or action, esp. in warfare. —*n.* A soldier or a piece of military equipment that is ready for combat. —**ef·fec′tive·ly** *adv.* —**ef·fec′tive·ness, ef′fec·ti′vi·ty** *n.*

**ef·fec·tor** (ĭ-fĕk′tər) *n.* **1.** An organ at the end of a nerve that activates either gland secretion or muscular contraction. **2.** *Computer Sci.* A device used to produce a desired change in an object in response to input.

**ef·fec·tu·al** (ĭ-fĕk′chōō-əl) *adj.* Producing or sufficient to produce a desired effect; fully adequate. —**ef·fec′tu·al′i·ty, ef·fec′tu·al·ness** *n.* —**ef·fec′tu·al·ly** *adv.*

**ef·fec·tu·ate** (ĭ-fĕk′chōō-āt′) *tr.v.* -**at·ed**, -**at·ing**, -**ates.** To bring about; effect. [Med. Lat. *effectuare* < Lat. *efficere.* —see EFFECT.] —**ef·fec′tu·a′tion** *n.*

**ef·fem·i·na·cy** (ĭ-fĕm′ə-nə-sē) *n.* The quality or condition of being effeminate.

**ef·fem·i·nate** (ĭ-fĕm′ə-nĭt) *adj.* **1.** Having qualities or characteristics more often associated with women than men; unmanly. **2.** Characterized by weakness and excessive refinement. [ME *effeminat* < Lat. *effeminatus,* p.part. of *effeminare,* to make feminine : *ex,* from + *femina,* woman.] —**ef·fem′i·nate** *n.* —**ef·fem′i·nate·ly** *adv.* —**ef·fem′i·nate·ness** *n.*

**ef·fen·di** (ĭ-fĕn′dē) *n.* Sir. Used as a title of respect in Turkey. [Turk. *efendi* < Mod. Gk. *aphentēs,* master, alteration of Gk. *authentēs,* master.]

**ef·fer·ent** (ĕf′ər-ənt) *adj.* **1.** Directed away from a central organ or section. **2.** Carrying impulses from the central nervous system to an effector. [Fr. *efférent* < Lat. *efferens,* pr.part. of *efferre,* to carry off : *ex,* away + *ferre,* to carry.] —**ef′fer·ent** *n.* —**ef′fer·ent·ly** *adv.*

**ef·fer·vesce** (ĕf′ər-vĕs′) *intr.v.* -**vesced**, -**vesc·ing**, -**vesc·es.** **1.** To emit small bubbles as gas comes out of a liquid. **2.** To show high spirits or vivacity. [Lat. *effervescere* : *ex-* (intensive) + *fervescere,* to start boiling < *fervēre,* to boil.] —**ef′-**



eel

associations is encouraged in order to elicit repressed thoughts and emotions.
**free·bie** also **free·bee** (frē'bē) *n. Slang.* Something given or received gratis: *"such freebies as subway and bus maps"* (New York Magazine). [< FREE.]
**free·board** (frē'bôrd', -bōrd') *n.* 1. *Naut.* The distance between the water line and the uppermost full deck. 2. The distance between the ground and the undercarriage of an automobile.
**freeboard deck** *n.* The uppermost deck that is officially considered completely watertight.
**free·boot** (frē'bōōt') *intr.v.* **-boot·ed, -boot·ing, -boots.** To act as a freebooter; plunder. [Back-formation < FREEBOOTER.]
**free·boot·er** (frē'bōō'tər) *n.* A person who pillages and plunders, esp. a pirate. [Du. *vrijbuiter* < *vrijbuit*, plunder : *vrij*, free + *buit*, booty.]
**free·born** (frē'bôrn') *adj.* 1. Born as a free person. 2. Pertaining to or befitting a person born free.
**free city** *n.* A city governed as an autonomous political unit under international auspices.
**freed·man** (frēd'mən) *n.* A man who has been freed from bondage.
**free·dom** (frē'dəm) *n.* 1. The condition of being free of restraints. 2. Liberty of the person from slavery, oppression, or incarceration. 3. a. Political independence. b. Possession of civil rights; immunity from the arbitrary exercise of authority. 4. Exemption from unpleasant or onerous conditions: *freedom from unfair labor practices.* 5. The capacity to exercise choice; free will: *has the freedom to do as he wishes.* 6. Ease or facility of movement. 7. Frankness or boldness; lack of modesty or reserve: *the new freedom in movies and novels.* 8. a. Unrestricted use or access: *was given the freedom of their research facilities.* b. The right of enjoying all of the privileges of membership or citizenship: *the freedom of the city.* [ME *fredom* < OE *frēodom.*]
 **Synonyms:** *freedom, liberty, license.* These nouns refer to the power to act, speak, or think without the imposition of restraint. *Freedom* is the most general term and preferable when total absence of restraint or lack of restraint in general is meant. *Liberty* applies especially to individual rights defined by law and thus suggests absence of specific restrictions. However, *freedom* is sometimes also used in the narrower sense associated with individual rights. *License* in one sense denotes abuse of freedom; in another it refers to exemption from prevailing rules, granted in special cases.
**freedom of the seas** *n.* 1. The doctrine that ships of any nation may travel through international waters unhampered. 2. The right of neutral shipping in wartime to trade at will except where blockades are established.
**freed·wom·an** (frēd'wŏōm'ən) *n.* A woman who has been freed from bondage.
**free electron** *n.* An electron that is not bound to an atom, esp. an electron in a conductor that is available to move in a current.
**free energy** *n.* 1. A thermodynamic quantity that is the difference between the internal energy and the product of the absolute temperature and entropy of a system. 2. A thermodynamic quantity that is the difference between the enthalpy and the product of the absolute temperature and entropy of a system.
**free enterprise** *n.* The freedom of private businesses to operate competitively for profit with minimal government regulation.
**free fall** *n.* 1. The fall of a body within the atmosphere without a drag-producing device such as a parachute. 2. The unconstrained motion of a body in a gravitational field.
**free flight** *n.* Flight, as of an aircraft or spacecraft, after termination of powered flight.
**free-float·ing** (frē'flō'tĭng) *adj.* 1. Not committed or decided. 2. Experienced without an obvious basis or cause: *free-floating anxiety.*
**free-for-all** (frē'fər-ôl') *n.* A brawl, argument, or competition in which one and all take part.
**free·form** (frē'fôrm') *adj.* Designating a usually flowing asymmetric shape or outline free of formal conventions.
**free form** *n. Ling.* A morpheme capable of standing alone and retaining meaning.
**free·hand** (frē'hănd') *adj.* Drawn by hand without the aid of tracing or drafting devices: *a freehand sketch.* —**free'hand'** *adv.*
**free hand** *n.* Freedom to do or decide as one sees fit.
**free·hand·ed** (frē'hăn'dĭd) *adj.* Openhanded; generous. —**free'hand'ed·ly** *adv.* —**free'hand'ed·ness** *n.*
**free·heart·ed** (frē'här'tĭd) *adj.* 1. Unreserved; open. 2. Generous; liberal. —**free'heart'ed·ly** *adv.* —**free'heart'ed·ness** *n.*
**free·hold** (frē'hōld') *n. Law.* a. An estate held in fee or for life. b. The tenure by which such an estate is held. 2. A tenure of an office or a dignity for life. [ME *frehold*, transl. of Norman Fr. *fraunc tenement.*] —**free'hold'er** *n.*
**free lance** *n.* 1. A person, esp. a writer or an artist, who sells his services to employers without a long-term commitment to any one of them. 2. One who remains uncommitted to a party and proceeds as an independent. 3. A medieval mercenary.
**free-lance** (frē'lăns') *intr. & tr.v.* **-lanced, -lanc·ing, -lanc·es.** To work as or produce and sell as a free lance. —*adj.* Of, pertaining to, or produced by a free lance. —**free'-lanc'er** *n.*
**free-liv·ing** (frē'lĭv'ĭng) *adj.* 1. Given to self-indulgence. 2. *Biol.* Living or moving independently; not part of a parasitic or symbiotic relationship.
**free·load** (frē'lōd') *intr.v.* **-load·ed, -load·ing, -loads.** *Slang.* To take advantage of the charity, generosity, or hospitality of others. —**free'load'er** *n.*
**free love** *n.* The belief in or practice of sexual relations without marriage and without formal obligations.
**free·man** (frē'mən) *n.* 1. A person not in slavery or serfdom. 2. One who possesses the rights or privileges of a citizen.
**free·mar·tin** (frē'mär'tĭn) *n.* A sterile or otherwise sexually deficient female calf born as the twin of a bull calf. [Orig. unknown.]
**free·ma·son** (frē'mā'sən) *n.* 1. A member of a guild of skilled, itinerant masons of the Middle Ages. 2. **Freemason.** A member of the Free and Accepted Masons, an international secret fraternity.
**free·ma·son·ry** (frē'mā'sən-rē) *n.* 1. Spontaneous fellowship and sympathy among a number of people. 2. **Freemasonry.** The institutions, precepts, and rites of the Freemasons.
**free on board** *adj. & adv.* Without fee for delivery on board or into a carrier at a specified point or location.
**free port** *n.* A port or an area of a port in which imported goods can be held or processed free of customs duties before re-export.
**fre·er** (frē'ər) *adj.* Comparative of **free.**
**free radical** *n.* An atom or group of atoms having at least one unpaired electron.
**free rein** *n.* Unlimited freedom to act or make decisions.
**free ride** *n.* Something acquired without the ordinary effort or cost. —**free rider** *n.*
**free·sia** (frē'zhə, -zhē-ə, -zē-ə) *n.* Any of several plants of the genus *Freesia*, native to southern Africa, having one-sided clusters of fragrant, variously colored flowers. [NLat., after Friedrich H. T. *Freese* (d. 1876).]
**free silver** *n.* The free coinage of silver, esp. at a fixed ratio to gold.
**free soil** *n.* U.S. territory in which slavery was prohibited before the Civil War.
**free-soil** (frē'soil') *adj.* 1. Prohibiting slavery: *free-soil states.* 2. a. Opposing the extension of slavery prior to the U.S. Civil War. b. **Free-Soil.** Pertaining to or designating a U.S. political party founded in 1848 to oppose the extension of slavery into U.S. Territories and the admission of slave states into the Union.
**free-spo·ken** (frē'spō'kən) *adj.* Candid in expression; outspoken. —**free'-spo'ken·ness** *n.*
**fre·est** (frē'ĭst) *adj.* Superlative of **free.**
**free·stand·ing** (frē'stăn'dĭng) *adj.* Standing independently free of support or attachment.
**free·stone** (frē'stōn') *n.* 1. A stone, such as limestone, soft enough to be cut easily without shattering or splitting. 2. A fruit, esp. a peach, having a stone that does not adhere to the pulp.
**free·style** (frē'stīl') *n.* A competitive event, as swimming, in which the contestant may choose his own style.
**free-swim·ming** (frē'swĭm'ĭng) *adj.* Able to swim freely; not sessile or attached: *the free-swimming larva of the oyster.* —**free'-swim'mer** *n.*
**free·think·er** (frē'thĭng'kər) *n.* One who has rejected authority and dogma, esp. in his religious thinking, in favor of rational inquiry and speculation. —**free'think'ing** *adj. & n.*
**free thought** *n.* Freethinking; unorthodox thought.
**free throw** *n. Basketball.* A foul shot.
**free-throw line** (frē'thrō') *n. Basketball.* The foul line (sense 2).
**free trade** *n.* Trade between nations or states without protective customs tariffs. —**free trader** *n.*
**free university** *n.* An independent unaccredited organization set up by students within a university for the study of nontraditional subjects.
**free verse** *n.* Verse that does not follow a conventional metrical or stanzaic pattern and has either an irregular rhyme or no rhyme. [Trans. of Fr. *vers libre.*]
**free·way** (frē'wā') *n.* 1. A highway with several lanes and no intersections or stoplights; expressway. 2. A highway without tolls.
**free·wheel** (frē'hwēl', -wēl') *intr.v.* **-wheeled, -wheel·ing, -wheels.** To live or move freely, aimlessly, or irresponsibly.
**free wheel** *n.* 1. An automotive transmission device that allows the drive shaft to continue turning when its speed is greater than that of the engine shaft. 2. A device in the rear-wheel hub of a bicycle that permits the wheel to turn without pedal action, as in coasting.
**free·wheel·ing** (frē'hwē'lĭng, -wē'-) *adj.* 1. Pertaining to or equipped with free wheel. 2. *Informal.* a. Free of restraints or rules in organization, methods, or procedure. b. Heedless of consequences; carefree.
**free·will** (frē'wĭl') *adj.* Done of one's own accord; voluntary.
**free will** *n.* 1. The ability or discretion to choose; free choice. 2. The power, attributed esp. to human beings, of making free choices that are unconstrained by external circumstances or by necessity. [Transl. of LLat. *liberum arbitrium.*]
**free world** *n.* The portion of the world marked by demo-


freesia

---

han·dle (hăn'dl) v. -dled, -dling, -dles. —tr. 1. To touch, lift, or hold with the hands. 2. To operate with the hands; manipulate. 3. To deal with or have responsibility for; conduct: *handle corporation law.* 4. a. To direct, execute, or dispose of: *handle an investment.* b. To manage, administer to, or represent: *handle a boxer.* 5. To confront or cope with: *handle a crowd; handle a problem.* 6. To deal or trade in the purchase or sale of: *the branch office that handles grain exports.* —intr. To act or function under operation: *a car that handles well in the snow.* —n. 1. A part that is designed to be held or operated with the hand. 2. An opportunity or means for achieving a purpose. 3. *Slang.* A person's name. 4. The total amount of money bet on an event or over a set period of time. [ME *handelen* < OE *handlian*.]
han·dle·bar (hăn'dl-bär') n. Often handlebars. A curved metal steering bar, as on a bicycle.
handlebar mustache n. A long, curved mustache resembling a handlebar.


