# PRENTICE HALL'S
# ILLUSTRATED
# DICTIONARY OF
# COMPUTING

## INTERNET UPDATE

### THIRD EDITION

**JONAR C. NADER**

- Internet & WWW
- Photos and tables
- Official standards
- Style manual
- 5500 terms

IBM-COMPATIBLE INTERACTIVE CD INCLUDED

developed in 1968 by John Starkweather for computer-aided instruction. Although PILOT is now being overtaken by new authoring languages (such as HyperTalk), it was popular because of its ease of use when developing on-screen instructional material.

**pilot conversion** A method of transferring to a new computer system or software program, whereby an organization chooses to convert only one division of an organization. Once a system proves to work satisfactorily, then all divisions convert. Other methods include: (1) Parallel conversion, which involves the use of the old and new system side by side. Once the new system proves to be stable and satisfactory, the old system is either phased out, or immediately abandoned. Although this procedure is much more expensive than other methods, it is the safest. (2) An organization may choose to immediately discard the old system and implement the new one. This method is called 'direct conversion' and may create problems if the new system fails or does not meet expectations. (3) A phased conversion slowly implements the new system while it slowly relinquishes the old one. This process takes the longest time, but allows staff the time to train and become familiar with the new system.

**pilot project** [ISO A project designed to test a preliminary version of an information processing system under actual but limited operating conditions, and which will then be used to test the definitive version of the system.]

**PIM** See **personal information manager**.

**PIN** Personal identification number; a special code which acts as a password into a computer system or automatic telling machine (ATM) for electronic funds transfer (EFT). See **password**.

**pincushion distortion** In monitor technology, the screen or image distortion where the sides bow inwards like a pincushion. Compare **barrel distortion** and **keystone distortion**.

**PING** Packet Internet Groper. A software routine used to check if a computer has established a correct and complete connection to the Internet.

**Ping Pong virus** A variant of the Italian virus. See **Italian virus**.

**pipeline processor** [ISO A processor in which instruction execution takes place in a series of units, arranged so that several units can be simultaneously processing the appropriate parts of several instructions.]

**PIPO** Parallel input/parallel output.

**piracy** See **software piracy**.

**PISO** Parallel input/serial output.

**pixel** Picture element; the smallest possible addressable 'dot' displayed on a monitor. It is generated by the electron beam activating the phosphor in the monitor. For example, 1280 × 960 means 1280 horizontal pixels by 960 vertical rows of pixels; this equals 1 228 800 pic-

| Time | Line |
|---|---|
| 1889 | Patent issued to Herman Hollerith for Tabulating Machine. |

optically-addressable spatial light modulators (SLM) which use ferroelectric liquid crystals (FLC). FLC–SLM can operate at 50 microseconds, with a spatial resolution of 40 line-pairs per millimeter. These enable a 1-square-centimeter device to function at 3.2 giga operations ($10^9$). The word 'quantum' comes from the Latin word *quantus*, meaning 'how much'. See **optical neurocomputer**.

**Quark XPress** A professional page layout program originally developed for the Apple Macintosh environment (competing with Aldus PageMaker) that provides word processing functions with advanced typographic features plus color separation, graphics, scaling, and cropping.

**Quarter-Inch Cartridge Drive Standards** See **QIC**.

**quarter-squares multiplier** [ISO An analog multiplier whose operation is based on the identity $xy = [(x+y)^2 - (x-y)^2]/4$, incorporating inverters, summers, and square-law function generators.]

**Quattro Pro** A three-dimensional spreadsheet program (now owned by Novell) designed by Borland International for use on personal computers using DOS.

**quattuordecillion** See **exponent**.

**query by example** See **QBE**.

**query language** A very-high-level programming language introduced to assist programmers to access data from a computer. It is considered the highest-level language because it uses simple English commands which resemble a conversation. Database management systems (DBMS) each have their own query language to enable users to quickly search through a set of information in order to access particular data, which may be grouped in a variety of ways. For example, in a financial system, one query might ask for a particular customer's investment status, while another query might list all customers who meet a certain set of criteria (such as those who purchased more than a certain number of shares of a particular stock on a specific day). Abbreviation 'QL'.

**question mark (?)** The wild card that represents just one character. See **wildcard character**.

**queue** A data structure in which items are removed in a first in, first out (FIFO) manner. In contrast, a stack removes items in a last in, first out (LIFO) manner. [ISO A list that is constructed and maintained so that the next data element to be retrieved is the one stored first. *Note:* This method is characterized as 'first in, first out' (FIFO).] The word 'queue' comes from the Latin word *cauda*, meaning 'tail'.

**quindecillion** See **exponent**.

**quintillion** See **exponent**.

| Time | Line |
|---|---|
| 1955 | Transistor radio invented. |
| 1960 | First minicomputer developed. |
| 1960 | Removable disks launched. |
| 1962 | First interactive computer game, launched at MIT, called 'Spacewar!'. |