Mar-06-03   10:05am   From-PILLSBURY WINTHROP CARMEL VLY.   858 509 4010   T-605   P.002/007   F-599



# Dictionary of Computing

Information Processing, Personal Computing, Telecommunications, Office Systems, IBM-specific Terms





# Dictionary of Computing

© 1987 International Business Machines Corporation. All rights reserved. No part of this publication may be reproduced in any manner whatsoever, except for brief quotations of up to 500 words contained in reviews or critical works, without the express written permission of the International Business Machines Corporation. For information, write to: IBM Corporation, Customer & Service Information, Department E56, Building 901-2, P.O. Box 390, Poughkeepsie, NY 12602.

### Limitation of Liability

While the Author and Publisher of this book have made reasonable efforts to ensure the accuracy and timeliness of the information contained herein, neither the Author nor the Publisher shall have any liability with respect to loss or damage caused or alleged to be caused by reliance on any information contained herein.

**Eighth Edition (March 1987)**

This is a major revision of the *IBM Vocabulary for Data Processing, Telecommunications, and Office Systems*, GC20-1699-6.

Changes are made periodically to the information provided herein. Before using this publication in connection with the operation of IBM systems, consult the latest appropriate IBM bibliography, such as the IBM System/370 and 4300 Processors Bibliography, GC20-0001, for the editions that are applicable and current.

It is possible that this material may contain reference to, or information about, IBM products (machines and programs), programming, or services that are not announced in your country. Such references or information must not be construed to mean that IBM intends to announce such IBM products, programming, or services in your country.

IBM customers should direct requests for this or other IBM publications to their IBM representative or to the IBM branch office serving their locality.

A form for reader's comments is provided at the back of this publication. If the form has been removed, comments may be addressed to IBM Corporation, Customer & Service Information, Department E56/901-2, P.O. Box 390 Poughkeepsie N.Y. 12602.

This publication was produced using the IBM Document Composition Facility (program number 5748-XX9).

continuous-form paper into discrete sheets. (A) *3.* See error burst.

**burster**  A device to detach from one another previously-perforated forms or formsets of continuous stationery. (T)

**burster-trimmer-stacker (BTS)**  A printer feature that bursts continuous forms into separate sheets, trims the carrier strip from both edges of the forms, and stacks single sheets. See also job offset.

**burst isochronous transmission**  Synonym for burst transmission.

**burst mode**  A mode in which data is transmitted by means of burst transmission.

**burst noise**  In acoustics, noise characterized by acoustic impulses that significantly exceed the level of ambient noise.

**burst transmission**  *1.* Data transmission at a specific data signalling rate during controlled intermittent intervals. (I) (A)  *2.* Synonymous with burst isochronous transmission, interrupted isochronous transmission.

**bus**  *1.* In a processor, a physical facility on which data is transferred to all destinations, but from which only addressed destinations may read in accordance with appropriate conventions. (I)  *2.* A computer configuration in which processors are interconnected in series. See also hypercube.  *3.* One or more conductors used for transmitting signals or power. (A)  *4.* See bidirectional bus, control bus, data bus.  *5.* See also bus network.

**business graphics**  See graphics.

**business graphics utility (BGU)**  An IBM-supplied OFFICE/38 utility that provides a menu-driven means of using the System/38 chart functions without knowledge of programming.

**business machine**  *1.* A machine designed to facilitate clerical operations in commercial or scientific activities.  *2.* Customer-provided data terminal equipment (DTE) that connects to telecommunication equipment of a communication common carrier, a Recognized Private Operating Agency, or a telecommunication Administration, for the purpose of data transfer. See also COAM equipment.

**business machine clocking**  A time base oscillator supplied by the business machine for regulating the bit rate of transmission. Synonymous with non-data-set clocking. Contrast with data set clocking.

**bus network**  *1.* A network configuration that provides a bidirectional transmission facility to which all nodes are attached. A sending node transmits in both directions to the ends of the bus. All nodes in the path copy the message as it passes.  *2.* A local area network in which there is only one path between any two data stations and in which data transmitted by any station is concurrently available to all other stations on the same transmission medium.
*Note: A bus network may be a multipoint network, star network, or tree network. In the case of a tree or star network, there is a data station at each endpoint node. There is no data station at an intermediate node, but one or more devices such as repeaters, connectors, amplifiers, and splitters are located there.*

**bussback**  The connection by a common carrier of the output portion of a circuit back to the input portion of a circuit. See also loopback test.

**bust this**  A phrase used instead of a normal message ending to indicate that the entire message, including heading, is to be disregarded. See also CANTRAN.

