IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIC HAMILTON | ) | |
|           Plaintiff | ) | Civil Action No. |
| v. | ) | |
| | ) | MJG 02-CV-2438 |
| TERAGLOBAL COMMUNICATIONS CORP. | ) | |
| WEBWISDOM.COM, INC | ) | |
|           Defendants | ) | |
| | ) | |

**JOINT MOTION TO RESET ONE DATE**

Because the parties are actively engaged in settlement discussions which the parties believe will conclude in the next few days, Plaintiff, and Defendant TerraGlobal do hereby jointly request that the Court reset the date for filing of Markman Briefs from Friday, April 25 to Friday, May 2, to allow the parties to attempt to finalize settlement. All other dates will remain unchanged.

Respectfully submitted,


_____          _____/s/_____ April 23, 2003
Joseph J. Zito 05640          Date      Jonathan E. Jobe, Jr.          Date
ZITO *tlp*                               Pillsbury Winthrop, LLP
26005 Ridge Road, Suite 203              11682 El Camino Real, Suite 200
Damascus, Maryland 20872                 San Diego CA 92130-2092
For Plaintiff                            For Defendant TerraGlobal
Pincharming, Inc. &


**ORDER**

        SO ORDERED, this _____ day of _____, 2003.


                                            _____
                                            Marvin J. Garbis
                                            United States District Judge