


A | C | D | E | F | I | P | Q | R | S | T | V | W

# A

| | |
|---|---|
| **Annotation** | The ability for either the presenters or the audience to mark on the material presented. Available tools include highlighters, straight and free-hand lines, circles, ovals, rectangles, text, and stamps (x's and checks). |
| **Application Share Control** | This allows the presenter and the attendees to collaborate in real-time by sharing control of an application. Any application on the desktop can be shared. Participants do not need to have the application installed. |
| **Application Sharing** | This is the real-time showing and viewing of an application broadcasted to all participants. Viewers do not have the ability to control the application in any way. Any application available on the desktop can be shared. Participants do not need to have the application installed. |

top

# C

| | |
|---|---|
| **Call-In Teleconferencing** | When specified, a conference phone number will be provided for your participants to call in to receive the audio portion of your meeting. |
| **Chats** | See Text Chats |

top

# D

| | |
|---|---|
| **Desktop Share Control** | This is the ability for an attendee to grant control of their desktops to the presenter. This feature is useful in a technical support environment where a user is having problem with his/her computer and the support personnel needs to change the system configurations or just interact directly with a customer's desktop. |
| **Desktop Sharing** | This is the real-time showing and viewing of a participant's desktop (usually the presenter's) broadcasted to all participants. Viewers do not have the ability to control the desktop shown unless the presenter allows for remote control. |
| **Dial-Out Teleconferencing** | When specified, the system can dial out to your participants when they join your meeting in order to receive the audio portion of your meeting. |
| **Document Sharing** | The ability to show documents to all participants. Attendees do not have the control to change items on the actual document files. Examples of documents include Microsoft Word files, Excel files, WordPerfect files, etc. |

top

# E

| | |
|---|---|
| **Evaluations** | See Surveys/Evals |

top

# F

| | |
|---|---|
| **Feedback** | See Pacing/Feedback |
| **File Sharing** | This is the ability for all participants (the presenter and the attendees) to upload and download any files. |

top

# I

| | |
|---|---|
| **Internet Phone (Voice over Internet Protocol)** | This is the ability to broadcast the audio of the meeting over the Internet. This significantly saves telephone conference calling costs. |
| **IP Audio** | See Internet Phone |

top

# P

| | |
|---|---|
| **Pacing/Feedback** | There must be a way for the students to provide the instructors with immediate feedback about the class at that moment so that the instructor may adjust his/her presentation accordingly. This feedback may include the pacing of the course and the comprehension of the material being presented and do not need to be recorded. |
| **Polling (Ad-Hoc)** | The ability for instructors to ask polling questions "on the fly" during a class. The results of ad-hoc polling do not need to be stored for further review. Students' names do not need to be associated with results from ad-hoc polling questions. For example, the instructor suddenly wants to poll the number of students who've implemented Oracle Discoverer at a utilities customer before. |
| **Polling (Pre-Set)** | The ability to allow instructors to set polling questions in the class agenda prior to the start of the class. There must also be ability to record the results of the polling questions for further review. Student names are not necessary when reviewing these poll results. For example, exercise questions at the end of each section. |
| **Presentation Sharing** | The ability to show presentation slides to all participants. Attendees do not have control to change items on the actual presentation files. Presentation formats include PowerPoint and Corel files. |

top

# Q

| | |
|---|---|
| **Quizzes** | See Tests/Quizzes |

top

# R

| | |
|---|---|
| **Raise-Your-Hand** | This is the unique ability to get attention of the instructor. During an intimate virtual classroom session, high interactivity is encouraged. Instructors will have the ability to call on an individual student to answer or ask a question. |

| | |
|---|---|
| **Remote Control** | This is the ability for an attendee to control what is being show during the meeting. For example, if the presenter is application sharing Microsoft Excel and he/she enabled the remote control feature, an attendees can take over Excel and his/her action is then broadcasted to all meeting participants. The presenter has the ability to pass remote control to one or many participants at any time. |

top

# S

| | |
|---|---|
| **Surveys/Evals** | The ability to present a survey to the students at any point during the session. The results must be stored for further review. However, student names may be omitted for these surveys. |

top

# T

| | |
|---|---|
| **Teleconferencing** | This is WebEx's integrated conference calling capability. There are three types of audio delivery: Voice over IP, Dial-In Teleconferencing and Dial-Out Teleconferencing. |
| **Tests/Quizzes** | The ability to allow instructors to set test and quiz questions in the class agenda prior to the start of the class. There must also be ability to record the results of the polling questions for further review. Student names must be associated with their individual tests and quizzes. |
| **Text Chats** | The ability for a student to type in a text question, either privately to the instructor or publicly to everyone. The instructor has the ability to respond with a text answer either privately to the student or publicly to everyone. |

top

# V

| | |
|---|---|
| **Video** | This is the ability to broadcast video during a meeting. This video can be the live feed of any meeting participant (specific hardware is required). |
| **VoIP (Voice over Internet Protocol)** | See [Internet Phone](#) |

top

# W

| | |
|---|---|
| **Web Tours** | This is the ability for the presenter to lead the attendees on a tour on the Web browser. When a presenter takes the attendees to a Web page, the presenter can click on a live link and the new Web page should be broadcasted to all attendees. Attendees do not have the ability to control the Web tour. |
| **Web Tour Remote Control** | This is the ability for the presenter to lead the attendees on a tour on the Web browser, and in addition to the presenters having controls, the attendees also have the capability to click on live links and the new Web page is broadcasted out to all attendees. The presenter or host has the ability to enable / disable this remote control function at anytime. |

Case 1:02-cv-02438-MJG     Document 67-3     Filed 05/02/2003     Page 4 of 4

|  |  |
|---|---|
| **Whiteboard** | This is analogous to an actual whiteboard in a meeting room. Instructors and students can simultaneously mark and write on the whiteboard to share information. There must be tools to draw straight and free-hand lines, circles, ovals, rectangles and type words. |

top

Employment  |  Customer Service  |  International Sites  |  Contact Us  |  Site Map  |  Privacy  |  Terms of Service
Home  |  Our Services  |  Our Technology  |  About WebEx  |  News & Events  |  Join a Demo  |  Attend a Web Seminar
Copyright © 2003 WebEx Communications, Inc.