


# TeraMedia® 2.6.3
## Demo User Guide

© 2001 TeraGlobal Communications Corp. All Rights Reserved.

The hardware and software described in this Demo User Guide are provided under a Service or License Agreement with TeraGlobal Communications Corp., and may be used only in accordance with the terms of that Agreement.

Except as permitted by license, no part of this Demo User Guide may be reproduced, stored, or transmitted, in any form or by any means, electronic, mechanical, recording, or otherwise, without the prior written permission of TeraGlobal Communications Corp.

TeraGlobal is the registered trademark of TeraGlobal Communications Corp. TeraMedia, TeraScan, Virtual Whiteboard, Matinee and Assessment are the trademarks of TeraGlobal Communications Corp. Apple, Macintosh, and Mac OS are the registered trademarks of Apple Computer, Inc. QuickTime and Firewire are the trademarks of Apple Computer, Inc. All other trademarks are the property of their respective owners.

Written and designed at TeraGlobal Communications Corp., 9171 Towne Centre Drive, 6th Floor, San Diego, California 92122, USA

Restricted Rights Legend
Use, duplication, or disclosure by the United States Government is subject to restrictions as set forth in subparagraph (c)(1)(ii) of the Rights in Technical Data and Computer Software clause at DFARS 252.227-7013. Notwithstanding any other license agreement that may pertain to, or accompany the delivery of, this computer software, the rights of the United States Government regarding its use, reproduction, and disclosure are as set forth in the Commercial Computer Software-Restricted Rights clause at FAR 52.227-19.

# WELCOME TO TERAMEDIA DEMO

TeraGlobal has developed the highest-quality, lowest-latency Multipoint video conferencing solution available, and married it with an entire suite of additional collaboration functionality.

This TeraMedia Demo delivers high-quality real-time point-to-point and Multipoint conferencing and collaboration over an IP or ATM network. The TeraMedia Demo is designed to demonstrate some basic functions of TeraMedia without extensive network configuration or additional hardware requirements. Although limited in functionality compared to the full TeraMedia suite, this 30-day demonstration application is an excellent introduction to TeraGlobal's real-time conferencing and collaboration capabilities and potential.

## FEATURES

TeraMedia brings Single Person or Group conferencing and collaboration to desktop computers with a level of quality not available from other conferencing and collaboration solutions.

This TeraMedia Demo offers a set of conferencing and collaboration features that demonstrate the quality and impressive real-time simultaneous voice, video, and data collaboration capabilities of TeraMedia.

**NOTE**: *For information about the features and functionality of the full version of TeraMedia, contact your TeraMedia sales associate.*

## TeraVideo

TeraVideo is high quality, low latency real-time video and audio conferencing between two or among many participants. When quality matters, TeraMedia is the conferencing solution that delivers a "same room experience." The TeraVideo highlights are:
• Multipoint conferencing on-demand, always-on
• Broadcast-quality, low-latency video
• Pure digital audio
• Real-time multimedia collaboration
• Moderated 'classes' or open group sessions
• End-to-end Quality of Service

## Virtual Whiteboard

TeraMedia Virtual Whiteboard is a real-time collaboration tool that allows any number of individuals to share and manipulate any type of media simultaneously in real-time. Using the Virtual Whiteboard's common workspace, participants can work together with:
• Multi-user simultaneous real-time collaboration
• Incorporate any media: video, 3D, audio, .pdf, virtual reality
• Integrates with TeraMedia video/audio
• Review, redline, discuss



TeraMedia Demo **User Guide**      1

*Introduction*

## Assessment

TeraMedia Assessment is a unique tool for testing, polling, or assessing participants in a TeraMedia session in real-time, incorporating any media— images, audio and video clips or multimedia objects. Assessment allows a moderator to create a test or survey of yes/no, true/false, multiple choice, and short-answer questions, and distribute the assessment to any number of participants without disrupting other session activities like video and whiteboard. Results are received and calculated in real-time.



*TeraMedia Assessment*

The Assessment highlights:
• Create tests, surveys, and polls quickly and easily
• Incorporate any media object into questions
• Distribute assessment without disrupting the session
• Results are tallied instantly

## Technical Requirements

Client computer:
• G4 with 256 Mb RAM
• FireWire camera
• Microphone (note that newer G4s require a USB microphone adapter)
• A 4-port switch/hub may be required

## Multipoint Server:

• G3/G4 computer
**NOTE:** *Audio, Video, and performance quality varies with hardware choices. Contact your TeraMedia sales associate for information about equipment selections for optimal performance.*

## Installation

Client Software Installation
Install the TeraMedia Demo client software on each end-user workstation that is to be used in the collaboration demonstration.

