# Session™ Plus WorkSpace

Version 1.1.0



User Guide



© 2002 Wave Three Software Corp. All Rights Reserved.
The hardware and software described in this User Guide are provided under a Service or License Agreement with Wave Three Software Corp., and may be used only in accordance with the terms of that Agreement.
Except as permitted by license, no part of this User Guide may be reproduced, stored, or transmitted, in any form or by any means, electronic, mechanical, recording, or otherwise, without the prior written permission of Wave Three Software Corp.

Wave Three Software is the registered trademark of Wave Three Software Corp. Session and Session Basic are trademarks of Wave Three Software Corp. Apple, Macintosh, and Mac OS are the registered trademarks of Apple Computer, Inc. QuickTime and FireWire are the trademarks of Apple Computer, Inc. All other trademarks are the property of their respective owners.

Written and designed at Wave Three Software Corp., 9171 Towne Centre Drive, 6th Floor, San Diego, California 92122, USA.

Restricted Rights Legend
Use, duplication, or disclosure by the United States Government is subject to restrictions as set forth in subparagraph (c)(1)(ii) of the Rights in Technical Data and Computer Software clause at DFARS 252.227-7013. Notwithstanding any other license agreement that may pertain to, or accompany the delivery of, this computer software, the rights of the United States Government regarding its use, reproduction, and disclosure are as set forth in the Commercial Computer Software-Restricted Rights clause at FAR 52.227-19.

SECTION 1

# USING SESSION™ WORKSPACE

- **Installing WorkSpace**
- **Creating a WorkSpace Document**
- **Importing Graphics and QuickTime™ Movies**
- **Sharing a WorkSpace Document in Session™**

## Installing WorkSpace

Session WorkSpace is an add-on component to the Session audio/visual conferencing application. You must own and have installed Session to use WorkSpace, although you do not have to be in a conference.

WorkSpace is a graphical presentation utility that you can share with anyone you can call with Session, as long as both parties have WorkSpace installed. Using WorkSpace, you can use a variety of tools to draw freehand and correspond via a 'virtual whiteboard' environment. You can also import graphics and QuickTime movies, create slides, and save your work for a later presentation.

WorkSpace is automatically installed when you install Session Plus. Session Basic does not include WorkSpace. If you are upgrading from Session Basic to Session Plus, be sure to enter the correct license key during the installation. The previous version of Session will be uninstalled and replaced with Session Plus.