

**RETURN TO WORLDWIDELEARN**                                                                                   Friday, May 23, 2003

World Wide Learn proudly presents our featured education partner: University of Maryland University College



# UNIVERSITY of MARYLAND UNIVERSITY COLLEGE

University of Maryland University College (UMUC) is **the world's largest provider of online education**, as well as one of the 11 degree-granting institutions in the University System of Maryland. For more than 25 years, UMUC has been setting the standard in distance education for working adults worldwide.

**High-Quality Graduate Programs**
UMUC's distance education programs combine theory with practice and emphasize leadership, communication, systems, technology, and a global perspective. As a result of this practical focus, students grow professionally and graduate ready to accept positions of expanded leadership and responsibility.

## Graduate Programs from the Worldwide Leader in Distance Education

UMUC Graduate School offers the following online master's degree programs:

- **Master of Arts in Teaching**
- **Master of Business Administration**
- **Master of Distance Education**
- **Master of Education**
- **Master of International Management**
  *Specialty tracks*
  - Energy Resources Management and Policy
  - International Commerce
  - International Finance
  - International Marketing
- **Master of Science in Accounting & Financial Management**
- **Master of Science in Accounting & Information Technology**
- **Master of Science in Biotechnology Studies**
- **Master of Science in Computer Systems Management**
  *Specialty tracks*
  - Applied Computer Systems
  - Database Systems Technologies
  - Information Resources Management
  - Software Development Management
  - Information Assurance
- **Master of Science in E-Commerce**
- **Master of Science in Environmental Management**
  - Energy Resources Management and Policy
- **Master of Science in Health Care Administration**
- **Master of Science in Information Technology**
- **Master of Science in Management**
  *Specialty tracks*
  - Accounting

UMUC Graduate School offers the following certificate programs online:

- **Accounting and Information Technology**
  - Accounting and Information Systems
  - Accounting and Information Technology
- **Accounting and Financial Management**
  - Accounting and Financial Management-Operations
  - Accounting and Financial Management-Strategic
- **Distance Education**
  - Distance Education in Developing Countries
  - Distance Education & Technology
  - Foundations of Distance Education
  - Library Services in Distance Education
  - Teaching at a Distance
  - Training at a Distance
- **E-Commerce**
- **General Management**
  - Accounting
  - Financial Management in Organizations
  - Foundations for Human Resource Management
  - Health Care Administration
  - Integrated Direct Marketing
  - Integrative Supply Chain Management
  - Not-for-Profit Financial Management
  - Principles & Practices of Health Care Administration
  - Procurement & Contract Management
  - Systems Analysis
- **Information & Telecommunication Studies**
  - Applied Computer Systems
  - Database Systems & Security
  - Database Systems Technologies
  - Information Assurance
  - Information Resources Management
  - Information Technology
  - Software Development Management
  - Telecommunications Management

    - Energy Resources Management and Policy
    - Financial Management
    - Health Care Administration
    - Human Resource Management
    - Interdisciplinary Studies in Management
    - Management Information Systems
    - Marketing
    - Not-for-Profit Management
    - Procurement and Contract Management
    - Public Relations
• **Master of Science in Technology Management**
    - General Program
   *Specialty tracks*
    - Energy Resources Management and Policy
    - Technology Systems Management
• **Master of Science in Telecommunications Management**
• **Master of Software Engineering**

    - Information Assurance
    - Software Engineering
• **International Management**
    - Doing Business in the U.S.
    - International Marketing
    - International Trade
• **Technology and Environment**
    - Biotechnology Management
    - Energy Resources Management and Policy Development
    - Environmental Management
    - Technology Systems Management

[Request More Information]

[Request More Information]



InterEd, a research and assessment organization in higher education, reports that University of Maryland University College (UMUC) is the *largest virtual university in the United States* in terms of enrolled students and graduates.

UMUC has graduated more than four times as many students than its nearest competitor.

### Learning Online at UMUC
For more than 25 years, UMUC has been setting the standard in distance education for working adults worldwide. Because UMUC brings its resources to online students - admission, registration, counseling, financial aid, veterans benefits, textbook ordering and delivery, and library services - there is no need to go to a campus.

Online students enjoy the unparalleled convenience of commuting to class by modem. They also benefit from classes taught by excellent faculty members whose academic and professional experience enables them to balance business theory with practice.

### Distinguished Faculty
Faculty members are selected and retained based on their extensive management and professional experience, teaching ability, and educational achievements. More than 87 percent have doctorate or terminal degrees.

### Convenient for Busy Adults
UMUC offers online master's degree programs that permit you to earn your graduate degree from anywhere in the world. Through predominantly asynchronous, computer-mediated conferencing via the World Wide Web, you can earn your degree in only two and a half years-or you can advance at a more leisurely pace if you wish. It's your choice. The exception is the MBA program, through which students progress in cohort groups.

### Master's Degree Programs Available Anywhere in the World
UMUC's decision to develop a virtual university was driven by the needs of part-time, adult students who juggle many responsibilities and require the flexibility and convenience that online education provides. Students can pursue graduate degrees or take individual courses online from the favorite room of their home . . . a hotel room in Singapore . . . or anyplace where they can connect to the Internet.

UMUC was named the recipient of the 2001 Sloan Asynchronous Learning Network (ALN) Consortium Award for Excellence in Institution-Wide ALN Programming.

   **Accreditation**



University of Maryland University College is accredited by the Commission on Higher Education of the Middle States Association of Colleges and Schools.

To learn more about our online graduate degree and certificate programs, please click here to request more information.

---

**RETURN TO WORLDWIDELEARN**

---

The wisest mind has something yet to learn."
-- George Santayana

**WorldWideLearn**

"World's Largest Directory of Online Education"
World Wide Learn. Calgary, Alberta Canada. Copyright 1999 - 2002.

Home | About World Wide Learn | Press Room | Advertising Info | Contact Us | Site Awards | Privacy Policy