

ZITO *tlp*
A Technology Law Practice

26005 RIDGE ROAD, SUITE 203
DAMASCUS, MARYLAND 20872

www.zitotlp.com

Voice (301) 601-5010
Fax   (301) 482-0779

Washington, DC
Damascus, Maryland
Boca Raton, Florida

October 22, 2003

Honorable Judge Marvin J. Garbis
U.S. District Court
101 West Lombard Street
Baltimore, Maryland 21202

VIA CM/ECF

Re: <u>Hamilton v. ComWeb et al.</u> MJG 02-CV-2438

Dear Judge Garbis:

    Plaintiff Hamilton and sole remaining Defendant Teraglobal/WaveThree have been unable to resolve the above matter through settlement. Plaintiff, therefore respectfully requests the Court to render a claims construction decision pursuant to the claims construction hearing of June 10, 2003.

    Teraglobal/Wave three is the only defendant remaining in this action.

Respectfully submitted;

Joseph J. Zito
Counsel for Plaintiff

JJZ/pc