handlebar mustache

han·dler (hănd'lər) n. 1. One that handles something. 2. *Sports.* a. A person who trains or exhibits an animal, such as a dog. b. A person who acts as the trainer or second of a boxer.
han·dling (hănd'lĭng) n. 1. The act or an instance of one that handles something. 2. The way in which a matter, esp. a delicate one, is taken care of. 3. The way in which a presentation, esp. an artistic or theatrical work, is treated.
hand·made (hănd'mād') adj. Made or prepared by hand rather than by machine.
hand·maid (hănd'mād') also hand·maid·en (-mād'n) n. 1. A female servant or attendant. 2. Something that serves as an aid.
hand-me-down (hănd'mē-doun') adj. 1. Handed down to one person after being used and discarded by another. 2. Of inferior quality; shabby. —n. Something passed on from one person to another.
hand-off (hănd'ôf', -ŏf') n. *Football.* A play in which one player hands the ball to another.
hand organ n. A barrel organ operated by turning a crank.
hand·out (hănd'out') n. 1. Food, clothing, or money given to a beggar. 2. A folder or leaflet circulated free of charge. 3. A prepared news or publicity release.
hand-pick (hănd'pĭk') tr.v. -picked, -pick·ing, -picks. 1. To gather or pick by hand. 2. To select personally. —hand'picked' adj.
hand·print (hănd'prĭnt') n. An outline or an indentation left by a hand on a surface.
hand puppet n. A puppet (sense 2).
hand·rail (hănd'rāl') n. A narrow rail to be grasped with the hand for support.
hand·saw (hănd'sô') n. A small saw operated by hand.
hand's-breadth or hand's breadth (hăndz'brĕdth') n. Variant of handbreadth.
hand·sel (hănd'səl) also han·sel (hăn'-) *Chiefly Brit.* —n. 1. A gift to express good wishes at the beginning of a new year or enterprise. 2. The first money or barter taken in, as by a new business or on the opening day of business, esp. when considered a token of good luck. 3. a. A first payment; earnest money. b. A specimen or foretaste of what is to come. —tr.v. -seled, -sel·ing, -sels or -selled, -sel·ling, -sels. 1. To give a handsel to. 2. To launch with a ceremonial gesture or gift. 3. To do or use for the first time. [ME *hansele* < OE *handselen* and ON *handsal,* transfer.]
hand·set (hănd'sĕt') n. A portable telephone transmitter and receiver module.
hand·shake (hănd'shāk') n. The grasping of right hands by two people as in greeting or leave-taking.
hands-off (hăndz'ôf', -ŏf') adj. Characterized by nonintervention: *a hands-off foreign policy.*


hand organ

hand·some (hăn'səm) adj. -som·er, -som·est. 1. Pleasing and dignified in form or appearance. 2. Generous or copious: *a handsome reward.* 3. Marked by or requiring skill or dexterity: *did some handsome maneuvers on the skating rink.* 4. Appropriate or fitting. 5. Moderately large. [ME *handsom.*] —hand'some·ly adv. —hand'some·ness n.
hands-on (hăndz'ŏn', -ôn') adj. Involving active participation; applied, as opposed to theoretical: *"We're involved in hands-on operations, pulling levers, pushing buttons"* (Arthur R. Taylor).
hand·spike (hănd'spīk') n. A bar used as a lever.
hand·spring (hănd'sprĭng') n. A gymnastic feat in which the body is flipped completely forward or backward from an upright position, landing first on the hands, then on the feet.
hand·stand (hănd'stănd') n. The act of balancing on the hands with one's feet in the air.
hand-to-hand (hănd'tə-hănd') adj. Being at close quarters.
hand-to-mouth (hănd'tə-mouth') adj. Having or providing only the bare essentials.
hand·work (hănd'wûrk') n. Work done by hand rather than by machine.
hand·wo·ven (hănd'wō'vən) adj. 1. Woven on a hand-operated loom: *handwoven rugs.* 2. Woven by hand: *handwoven baskets.*
hand·writ·ing (hănd'rī'tĭng) n. 1. Writing done with the hand. 2. The writing characteristic of a particular person.
hand·y (hăn'dē) adj. -i·er, -i·est. 1. Skillful in using one's


handstand

hands, esp. in a variety of ways. 2. Readily accessible. 3. Useful; convenient: *a handy gadget.* 4. Easy to use or handle: *a handy reference book.* [< HAND.] —hand'i·ness n.
hand·y·man also handy man (hăn'dē-măn') n. One who does odd jobs or various small tasks.
hang (hăng) v. hung (hŭng), hang·ing, hangs. —tr. 1. To fasten from above with no support from below; suspend. 2. To suspend or fasten so as to allow free movement at or about the point of suspension: *hang a door.* 3. *past tense & past participle* hanged or hung. To execute by suspending by the neck. 4. To fix or attach at an appropriate angle: *hang a scythe to its handle.* 5. To alter the hem of (a garment) so as to fall evenly at a specified height. 6. To furnish, decorate, or appoint by suspending objects around or about: *hang a room with curtains.* 7. To hold or incline downward; let droop: *hang one's head in sorrow.* 8. To attach to a wall: *hang wallpaper.* 9. To deadlock (a jury) by failing to render a unanimous verdict. 10. *Baseball.* To throw (a pitch) in such a manner so as to fail to break. —intr. 1. To be attached from above with no support from below. 2. To die as a result of hanging. 3. To remain suspended or poised over a place or object; hover. 4. To attach oneself as an impediment or dependent; cling. 5. To incline downward; droop. 6. To depend: *everything hangs on the committee's decision.* 7. To pay strict attention: *hang on every word.* 8. To remain unresolved or uncertain: *Her future hung in the balance.* 9. To fit the body in loose lines: *a dress that hangs well.* 10. To be on display, as in a gallery. 11. *Baseball.* To fail to break or move in the intended way, as a curve ball. —*phrasal verbs.* hang around. *Informal.* 1. To spend time idly; loiter. 2. To keep company; consort. hang back. To be averse; hold back. hang off. To hold back; be averse. hang on. 1. To cling tightly to something. 2. To continue persistently; persevere. 3. To keep a telephone connection open. hang onto. To hold or cling tightly to. hang out. *Slang.* To spend one's free time in a certain place. hang together. 1. To stand united; stick together. 2. To constitute a coherent totality. hang up. 1. To suspend on a hook or hanger. 2. To replace (a telephone receiver) on its cradle. 3. To retard or impede; hinder: *hang up a project.* 4. To halt the movement or action of. 5. To end a telephone conversation. 6. To become halted or snagged. —n. 1. The way in which something hangs. 2. A downward inclination or slope. 3. Particular meaning or significance. 4. *Informal.* The proper method for doing, using, or handling something: *get the hang of it.* 5. A suspension of motion; slackening. —*idioms.* give (or care) a hang. To be concerned or anxious. hang fire. 1. To be slow in firing, as a gun. 2. To delay. hang in there. *Informal.* To persevere despite difficulties; persist. hang loose. *Slang.* To stay calm or relaxed. hang tough. *Informal.* To remain firmly resolved: *"We are going to hang tough on this"* (Donald T. Regan). let it all hang out. *Slang.* 1. To be completely relaxed. 2. To be completely candid. [ME *hongen,* partly < OE *hangian,* to hang, and partly < OE *hōn,* to hang.]
**Usage:** *Hanged,* as the past tense and past participle of *hang,* is used in the sense of "put to death by hanging." In the following example *hung* would be unacceptable to a majority of the Usage Panel: *Frontier courts hanged many a prisoner after a summary trial.* In all other senses of the word, *hung* is the preferred form as past tense and past participle.
han·gar (hăng'ər, hăng'gər) n. A structure esp. for housing or repairing aircraft. [Fr. < OFr., prob. < Med. Lat. *angarium,* shed for shoeing horses.]
hang·dog (hăng'dôg', -dŏg') adj. 1. Shamefaced or guilty. 2. Downcast; intimidated. —n. A sneaky or despicable person.
hang·er (hăng'ər) n. 1. One that hangs. 2. A contrivance to which something hangs or by which something is hung. 3. A device around which a garment is draped for hanging from a hook or rod. 4. A loop or strap by which something is hung. 5. A bracket on an automobile's spring shackle designed to hold it to the chassis. 6. A decorative strip of cloth hung on a garment or wall.
hang·er-on (hăng'ər-ŏn', -ôn') n., pl. hang·ers-on (hăng'ərz-). A sycophant; parasite.
hang glider n. A device resembling a kite from which a harnessed rider hangs while gliding from a height.
hang·ing (hăng'ĭng) n. 1. An execution on a gallows. 2. Something hung, as draperies or a tapestry. 3. A descending slope or inclination. —adj. 1. Situated on a sharp declivity. 2. Projecting downward; overhanging. 3. Suited for holding something that hangs. 4. a. Deserving death by hanging: *a hanging crime.* b. Disposed to inflict the sentence of death by hanging: *a hanging judge.*
hanging indention n. The indention of every line in a paragraph except the first.
hang·man (hăng'mən) n. One employed to execute condemned prisoners by hanging.
hang·nail (hăng'nāl') n. A small piece of dead skin at the side or the base of a fingernail that is partly detached from the rest of the skin. [Alteration of AGNAIL.]
hang·out (hăng'out') n. A frequently visited place.
hang·o·ver (hăng'ō'vər) n. 1. Unpleasant physical effects following the heavy use of alcohol. 2. A letdown, as after a


hang glider

ă pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier / j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ŏŏ took / ōō boot /

teristic thick yellow crusts. [Lat. < *impetere*, to attack. —see IMPETUS.]

**im·pe·trate** (ĭm'pĭ-trāt') *tr.v.* **-trat·ed, -trat·ing, -trates.** 1. To obtain by entreaty or petition. 2. To beseech. [Lat. *impetrare, impetrat-*, to obtain : *in-* (intensive) + *patrare*, to bring about.] —**im'pe·tra'tion** *n.* —**im'pe·tra'tor** *n.*

**im·pet·u·os·i·ty** (ĭm-pĕch'ōō-ŏs'ĭ-tē) *n., pl.* **-ties.** 1. The quality or condition of being impetuous. 2. An impetuous act.

**im·pet·u·ous** (ĭm-pĕch'ōō-əs) *adj.* 1. Characterized by sudden energy, action, or emotion; impulsive: *an impetuous decision he'll come to regret.* 2. Having or marked by violent force: *impetuous, heaving waves.* [ME < OFr. *impetueux* < Lat. *impetuosus* < *impetus*, impetus.] —**im·pet'u·ous·ly** *adv.* —**im·pet'u·ous·ness** *n.*

**Synonyms:** *impetuous, heedless, hasty, headlong, sudden.* These adjectives describe persons and their actions and decisions when marked by abruptness or lack of deliberation. *Impetuous* suggests impulsiveness, impatience, or lack of thoughtfulness. *Heedless* implies carelessness or lack of a sense of responsibility or proper regard for the consequences of action. *Hasty* and *headlong* both stress hurried action, and the latter especially implies recklessness. *Sudden* is applied to action or to personal attributes, such as moods, that make themselves apparent abruptly or unexpectedly.

**im·pe·tus** (ĭm'pĭ-təs) *n., pl.* **-tus·es.** 1. a. An impelling force; impulse. b. Something that incites; stimulus. 2. The force or energy associated with a moving body. [Lat., attack < *impetere*, to attack : *in-*, against + *petere*, to go towards, seek.]