**busy test**  A test to determine whether telephone circuits are available for use.

**busy token**  Deprecated term for frame (7).

**bypass**  *1.* To eliminate a station or an access unit from a ring network by allowing the data to flow in a path around it.  *2.* At an 8100 loop wiring concentrator, to manually disconnect a radial cable and the associated device from the loop signal flow path without physically removing the radial cable and the device. See also lobe bypass, wrapping.

**byte**  *1.* A binary character operated on as a unit and usually shorter than a computer word. (A)  *2.* String consisting of a certain number of bits, usually eight, treated as a unit, and representing a character.  *3.* A group of eight adjacent binary digits representing one EBCDIC character.  *4.* See n-bit byte.

**byte mode**  Synonym for multiplex mode.

**byte multiplexer channel**  A multiplexer channel that interleaves bytes of data. See also block multiplexer channel. Contrast with selector channel.

**byte multiplexer mode**  A data transfer mode that permits interleaving of bytes of data. Contrast with block multiplexer mode.

**byte-serial transmission**  Transmission in sequential bytes.
*Note: The individual bits of each byte can be transmitted serially (described as serial by bit and byte) or simultaneously (described as parallel by bit, serial by byte).*

**byte space**  In VSAM, the ascending set of logical addresses (0 through $2^{32}-1$) in which a component exists; a byte space contains only one component, and a component exists in only one byte space.

**intercepting trunk**  A trunk to which a call for a vacant number or changed number or a line out of order is connected for action by an operator.

**intercept operator**  In intercepting, the operator who requests the number called, determines the reason for the intercept, and relays the information to the calling party.

**interchange**  See information interchange.

**interchange code**  See binary-coded decimal interchange code. See also ASCII, EBCDIC.

**interchange group separator (IGS)**  In System/36, a character used to indicate that blanks have been removed from a string of data and are to be reinserted.

**interchange record separator (IRS)**  Same as record separator.

**intercharacter increment**  In printing, the space between character boxes.

**intercharacter space**  Horizontal space between two adjacent capital letter matrices. See also interline space.
*Note: Intercharacter space can be occupied by portions of oversized symbols.*

**intercommunicating system**  A privately owned system without a switchboard, capable of two-way communication, normally limited to a single unit, building, or plant. Stations may or may not be equipped for originating a call, but they can answer any call.

**interexchange channel**  A channel connecting two different exchange areas.

**interface**  *1.* A shared boundary between two functional units, defined by functional characteristics, common physical interconnection characteristics, signal characteristics, and other characteristics as appropriate. (I)  *2.* A shared boundary. An interface may be a hardware component to link two devices or a portion of storage or registers accessed by two or more computer programs. (A) *3.* Hardware, software, or both, that links systems, programs, or devices. *4.* See data transmission interface, EXCP interface, physical interface, user interface.
*Note: The concept involves specification of the connection of two functional units that have different functions.*

**interface processor**  A processor that acts as the interface between another processor or terminal and a network, or a processor that controls data flow in a network. (T)

**interframe time-fill**  In data communication, the sequence of flag sequences transmitted between frames.

**interior/exterior box**  A cable termination and lightning protection device used in loop installations that have outdoor cabling.

**interleave**  To arrange parts of one sequence of things or events so that they alternate with parts of one or more other sequences of the same nature and so that each sequence retains its identity. (I) (A)

**interleaved subscripts**  A subscript notation, used with subscripted qualified names, in which not all of the necessary subscripts immediately follow the same component name.

**interleaving**  *1.* The simultaneous accessing of two or more bytes or streams of data from distinct storage units. *2.* The alternating of two or more operations or functions through the overlapped use of a computer facility. *3.* In a duplicator, the process of inserting absorbent sheets between successive sheets of the copy paper to prevent set-off. (T)

**interline space**  On a display screen, the space between the lower print line of a row of capital letter matrices and the upper print line of the next lower row of capital letter matrices. See also intercharacter space.
*Note: Interline space can be occupied by cursors, descenders, diacritical marks, intercharacter space, portions of oversized symbols, and underlines.*

**interlock**  To prevent a machine or device from initiating further operations until an operation in process is completed. See also deadlock.

**intermediate**  In document copying, synonym for master. (T)

**intermediate block check**  In binary synchronous communication, a check of each record in a block, rather than the contents of the complete buffer, when large blocks of text are received.

**intermediate-block-check character (ITB)**  See intermediate-text-block character (ITB).

**intermediate distributing frame (IDF)**  In a local central office, a distributing frame that connects subscriber lines to the subscriber line circuit. In a private branch exchange, its purpose is similar.

**intermediate equipment**  Auxiliary equipment that may be inserted between data terminal equipment and signal conversion equipment to perform certain additional functions before modulation or after demodulation. (I) (A)

**intermediate host node**  In ACF/TCAM, a host node on an extended route that processes messages flowing