*To install the TeraMedia Demo client software:*
• From an end-user workstation, launch the TeraMedia Demo installer
• Click Accept to confirm acceptance of the license agreement
• Click Install
• When the installer is finished, restart you computer

## Multipoint Server Installation

To use the Virtual Whiteboard or Assessment, or to have a TeraVideo conference with more than two participants, you must install the Multipoint server on a Macintosh computer that shares a network with the client workstations.



# USING VIRTUAL WHITEBOARD

The Virtual Whiteboard application is the digital equivalent of a standard whiteboard you might find in a conference room. Virtual Whiteboard provides a workspace where participants in point-to-point or group sessions can share, interact, and collaborate using all popular media formats, including Adobe Acrobat PDF files, QuickTime movies, QuickTime VR files, and all major graphic file formats.

You can create multiple workspaces during point-to-point or group sessions allowing you to present and edit different topics. This feature allows you to separate each topic into a logical sequence and stay organized during sessions.

You can use Virtual Whiteboard either with or without initiating a session.

## The Virtual Whiteboard interface

Virtual Whiteboard contains two windows:

- The Virtual Whiteboard workspace
- The Media Library window

## The Virtual Whiteboard workspace

The Virtual Whiteboard workspace is designed to provide you with flexibility, ease of use, and the ability to effectively present your ideas to participants in point-to-point or group sessions.

The Virtual Whiteboard workspace includes a complete set of tools to enhance your sessions, including a pen to write with, a text tool, and geometric shapes that can be modified to fit your needs. You can also add many different media file types to the Virtual Whiteboard workspace, via the Media Library window.

First we will discuss adding graphic elements such as text and geometric shapes to your Virtual Whiteboard workspace. Then we will discuss adding media files such as QuickTime movie files, PDF files, and pictures to your workspace.



*The Virtual Whiteboard workspace*

**The Pen Toolbar**

The Pen Toolbar is located at the bottom of the Virtual Whiteboard workspace. The Virtual Whiteboard pen is the digital equivalent of a dry erase marker. The pen allows you to draw freehand on the Virtual Whiteboard workspace. You use the pen to circle, draw attention to, underline, highlight, etc.



*The Pen Toolbar*

**To use the pen:**

**1**   Click the pen button on the Pen Toolbar and begin marking on the Virtual Whiteboard workspace.

*Note: The pen button toggles on and off; click the button to turn the pen on and click the button again to turn it off.*

**To undo markings:**

**1**   Choose Edit > Undo Draw Pen.

*Note: There is no limit to the amount of undos Virtual Whiteboard can perform. Keep choosing the Undo Draw Pen command to undo each previous pen action. You can set the number of undos by choosing Edit > Set Undo Level and entering the level.*

*Note: If you click the Erase Pen button, all pen markings will be erased.*

**To redo markings:**

**1**   Choose Edit > Redo Draw Pen.

*Note: There is no limit to the amount of redos Virtual Whiteboard can perform. Keep choosing the Redo Draw Pen command to redo each previous pen action. You can set the number of redos by choosing Edit > Set Redo Level and entering the level.*

**Pen size**
You can choose a pen width from 1 to 40. A setting of 1 is the smallest width and a setting of 40 is the largest width. Use the Size slider control in single number increments to choose the size you want.

**To change the color of the pen:**

**1**   Click on the color rectangle to the right of the Pen button.

In the Apple Color Picker, click a new color from the almost infinite number of choices and click OK.

*Note: The Apple Color Picker is black until you move the slider to the right.*

**Adding graphic elements to the Virtual Whiteboard workspace**

You can add several different types of graphic elements to enhance your Virtual Whiteboard sessions. For example, you can add lines, text, and fill shapes.

You add graphic elements by using the buttons on the left edge of the Virtual Whiteboard workspace.

**Graphic element buttons**
There are five graphic element buttons on the left edge of the Virtual Whiteboard workspace: Box, Text, Line, Circle, and Arrow.



*Graphic element buttons*



E005B12801

© 2001 TeraGlobal Communications Corp. All Rights Reserved. TeraGlobal and TeraMedia are registered trademarks and Virtual Whiteboard, Matinee, Small Message Service, UCCA, Assessment and the sphere logo are trademarks of TeraGlobal Communications Corp. Other trademarks are the sole property of their respective owners. Mention of non-TeraGlobal products is for informational purposes only, and constitutes neither an endorsement nor a recommendation. TeraGlobal assumes no responsibility with regard to the selection, performance or use of these products. All understandings, agreements, or warranties, if any, take place directly between the vendors and the prospective users. Product specifications are subject to change without notice.



TeraGlobal Communications Corp.

9171 Towne Centre Drive, 6th Floor

San Diego, CA 92122

Phone: 858-404-5500 ext. 5660

Fax: 858-404-5555

www.teraglobal.com

info@teraglobal.com