**im·pi·e·ty** (ĭm-pī'ĭ-tē) *n., pl.* **-ties.** 1. The quality or state of being impious. 2. An impious act. 3. Undutifulness.

**im·pinge** (ĭm-pĭnj') *intr.v.* **-pinged, -ping·ing, -ping·es.** 1. To collide or strike: *Sound waves impinge on the eardrum.* 2. To encroach; trespass: *impinging on my privacy.* [Lat. *impingere*, to push against : *in-*, against + *pangere*, to fasten.] —**im·pinge'ment** *n.* —**im·ping'er** *n.*

**im·pi·ous** (ĭm'pē-əs, ĭm-pī'-) *adj.* 1. Not pious; lacking reverence. 2. Lacking due respect or dutifulness. [Lat. *impius*, irreverent, undutiful : *in-*, not + *pius*, reverent, dutiful.] —**im'pi·ous·ly** *adv.* —**im'pi·ous·ness** *n.*

**imp·ish** (ĭm'pĭsh) *adj.* Of or befitting an imp; mischievous. —**imp'ish·ly** *adv.* —**imp'ish·ness** *n.*

**im·pla·ca·ble** (ĭm-plăk'ə-bəl, -plā'kə-) *adj.* Incapable of appeasement or mitigation; inexorable: *implacable foes.* [Lat. *implacabilis* : *in-*, not + *placabilis*, placable.] —**im·plac'a·bil'i·ty, im·plac'a·ble·ness** *n.* —**im·plac'a·bly** *adv.*

**im·plant** (ĭm-plănt') *tr.v.* **-plant·ed, -plant·ing, -plants.** 1. To entrench or set in firmly, as in the ground. 2. To establish permanently, as in the mind or consciousness; instill. 3. *Med.* To insert or embed surgically, as in grafting. —*n.* (ĭm'plănt'). Something implanted, esp. surgically implanted tissue. —**im'plan·ta'tion** *n.*

**im·plau·si·ble** (ĭm-plô'zə-bəl) *adj.* Not plausible; difficult to believe. —**im·plau'si·bil'i·ty, im·plau'si·ble·ness** *n.* —**im·plau'si·bly** *adv.*

**im·plead** (ĭm-plēd') *tr.v.* **-plead·ed, -plead·ing, -pleads.** To sue in a court of law. [ME *empleden* < AN *empleder* : *en-* (intensive < Lat. *in-*) + *pleder*, to plead. —see PLEAD.]

**im·ple·ment** (ĭm'plə-mənt) *n.* 1. A tool, utensil, or instrument. 2. An article used to outfit or equip. 3. A means employed to achieve a given end; agent. —*tr.v.* (ĭm'plə-mĕnt') **-ment·ed, -ment·ing, -ments.** 1. To put into practical effect; carry out: *implement the new procedures.* 2. To supply with implements. [ME < LLat. *implementum*, a filling up < Lat. *implēre*, to fill up : *in-* (intensive) + *plēre*, to fill.] —**im'ple·men·ta'tion** (ĭm'plə-mən-tā'shən, -mĕn-) *n.*

**im·pli·cate** (ĭm'plĭ-kāt') *tr.v.* **-cat·ed, -cat·ing, -cates.** 1. To involve or connect intimately or incriminatingly. 2. To imply. 3. *Archaic.* To interweave or entangle; entwine. [Lat. *implicare, implicat-*, to entangle, unite : *in-*, in + *plicare*, to fold.]

**im·pli·ca·tion** (ĭm'plĭ-kā'shən) *n.* 1. The act of implicating or the condition of being implicated. 2. The act of implying or the condition of being implied. 3. Something that is implied, esp.: **a.** An indirect indication. **b.** An inference. —**im'pli·ca'tive** *adj.* —**im'pli·ca'tive·ly** *adv.*

**im·plic·it** (ĭm-plĭs'ĭt) *adj.* 1. Implied or understood although not directly expressed: *thought we had an implicit understanding.* 2. Contained in the nature of something although not readily apparent: *could see a great pianist implicit in the talented but unpolished young musician.* 3. Having no doubts or reservations; unquestioning: *implicit trust.* [Lat. *implicitus*, var. of *implicatus*, p.part. of *implicare*, to entangle. —see IMPLICATE.] —**im·plic'it·ly** *adv.* —**im·plic'it·ness** *n.*

**implicit differentiation** *n.* The process of isolating the derivative of a dependent variable of an implicit function by differentiating each term of the function separately, expressing the desired derivative as a symbol, and solving the resulting expression for the symbol.

**implicit function** *n.* A mathematical expression in which the function of concern is not directly expressed but must be arrived at by manipulation of the expression.

**im·plode** (ĭm-plōd') *v.* **-plod·ed, -plod·ing, -plodes.** —*intr.* To undergo implosion. —*tr.* 1. To pronounce by implosion. 2. To cause to undergo implosion. [IN-² + (EX)PLODE.]

**im·plore** (ĭm-plôr', -plōr') *tr.v.* **-plored, -plor·ing, -plores.** 1. To appeal to in supplication; beseech. 2. To plead or beg for urgently; entreat. [Lat. *implorare* : *in-*, in + *plorare*, to weep.] —**im'plo·ra'tion** *n.* —**im·plor'er** *n.* —**im·plor'ing·ly** *adv.*

**im·plo·sion** (ĭm-plō'zhən) *n.* 1. A violent collapse inward, as of a highly evacuated glass vessel. 2. Violent compression. 3. The stopping of the breath in the formation of a stop consonant. [IN-² + (EX)PLOSION.]

**im·plo·sive** (ĭm-plō'sĭv) *adj.* Pronounced by implosion. —*n.* A consonant pronounced by implosion.

**im·ply** (ĭm-plī') *tr.v.* **-plied, -ply·ing, -plies.** 1. To involve or suggest by logical necessity; entail: *His goals imply a good deal of hard work.* 2. To say or express indirectly: *His tone implied a malicious purpose.* 3. *Obs.* To entangle. —See Usage note at **Infer.** [ME *implien*, to enfold < OFr. *emplier* < Lat. *implicare.* —see IMPLICATE.]

**im·po·lite** (ĭm'pə-līt') *adj.* Not polite; discourteous. [Lat. *impolitus*, unpolished, inelegant : *in-*, not + *politus*, polished, p.part. of *polire*, to polish.] —**im'po·lite'ly** *adv.* —**im'po·lite'ness** *n.*

**im·pol·i·tic** (ĭm-pŏl'ĭ-tĭk) *adj.* Not wise or expedient; not politic. —**im·pol'i·tic·ly** *adv.*

**im·pon·der·a·ble** (ĭm-pŏn'dər-ə-bəl) *adj.* Incapable of being evaluated or weighed with precision. —**im·pon'der·a·bil'i·ty, im·pon'der·a·ble·ness** *n.* —**im·pon'der·a·bly** *adv.*

**im·pone** (ĭm-pōn') *tr.v.* **-poned, -pon·ing, -pones.** *Obs.* To wager or stake. [Lat. *imponere*, to place upon : *in-*, on + *ponere*, to place.]

**im·port** (ĭm-pôrt', -pōrt', ĭm'pôrt', -pōrt') *v.* **-port·ed, -port·ing, -ports.** —*tr.* 1. To bring or carry in from an outside source, esp. to bring in (goods) from a foreign country for trade or sale. 2. To carry or hold the meaning of; signify: *a high inflation rate importing hard times for the consumer.* 3. To imply. 4. *Archaic.* To have meaning for. —*intr.* To be significant. —*n.* (ĭm'pôrt', -pōrt'). 1. Something imported. 2. The occupation of importing. 3. Meaning; signification. 4. Importance; significance: *a Supreme Court decision with a far-reaching import on the issue of criminal rights.* [ME *importen* < Lat. *importare* : *in-*, in + *portare*, to carry.] —**im·port'a·bil'i·ty** *n.* —**im·port'a·ble** *adj.* —**im·port'er** *n.*

**im·por·tance** (ĭm-pôr'tns) *n.* 1. The condition or quality of being important; significance. 2. Personal status; standing. 3. *Obs.* An important matter. 4. *Obs.* Meaning; import. 5. *Obs.* Importunity.

**Synonyms:** *importance, consequence, moment, significance, import, weight.* These nouns refer to the quality of a thing that makes it influential or worthy of note, esteem, or the like. *Importance*, the most general term, usually can be substituted for any of the others, although it lacks their special implications. *Consequence* is especially applicable to persons or things of notable rank or position and to things that are important with respect to what follows them as an outcome or development. *Moment* implies importance or consequence that is readily apparent. *Significance* and *import* refer to the quality of a thing, often not readily apparent, that gives the thing special meaning or value. *Weight* is frequently used when a personal evaluation or judgment of importance is suggested.

**im·por·tant** (ĭm-pôr'tnt) *adj.* 1. Marked by or having great value, significance, or consequence. 2. Suggesting or having an air of great weight or moment; authoritative. 3. *Obs.* Importunate. [OFr. < OItal. *importante* < Med. Lat. *importans*, pr.part. of *importare*, to mean < Lat., to import.] —**im·por'tant·ly** *adv.*

**Usage:** The following sentence may be written with the adjective *important: The truth is evident; more important, it will prevail.* It may also be written with an adverb: *The truth is evident; more importantly, it will prevail.* Most grammarians prescribe the adjective form, in which *important* stands for "what is important." But half the members of the Usage Panel accept the adverbial form.

**im·por·ta·tion** (ĭm'pôr-tā'shən, -pōr-) *n.* 1. The act or business of importing. 2. Something imported.

**im·por·tu·nate** (ĭm-pôr'chə-nĭt) *adj.* Stubbornly or unreasonably persistent in request or demand. —**im·por'tu·nate·ly** *adv.* —**im·por'tu·nate·ness** *n.*

**im·por·tune** (ĭm'pôr-tōōn', -tyōōn', ĭm-pôr'chən) *tr.v.* **-tuned, -tun·ing, -tunes.** 1. To beset with repeated and insistent requests. 2. *Obs.* To ask for insistently and repeatedly. 3. *Obs.* To annoy; vex. —*adj.* Importunate. [Med. Lat. *importunari*, to be troublesome < Lat. *importunus*, inconvenient : *in-*, not + *portus*, harbor.] —**im'por·tune'ly** *adv.* —**im'por·tun'er** *n.*

**im·por·tu·ni·ty** (ĭm'pôr-tōō'nĭ-tē, -tyōō'-) *n., pl.* **-ties.** 1. The act of importuning. 2. The state or quality of being importunate.

**im·pose** (ĭm-pōz') *v.* **-posed, -pos·ing, -pos·es.** —*tr.* 1. To establish or apply as compulsory; levy: *impose a tax.* 2. To apply or make prevail by or as if by authority: *impose a peace settlement.* 3. To obtrude or force (oneself, for example) upon another or others. 4. *Printing.* To arrange (type or plates) on an imposing stone. 5. To pass off on others: *He imposed a fraud on his company.* —*intr.* To take unfair advantage of something or someone: *always imposing on her generosity.* [OFr. < Lat. *impositus*, p.part. of *imponere*, to place upon: *in-*, on + *ponere*, to place.] —**im·pos'er** *n.*

**im·pos·ing** (ĭm-pō'zĭng) *adj.* Impressive or awesome.

---

ă pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier /
j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ōō took / ōō boot /

3. Not clearly defined; indefinite. —**in′de·ci′sive·ly** *adv.* —**in′de·ci′sive·ness** *n.*

**in·de·clin·a·ble** (ĭn′dĭ-klī′nə-bəl) *adj.* Having no set of grammatical inflections.

**in·de·com·pos·a·ble** (ĭn-dē′kəm-pō′zə-bəl) *adj.* Not capable of being split into component parts.

**in·dec·o·rous** (ĭn-dĕk′ər-əs) *adj.* Lacking propriety or good taste. —**in·dec′o·rous·ly** *adv.* —**in·dec′o·rous·ness** *n.*

**in·de·co·rum** (ĭn′dĭ-kôr′əm, -kōr′-) *n.* 1. Lack of decorum; impropriety. 2. An instance of indecorous behavior or action.

**in·deed** (ĭn-dēd′) *adv.* 1. Without a doubt; certainly; truly. 2. In fact; in reality. 3. Admittedly; unquestionably. —*interj.* Used to express surprise, skepticism, or irony. [ME *indede*, in fact : *in*, in + *dede*, deed.]

**in·de·fat·i·ga·ble** (ĭn′dĭ-făt′ĭ-gə-bəl) *adj.* Incapable of being fatigued; tireless. [Lat. *indefatigabilis* : *in-*, not + *defatigare* to tire out (*de-*, thoroughly + *fatigare*, to weary).] —**in′de·fat′i·ga·bil′i·ty, in′de·fat′i·ga·ble·ness** *n.* —**in′de·fat′i·ga·bly** *adv.*

**in·de·fea·si·ble** (ĭn′dĭ-fē′zə-bəl) *adj.* Not capable of being annulled or made void. —**in′de·fea′si·bil′i·ty** *n.* —**in′de·fea′si·bly** *adv.*

**in·de·fec·ti·ble** (ĭn′dĭ-fĕk′tə-bəl) *adj.* 1. Having the ability to resist defect or failure; lasting. 2. Without flaw or defect; perfect. —**in′de·fec′ti·bil′i·ty** *n.* —**in′de·fec′ti·bly** *adv.*

**in·de·fen·si·ble** (ĭn′dĭ-fĕn′sə-bəl) *adj.* Not capable of being defended, esp.: **a.** Inexcusable; unpardonable. **b.** Invalid; untenable. **c.** Vulnerable to physical attack. —**in′de·fen′si·bil′i·ty, in′de·fen′si·ble·ness** *n.* —**in′de·fen′si·bly** *adv.*

**in·de·fin·a·ble** (ĭn′dĭ-fī′nə-bəl) *adj.* Not capable of being defined, described, or analyzed. —*n.* One that is indefinable. —**in′de·fin′a·ble·ness** *n.* —**in′de·fin′a·bly** *adv.*

**in·def·i·nite** (ĭn-dĕf′ə-nĭt) *adj.* Not definite, esp.: **a.** Unclear; vague. **b.** Lacking precise limits. **c.** Uncertain; undecided. [Lat. *indefinitus* : *in-*, not + *definitus*, definite.] —**in·def′i·nite·ly** *adv.* —**in·def′i·nite·ness** *n.*

**indefinite article** *n. Gram.* An article, as English *a* or *an*, that does not fix the identity of the noun modified.

**indefinite integral** *n. Math.* The set of all functions of which a given function is the derivative, usually represented by $\int f(x)dx + C$, where $\int f(x)dx$ is any member of the set and $C$ is an arbitrary constant.

**indefinite pronoun** *n. Gram.* A pronoun, as English *any* or *some*, that does not specify the identity of its object.

**in·de·his·cent** (ĭn′dĭ-hĭs′ənt) *adj.* Not splitting open at maturity: *indehiscent fruit*. —**in′de·his′cence** *n.*

**in·del·i·ble** (ĭn-dĕl′ə-bəl) *adj.* 1. Incapable of being removed, erased, or washed away; permanent. 2. Making a mark not easily erased or washed away: *an indelible laundry pencil*. [Lat. *indelebilis* : *in-*, not + *delebilis*. capable of being destroyed < *delēre*, to destroy.] —**in·del′i·bil′i·ty, in·del′i·ble·ness** *n.* —**in·del′i·bly** *adv.*

**in·del·i·ca·cy** (ĭn-dĕl′ĭ-kə-sē) *n., pl.* **-cies.** 1. The quality or condition of being indelicate. 2. Something that is indelicate.

**in·del·i·cate** (ĭn-dĕl′ĭ-kĭt) *adj.* 1. **a.** Offensive to or lacking in propriety. **b.** Bordering on vulgarity; coarse. 2. Prone to or marked by lack of sensitivity to the feelings of others; tactless. —**in·del′i·cate·ly** *adv.* —**in·del′i·cate·ness** *n.*

**in·dem·ni·fi·ca·tion** (ĭn-dĕm′nə-fĭ-kā′shən) *n.* 1. **a.** The act of indemnifying. **b.** The condition of being indemnified. 2. Something that indemnifies; indemnity.

**in·dem·ni·fy** (ĭn-dĕm′nə-fī′) *tr.v.* **-fied, -fy·ing, -fies.** 1. To protect against damage, loss, or injury; insure. 2. To make compensation to for damage, loss, or injury suffered. [< Lat. *indemnis*, uninjured : *in-*, not + *damnum*, harm.] —**in·dem′ni·fi′er** *n.*

**in·dem·ni·ty** (ĭn-dĕm′nĭ-tē) *n., pl.* **-ties.** 1. Security against damage, loss, or injury. 2. A legal exemption from liability for damages. 3. Compensation for damage, loss, or injury suffered. [ME *indempnite* < AN < LLat. *indemnitas* < Lat. *indemnis*, uninjured. —see INDEMNIFY.]

**in·de·mon·stra·ble** (ĭn′dĭ-mŏn′strə-bəl) *adj.* Incapable of being proved or demonstrated. —**in′de·mon′stra·ble·ness, in′de·mon′stra·bil′i·ty** *n.* —**in′de·mon′stra·bly** *adv.*

**in·dene** (ĭn′dēn′) *n.* A colorless organic liquid, $C_9H_8$, obtained from coal tar and used in preparing synthetic resins. [IND(OLE) + -ENE.]

**in·dent**[1] (ĭn-dĕnt′) *v.* **-dent·ed, -dent·ing, -dents.** —*tr.* 1. **a.** To cut or tear (a document with two or more copies) along an irregular line so that the parts can later be matched for establishing authenticity. **b.** To draw up (a document) in duplicate or triplicate. 2. **a.** To notch or serrate the edge of; make jagged. **b.** To make notches, grooves, or holes in (wood, for example) for the purpose of mortising. **c.** To fit or join together by or as if by mortising. 3. To set (the first line of a paragraph, for example) in from the margin. 4. *Chiefly Brit.* To order (goods) by purchase order or official requisition. —*intr.* 1. To form an indentation. 2. *Chiefly Brit.* To draw up or order an indent. —*n.* (ĭn-dĕnt′, ĭn′dĕnt′). 1. An indenture. 2. A U.S. certificate issued at the close of the Revolutionary War for interest due on the public debt. 3. *Chiefly Brit.* An official requisition or purchase order for goods. 4. An indention. [ME *endenten*, to notch < OFr. *en-*

*denter* < Med. Lat. *indentare*. : Lat. *in-*, in + Lat. *dens*, tooth.] —**in·dent′er** *n.*

**in·dent**[2] (ĭn-dĕnt′) *tr.v.* **-dent·ed, -dent·ing, -dents.** 1. To make a dent in. 2. To impress (a design, for example); stamp. —*n.* (ĭn-dĕnt′, ĭn′dĕnt′). An indentation.

**in·den·ta·tion** (ĭn′dĕn-tā′shən) *n.* 1. **a.** The act of indenting. **b.** The condition of being indented. 2. A notch or jagged cut in an edge. 3. A recess in a border, coastline, or other boundary. 4. The blank space between a margin and the beginning of an indented line.

**in·den·tion** (ĭn-dĕn′shən) *n.* 1. **a.** The act of indenting. **b.** The condition of being indented. 2. The blank space between a margin and the beginning of an indented line. 3. *Archaic.* An indentation or dent.

**in·den·ture** (ĭn-dĕn′chər) *n.* 1. **a.** A document in duplicate having indented edges. **b.** A legal deed or contract executed between two or more parties. **c.** Often **indentures.** A contract binding one party into the service of another for a specified term. **d.** An official or authenticated inventory, list, or voucher. 2. Indentation. —*tr.v.* **-tured, -tur·ing, -tures.** 1. To bind into the service of another by indenture. 2. *Archaic.* To form an indentation in. [ME *endenture*, a written agreement < AN < OFr. *endenter*, to indent.]

**in·de·pend·ence** (ĭn′dĭ-pĕn′dəns) *n.* 1. The state or quality of being independent. 2. *Archaic.* Sufficient income for self-support; competence.

**Independence Day** *n.* July 4, a U.S. legal holiday celebrating the anniversary of the adoption of the Declaration of Independence in 1776.

**in·de·pend·en·cy** (ĭn′dĭ-pĕn′dən-sē) *n., pl.* **-cies.** 1. Independence. 2. An independent territory or state. 3. **Independency.** The Independent movement in 17th-century England.

**in·de·pend·ent** (ĭn′dĭ-pĕn′dənt) *adj.* 1. Politically autonomous; self-governing. 2. Free from the influence, guidance, or control of another or others; self-reliant: *an independent mind*. 3. Not determined or influenced by someone or something else; not contingent: *an independent study of air pollution*. 4. Affiliated with or loyal to no one political party or organization: *an independent voter*. 5. Not dependent on or affiliated with a larger or controlling group or system: *an independent food store*. 6. **a.** Financially self-sufficient; self-supporting. **b.** Providing or being sufficient income to enable one to live without working: *a person of independent means*. 7. *Math.* **a.** Not dependent on other variables: *an independent variable.* **b.** Of or pertaining to a system of equations no one of which is necessarily satisfied by a set of values of the independent variables that satisfy all the others. **c.** Of, pertaining to, describing, or being an outcome of a trial of a chance experiment the probability of which does not depend on the outcome of any other trial of the chance experiment. —*n.* 1. One that is independent, esp. a voter who does not pledge allegiance to any one political party. 2. **Independent.** A member of a movement in England in the 17th century advocating the political and religious independence of individual congregations. 3. **Independent.** *Chiefly Brit.* A Congregationalist.

**independent clause** *n. Gram.* A clause that contains a subject, a verb, and sometimes an object and modifiers, and that is capable of standing alone as a complete sentence.

**in-depth** (ĭn′dĕpth′) *adj.* Detailed; thorough: *an in-depth study.*

**in·de·scrib·a·ble** (ĭn′dĭ-skrī′bə-bəl) *adj.* 1. Incapable of being described. 2. Exceeding description: *indescribable delight.* —**in′de·scrib′a·bil′i·ty, in′de·scrib′a·ble·ness** *n.* —**in′de·scrib′a·bly** *adv.*

**in·de·struc·ti·ble** (ĭn′dĭ-strŭk′tə-bəl) *adj.* Incapable of being destroyed; unbreakable. —**in′de·struc′ti·bil′i·ty, in′de·struc′ti·ble·ness** *n.* —**in′de·struc′ti·bly** *adv.*

**in·de·ter·min·a·ble** (ĭn′dĭ-tûr′mə-nə-bəl) *adj.* 1. Incapable of being fixed or measured; not ascertainable. 2. Incapable of being finally settled or decided. —**in′de·ter′min·a·bly** *adv.*

**in·de·ter·mi·na·cy** (ĭn′dĭ-tûr′mə-nə-sē) *n.* The state or quality of being indeterminate.

**in·de·ter·mi·nate** (ĭn′dĭ-tûr′mə-nĭt) *adj.* 1. **a.** Not precisely determined: *a person of indeterminate age.* **b.** Incapable of being determined. **c.** Lacking clarity or precision; vague. **d.** Not known in advance. 2. *Bot.* Not terminating in a flower and continuing to grow at the apex: *an indeterminate inflorescence.* [ME *determinat* < LLat. *indeterminatus* : Lat. *in-*, not + *determinatus*, determinate.] —**in′de·ter′mi·nate·ly** *adv.* —**in′de·ter′mi·nate·ness, in′de·ter′mi·na′tion** *n.*

**in·de·ter·min·ism** (ĭn′dĭ-tûr′mə-nĭz′əm) *n.* 1. Indeterminacy; unpredictability. 2. The philosophical doctrine that in some circumstances volition occurs independent of physiological and psychological antecedents. —**in′de·ter′min·ist** *n.* —**in′de·ter′min·is′tic** *adj.*

**in·dex** (ĭn′dĕks′) *n., pl.* **-dex·es** or **-di·ces** (-dĭ-sēz′). 1. Something that serves to guide, point out, or otherwise facilitate reference, esp.: **a.** An alphabetized listing of names, places, and subjects included in a printed work that gives for each item the page on which it is mentioned. **b.** A series of notches cut into the edge of a book for easy access to chapters or other divisions. **c.** A table, file, or catalogue. 2. Something that reveals or indicates; sign: *"Her face . . . was a fair index to her disposition"* (Samuel Butler).

ă pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier / j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ŏŏ took / ōō boot /

**b.** The condition of being so stimulated. **2.** An agency, as a person or a work of art, that moves the intellect or emotions or that prompts action or invention. **3.** Something that is inspired; a sudden creative act or idea. **4.** The quality of inspiring or exalting: *a painting full of inspiration.* **5.** *Theol.* Divine guidance or influence exerted directly upon the mind and soul of man. **6.** The act of breathing in; inhalation.
**in·spi·ra·tion·al** (ĭn'spə-rā'shə-nəl) *adj.* **1.** Of or pertaining to inspiration. **2.** Providing or intended to convey inspiration. **3.** Resulting from inspiration. —**in'spi·ra'tion·al·ly** *adv.*
**in·spi·ra·tor** (ĭn'spə-rā'tər) *n.* **1.** An inhaler. **2.** A respirator.
**in·spir·a·to·ry** (ĭn-spīr'ə-tôr'ē, -tōr'ē) *adj.* Of, pertaining to, or used for the drawing in of air.
**in·spire** (ĭn-spīr') *v.* **-spired, -spir·ing, -spires.** —*tr.* **1.** To affect, guide, or arouse by divine influence. **2.** To fill with noble or reverent emotion; exalt: *hymns that inspire the congregation.* **3.** To stimulate to creativity or action. **4.** To elicit; arouse: *a woman capable of inspiring a man's devotion.* **5.** To be the cause or source of; bring about: *an invention that inspired many imitations.* **6.** To inhale (air). **7.** *Archaic.* **a.** To breathe upon. **b.** To breathe life into. —*intr.* **1.** To stimulate energies, ideals, or reverence. **2.** To inhale. [ME *enspiren* < OFr. *enspirer* < Lat. *inspirare* : *in-*, into + *spirare*, to breathe.] —**in·spir'er** *n.* —**in·spir'ing·ly** *adv.*
**in·spir·it** (ĭn-spĭr'ĭt) *tr.v.* **-it·ed, -it·ing, -its.** To instill courage or life into; animate.
**in·spis·sate** (ĭn-spĭs'āt', ĭn'spĭ-sāt') *intr. & tr.v.* **-sat·ed, -sat·ing, -sates.** To thicken or cause to thicken, as by boiling or evaporation; condense. [< LLat. *inspissatus*, thickened : Lat. *in-* (intensive) + *spissus*, thick.] —**in'spis·sa'tion** *n.* —**in·spis·sa'tor** *n.*
**in·sta·bil·i·ty** (ĭn'stə-bĭl'ĭ-tē) *n., pl.* **-ties.** Lack of stability.
**in·stall** also **in·stal** (ĭn-stôl') *tr.v.* **-stalled, -stall·ing, -stalls** also **-stals.** **1.** To set in position and connect or adjust for use. **2.** To induct into an office, rank, or position: *a ceremony to install the new prime minister.* **3.** To settle in an indicated place or condition; establish: *installed herself in the spare room.* [ME *installen* < OFr. *installer* < Med. Lat. *installare* : *in-*, in + *stallum*, place.] —**in·stall'er** *n.*
**in·stal·la·tion** (ĭn'stə-lā'shən) *n.* **1. a.** The act of installing. **b.** The state of being installed. **2.** A system of machinery or other apparatus set up for use. **3.** A military base or camp.
**in·stall·ment**[1] also **in·stal·ment** (ĭn-stôl'mənt) *n.* **1.** One of several successive payments in settlement of a debt. **2.** A portion of something issued at intervals. **3.** A chapter or part of a literary work presented serially. —*modifier: the installment plan.* [Alteration of obs. *estallment* < OFr. *estaler*, to place, fix < *estal*, place, of Germanic orig.]
**in·stall·ment**[2] also **in·stal·ment** (ĭn-stôl'mənt) *n.* Installation.
**in·stance** (ĭn'stəns) *n.* **1.** Something that is representative of a group or class; example. **2.** A legal proceeding or process; suit. **3.** A step in a process. **4. a.** Prompting; request: *called at the instance of his wife.* **b.** *Archaic.* Urgent solicitation. **5.** *Obs.* An impelling motive. —*tr.v.* **-stanced, -stanc·ing, -stanc·es.** **1.** To offer as an example; cite. **2.** To demonstrate or show by being an example; exemplify. [ME *instaunce* < OFr. *instance* < Lat. *instantia*, presence < *instans*, present. —see INSTANT.]
**in·stan·cy** (ĭn'stən-sē) *n.* **1.** Urgency. **2.** Immediateness; instantaneousness.
**in·stant** (ĭn'stənt) *n.* **1.** A very brief time; moment. **2.** A particular point in time: *the instant he arrives.* **3.** The current month: *your letter of the 15th instant.* —*adj.* **1.** Immediate: *instant attention.* **2.** Imperative; urgent: *an instant need.* **3.** Now under consideration; present. **4. a.** Designed for quick preparation with minimal effort: *instant mashed potatoes.* **b.** Appearing, done, or taking place with or as if with maximum quickness and ease. —*adv.* Instantly. [ME < OFr. < Lat. *instans*, present, pr.part. of *instare*, to approach : *in-*, on + *stare*, to stand.]
**in·stan·ta·ne·ous** (ĭn'stən-tā'nē-əs) *adj.* **1.** Occurring or completed without perceptible delay. **2.** Present or occurring at a specific instant: *instantaneous velocity.* [Med. Lat. *instantaneus* < Lat. *instans*, present. —see INSTANT.] —**in'stan·ta'ne·ous·ly** *adv.* —**in'stan·ta'ne·ous·ness** *n.*
**in·stan·ter** (ĭn-stăn'tər) *adv.* Without delay; instantly. [Med. Lat., urgently < *instans*, present. —see INSTANT.]
**in·stant·ly** (ĭn'stənt-lē) *adv.* **1.** At once; immediately. **2.** *Archaic.* Urgently. —*conj.* As soon as.
**instant replay** *n.* A recording of an event on videotape for playback immediately upon completion of the event.
**in·star**[1] (ĭn-stär') *tr.v.* **-starred, -star·ring, -stars.** To stud with or as if with stars.
**in·star**[2] (ĭn'stär') *n.* An insect or other arthropod between molts, as during metamorphosis. [NLat. < Lat., image, form.]
**in·state** (ĭn-stāt') *tr.v.* **-stat·ed, -stat·ing, -states.** To establish in office; install.
**in·stau·ra·tion** (ĭn'stô-rā'shən) *n. Archaic.* **1.** Renovation; restoration. **2.** Institution; establishment. [Lat. *instauratio* < *instaurare*, to renew.]
**in·stead** (ĭn-stĕd') *adv.* In the place of something previously mentioned; as an alternative or substitute: *Planning to drive, he walked instead.* [ME *in sted of*, in place of.]
**instead of** *prep.* In place of; rather than.


instrument

**in·step** (ĭn'stĕp') *n.* **1.** The arched middle part of the human foot. **2.** The part of a shoe or stocking covering the instep.
**in·sti·gate** (ĭn'stĭ-gāt') *tr.v.* **-gat·ed, -gat·ing, -gates.** **1.** To urge on; goad. **2.** To foment; stir up. [Lat. *instigare, instigat-*.] —**in'sti·ga'tion** *n.* —**in'sti·ga'tive** *adj.* —**in'sti·ga'tor** *n.*
**in·still** also **in·stil** (ĭn-stĭl') *tr.v.* **-stilled, -still·ing, -stills** also **-stils.** **1.** To introduce by gradual, persistent efforts; implant: *"morality . . . may be instilled into their minds"* (Jefferson). **2.** To pour in drop by drop. [Lat. *instillare,* to drip in : *in-*, in + *stillare,* to drip < *stilla,* drop.] —**in'stil·la'tion** (ĭn'stə-lā'shən) *n.* —**in·still'er** *n.*
**in·stinct** (ĭn'stĭngkt') *n.* **1. a.** The innate aspect of behavior that is unlearned, complex, and normally adaptive. **b.** A powerful motivation or impulse. **2.** An innate capability or aptitude. —*adj.* (ĭn-stĭngkt'). **1.** *Obs.* Impelled from within. **2.** Imbued; filled: *words instinct with love.* [ME < Lat. *instinctus,* impulse < p.part. of *instinguere,* to incite : *in-,* on + *stinguere,* to prick.]
**in·stinc·tive** (ĭn-stĭngk'tĭv) *adj.* **1.** Of, pertaining to, or arising from instinct. **2.** Arising from a natural impulse; spontaneous and unthinking: *an instinctive dislike of spiders.* —**in·stinc'tive·ly** *adv.*
**in·sti·tute** (ĭn'stĭ-tōōt', -tyōōt') *tr.v.* **-tut·ed, -tut·ing, -tutes.** **1. a.** To establish, organize, and set in operation. **b.** To initiate; begin. **2.** To establish or invest in an office or position. —*n.* **1.** *Obs.* The act of instituting. **2.** Something instituted, esp. an authoritative rule or precedent. **3.** An organization founded to promote some cause: *an institute for the deaf.* **4. a.** An educational institution. **b.** The building or buildings housing such an institution. **5.** A short, intensive workshop or seminar on one specific subject. **6. institutes.** A digest of the principles or rudiments of some subject, esp. a legal abstract. [ME *instituten* < Lat. *institutus,* p.part. of *instituere,* to establish : *in-,* in + *statuere,* to set up < *stare,* to stand.] —**in'sti·tut'er, in'sti·tu'tor** *n.*
**in·sti·tu·tion** (ĭn'stĭ-tōō'shən, -tyōō'shən) *n.* **1.** The act of instituting. **2. a.** A custom, practice, relationship, or behavioral pattern of importance in the life of a community or society. **b.** *Informal.* An ever-present feature; fixture. **3. a.** An established organization or foundation, esp. one dedicated to public service or to culture. **b.** The building or buildings housing such an organization. **4.** A place of confinement, as a mental asylum. —**in'sti·tu'tion·al** *adj.* —**in'sti·tu'tion·al·ly** *adv.*
**in·sti·tu·tion·al·ism** (ĭn'stĭ-tōō'shə-nə-lĭz'əm, -tyōō'-) *n.* **1.** Adherence to or belief in established forms, esp. belief in organized religion. **2.** Use of institutions for those incapable of self-maintenance. —**in'sti·tu'tion·al·ist** *n.*
**in·sti·tu·tion·al·ize** (ĭn'stĭ-tōō'shə-nə-līz', -tyōō'-) *tr.v.* **-ized, -iz·ing, -iz·es.** **1.** To make into, treat as, or give the character of an institution to. **2.** To commit (a person) to an institution. —**in'sti·tu'tion·al·i·za'tion** *n.*
**in·stroke** (ĭn'strōk') *n.* An inward stroke, esp. a piston stroke moving away from the crankshaft.
**in·struct** (ĭn-strŭkt') *v.* **-struct·ed, -struct·ing, -structs.** —*tr.* **1.** To furnish with knowledge; teach. **2.** To give orders to; direct. —*intr.* To serve as an instructor. [ME *instructen* < Lat. *instructus,* p.part. of *instruere,* to prepare : *in-,* in + *struere,* to build.]
**in·struc·tion** (ĭn-strŭk'shən) *n.* **1.** The act, practice, or profession of instructing. **2. a.** Imparted knowledge. **b.** An imparted or acquired item of knowledge; lesson. **3.** *Computer Sci.* A machine code telling a computer to perform a particular operation. **4.** Often **instructions.** A direction; order. —**in·struc'tion·al** *adj.*
**in·struc·tive** (ĭn-strŭk'tĭv) *adj.* Conveying knowledge or information; enlightening. —**in·struc'tive·ly** *adv.* —**in·struc'tive·ness** *n.*
**in·struc·tor** (ĭn-strŭk'tər) *n.* **1.** One who instructs; teacher. **2. a.** An academic rank below assistant professor. **b.** One who holds such a rank. —**in·struc'tor·ship'** *n.*
**in·stru·ment** (ĭn'strə-mənt) *n.* **1.** A means by which something is done; agency. **2. a.** One used to accomplish some purpose. **b.** A person used and controlled by another; dupe. **3.** A mechanical implement. **4.** A device for recording or measuring, esp. such a device functioning as part of a control system. **5.** A device for producing music. **6.** A legal document. —*tr.v.* (-mĕnt') **-ment·ed, -ment·ing, -ments.** **1.** To provide or equip with instruments. **2.** To address a legal document to. [ME < Lat. *instrumentum,* tool < *instruere,* to prepare. —see INSTRUCT.]
**in·stru·men·tal** (ĭn'strə-mĕn'tl) *adj.* **1.** Serving as a means or agency; implemental. **2.** Of, pertaining to, or accomplished with an instrument or tool. **3.** Performed on or written for a musical instrument. **4.** *Gram.* Of or designating a case used typically to express means, agency, or accompaniment. —*n. Gram.* **1.** The instrumental case. **2.** A word in the instrumental case. —**in'stru·men'tal·ly** *adv.*
**in·stru·men·tal·ism** (ĭn'strə-mĕn'tl-ĭz'əm) *n.* A pragmatic theory that ideas are instruments that function as guides of action, their validity being determined by the success of the action.
**in·stru·men·tal·ist** (ĭn-strə-mĕn'tl-ĭst) *n.* **1.** One who plays a musical instrument. **2.** An advocate or student of instrumentalism.
**in·stru·men·tal·i·ty** (ĭn'strə-mĕn-tăl'ĭ-tē) *n., pl.* **-ties.** **1.** The

---

ă pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier /
j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ōō took / ōō boot /



**simple harmonic motion** *n. Physics.* A periodic motion that may be described as a sinusoidal function of time; specifically, the motion of a particle that obeys the equation $x = A\cos(kt + \phi)$, where $x$ is the displacement of the particle from the origin at any time $t$, $A$ is the maximum displacement, $\phi$ is the initial phase or angular displacement at $t = 0$, and $k$ is a constant equal to $2\pi$ times the frequency of the oscillation.
**simple honors** *pl.n.* Three honors in trump or three aces at no-trump held by the same side in bridge.
**simple interest** *n.* Interest paid only on the original principal, not on the interest accrued.
**simple machine** *n.* A machine (sense 1.b.).
**simple microscope** *n.* A microscope having one lens or lens system, as a magnifying glass or hand lens.
**sim·ple-mind·ed** (sĭm'pəl-mīn'dĭd) *adj.* 1. Not sophisticated; artless. 2. Stupid or silly. 3. Mentally defective. —**sim'ple-mind'ed·ly** *adv.* —**sim'ple-mind'ed·ness** *n.*
**simple pendulum** *n.* A pendulum (sense 1).
**simple sentence** *n.* A sentence having no coordinate or subordinate clauses, as *The cat purred.*
**Simple Simon** *n.* A foolish fellow; simpleton. [After *Simple Simon*, a character in a nursery rhyme.]
**simple sugar** *n.* A monosaccharide.
**sim·ple·ton** (sĭm'pəl-tən) *n.* A silly or stupid person; fool. [< SIMPLE.]
**sim·plex** (sĭm'plĕks') *adj.* Denoting a system of telegraphy in which only one message may be sent in either direction at one time. [Lat. *simplex*, simple.]
**sim·plic·i·ty** (sĭm-plĭs'ĭ-tē) *n., pl.* -**ties.** 1. The property, condition, or quality of being simple. 2. Absence of luxury or showiness; plainness. 3. Absence of affectation or pretense. 4. Lack of good sense or intelligence; foolishness. [ME *symplicite* < OFr. < Lat. *simplicitas* < *simplex*, simple.]
**sim·pli·fy** (sĭm'plə-fī') *tr.v.* -**fied, -fy·ing, -fies.** To make simple or simpler; render less complex or intricate. [Fr. *simplifier* < Med. Lat. *simplificare* < Lat. *simplus*, simple + *facere*, to make.] —**sim'pli·fi·ca'tion** *n.* —**sim'pli·fi'er** *n.*
**sim·plism** (sĭm'plĭz'əm) *n.* The tendency to oversimplify an issue or problem by ignoring complexities or complications. [Fr. *simplisme* < OFr. *simple*, simple.] —**sim·plis'tic** (sĭm-plĭs'tĭk) *adj.* —**sim·plis'ti·cal·ly** *adv.*
**sim·ply** (sĭm'plē) *adv.* 1. In a simple manner; plainly. 2. Foolishly. 3. Merely; only: *We knew him simply as Bill.* 4. Absolutely; altogether: *simply delicious.* 5. Frankly; candidly: *You are, quite simply, inadequate for this job.*
**simply connected** *adj.* Of, being, or characterized by a mathematical surface that is divided into two separate parts by every simple closed curve within it.
**simply ordered** *adj.* Having any three mathematical elements transitively related and any two elements equal or connected by an asymmetric relationship.
**sim·u·la·cra** (sĭm'yə-lā'krə, -lăk'rə) *n.* Plural of **simulacrum.**
**sim·u·la·cre** (sĭm'yə-lā'kər, -lăk'ər) *n. Archaic.* A simulacrum.
**sim·u·la·crum** (sĭm'yə-lā'krəm, -lăk'rəm) *n., pl.* -**la·cra** (-lā'krə, -lăk'rə). 1. An image or representation of something. 2. An unreal or vague semblance of something. [Lat. < *simulare*, to simulate < *similis*, like.]
**sim·u·lar** (sĭm'yə-lər, -lär') *Archaic.* —*n.* One that simulates; simulator. —*adj.* Simulated; sham.
**sim·u·late** (sĭm'yə-lāt') *tr.v.* -**lat·ed, -lat·ing, -lates.** 1. To have or take on the appearance, form, or sound of; imitate. 2. To make a pretense of; feign: *simulate an interest.* —*adj.* (-lĭt, -lāt'). Simulated; assumed. [Lat. *simulare, simulat-* < *similis*, like.] —**sim'u·la'tive** *adj.*
**sim·u·la·tion** (sĭm'yə-lā'shən) *n.* 1. The act or process of simulating. 2. An imitation. 3. The assumption of a false appearance.
**sim·u·la·tor** (sĭm'yə-lā'tər) *n.* One that simulates, esp. an apparatus that generates test conditions approximating actual or operational conditions.
**si·mul·cast** (sī'məl-kăst', sĭm'əl-) *tr.v.* -**cast·ed, -cast·ing, -casts.** To broadcast simultaneously by FM and AM radio or by radio and television. —*n.* A simulcasted broadcast. [SIMUL(TANEOUS) + (BROAD)CAST.]
**si·mul·ta·ne·ous** (sī'məl-tā'nē-əs, sĭm'əl-) *adj.* 1. Happening, existing, or done at the same time. 2. *Math.* Collectively restricting the values of a set of variables: *simultaneous equations.* [Lat. *simul*, at the same time + E. *-aneous*, as in *instantaneous.*] —**si'mul·ta'ne·ous·ly** *adv.* —**si'mul·ta'ne·ous·ness, si'mul·ta·ne'i·ty** (-tə-nē'ĭ-tē, -nā'-) *n.*
**sin¹** (sĭn) *n.* 1. A transgression of a religious or moral law, esp. when deliberate. 2. *Theol.* A condition of estrangement from God as a result of breaking God's law. 3. An offense, violation, fault, or error. —*intr.v.* **sinned, sin·ning, sins.** 1. To violate a religious or moral law. 2. To commit an offense or violation. [ME *sinne* < OE *synn.*]
**sin²** (sĕn, shĭn) *n.* The 21st letter of the Hebrew alphabet. See table at **alphabet.** [Heb., var. of *shin*, the letter shin.]
**sin·an·thro·pus** (sĭ-năn'thrə-pəs, sī-, sī'năn-thrō'pəs, sĭn'-ăn-) *n.* An extinct manlike primate of the genus *Sinanthropus*, which includes Peking man. [NLat. *Sinanthropus*, genus name : SINO- + *anthropus*, human being.]
**sin·a·pism** (sĭn'ə-pĭz'əm) *n.* A mustard plaster. [Fr. *sinapisme* < LLat. *sinapismus* < Gk. *sinapismos*, use of a mustard plaster < *sinapizein*, to apply a mustard plaster < *sinapi*, mustard.]
**since** (sĭns) *adv.* 1. From then until now or between then and now: *He left town and hasn't been here since.* 2. Before now; ago: *long since forgotten.* —*prep.* From a specified time in the past: *He has not been home since Easter.* —*conj.* 1. During the time after which: *He hasn't been home since he graduated.* 2. Continuously from the time when: *He hasn't spoken since he sat down.* 3. As a result of the fact that; inasmuch as: *Since you're not interested, I won't tell you about it.* —See Usage notes at **ago** and **because.** [ME *sinnes*, contraction of *sithenes* < OE *siððan.*]
**sin·cere** (sĭn-sîr') *adj.* -**cer·er, -cer·est.** 1. Not feigned or affected; true: *a sincere apology.* 2. Presenting no false appearance; honest: *a sincere believer.* 3. *Archaic.* Pure; unadulterated. [Lat. *sincerus.*] —**sin·cere'ly** *adv.* —**sin·cere'ness** *n.*
 **Synonyms:** *sincere, natural, unaffected, unfeigned, wholehearted, hearty, heartfelt.* These adjectives describe what is genuine and free from dissimulation or artifice. *Sincere* emphasizes honesty of expression or behavior. It implies freedom from hypocrisy and usually a disposition to be constructive. *Natural* and *unaffected* stress absence of artificiality. *Natural* usually applies to appearance or behavior or thought to express one's true nature, whereas *unaffected* may imply genuineness where the opposite could be expected. *Unfeigned* especially suggests freedom from falseness or deceit. *Wholehearted* and *hearty* imply not only genuineness of feeling but also its expression in convincing terms. *Wholehearted* suggests total commitment and unstinting devotion to a cause or the like. *Hearty* especially stresses convincing expression of feeling openly displayed. *Heartfelt,* in contrast, emphasizes depth of feeling rather than its display.
**sin·cer·i·ty** (sĭn-sĕr'ĭ-tē) *n.* The quality or condition of being sincere.
**sin·ci·put** (sĭn'sə-pət) *n., pl.* **sin·ci·puts** or **sin·cip·i·ta** (sĭn-sĭp'ĭ-tə). 1. The upper half of the cranium, esp. the anterior portion above and including the forehead. 2. The forehead. [Lat. : *semi-*, half + *caput*, head.] —**sin·cip'i·tal** (-sĭp'ĭ-tl) *adj.*
**Sin·dhi** (sĭn'dē) *n., pl.* **Sindhi** or -**dhis.** 1. **a.** The predominantly Moslem people of Sind. **b.** A member of this people. 2. The Indic language of Sind. [Ar. *Sindī.*] —**Sin'dhi** *adj.*
**sine** (sīn) *n.* 1. The ordinate of the endpoint of an arc of a unit circle centered at the origin of a Cartesian coordinate system, the arc being of length $x$ and measured counterclockwise from the point (1, 0) if $x$ is positive or clockwise if $x$ is negative. 2. In a right triangle, the function of an acute angle that is the ratio of the opposite side to the hypotenuse. [Med. Lat. *sinus* < Lat., curve.]
**si·ne·cure** (sī'nĭ-kyŏor', sĭn'ĭ-) *n.* 1. An ecclesiastical benefice not attached to the spiritual duties of a parish. 2. A position or office that requires little or no work but provides a salary. [< Med. Lat. *sine cura*, without cure of souls.] —**si'ne·cur·ism** *n.* —**si'ne·cur·ist** *n.*
**sine curve** *n.* The graph of the equation $y = \sin x$.
**si·ne di·e** (sī'nĭ dī'ē, sĭn'ā dē'ā') *adv.* Without a day specified for a future meeting; indefinitely: *Parliament was dismissed sine die.* [Lat., without a day.]
**si·ne qua non** (sĭn'ī kwä nŏn', nōn', sī'nĭ kwā nŏn') *n.* An essential element or condition. [Lat., without which not.]
**sin·ew** (sĭn'yōō) *n.* 1. A tendon. 2. Vigorous strength; muscular power. 3. Often **sinews.** The source or mainstay of vitality and strength: *"Good company and good discourse are the very sinews of virtue"* (Walton). [ME *sinewe* < OE *sinu.*]
**sine wave** *n. Physics.* A waveform with deviation that can be expressed as the sine or cosine of a linear function of time or space or both.
**sin·ew·y** (sĭn'yōō-ē) *adj.* 1. Like or consisting of sinew. 2. Lean and muscular. 3. Strong; vigorous.
**sin·ful** (sĭn'fəl) *adj.* Marked by or full of sin; wicked. —**sin'ful·ly** *adv.* —**sin'ful·ness** *n.*
**sing** (sĭng) *v.* **sang** (săng), **sung** (sŭng), **sing·ing, sings.** —*intr.* 1. To utter a series of words or sounds in musical tones. 2. To vocalize songs or musical selections. 3. To give or have the effect of melody; lilt. 4. To produce musical sounds when played. 5. To make a high whine or hum: *The machine sang.* 6. To be filled with a buzzing sound. 7. To proclaim or extol something in verse. 8. *Slang.* To give information or evidence against someone. —*tr.* 1. To render in tones with musical inflections of the voice: *She sang the message.* 2. To produce the musical sound of. 3. To intone; chant. 4. To proclaim or extol, esp. in verse: *sang his praises.* 5. To bring to a specified state by singing: *sang the baby to sleep.* —*phrasal verb.* **sing out.** To call out loudly. —*n.* A gathering of people for group singing. [ME *singen* < OE *singan.*] —**sing'a·ble** *adj.*
**sing-a·long** (sĭng'ə-lông', -lŏng') *n.* A songfest.
**singe** (sĭnj) *tr.v.* **singed, singe·ing, sing·es.** 1. To burn superficially; scorch. 2. To burn the ends of. 3. To burn off the feathers or bristles of by subjecting briefly to flame. —*n.* A scorch. [ME *sengen* < OE *sengan.*] —**sing'er** (sĭn'jər) *n.*
**sing·er** (sĭng'ər) *n.* 1. A person who sings, esp. a trained or professional vocalist. 2. A poet. 3. A songbird.
**Sin·gha·lese** (sĭng'gə-lēz', -lēs') also **Sin·ha·lese** (sĭn'-

---



"Simple Simon went a poaching/For to shoot some game./A mantrap caught him by the leg/Which gave poor Simon pain."

"He went for water with a sieve/But soon it all ran through..."

**Simple Simon**
Woodcut illustrations



sine curve

---

poem is based. **b.** A rhythmic system constituting a section of a poem, typically consisting of a series of asymmetric lines. **2.** The first division of the triad (strophe, antistrophe, and epode) constituting a section of a Pindaric ode. **3. a.** The movement of the chorus in classical Greek drama while turning from one side of the orchestra to the other. **b.** The part of a choral ode sung while this movement is executed. [Gk. strophē, movement of the chorus < strephein, to turn.] —**stro'phic** (strō'fĭk, strŏf'ĭk) adj.

**stro·phoid** (strō'foid') n. A plane curve generated by a point that maintains a distance from the y-axis along a straight line equal to the y-intercept. [Gk. strophos, twisted (< strephein, to twist) + -OID.]

**stroph·u·lus** (strŏf'yə-ləs) n. A disease, esp. common among children, sometimes associated with intestinal disturbances and characterized by a papular eruption of the skin. [NLat. < Gk. strophos, twisted cord < strephein, to turn.]

**stroud** (stroud) n. A coarse woolen cloth or blanket. [After Stroud, England.]

**strove** (strōv) v. A past tense of **strive.**

**struck** (strŭk) v. Past tense and a past participle of **strike.** —adj. Affected or shut down by a labor strike.

**struck jury** n. Law. A jury, esp. a special jury, selected from an original panel of 48 members from which each party strikes off names until the list is reduced to 12.

**struck measure** n. A dry measure having the contents leveled off and not heaped.

**struc·tur·al** (strŭk'chər-əl) adj. **1.** Of, relating to, having, or characterized by structure. **2.** Used in or necessary to construction. **3.** Geol. Of or pertaining to the structure of rocks and other aspects of the earth's crust. **4.** Biol. Of or relating to organic structure; morphological. —**struc'tur·al·ly** adv.

**structural formula** n. A chemical formula that represents the configuration of atoms and bonds in a molecule.

**structural gene** n. A gene that determines the amino acid sequence of a protein.

**struc·tur·al·ize** (strŭk'chər-ə-līz') tr.v. -ized, -iz·ing, -iz·es. To incorporate into a structure. —**struc'tur·al·i·za'tion** n.

**structural steel** n. Steel shaped for use in construction.

**struc·ture** (strŭk'chər) n. **1.** Something made up of a number of parts that are held or put together in a particular way. **2.** The way in which parts are arranged or put together to form a whole. **3.** The interrelation of parts or the principle of organization in a complex entity. **4.** Relatively intricate or extensive organization: an elaborate electric structure. **5.** Something constructed, esp. a building or part. —tr.v. -tured, -tur·ing, -tures. To give form or arrangement to. [ME < OFr. < Lat. structura < struere, to construct.]

**struc·tured** (strŭk'chərd) adj. **1.** Highly organized: a structured environment. **2.** Psychol. Having a limited number of correct or nearly correct answers. Used of a test.

**stru·del** (strōōd'l, shtrōōd'l) n. A kind of pastry made with fruit or cheese rolled up in a thin sheet of dough and then baked. [G. < MHG, whirlpool.]

**strug·gle** (strŭg'əl) v. -gled, -gling, -gles. —intr. **1.** To exert muscular energy, as against a material force or mass; grapple. **2.** To be strenuously engaged with a problem, task, or undertaking. **3.** To make a strenuous effort; strive: struggling to be polite. **4. a.** To contend against: "the human being struggles with his environment" (Karl A. Menninger). **b.** To compete with. **5.** To progress or penetrate with difficulty. —tr. To move or place (something) with an effort: struggle a trunk into a car. —n. **1.** An act of struggling. **2.** Strenuous effort. **3.** Combat; strife. [ME struglen.] —**strug'gler** n. —**strug'gling·ly** adv.



**strut**
The Hermes of Praxiteles

**strum** (strŭm) v. strummed, strum·ming, strums. —tr. To play idly on or as if on (a stringed musical instrument) by plucking the strings with the fingers. —intr. To play an instrument by strumming. —n. The act or sound of strumming. [Perh. blend of STRING and THRUM¹.] —**strum'mer** n.

**stru·ma** (strōō'mə) n., pl. -mae (-mē') or -mas. **1.** Pathol. **a.** Scrofula. **b.** Goiter. **2.** Bot. A cushionlike swelling at the base of a moss capsule. [Lat.] —**stru·mat'ic** (-măt'ĭk), **stru'mose'** (-mōs'), **stru'mous** (-məs) adj.

**strum·pet** (strŭm'pĭt) n. A whore. [ME.]

**strung** (strŭng) v. Past tense and past participle of **string.**

**strung-out** (strŭng'out') adj. Slang. **1. a.** Addicted to a drug. **b.** Stupefied from ingestion of a drug. **2.** Physically or emotionally debilitated from or as if from long-term drug use.

**strut** (strŭt) v. strut·ted, strut·ting, struts. —intr. To walk with pompous bearing; swagger. —tr. To brace with a supporting bar or rod. —n. **1.** A stiff, self-important gait. **2.** A bar or rod used to brace a structure against forces applied from the side. [ME strouten, to stand out < OE strūtian, to stand out stiffly.] —**strut'ter** n. —**strut'ting·ly** adv.

**stru·thi·ous** (strōō'thē-əs, -thē-əs) adj. Of, pertaining to, or resembling the ostrich or a related bird. [< LLat. struthio, ostrich < Gk. strouthion < strouthos.]

**strych·nine** (strĭk'nīn', -nĭn, -nēn') n. An extremely poisonous white crystalline alkaloid, $C_{21}H_{22}N_2O_2$, derived from nux vomica and related plants, used as a poison for rodents and other pests and medicinally as a stimulant for the central nervous system. [Fr. < NLat., Strychnos, genus of tropical trees and vines < Lat. strychnos, a kind of nightshade < Gk. strukhnos.]

**strych·nin·ism** (strĭk'nĭ-nĭz'əm, -nĭ-, -nē-) n. Chronic strychnine poisoning.

**stub** (stŭb) n. **1.** The usually short end remaining after something has been used up: a pencil stub. **2. a.** The part of a check or receipt retained as a record. **b.** The part of a ticket returned as a voucher of payment. —tr.v. **stubbed, stub·bing, stubs. 1.** To pull up (weeds) by the roots. **2.** To clear (a field) of weeds. **3.** To strike (one's toe or foot) against something. **4.** To snuff out (a cigarette butt) by crushing. [ME stubbe < OE stybb.]

**stub·ble** (stŭb'əl) n. **1.** The short, stiff stalks of a grain or hay crop remaining on a field after the crop has been harvested. **2.** Something resembling stubble, esp. a short stiff growth of beard. [ME stuble < OFr. estuble < Lat. stupla, var. of stipula, straw.] —**stub'bly** adj.

**stub·born** (stŭb'ərn) adj. **1. a.** Unduly determined to exert one's will; refractory. **b.** Not easily persuaded; obstinate. **2.** Characterized by perseverance; persistent. **3.** Difficult to handle or work; resistant: stubborn soil. [ME stuborn.] —**stub'born·ly** adv. —**stub'born·ness** n.

**stub·by** (stŭb'ē) adj. -bi·er, -bi·est. **1.** Having the nature of a stub; short and stocky. **2.** Covered with or made of stubs. **3.** Short and bristly. —**stub'bi·ly** adv. —**stub'bi·ness** n.

**stub nail** n. A short, thick nail.

**stuc·co** (stŭk'ō) n., pl. -coes or -cos. **1.** A durable finish for exterior walls, applied wet and usually composed of cement, sand, and lime. **2.** A fine plaster for interior wall ornamentation, such as moldings. **3.** A plaster or cement finish for interior walls. —tr.v. -coed, -co·ing, -coes or -cos. To finish or decorate with stucco. [Ital., of Germanic orig.]

**stuck** (stŭk) v. Past tense and past participle of **stick.**

**stuck-up** (stŭk'ŭp') adj. Informal. Snobbish; conceited.

**stud¹** (stŭd) n. **1.** An upright post in the framework of a wall for supporting sheets of lath, wallboard, or similar material. **2.** A small knob, nail head, or rivet fixed in and slightly projecting from a surface. **3. a.** A small ornamental button mounted on a short post for insertion through an eyelet, as on a dress shirt. **b.** A buttonlike earring. **4.** Any of various protruding pins or pegs in machinery. **5.** A metal crosspiece used as a brace in a link, as in a chain cable. —tr.v. stud·ded, stud·ding, studs. **1.** To provide with or construct with a stud or studs. **2.** To set with a stud or studs: stud a bracelet with rubies. **3.** To be dotted about on, esp. ornamentally; strew: Daisies studded the meadow. [ME stode < OE studu.]

**stud²** (stŭd) n. **1. a.** A group of animals, esp. horses, kept for breeding. **b.** A stable or farm where they are kept. **2.** A stallion or other male animal kept for breeding. **3.** Stud poker. **4.** Slang. A virile man. —idiom. **at stud.** Available or offered for breeding. [ME stod < OE stōd.]

**stud·book** (stŭd'book') n. A book registering the pedigrees of thoroughbred animals, esp. of horses.

**stud·ding** (stŭd'ĭng) n. **1. a.** The wood framework of a wall or partition. **b.** Lumber cut for studs. **2.** Something with which a surface is studded.

**stud·ding·sail** (stŭn'səl, stŭd'ĭng-sāl') n. Naut. A narrow rectangular sail set from extensions of the yards of square-rigged ships. [Orig. unknown.]

**stu·dent** (stōōd'nt, styōōd'-) n. **1.** One who attends a school, college, or university. **2. a.** One who makes a study of something. **b.** An attentive observer: a student of world affairs. [ME < Lat. studens, pr.part. studēre, to study.]

**student teacher** n. A college student who practices teaching under supervision.

**student union** n. A building on a college campus with facilities for social and organizational activities.

**stud·fish** (stŭd'fĭsh') n., pl. **studfish** or -fish·es. Either of two small, brightly colored freshwater fishes, Fundulus catenatus or F. stellifer, of the southeastern United States.

**stud·horse** also **stud horse** (stŭd'hôrs') n. A stallion.

**stud·ied** (stŭd'ēd) adj. **1. a.** Carefully prepared or considered: a studied effect. **b.** Lacking spontaneity; contrived: a studied smile. **2.** Learned; knowledgeable. —**stud'ied·ly** adv. —**stud'ied·ness** n.

**stu·di·o** (stōō'dē-ō, styōō'-) n., pl. -os. **1.** An artist's workroom. **2.** A photographer's establishment. **3.** An establishment where an art is taught or studied: a dance studio. **4. a.** A room or building for motion-picture, television, or radio productions. **b.** A room or building where tapes and records are recorded. [Ital. < Lat. studium, eagerness.]

**studio apartment** n. A small apartment consisting of one main living space, a small kitchen, and a bathroom.

**studio couch** n. A couch that can be made to serve as a double bed by sliding the frame of a cot from beneath it.

**stu·di·ous** (stōō'dē-əs, styōō'-) adj. **1.** Devoted to study. **2.** Earnest; diligent: made a studious effort. **3.** Giving or evincing careful attention; heedful: "the major . . . was very studious of his appearance" (H. E. Bates). **4.** Deliberate. **5.** Conducive to study. [ME < Lat. studiosus < studium, eagerness.] —**stu'di·ous·ly** adv. —**stu'di·ous·ness** n.

**stud poker** n. Poker in which the first round of cards (and often the last) is dealt face down and the others face up.

**stud·work** (stŭd'wŭrk') n. **1.** Work ornamented or covered with studs. **2.** The supportive framework of a wall or partition.

**stud·y** (stŭd'ē) n., pl. -ies. **1.** The act or process of studying; the pursuit of knowledge, as by reading, observation, or

ă pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier /
j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ōō took / ōō boot /

place. —*v.* stied, sty·ing, sties. —*tr.* To shut up in a sty. —*intr.* To live in a sty. [ME < OE *stig.*]
sty² (stī) *n., pl.* sties. Inflammation of one or more sebaceous glands of an eyelid. [Short for dial. *styan* < ME *\*styan* < OE *stīgend* < *stīgan,* to rise.]
styg·i·an also Styg·i·an (stĭj'ē-ən) *adj.* 1. Of or pertaining to the river Styx. 2. a. Gloomy and dark. b. Infernal; hellish. [Lat. *Stygius* < Gk. *Stugios* < *Stux,* Styx.]
styl– *pref.* Variant of stylo-.
sty·lar (stī'lər, -lär') *adj.* 1. Of, pertaining to, or resembling a stylus. 2. *Biol.* Of or pertaining to a style.
sty·late (stī'lāt') *adj.* Having a style or styles.
style (stīl) *n.* 1. The way in which something is said, done, expressed, or performed: *a style of speech and writing.* 2. The combination of distinctive features of literary or artistic expression, execution, or performance characterizing a particular person, group, school, or era. 3. Sort; type: *a style of furniture.* 4. A quality of imagination and individuality expressed in one's actions and tastes. 5. a. A comfortable and elegant mode of existence: *living in style.* b. A particular mode of living: *the style of a gentleman.* 6. a. The fashion of the moment, esp. of dress; vogue: *out of style.* b. A particular fashion: *the style of the 1920s.* 7. A customary manner of presenting printed material, including usage, punctuation, spelling, typography, and arrangement. 8. Form of address; title. 9. A slender, pointed writing instrument used by the ancients on wax tablets. 10. An implement used for etching or engraving. 11. The needle of a phonograph. 12. The gnomon of a sundial. 13. *Bot.* The usually slender part of a pistil, rising from the ovary and tipped by the stigma. 14. *Zool.* A slender, tubular, or bristlelike process. 15. *Obs.* A pen. 16. A surgical probing instrument; stylet. —*tr.v.* styled, styl·ing, styles. 1. To call or name; designate: *George VI styled his brother the Duke of Windsor.* 2. To make consistent with rules of style: *style a manuscript.* 3. To give style to: *style hair.* [ME < OFr. < Lat. *stilus.*] —styl'er *n.*
style book *n.* A book giving rules and examples of usage, punctuation, and typography, used in the preparation of copy for publication.
sty·let (stī-lĕt', stī'lĭt) *n.* 1. A slender, pointed instrument or weapon, such as a stiletto. 2. A surgical probe. 3. *Zool.* A small, stiff, needlelike process in some invertebrates. [Fr. < Ital. *stiletto,* stiletto. —see STILETTO.]
sty·li (stī'lī') *n.* A plural of stylus.
styli– *pref.* Variant of stylo-.
sty·li·form (stī'lə-fôrm') *adj.* Having the shape of a style.
styl·ish (stī'lĭsh) *adj.* Conforming to the current fashion; modish. —styl'ish·ly *adv.* —styl'ish·ness *n.*
styl·ist (stī'lĭst) *n.* 1. A writer or speaker who cultivates an artful literary style. 2. A designer of or consultant on styles in decorating, dress, or beauty.
sty·lis·tic (stī-lĭs'tĭk) *adj.* Of or relating to style, esp. literary style. —sty·lis'ti·cal·ly *adv.*
sty·lite (stī'līt') *n.* One of a number of early Christian ascetics who lived unsheltered on the tops of high pillars. [LGk. *stulitēs* < Gk. *stulos,* pillar.] —sty·lit'ic (-lĭt'ĭk) *adj.* —styl'lit·ism (stī'lĭt'ĭz-əm) *n.*
styl·ize (stī'līz') *tr.v.* -ized, -iz·ing, -iz·es. 1. To conform or restrict to a particular style. 2. To represent conventionally; conventionalize: *"An air of fastidious, stylized melancholy"* (Elizabeth Bowen). —styl'i·za'tion *n.* —styl'iz·er *n.*
stylo– or styli– or styl– *pref.* Style: *stylograph.* [< Lat. *stilus,* stake, stem, style.]
sty·lo·bate (stī'lə-bāt') *n. Archit.* The immediate foundation of a row of classical columns. [Lat. *stylobata* < Gk. *stulobatēs* : *stulos,* pillar + *bainein,* to walk.]
sty·lo·graph (stī'lə-grăf') *n.* A fountain pen having a tubular writing point instead of a nib.
sty·log·ra·phy (stī-lŏg'rə-fē) *n.* The art or a method of etching, engraving, or writing with a style. —sty'lo·graph'ic (-lə-grăf'ĭk), sty'lo·graph'i·cal *adj.*
sty·loid (stī'loid') *adj.* Slender and pointed.
sty·lo·lite (stī'lə-līt') *n.* A small columnar rock development in limestone and other calcareous rocks that is at right angles to the bed, of irregular cross section, and has striated sides. [Gk. *stulos,* pillar + -LITE.]
sty·lo·po·di·um (stī'lə-pō'dē-əm) *n., pl.* -di·a (-dē-ə). An enlargement at the base of the style of certain flowers.
sty·lus (stī'ləs) *n., pl.* -lus·es or -li (-lī'). 1. A sharp, pointed instrument used for writing, marking, or engraving. 2. A phonograph needle. 3. A sharp, pointed tool used for cutting record grooves. [Lat. *stilus.*]
sty·mie also sty·my (stī'mē) —*tr.v.* -mied, -mie·ing, -mies also -mied, -my·ing, -mies. To block; thwart. —*n.* 1. An obstacle or obstruction. 2. A situation in golf in which an opponent's ball obstructs the line of play of one's own ball on the putting green. [Orig. unknown.]
styp·sis (stĭp'sĭs) *n.* The action or application of a styptic. [LLat. < Gk. *stupsis* < *stuphein,* to contract.]
styp·tic (stĭp'tĭk) also styp·ti·cal (-tĭ-kəl) *adj.* 1. Contracting the tissues or blood vessels; astringent. 2. Tending to check bleeding; hemostatic. —*n.* A styptic drug or substance. [ME *stiptik* < LLat. *stypticus* < Gk. *stuptikos* < *stuphein,* to contract.] —styp'tic'i·ty (-tĭs'ĭ-tē) *n.*
styptic pencil *n.* A short medicated stick, often of alum, applied to a cut to check bleeding.

sty·rax (stī'rāks) *n.* A storax (senses 2, 3).
sty·rene (stī'rēn') *n.* A colorless oily liquid, $C_8H_8$, the monomer for polystyrene. [< Lat. *styrax,* storax. —see STORAX.]
Sty·ro·foam (stī'rə-fōm'). A trademark for a light, resilient polystyrene plastic.
Styx (stĭks) *n. Gk. Myth.* One of the rivers of Hades, across which the souls of the dead are ferried. [Lat. < Gk. *Stux.*]
su·a·ble (sōō'ə-bəl) *adj.* Legally subject to a court suit. —su'a·bil'i·ty *n.*
sua·sion (swā'zhən) *n.* Persuasion: *moral suasion.* [ME < Lat. *suasio* < *suadēre,* to persuade.] —sua'sive (-sĭv, -zĭv) *adj.* —sua'sive·ly *adv.* —sua'sive·ness *n.*
suave (swäv) *adj.* Smoothly gracious in social manner; urbane. [OFr., agreeable < Lat. *suavis.*] —suave'ly *adv.* —suave'ness, suav'i·ty (swä'vĭ-tē) *n.*
   **Synonyms:** suave, smooth, urbane, diplomatic, politic. These adjectives refer to a controlled or refined manner. *Suave* suggests a polished exterior and outward sophistication. *Smooth* stresses conscious, sometimes excessive effort to avoid conflict with others. *Urbane* implies a high degree of refinement together with the assurance that comes from wide social experience. *Diplomatic* especially suggests tact in handling difficult situations, and *politic* adds to this the implication of artful management, sagacity, or shrewdness in gaining an end.
sub (sŭb) *n. Informal.* 1. A submarine. 2. A substitute. 3. *Regional.* A hero (sense 5). —*intr.v.* subbed, sub·bing, subs. To act as a substitute.
sub– *pref.* 1. Below; under; beneath: *subsoil.* 2. a. Subordinate; secondary: *subplot.* b. Subdivision: *subregion.* 3. Less than completely or normally; nearly; almost: *subhuman.* [Lat. < *sub,* under, below.]
sub·ab·dom·i·nal (sŭb'ăb-dŏm'ə-nəl) *adj.* Located or occurring below the abdomen.
sub·a·cute (sŭb'ə-kyōōt') *adj.* Somewhat acute. Used of a disease. —sub·a·cute'ly *adv.*
sub·ad·dress (sŭb'ə-drĕs') *n.* A section of a computer input/output device accessible through an order code.
sub·aer·i·al (sŭb'âr'ē-əl) *adj.* Located or occurring on or near the surface of the earth.
sub·al·pine (sŭb'ăl'pīn') *adj.* 1. Of or pertaining to regions at or near the foot of the Alps. 2. Of, designating, or growing in or living in mountainous regions just below the timberline.
sub·al·tern (sŭb'ôl'tərn, sŭb'əl-tûrn') *adj.* 1. Lower in position or rank; secondary. 2. *Chiefly Brit.* Holding a military rank just below that of captain. 3. *Logic.* In the relation of a particular proposition to a universal with the same subject, predicate, and quality. —*n.* 1. A subordinate. 2. *Chiefly Brit.* A subaltern officer. 3. *Logic.* A subaltern proposition. [LLat. *subalternus* : Lat. *sub-,* below + Lat. *alternus,* alternate < *alter,* other.]
sub·al·ter·nate (sŭb'ôl'tər-nĭt) *adj.* 1. Subordinate. 2. Arranged in an alternating pattern but tending to become opposite. Used of leaves. —sub·al'ter·na'tion *n.*
sub·ant·arc·tic (sŭb'ănt-ärk'tĭk, -är'tĭk) *adj.* Of or resembling regions just north of the Antarctic Circle.
sub·a·pi·cal (sŭb'ā'pĭ-kəl) *adj.* Located below or near an apex. —sub'a·pi·cal·ly *adv.*
sub·a·que·ous (sŭb'ā'kwē-əs, -ăk'wē-) *adj.* 1. Formed or adapted for underwater use or operation; submarine. 2. Found or occurring under water.
sub·arc·tic (sŭb'ärk'tĭk, -är'tĭk) *adj.* Of or resembling regions just south of the Arctic Circle.
sub·ar·id (sŭb'ăr'ĭd) *adj.* Somewhat arid; moderately dry.
sub·a·tom·ic (sŭb'ə-tŏm'ĭk) *adj.* 1. Of or pertaining to the constituents of the atom. 2. Having dimensions or participating in reactions characteristic of the constituents of the atom.
sub·au·di·tion (sŭb'ô-dĭsh'ən) *n.* 1. The act of understanding and mentally supplying a word or thought that has been implied but not expressed. 2. A word or thought supplied by subaudition. [LLat. *subauditio,* supplying a missing word < *subaudire,* to supply an omitted word : Lat. *sub-,* below + Lat. *audire,* to hear.]
sub·base (sŭb'bās') *n.* The lowermost front strip or molding of a baseboard.
sub·base·ment (sŭb'bās'mənt) *n.* A story or floor beneath a main basement of a building.
sub·bass (sŭb'bās') *n. Mus.* A pedal stop on an organ that produces the lowest tones, having 16 or 32 feet.
sub·cal·i·ber (sŭb'kăl'ə-bər) *adj.* 1. Smaller in caliber than the barrel of the gun from which it was fired. Used of projectiles. 2. Of or pertaining to subcaliber projectiles.
sub·car·ri·er (sŭb'kăr'ē-ər) *n.* A section of a transmitted wave used to modify the information-carrying section of the wave.
sub·car·ti·lag·i·nous (sŭb'kär-tə-lăj'ə-nəs) *adj.* 1. Located beneath a cartilage. 2. Partly cartilaginous.
sub·ce·les·tial (sŭb'sĭ-lĕs'chəl) *adj.* 1. Lower than celestial; terrestrial. 2. Mundane.
sub·chas·er (sŭb'chā'sər) *n.* A submarine chaser.
sub·class (sŭb'klăs') *n.* 1. A subdivision of a class. 2. A taxonomic category ranking between a class and an order.
sub·cla·vi·an (sŭb'klā'vē-ən) *adj. Anat.* 1. Situated beneath the clavicle. 2. Of or relating to a subclavian part. 3. Of or

ă pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier / j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ōō took / ōō boot /